**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

C.M., Michael Borrego Fernandez, J.M.C.,
E.R., *on behalf of themselves and all others*
*similarly situated, et al.*,

    Plaintiffs*,*

*v.*                                                                 Case No 1:25-cv-23182-RAR

KRISTI NOEM, *Secretary of the United*
*States Department of Homeland Security, et*
*al.*,

    Defendants.

_____

**DECLARATION OF MARK SAUNDERS IN SUPPORT OF THE STATE**
**DEFENDANTS' MOTION TO TRANSFER VENUE AND RESPONSE IN OPPOSITION**
**TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

I, Mark Saunders, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury

that the following is true and correct based upon my personal knowledge and review of the relevant

records maintained in the ordinary course of business:

1.      I am the Vice President of The Nakamoto Group, Inc. and work with the temporary

immigration detention facility known as Alligator Alcatraz (the "Facility"). I make this declaration

in support of Defendants Ron DeSantis, Kevin Guthrie, and the Florida Department of Emergency

Management's (State Defendants) Motion to Transfer Venue and Response in Opposition to

Plaintiffs' Renewed Motion for Preliminary Injunction. If called as a witness, I could and would

competently testify to the matters set forth herein.

2.      I have reviewed the Plaintiffs' Renewed Motion for Preliminary Injunction,

including the declarations referenced therein, which contain inaccuracies and out-of-date

information. I am providing this Declaration to provide the true facts regarding detainees' access to counsel and the State Defendants' continued efforts to provide that access.

3. I oversee the Facility's operations regarding detainees' access to counsel, including the ongoing efforts in expanding access to counsel, both in person and virtually via video conferences.

4. The Facility opened and began accepting detainees on July 2, 2025, and staff immediately began working to coordinate and facilitate meetings between detainees and their legal counsel.

5. Attorneys can request and schedule a meeting with their detainee clients by sending an email to the Facility's legal inbox.

6. Upon opening, however, it took time for contractors to build up the infrastructure and install the equipment needed for these meetings. Those issues have been resolved.

7. Indeed, Facility staff did not obtain access to the Facility's legal inbox used to coordinate and schedule meetings between detainees and their counsel until July 10, 2025. Once it had access, Facility staff investigated and determined that there were no direct e-mails regarding visitation sent to the inbox address (legal@privacy6.com) between July 3 and July 10, 2025. Staff were forwarded five e-mails that were sent directly to the Florida Division of Emergency Management, but only one of those five dealt with legal access for detainees. Staff responded to that e-mail, which was sent by Katherine Blakenship, counsel for Plaintiff Michael Borrego Fernandez, and scheduled a visit for Mr. Borrego. Copies of those five email chains are attached as **Exhibits 1-5** to this declaration.

8. The legal inbox is monitored by three (3) officials who review and respond to scheduling requests in the order they are received.

9.    Facility staff make their best efforts to address or at least respond to scheduling requests within 24 hours.

10.    Once Facility staff respond to a scheduling request, counsel are typically able to meet with their clients within 24 hours for virtual meetings, and within 24 hours for in-person meetings.

11.    The State requires minimal information from attorneys to request and schedule meetings.

12.    Once an attorney emails the Facility's legal inbox to request a client meeting, Facility officials provide the attorney a Legal Counsel Visitation Request Form ("Visitation Form") and a Department of Homeland Security Form G-28 ("G-28 Form").[1]  Copies of both forms are attached to this declaration as **Exhibits 6** and **7**.

13.    The Visitation Form only requires basic information such as the attorney's name, bar number, and contact information, the client's name and detainee number, the requested date and time of the meeting, and purpose of the meeting. The G-28 Form is similar to the Visitation Form and asks for additional information about the attorney, contact information for the detainee, and the client's consent to be represented by that attorney.

14.    The purpose of the forms is, in part, to ensure that detainees are meeting with licensed attorneys serving as their counsel in an effort to prevent non-attorneys from taking advantage of the detainees. This restriction thereby serves to protect the interests of detainees and also ensure that visitors with ulterior motives cannot access the Facility and potentially harm staff or detainees.

---

[1] The G-28 Form is not required for pre-representational meetings with prospective clients.

15.     The Facility imposes modest restrictions on meetings between detainees and counsel, including: requiring attorneys to fill out the aforementioned forms before scheduling a meeting with a detainee, placing cameras and staff in or around the video conference and in-person meeting rooms, and limiting the number of simultaneous meetings.

16.     The Facility imposes these restrictions to ensure the safety of Facility staff and the detainees.

17.     Once counsel fill out and return the Visitation Form and G-28 Form, they may request a meeting with a detainee via video conference or in person.

18.     Facility staff honor counsel's request and work with them to find a mutually convenient time for a meeting.

19.     The Facility schedules meetings between detainees and their attorneys because there is finite space and to ensure that staff can monitor and protect all visitors in the Facility at all times.

20.     Facility staff attempted the first videoconference meeting between detainees and their counsel on July 12, 2025 – two days after obtaining access to the legal inbox. It was not successful due to poor weather, noise, and a weak internet signal.

21.     Occasionally, due to poor weather, internet service issues, or operational delays, a visit may be rescheduled to a later time or date.

22.     Facility staff promptly addressed those issues and facilitated the first successful videoconference between detainees and legal counsel on July 15, 2025.

23.     Since then, video conference meetings have been available and have occurred nearly every day, other than Sundays. And Facility staff continue to monitor the necessary equipment and resolve any lingering issues to ensure continued access.    Under urgent

circumstances, meetings can be conducted on Sundays and holidays. To date, there have been no special requests for a Sunday meeting.

24. Indeed, since holding the first video conference meetings, Facility staff have scheduled the meetings as soon as reasonably possible after each request and have not denied a single request by detainees or their counsel for a meeting via videoconference. And no detainees or their counsel have expressed an issue with any aspect of the meetings to Facility staff.

25. When it is time for the videoconference, Facility staff escort the detainee to an enclosed area that provides visual, but not auditory, observation with two (2) computers set up for videoconferences. Facility staff provide the detainee's counsel a Zoom link to the videoconference via e-mail.

26. Detainees log onto the Zoom application and use over-the-ear headphones to conduct the videoconference with their counsel.

27. The private meeting room is away from other detainees and allows for confidential meetings with counsel.

28. The detainee is provided with a laptop and over-ear headphones so that only the detainee can hear and see their counsel.

29. Facility security staff are present just outside of the enclosure during a video conference meeting, but they are stationed out of hearing range and are unable to see the laptop screen.

30. The video conference meetings are not recorded or transcribed. There are cameras monitoring the area, but they do not record audio or capture images on the computer screen to maintain confidentiality for the detainee.

31.    The Facility installed cameras in the area where the videoconferences are held, and posts staff in the area during the videoconferences, to monitor the detainees and protect the safety of Facility staff and detainees.

32.    To date, no detainees or their counsel have raised a complaint to Facility officials regarding the video conference equipment, location, or privacy.

33.    In fact, although any counsel may schedule an in-person meeting with their client at the Facility, many often elect to meet via video conference. Examples of correspondence from counsel electing to use video conference instead of visiting the Facility in person are attached hereto as **Exhibit 8**.    Since the onset of in-person legal visits, video visit requests have outnumbered in-person legal visit request by a factor of four-to-one.

34.    Interpreters are also permitted to participate in the video conference meetings after receiving permission from the detainee and the detainee's counsel. Facility staff provide the interpreter the link for the videoconference via e-mail

35.    The Facility can currently support two (2) simultaneous video conference meetings and approximately twenty (20) video conference meetings per day, and that capacity is increasing as the Facility procures and brings more equipment online.  To date, there has not been a visitation day when twenty video conference meetings were requested.

36.    Similar to the video meetings, the Facility did not initially have the infrastructure and space to hold secure, in-person meetings between detainees and their counsel until July 28, 2025.  On that day, the first in-person meetings between five detainees and their respective counsel were held at the Facility.

37.    As with videoconferences, since the first in-person meeting was held on July 28, 2025, Facility staff have not denied a single request by detainees or their counsel for an in-person

meeting. And the meetings have occurred as soon as reasonably possible after the request. Examples of communications between attorneys and Facility officials scheduling meetings with counsel are attached hereto as **Exhibit 9**.

38.    Approximately forty (40) in-person meetings can be held per day at the Facility, and more in-person meetings will be possible as additional capacity is constructed to allow for additional meetings.

39.    After arriving at the Facility, visiting attorneys undergo security screening before entering. Facility security staff perform a basic pat-down and inspect the attorneys' personal belongings for contraband. Staff does not read any documents or inspect any electronic devices in the attorneys' possession. The Facility imposes these security measures to prevent contraband from entering the Facility and thereby protect the safety of detainees and staff.

40.    After his attorney arrives at the Facility for an in-person meeting, Facility staff escort the detainee to a private area for his meeting.

41.    The meeting area is away from other detainees and fully enclosed to allow for confidential meetings with attorneys.

42.    Facility security staff remain in the area during the meeting to monitor the detainee, but they are out of hearing range and cannot see the contents of any documents being exchanged between the detainee and his attorney.

43.    The Facility has security cameras in the area to monitor the detainees, but the cameras do not record audio and cannot see the contents of any documents being exchanged.

44.    Security cameras are in place in the meeting areas to monitor detainees and attorneys for the safety of the attorney, staff, and other detainees who may be visiting nearby with their attorneys.

45.     Attorneys may share and exchange documents with the detainees during the in-person meetings. Detainees may keep these documents for personal use. If the documents are too voluminous for the detainee to keep within their holding cell, the documents are stored within the detainee's property and accessible upon request. *See* Section G(9) of the Facility Visitation Policy (the "Visitation Policy"), attached hereto as **Exhibit 10**.

46.     Attorneys may also bring an interpreter to the meeting. Interpreters undergo the same security screening as visiting attorneys.

47.     Since the first in-person meetings, the Facility has held 68 meetings. In-person meetings are available to be held every day other than Sundays, and may be held on Sundays as well, to address a special situation. If no meetings are conducted on a particular day, that is because there were no requests or scheduled meetings for that day.

48.     The Facility has not rejected a single request for an in-person meeting since the meetings began.

49.     To date, no detainee or attorney has raised an issue with any aspect of the in-person meetings to Facility staff.

50.     The Facility remains prepared and committed to approving and facilitating every meeting request.

51.     Currently, the Facility has sufficient space to hold four (4) simultaneous in-person meetings.

52.     The State Defendants anticipate the number of requests for in-person meetings will increase as the number of detainees at the Facility increases

53.    The State Defendants have constructed additional facilities with permanent structures for secure and confidential meetings between detainees and their attorneys that became available for use on August 7, 2025.

54.    Currently, counsel may deliver documents to detainees via a courier service. Security staff inspect the documents for contraband pursuant to the Visitation Policy, but do not read or inspect the contents. Their contents remain confidential. Several attorneys have emailed documents to the legal inbox and asked for Facility staff to have the detainee review and sign. Facility staff presents the documents to the detainee, and the detainee signs if they wish. The documents are then scanned and returned to the attorney via email. Staff are prohibited from reading these documents.

55.    The State is working diligently to establish postal services at the Facility to provide detainees with an additional avenue for corresponding with their counsel.

56.    The State remains committed to expanding facilities and procuring and installing additional equipment as necessary to allow all detainees at the Facility access to video conference and in-person meetings with their counsel.

57.    Currently, there is not a backlog of unaddressed meeting requests.

58.    The State is prepared to expend additional resources and assign additional personnel to monitoring the legal inbox and coordinating meetings with counsel as the number of detainees and meeting requests increases.

59.    The State anticipates that requests for meetings with counsel, both video and in person, will increase as the Facility continues to hold more detainees. To meet this increased demand for meetings, the State will continue its efforts to increase the Facility's meeting capacity and is prepared to meet all meeting requests that comply with Facility procedures

60. Counsel for the State Defendants contacted Plaintiffs' counsel on August 1, 2025, to ask about the status of individual Plaintiffs' requests to meet with their attorneys and to offer to facilitate the process. A copy of this correspondence is attached as **Exhibit 11**.

61. Counsel for the State Defendants asked Plaintiffs' counsel how many individual Plaintiffs have requested a meeting with their attorney, which Plaintiffs have not met with their attorneys but would like to, and which of the Plaintiffs that have a videoconference scheduled would prefer to have an in-person meeting. *See* **Exhibit 11**.

62. Plaintiffs' counsel responded with a letter on August 5, 2025. A copy of the letter is attached as **Exhibit 12**. Plaintiffs' counsel allege in the letter that seven of the individual Plaintiffs "have not received any meetings arranged by the facility with counsel while detained at Alligator Alcatraz." *Id*. Those are: C.M., E.R., Gonzalo Almanza Valdes, G.T.C., F.B., A.S., and R.P. *Id.* And they request that the State Defendants arrange a virtual meeting with counsel for F.B., R.P., Gonzalo Almanza Valdes, and N.M.B., as well as an in-person meeting for three of those four: Gonzalo Almanza Valdes, R.P., and N.M.B. *Id.*

63. Based on my review of the communications in the Facility's legal inbox, as of August 6, 2025, counsel for six of the twelve (6/12) individual Plaintiffs had requested either virtual or in-person meetings, and all requests were granted:

    a. Counsel for Plaintiff N.M.B. requested via email an in-person meeting on July 14, 2025, after previously emailing an incorrect legal inbox address. A video meeting was scheduled for 7:30 pm that same day, but internet outages prevented the meeting from proceeding. The video meeting was rescheduled to 11:30 am on July 15, 2025, and was successful. A second video meeting successfully occurred on July 26, 2025, at 2:00 pm.

b. Counsel for Plaintiff G.M.S.G. requested via email a video meeting on July 16, 2025. The video meeting successfully occurred on July 25, 2025, at 10:00 am.

c. Counsel for Plaintiff J.M.C. requested via email a video meeting on July 14, 2025. The video meeting successfully occurred on July 18, 2025, at 2:30 pm. Counsel did not request an in-person meeting.

d. Counsel for Plaintiff Michael Borrego Fernandez ("Borrego") sent the Facility an email on July 14, 2025, after coming to the Facility without an appointment or approval. She was denied entrance and subsequently advised on how to schedule a video meeting. After additional emails, video meetings were scheduled and occurred on July 21, 22, and 23, 2025. Facility staff also offered Borrego's other counsel video meetings on July 31 and August 1, 2025, and an in-person meeting on August 4, 2025, with no response from counsel.

e. Counsel for Plaintiff Gustavo Adolfo Lopez Hernandez requested via email a video meeting on July 23, 2025. After an email exchange regarding the required forms and availability, the video meeting successfully occurred on July 29, 2025.

f. Counsel for Plaintiff Gonzalo Almanza Valdes sent the Facility an e-mail requesting an in-person meeting and the details for the DHS attorney handling his case. The Facility responded by directing her to the ICE Miami Field Office and scheduling an in-person visit for August 15, 2025.

64.    As of August 6, 2025, counsel for the remaining six of the twelve (6/12) individual Plaintiffs had not requested a meeting with their counsel:

a. Counsel for Plaintiffs R.P., F.B., G.T.C., and C.M. have not e-mailed the legal inbox to request a meeting with these detainees.

b. Counsel for Plaintiff A.S. contacted the legal inbox requesting his immediate release and to speak to his "handling officer," but did not request a meeting. Facility staff directed him to ICE's Miami Field Office.

c. Counsel for Plaintiff E.R. requested via email a meeting with E.R. and another detainee on July 10, 2025. This request was unanswered, as it was made before the legal inbox issues were resolved. Counsel sent a second request on July 15, 2025. Counsel submitted a Visitation Form and G-28 Form and had a video meeting with another detainee. Counsel did not subsequently request a meeting with E.R. Counsel did not request in-person meetings for any detainees.

65. In other words, all of the individual Plaintiffs that have requested a meeting, have received at least one meeting or have a meeting scheduled. Those that have not received a meeting never asked for one.

Executed on August 7, 2025, in Junction City, Ohio

_____
Mark Saunders

# EXHIBIT 1

 Outlook

---

## FW: A#204129350 - Alexander Howard Straker

---

**From** South Facility <southfacility@em.myflorida.com>

**Date** Tue 7/8/2025 10:26 AM

**To** TNT - Legal <legal@privacy6.com>

---

**From:** Nick Tuttle <ntuttle@yoshalaw.com>
**Sent:** Tuesday, July 8, 2025 11:34 AM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** A#204129350 - Alexander Howard Straker

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

My name is Nick Tuttle. I am an attorney here in Indianapolis, Indiana. I was informed that Alexander Howard Straker was transferred to your facility, Alligator Alcatraz State Facility. His alien number is 204129350. He was born 3/30/96 in the United Kingdom, and is a **legal** immigrant. He is engaged to a close family friend of mine and I am trying to help them out.

Despite being legal, he was detained by ICE and has been in detention since last week without a hearing or due process. Please contact me as soon as possible advising of how I can remove him from detention. We believe he is being wrongfully detained. You can call me on my direct cell phone - 317-448-7569.

I appreciate your time and attention to this matter.

Sincerely,

Nick Tuttle

--



**Nicholas Tuttle, Jr.**
Attorney at Yosha Law

---

**Address** 9102 N. Meridian St., Suite 535, Indianapolis, IN

**Phone** (317)-334-9200

**Fax** (317) 315-5143

**Email** ntuttle@yoshalaw.com

**Website** www.yoshalawfirm.com

  

Advocating for Injured Hoosiers Since 1963. See our results here.

This message is a PRIVATE communication. This message and all attachments are private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are at this moment notified that any disclosure, copying, distribution, or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message and deleting it from your system. Thank you.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

# EXHIBIT 2

 Outlook

## FW: Request for Legal Visit – Edgar Pina Torres (A# 207-080694) – Allegator Alcatraz

**From** South Facility <southfacility@em.myflorida.com>

**Date** Tue 7/8/2025 4:29 PM

**To** TNT - Legal <legal@privacy6.com>

📎 3 attachments (3 MB)
G-28 Phillip.pdf; G-28 Josephine.pdf; G-28 David.pdf;

**From:** David <David@chillcallphil.com>
**Sent:** Tuesday, July 8, 2025 4:51 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Cc:** Josephine Arroyo <josephine@chillcallphil.com>; Phillip Arroyo <phillip@chillcallphil.com>
**Subject:** Request for Legal Visit – Edgar Pina Torres (A# 207-080694) – Allegator Alcatraz

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I hope this message finds you well.

I am writing to request a legal visit to the Allegator Alcatraz Detention Facility, where our client, **Edgar Pina Torres (A# 207-080694)**, is currently being held.

As this is a new facility, we kindly request your guidance on visitation procedures, including any required documentation, scheduling process, and facility protocols.

Please let us know the next available date for a legal visit and any additional steps we should take to ensure access.

Thank you in advance for your assistance.

Best regards,


David Martinez Tur, Esq.
Attorney at Law

The Arroyo Law Firm
390 N. Orange Ave. Suite 2185 Orlando, FL 32801
David@chillcallphil.com
407-770-9000
www.chillcallphil.com

This message and any attached files may contain information that is confidential and/or subject of legal privilege intended only for use by the intended recipient. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, be advised that you have received this message in error and that any dissemination, copying or use of this message or attachment is strictly forbidden, as is the disclosure of the information therein. If you have received this message in error please notify the sender immediately and delete the message.


Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

# EXHIBIT 3

 Outlook

---

## FW: Jerson Murillo A233255042

---

**From** South Facility <southfacility@em.myflorida.com>

**Date** Wed 7/9/2025 4:23 PM

**To** TNT - Legal <legal@privacy6.com>

 **Security Awareness**

❌ The email came from an external source.

✅ The email was sent from a top domain.

**Report Email**        **Trust Email**

---

**From:** Viviana Mendiola <vmendiola@cwsglobal.org>
**Sent:** Wednesday, July 9, 2025 11:18 AM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** RE: Jerson Murillo A233255042

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Also, I request a copy of his Form I-286.

Viviana Mendiola, Esq.
Staff Attorney
**Church World Service**
1924 NW 84 Avenue
Doral, FL 33126
Phone: 305.774.6770



  

**CONFIDENTIALITY NOTICE:** The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.

---

**AVISO DE CONFIDENCIALIDAD:** La información contenida en este correo electrónico y los documentos adjuntos pueden contener información confidencial destinada únicamente a los destinatarios. Si usted no es el destinatario previsto, por la presente se le informa que se prohíbe cualquier divulgación, copia, distribución o cualquier acción basada en la información. Si ha recibido este correo electrónico por error, notifique inmediatamente al remitente y elimínelo de su sistema.

**From:** Viviana Mendiola
**Sent:** Wednesday, July 9, 2025 11:16 AM
**To:** southfacility@em.myflorida.com
**Subject:** RE: Jerson Murillo A233255042

Forgive me, I forgot to attach the G28, bar card, and my FLDL to my previous email.

Viviana Mendiola, Esq.
Staff Attorney
**Church World Service**
1924 NW 84 Avenue
Doral, FL 33126
Phone: 305.774.6770



**CONFIDENTIALITY NOTICE:** The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.
**AVISO DE CONFIDENCIALIDAD:** La información contenida en este correo electrónico y los documentos adjuntos pueden contener información confidencial destinada únicamente a los destinatarios. Si usted no es el destinatario previsto, por la presente se le informa que se prohíbe cualquier divulgación, copia, distribución o cualquier acción basada en la información. Si ha recibido este correo electrónico por error, notifique inmediatamente al remitente y elimínelo de su sistema.

**From:** Viviana Mendiola
**Sent:** Wednesday, July 9, 2025 11:08 AM
**To:** 'southfacility@em.myflorida.com' <southfacility@em.myflorida.com>
**Subject:** Jerson Murillo A233255042

Hello; I am trying to schedule an attorney call or virtual visit. File my G28 online. He has communicated that he is detained in the new immigration facility near the Everglades in Florida ( "Alligator Alcatraz"). The ICE ERO portal says he not detained in an ICE facility. Please let me know what information you need from me.

Thank you,

Viviana Mendiola, Esq.
Staff Attorney
**Church World Service**
1924 NW 84 Avenue
Doral, FL 33126
Phone: 305.774.6770

 

  

**CONFIDENTIALITY NOTICE:** The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.
**AVISO DE CONFIDENCIALIDAD:** La información contenida en este correo electrónico y los documentos adjuntos pueden contener información confidencial destinada únicamente a los destinatarios. Si usted no es el destinatario previsto, por la presente se le informa que se prohíbe cualquier divulgación, copia, distribución o cualquier acción basada en la información. Si ha recibido este correo electrónico por error, notifique inmediatamente al remitente y elimínelo de su sistema.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

# EXHIBIT 4

Case 2:25-cv-00747-SPC-DNF    Document 57    Filed 08/08/25    Page 24 of 283 PageID
1668

 Outlook

---

## Re: FW: FloridaDisaster.org Contact (1)

**From** Katie Blankenship <katie@sanctuaryofthesouth.com>

**Date** Wed 7/9/2025 5:44 PM

**To** Stephanie Houp <stephanie.houp@em.myflorida.com>

**Cc** South Facility <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>

---

### ⍦ Security Awareness

❌  The email came from an external source.

**Report Email**          **Trust Email**

Great, thank you. I have several clients I need to meet tomorrow morning. I plan to be at the facility around 8:30 AM. I will have a translator with me. Please advise if you need any further information to plan for our legal visits.

Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
www.sanctuaryofthesouth.com

On Wed, Jul 9, 2025 at 5:23 PM Stephanie Houp <Stephanie.Houp@em.myflorida.com> wrote:

> Forwarding your request to the Facility's legal inbox. Thank you.
>
> **Stephanie Houp, Esq.**
>
> ***Deputy Executive Director & General Counsel***
>
> Florida Division of Emergency Management
>
> Work Cell: (850) 815-5762
>
> Personal Cell: (727) 685-9520
>
> Stephanie.Houp@em.myflorida.com



**Most written communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.**

---

**From:** ESF 14 <esf14@em.myflorida.com>
**Sent:** Wednesday, July 9, 2025 2:26 PM
**To:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Kelly Ann Kennedy <KellyAnn.Kennedy@em.myflorida.com>
**Subject:** Fwd: FloridaDisaster.org Contact (1)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

———————— Forwarded message ————————

From: katie@sanctuaryofthesouth.com

Date: Jul. 09, 2025 1:12pm

Subject: FloridaDisaster.org Contact

To: esf14@em.myflorida.com, katie@sanctuaryofthesouth.com

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Name: Katie Blankenship

Email: katie@sanctuaryofthesouth.com

Subject: Other

Message: I am an attorney with clients at the Everglades detention camp. I need to visit them tomorrow for legal visits. Please confirm the process. I will have a translator w me and will arrive tomorrow morning.

Thank you.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: ATTORNEY CLIENT MEETING 7/21 10:30-11:30

**From** Brandice Johnson <bjohnson@criticalresponsestrategies.com>

**Date** Tue 7/22/2025 8:55 AM

**To** TNT - Legal <legal@privacy6.com>

### 🛡 Security Awareness

❌ The email came from an external source.

✅ The email was sent from a known contact.

**Report Email**     **Trust Email**

This is the information I sent to everyone on-site for Attorney Blankenships meeting Yesterday.

**From:** Brandice Johnson
**Sent:** Sunday, July 20, 2025 2:00 PM
**To:** Oscar Flores <oflores@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>; Mark Saunders <mark.saunders@nakamotogroup.com>
**Cc:** Will Adkins <wadkins@criticalresponsestrategies.com>; Jason Moyer <jmoyer@criticalresponsestrategies.com>; Mike Pagnotta <mpagnotta@criticalresponsestrategies.com>
**Subject:** ATTORNEY CLIENT MEETING 7/21 10:30-11:30

Good afternoon,
Please see the information for Monday July 21st, 2025 attorney client meeting at 10:30-11:30. Also this attorneys visitation forms are already on-site at the facility.

DETAINEE:
MICHAEL BORREGO

ATTORNEY:
Katie Blankenship

Will need zoom link.

Respectfully,
Brandice Johnson

*This email has been scanned by Inbound Shield.*

 Outlook

---

## 7/22/2025-@-11:00am

---

**From**   Oscar Flores <oflores@criticalresponsestrategies.com>

**Date**   Tue 7/22/2025 6:58 AM

**To**   TNT - Legal <legal@privacy6.com>

**Cc**   JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>; WILL ADKINS <wadkins@criticalresponsestrategies.com>

---

### ⮞ Security Awareness

❌   The email came from an external source.
✅   The email was sent from a known contact.

**Report Email**         **Trust Email**

---

Good morning,

Attached below you will find zoom link for Michael Borrego and Attorney.

https://us05web.zoom.us/j/81578154682?pwd=MPIlCTLDtgfCYdAY6oHaz4dggMeyIi.1

Meeting ID: 815 7815 4682
Passcode: 549628


Respectfully,
Oscar Flores
Email: Oflores@CriticalResponseStrategies.com
Phone: (956) 286-3297

**CRS** CRITICAL RESPONSE STRATEGIES

*This email has been scanned by Inbound Shield.*

# EXHIBIT 5

 Outlook

---

## Re: locating ICE detainee

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Wed 7/16/2025 3:44 PM |
| **To** | emily@rossandpines.com <emily@rossandpines.com> |

📎 1 attachment (133 KB)
Legal_Counsel_Visitation_Form 7.11.25.pdf;

Thank you for contacting the South Detention Facility to request an appointment with your client. Attached to this email is the **Attorney Visit Request Form**. Please complete the form in its entirety and return it via email to legal@privacy6.com. Once received, our team will review the information and reach out to you to schedule your visit accordingly.

As we continue to develop and expand direct legal access resources at the facility, please be assured that we are working diligently to ensure timely, secure, and reliable attorney-client communication. We recognize the importance of these interactions and are committed to continuously improving the systems that support them.

We sincerely appreciate your patience and understanding as we enhance our processes to better serve both legal counsel and the individuals in our care.

If you have any urgent matters or require further assistance, please include that in your response.
Thank you for your cooperation.
Respectfully,
Southern Detention Coordination Team
legal@privacy6.com

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Wednesday, July 9, 2025 5:36 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: locating ICE detainee

 **Security Awareness**

 The email came from an external source.
 The email was sent from a top domain.

**Report Email**        **Trust Email**

---

**From:** Emily Davis <emily@rossandpines.com>
**Sent:** Wednesday, July 9, 2025 9:43 AM

**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Fwd: locating ICE detainee

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see below

**Emily Niklaus Davis**
Attorney at Law
ROSS & PINES, LLC

Sent from my iPhone. Please excuse typos or brevity.

Begin forwarded message:

> **From:** "Miami.Outreach" <Miami.Outreach@ice.dhs.gov>
> **Date:** July 9, 2025 at 7:36:47 AM MDT
> **To:** Emily Davis <emily@rossandpines.com>
> **Subject: RE: locating ICE detainee**
>
>
> Good morning,
>
> Please send your request to the email address given below.
> Southfacility@em.myflorida.com
>
> Best regards,
>
> Miami Field Office
> Miami Outreach
> Enforcement and Removal Operations
> U.S. Immigration and Customs Enforcement
>
> ---
>
> **From:** Emily Davis <emily@rossandpines.com>
> **Sent:** Wednesday, July 9, 2025 9:34 AM
> **To:** Miami.Outreach <Miami.Outreach@ice.dhs.gov>
> **Cc:** Abby Rubin <abby@rossandpines.com>
> **Subject:** locating ICE detainee
>
> > **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.
>
> Good morning,
>
> My client was moved and does not show up in the locator. I am trying to locate him so I can file a bond. OSIEL OLIVEROS A# 214-158-120. My G28 is attached.
>
> Thank you,
>
> Emily Niklaus Davis
> ROSS & PINES, LLC
> 5555 Glenridge Connector

Suite 435
Atlanta, Georgia 30342
404-812-4300
www.rossandpines.com

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

# EXHIBIT 6

# South Detention Facility

**Legal Counsel Visitation Request Form**

## Attorney Information

Full Name: _____

Bar Number: _____

Law Firm Name: _____

Phone Number: _____

Email Address: _____

Mailing Address: _____

_____

## Client (Inmate) Information

Full Name: _____

Inmate Number: _____

Facility Name: _____

Housing Unit/Location (if known): _____

## Visitation Request Details

Requested Date(s) of Visit: _____

Requested Time(s): _____

Purpose of Visit:

☐ Privileged Legal Visit

☐ Document Review

☐ Case Consultation

☐ Other: _____

## Documents and Devices (if applicable)

*Attach copies of legal documents you intend to bring for approval. All items are subject to inspection and must be pre-approved.*

Documents to be Reviewed with Inmate:

_____

Devices Requested (e.g., Laptop, Recorder):

_____

## Certification

I certify that I am an attorney licensed to practice law and that this visitation request is for the purpose of providing legal counsel to the above-named inmate. I understand and will comply with all institutional rules and regulations governing attorney visits.

Attorney Signature: _____

Date: _____

## For Facility Use Only

Received By: _____

Date Received: _____

Approved By: _____

Approval Date: _____

Notes / Special Instructions:

_____

_____

# EXHIBIT 7



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS
Form G-28**

OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State [ ]  **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)

**7.** Fax Number (if any)

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority

**1.b.** Bar Number (if applicable)

**1.c.** I (select **only one** box) ☐ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

[                              ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

Form G-28   09/17/18

Page 1 of 4

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State        **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [                    ]

**2.b.** Date of Signature (mm/dd/yyyy) [          ]

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[                    ]

**1.b.** Date of Signature (mm/dd/yyyy) [          ]

**2.a.** Signature of Law Student or Law Graduate

[                    ]

**2.b.** Date of Signature (mm/dd/yyyy) [          ]

## Part 6.  Additional Information

If you need extra space to provide any additional information
within this form, use the space below.  If you need more space
than what is provided, you may make copies of this page to
complete and file with this form or attach a separate sheet of
paper.  Type or print your name at the top of each sheet;
indicate the **Page Number**, **Part Number**, and **Item Number**
to which your answer refers; and sign and date each sheet.

**1.a**  Family Name
(Last Name)

**1.b.**  Given Name
(First Name)

**1.c.**  Middle Name

**2.a.**  Page Number     **2.b.**  Part Number     **2.c.**  Item Number

**2.d.**

**3.a.**  Page Number     **3.b.**  Part Number     **3.c.**  Item Number

**3.d.**

**4.a.**  Page Number     **4.b.**  Part Number     **4.c.**  Item Number

**4.d.**

**5.a.**  Page Number     **5.b.**  Part Number     **5.c.**  Item Number

**5.d.**

**6.a.**  Page Number     **6.b.**  Part Number     **6.c.**  Item Number

**6.d.**

Form G-28   09/17/18

Page 4 of 4

# EXHIBIT 8

 Outlook

## Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

**From** TNT - Legal <legal@privacy6.com>

**Date** Tue 8/5/2025 7:06 PM

**To** greg chonillo <gregchonillo@gmail.com>

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Rolando Martinez Perez A#240746366. Please see all the details below:

Date: Aug 6, 2025, 04:00 PM Eastern Time (US and Canada)
Meeting ID: 886 9594 8373
Passcode: 502822

Zoom Link: https://us06web.zoom.us/j/88695948373?pwd=JRTXzlWNk55udkIovEZfw6R0yPhJEc.1

Respectfully,

Southern Detention Coordination Team

---

**From:** greg chonillo <gregchonillo@gmail.com>
**Sent:** Tuesday, August 5, 2025 1:00 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

### ✉ Security Awareness

❌   The email came from an external source.
❌   The email was sent from a personal email address.
✅   The email was sent from a known contact.

**Report Email**      **Trust Email**

Good afternoon,

Kindly forward the zoom information for August 6th at 4 pm. Thank you for your assistance.

On Mon, Aug 4, 2025 at 12:47 PM TNT - Legal <legal@privacy6.com> wrote:
> This in-person visit has been canceled. Thank you.
>
> Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 10:36 AM
**To:** greg chonillo <gregchonillo@gmail.com>
**Cc:** yuly herrera <yulycubapack@gmail.com>; yuly@chonillollaw.com <yuly@chonillollaw.com>; Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; msoto <msoto@criticalresponsestrategies.com>
**Subject:** Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

Dear Counsel;
Your visit has been scheduled for August 6 at 3:30 pm. Please arrive 15 minutes early for processing, and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

---

**From:** greg chonillo <gregchonillo@gmail.com>
**Sent:** Monday, August 4, 2025 9:44 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** yuly herrera <yulycubapack@gmail.com>; yuly@chonillollaw.com <yuly@chonillollaw.com>
**Subject:** Fwd: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

Good morning,

We represent the above mentioned respondent. May this serve to request legal visitation with my client- Rolando Martinez-Perez with Alien No.: A240-746-366. Please see attached Legal Visitation form, as well as our G28 previously filed electronically. Please advise at your earliest convenience. Thank you in advance for your assistance in this matter.

--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient

should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*This email has been scanned by Inbound Shield.*

--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Outlook

---

## Re: Legal Visit with Wilton Lessage, A#241319676

**From** TNT - Legal <legal@privacy6.com>
**Date** Tue 8/5/2025 7:28 PM
**To** Yaniv Nahon <Yaniv@smfirm.com>

Dear Counsel;

Your visit is scheduled for August 7, 2025, at 11 am. Please arrive 15 minutes early for processing, and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

---

**From:** Yaniv Nahon <Yaniv@smfirm.com>
**Sent:** Tuesday, August 5, 2025 3:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Oscar Flores <oscar.flores@privacy6.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; Frank Shaw <frank.shaw@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>
**Subject:** Re: Legal Visit with Wilton Lessage, A#241319676

 **Security Awareness**

 The email came from an external source.
 The email was sent from a known contact.

Report Email          Trust Email

Good afternoon,

I sincerely apologize, I did not see this email. I was not aware that the facility was granting in-person visits, I thought this would be a video call.

I have attached an updated visitation request form for a visit this Thursday at 11 AM. Please let me know if that works on your end.

Sincerely,

**Yaniv Nahon**
*Of Counsel*
Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565 Ext. 122
Cell: 305.733.2295
Fax: 305.444.1665
www.onecalllegal.com

This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, distribution, or printing of this electronic message or its contents by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immediately and delete the message from your computer or electronic device.

> On Aug 4, 2025, at 1:41 PM, TNT - Legal <legal@privacy6.com> wrote:
>
> Dear Counsel;
> This will be a pre-representational visit and you may have the detainee sign the G28 during the visit.
> Your visit is scheduled for 10 am on August 5, 2025. Please arrive 15 minutes early for processing, and  bring your Bar Card.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Yaniv Nahon <Yaniv@smfirm.com>
> **Sent:** Monday, August 4, 2025 12:03 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Legal Visit with Wilton Lessage, A#241319676

Good afternoon,

Thank you for getting back to me so quickly. Attached please find a visitation form and G28. I need the client to sign the G28, which is one reason for my vis will be a video visit, correct? Would it be possible for you to give my client the G28 to sign? Please let me know how you would like to handle this.

Thank you,

**Yaniv Nahon**
*Of Counsel*
Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565 Ext. 122
Cell: 305.733.2295
Fax: 305.444.1665
www.onecalllegal.com

This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, distributi electronic message or its contents by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immer message from your computer or electronic device.

> On Aug 4, 2025, at 11:53 AM, TNT - Legal <legal@privacy6.com> wrote:
>
> Dear Counsel;
> Thank you for your inquiry.
> Please submit a completed legal counsel visitation form (attached) and a completed ICE Form G28, and we will schedule your visit.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Yaniv Nahon <Yaniv@smfirm.com>
> **Sent:** Monday, August 4, 2025 10:33 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Legal Visit with Wilton Lessage, A#241319676
>
> Good morning,
>
> I am reaching out to coordinate a legal visit with my client, who is being held at the Everglades Detention Center. Please send me the form to set up t
>
> Thank you,
>
> **Yaniv Nahon**
> *Of Counsel*
> Seltzer Mayberg, LLC
> 10750 NW 6th Court
> Miami, Florida 33168
> Tel: 305.444.1565 Ext. 122
> Cell: 305.733.2295
> Fax: 305.444.1665
> www.onecalllegal.com
>
> This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, di anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immediately and delete the message
>
> *This email has been scanned by Inbound Shield.*
>
> <attachment-2.png><attachment-1.png><Legal_Counsel_Visitation_BLANKForm 7.11.25 Detainee (1).pdf>

<attachment-3.png>

 Outlook

## Fw: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 5:37 PM

**To** Adma Donato <adma.donato@gkaplanlaw.com>

Counsel,

Now that we offer in-person visits are you interested in that option or do you wish to keep your 9AM video call, on August 6, 2025?

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 3:02 PM
**To:** Adma Donato <adma.donato@gkaplanlaw.com>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Counsel;

We can accommodate August 6, 2025 at 9AM.

We are also able to accommodate in-person visits. Would you prefer to have an in-person visit? We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and Saturday. Please provide as many options as possible, as our limited slots fill up quickly.

Please confirm your preference.

Respectfully,

Southern Detention Coordination Team

---

**From:** Adma Donato <adma.donato@gkaplanlaw.com>
**Sent:** Thursday, July 31, 2025 1:27 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** RE: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

 **Security Awareness**

 ❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email          Trust Email

Please attached find documents requested.

Thank you in advance for your attention and consideration with this matter.

Best Regards,


*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: adma.donato@gkaplanlaw.com
Web: www.american-immigration-lawyer.com
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit:  Alien Registration Requirement | USCIS or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



---

*Please note*- *If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S. https://i94.cbp.dhs.gov. There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 1:20 PM
**To:** Adma Donato <adma.donato@gkaplanlaw.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Counsel;
If you forward the G28 with your information on it, we can ask the detainee to sign it and return it to you. Also, submit a completed legal counsel visitation form (attached) and we can schedule an in-person visit or a video visit, as you prefer. The legal counsel visitation form asks for times and dates for your visit request. The more options you provide, the better we can accommodate.

Respectfully,

Southern Detention Coordination Team

---

**From:** Adma Donato <adma.donato@gkaplanlaw.com>
**Sent:** Thursday, July 31, 2025 12:53 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** RE: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Officer,
I hope this message finds you well.
As stated in our previous email, our client, **Julio Adrian Silva-Arzuaga (A243-013-756)**, does not appear in the ICE Online Detainee Locator System, and consequently, there is no corresponding ERO file available.
However, Mr. Silva-Arzuaga has remained in ICE custody since late June.
Due to the lack of official registration in the system, it has been impossible to obtain a signed Form G-28 from him. We respectfully note that the respondent is an applicant for Adjustment of

Status and was detained solely for not being in physical possession of his Employment Authorization Document at the time of apprehension.

To date, we have submitted several emails on his behalf, including a **Pre-NTA Parole Request**, but have not received any response.

We urgently request that you provide guidance on how we can schedule a legal meeting with our client under these circumstances. Please advise if there is an alternative method to facilitate privileged legal access.

Thank you for your attention to this matter. We look forward to your prompt response.

Sincerely,

*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: adma.donato@gkaplanlaw.com
Web: www.american-immigration-lawyer.com
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit:  Alien Registration Requirement | USCIS or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



***Please note-*** *If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S.* [https://i94.cbp.dhs.gov](https://i94.cbp.dhs.gov). *There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 12:43 PM
**To:** Adma Donato <adma.donato@gkaplanlaw.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Counsel;
Please submit a completed Form G28 so that we can schedule your visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Adma Donato <adma.donato@gkaplanlaw.com>
**Sent:** Thursday, July 31, 2025 11:22 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Officer,
I hope this message finds you well.
Please find attached the Visitation Request Form for our client, **Julio Adrian Silva-Arzuaga (A243-013-756)**.
This request is urgent, given that his information currently does not appear in the ICE or EOIR systems.
We respectfully request your prompt attention and confirmation of this legal visitation request.
Please confirm receipt and let us know as soon as the visitation is approved or scheduled.
Best regards,

*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: adma.donato@gkaplanlaw.com
Web: www.american-immigration-lawyer.com
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and

fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit:  Alien Registration Requirement | USCIS or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



**Please note**- *If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S. https://i94.cbp.dhs.gov. There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

*This email has been scanned by Inbound Shield.*

 Outlook

---

## Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

---

**From** immigration1 lawyers <immigration1@gallardolawyers.com>

**Date** Tue 8/5/2025 10:25 AM

**To** TNT - Legal <legal@privacy6.com>

### Security Awareness

❌ The email came from an external source.

✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Thank you for the information!

El mar, 5 ago 2025 a las 11:19, TNT - Legal (<legal@privacy6.com>) escribió:

> Dear Counsel;
>
> This email is to inform you that the detainee: Maikol Yoel Blanco A#249372640 was released to ICE and is no longer at Florida Soft Sided Facility (AA)
>
> This Zoom appointment has been cancelled on our end.
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** TNT - Legal <legal@privacy6.com>
> **Sent:** Thursday, July 31, 2025 3:03 PM
> **To:** immigration1 lawyers <immigration1@gallardolawyers.com>
> **Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)
>
> Good afternoon,
>
> The Zoom Visit has been scheduled for the Detainee Maikol Blanco A#249372640. Please see all the details below:
>
> Date: Aug 5, 2025, 02:00 PM Eastern Time (US and Canada)
> Meeting ID: 871 4349 9274
> Passcode: 386982

Zoom Link: https://us06web.zoom.us/j/87143499274?pwd=D7UkO3eN9LRLDXWPLZJI9rayNfLwwV.1

Respectfully,

Southern Detention Coordination Team

___

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 3:44 PM
**To:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

We will certainly do so.

Respectfully,

Southern Detention Coordination Team

___

**From:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Sent:** Thursday, July 31, 2025 3:42 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

Thank you. Please be sure to send the Zoom link, as I didn't receive anything on the last video call I scheduled, and I wasn't able to chat with my client. Thank you.

El jue, 31 jul 2025 a las 15:35, TNT - Legal (<legal@privacy6.com>) escribió:

> Dear Counsel;
>
> Your video visit is scheduled for August 5, 2025, at 2:00 p.m.  You will receive a Zoom link to access the call.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ___
>
> **From:** immigration1 lawyers <immigration1@gallardolawyers.com>
> **Sent:** Thursday, July 31, 2025 3:11 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)
>
> I would like to continue with the legal call for August 5th at 2pm or 4pm if possible, thank you.
>
> El jue, 31 jul 2025 a las 15:06, TNT - Legal (<legal@privacy6.com>) escribió:
>
>> Counsel;
>>
>> We are able to accommodate in-person visits.  Would you like to conduct an in-person visitor or continue with a video call?

We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and
Saturday.  Please provide as many options as possible, as our limited slots fill up
quickly.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Thursday, July 31, 2025 1:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

---

**From:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Sent:** Thursday, July 31, 2025 12:21 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Cc:** Yesenia Alfonso <yesenia.alfonso@gallardolawyers.com>
**Subject:** LEGAL CALL (MAIKOL BLANCO A#249-372-640)

**CAUTION:** This email originated from outside the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

Good  afternoon  ,

Our office has been retained by **(MAIKOL BLANCO A#249-372-640)** to represent him in his
immigration matters.

I request a legal call with Mr. Blanco as soon as possible. We propose this coming, August 05,
2:00 PM  EDT.

Thank you in advance for your assistance and cooperation in this matter.

Best regards,

Yesenia L. Alfonso

**Attorney Information**

Name: Yesenia L. Alfonso (Gallardo Law Firm, P.A.)

8492 SW 8th St, Miami, FL 33144

Phone No.: 786-505-7312

yesenia.alfonso@gallardolawyers.com

Under Florida law, correspondence with the Florida Division of Emergency Management
concerning agency business that is neither confidential nor exempt pursuant to Florida
Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

# EXHIBIT 9

 Outlook

**Re: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554**

**From** Oscar Flores <oscar.flores@privacy6.com>

**Date** Sat 7/26/2025 7:47 AM

**To** Martin Soto <martin.soto@privacy6.com>; TNT - Legal <legal@privacy6.com>

Acknowledged.

Oscar Flores
Email: Oflores@CriticalResponseStrategies.com
Phone: (956) 286-3297

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 5:19 PM
**To:** Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>
**Subject:** Fw: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Please see below for canceled video visit. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Equipo Guerrero Law <team@jhonguerrero.law>
**Sent:** Friday, July 25, 2025 3:19 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Good afternoon,

We hereby request the cancellation of the call scheduled for tomorrow, July 26th, with our client **Jayber Leonardo Sanchez Arias - A# 246-821-554**, as the request is to schedule a credible fear interview.

Thank you for your attention to this matter.

Sincerely,

***Jhon Guerrero Solis, Esq***
Attorney for Respondent
**Abogado Guerrero PLLC**
P.O. Box 430130
Miami, FL 33243
561-562-1721; attorney@jhonguerrero.law

**Fl Bar# 1036936**

---

**De:** TNT - Legal <legal@privacy6.com>
**Enviado:** miércoles, 23 de julio de 2025 11:06 p. m.
**Para:** Equipo Guerrero Law <team@jhonguerrero.law>
**Asunto:** Re: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Dear Counsel;
Your video visit is set for July 26 at 9 am. You will receive a Zoom link to access the visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 23, 2025 11:44 PM
**To:** Equipo Guerrero Law <team@jhonguerrero.law>
**Subject:** Re: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Dear Counsel;
We set up video visits for you and your client. The inclusion of any others is not at our discretion.
Perhaps the Miami Field Office could assist you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Equipo Guerrero Law <team@jhonguerrero.law>
**Sent:** Wednesday, July 23, 2025 3:02 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Good afternoon,

We hereby confirm the available dates and times for Mr. Jayber Leonardo Sánchez Arias' credible fear interview:

- July 24th at 10:00 a.m.

- July 25th at 11:00 a.m.

- July 26th at 9:00 a.m.

We appreciate your confirmation that a credible fear interview is being scheduled for the aforementioned client through this process.

We look forward to your prompt response.

Sincerely,

***Jhon Guerrero Solis, Esq***
Attorney for Respondent

**Abogado Guerrero PLLC**

P.O. Box 430130

Miami, FL 33243

561-562-1721; attorney@jhonguerrero.law

**Fl Bar# 1036936**

---

**De:** TNT - Legal <legal@privacy6.com>
**Enviado:** martes, 22 de julio de 2025 12:43 p. m.
**Para:** Equipo Guerrero Law <team@jhonguerrero.law>
**Asunto:** Re: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Counsel;

Please send the dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.

Respectfully,

Southern Detention Coordination Team

---

**From:** Equipo Guerrero Law <team@jhonguerrero.law>
**Sent:** Tuesday, July 22, 2025 1:11 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Good Morning,

I attached the form and the florida Bar.

Sincerely,

*Jhon Guerrero Solis, Esq*
Attorney for Respondent
**Abogado Guerrero PLLC**
P.O. Box 430130
Miami, FL 33243
561-562-1721; attorney@jhonguerrero.law
**Fl Bar# 1036936**

---

**De:** TNT - Legal <legal@privacy6.com>
**Enviado:** martes, 22 de julio de 2025 11:03 a. m.
**Para:** Equipo Guerrero Law <team@jhonguerrero.law>
**Asunto:** Fw: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

Dear Counsel;
Please send:
- Completed legal counsel visitation form (attached)
- The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.
- Copy of your Bar Card
- Copy of your Government-issued current identification document (driver's license, passport, etc)

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Monday, July 21, 2025 3:41 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

---

**From:** Equipo Guerrero Law <team@jhonguerrero.law>
**Sent:** Monday, July 21, 2025 2:15 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Cc:** Jhon E. Guerrero Solis <abogado@jhonguerrero.law>; Cesar Guerrero Solis <attorney@jhonguerrero.law>
**Subject:** Credible Fear Interview Request for -Jayber Leonardo Sanchez Arias - A# 246-821-554

No suele recibir correo electrónico de team@jhonguerrero.law. Por qué es esto importante

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Good Afternoon,**

I am writing to respectfully request a credible fear interview for my client **Jayber Leonardo Sanchez Arias - A# 246-821-554**

My client is currently detained at:

**ALLIGATOR ALCATRAZ DETENTION FACILITY**
Located at the former Dade-Collier Training and Transition Airport

Please find the signed Form G-28 attached indicating our representation.

If referrals for credible fear interviews are not handled by your office—or should be directed to another office—please kindly provide the appropriate contact information or email address for submitting such requests.

Thank you for your attention to this matter.

Sincerely,

*Jhon Guerrero Solis, Esq*
Attorney for Respondent
**Abogado Guerrero PLLC**
P.O. Box 430130
Miami, FL 33243
561-562-1721; attorney@jhonguerrero.law
**Fl Bar# 1036936**

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: Detainee info**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 8:36 AM

**To** Juliana Jimenez <delatorre8584@gmail.com>

Counsel;

The contact information we have on file for the Miami Field Office is (954) 236-4900.

Respectfully,

Southern Detention Coordination Team

---

**From:** Juliana Jimenez <delatorre8584@gmail.com>
**Sent:** Thursday, July 31, 2025 8:00 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Detainee info

### ⬙ Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Do you have a form of contact for the Miami office?

On Thu, Jul 31, 2025 at 3:59 AM TNT - Legal <legal@privacy6.com> wrote:
> God day;
> Thank you for your inquiry.
> This facility is not involved in decisions to deport, transfer, or release detainees. Perhaps you could contact the Miami Field Office with these questions.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Juliana Jimenez <delatorre8584@gmail.com>
> **Sent:** Wednesday, July 30, 2025 9:55 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Detainee info

Hello,
How much longer will he be detained? Will he be deported? He was telling us they are going to transfer him to jail, is that true? Any information you can give me to better understand why he has been there for so long? Is there anything we can do to help him in anyway?

On Wed, Jul 30, 2025 at 5:47 AM TNT - Legal <legal@privacy6.com> wrote:

> Good Day;
> Thank you for your inquiry. Please be more specific as to the information you are requesting.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Juliana Jimenez <delatorre8584@gmail.com>
> **Sent:** Wednesday, July 30, 2025 7:10 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Detainee info
>
> Great,
> My name is Juliana Jimenez. My brother in law is in Alligator Alcatraz. He gave us this email to get information. We don't know much of what's going on since we are in California. Would you be able to tell me any information about him?
> Detainee: Jose Aurelio Jimenez Martinez aka Jose Jimenez
> DOB: 7/26/2001
> he gave us this number I think it's his detainee # 221444639
>
> Thank You,
> Juliana Jimenez
>
>
> On Wed, Jul 30, 2025 at 3:59 AM TNT - Legal <legal@privacy6.com> wrote:
>
>> Good Day;
>> We have information about detainees at the Soft Side Southern Detention Center(Alligator Alcatraz). We do not have information about court, deportation officers, or other matters dealing with the detainees' immigration cases.
>>
>> Respectfully,
>>
>> Southern Detention Coordination Team
>>
>> ---
>>
>> **From:** Juliana Jimenez <delatorre8584@gmail.com>
>> **Sent:** Tuesday, July 29, 2025 10:22 PM
>> **To:** TNT - Legal <legal@privacy6.com>
>> **Subject:** Detainee info
>>
>> Hello,
>> Is this a valid email to get info on a detainee?
>>
>> Sent from my iPhone

*This email has been scanned by Inbound Shield.*

--

**Juliana Jimenez**

Cell: (909) 538-4096

E-mail: delatorre8584@gmail.com

--

**Juliana Jimenez**

Cell: (909) 538-4096

E-mail: delatorre8584@gmail.com

--

**Juliana Jimenez**

Cell: (909) 538-4096

E-mail: delatorre8584@gmail.com

 Outlook

**RE: First District Court of Appeal Clerk's Office Contact Information**

From Kristina Samuels <samuelsk@flcourts.org>

Date Tue 7/29/2025 4:27 PM

To    TNT - Legal <legal@privacy6.com>

### ⬥ Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.
✅  The email was sent from a top domain.

**Report Email**          **Trust Email**

Thank you for letting me know. I appreciate it, Kristina

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 29, 2025 4:01 PM
**To:** Kristina Samuels <samuelsk@flcourts.org>
**Subject:** Re: First District Court of Appeal Clerk's Office Contact Information

| CAUTION |
|---|
| This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |

Dear Counsel,

This email is to inform you that the Detainee, Owen Bayardo Gordan Campbell, is no longer at the Florida Soft Sided Facility (AA). The detainee was released on 07/25/2025 to ICE.

Respectfully,

Southern Detention Coordination Team

**From:** Kristina Samuels <samuelsk@flcourts.org>
**Sent:** Monday, July 28, 2025 1:32 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: First District Court of Appeal Clerk's Office Contact Information

Thank you for your assistance.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 28, 2025 1:04 PM
**To:** Kristina Samuels <samuelsk@flcourts.org>
**Subject:** Re: First District Court of Appeal Clerk's Office Contact Information

| **CAUTION** |
|---|
| This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |

Dear Counsel,

We will deliver the mail to Mr. Campbell. Any response will be received via email.

Respectfully,

Southern Detention Coordination Team

---

**From:** Kristina Samuels <samuelsk@flcourts.org>
**Sent:** Monday, July 28, 2025 10:59 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: First District Court of Appeal Clerk's Office Contact Information

Good morning,

Please find attached a copy of the mail that my office attempted to send to Mr. Campbell at the Santa Rosa County jail.

A written response is needed from Mr. Campbell.

Should I except that response by USPS (the court's address is First District Court of Appeal, 2000 Drayton Drive, Tallahassee Florida 32399) or via email? Typically, the First District does not accept filings by email, but if it needs to be that way, I will make an exception for this unusual circumstance.

Thank you for your help,
Kristina


**Kristina Samuels**
Clerk of Court
First District Court of Appeal
850-488-6151




---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 5:18 PM
**To:** Kristina Samuels <samuelsk@flcourts.org>
**Subject:** Fw: First District Court of Appeal Clerk's Office Contact Information

| **CAUTION** |
|---|
| This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |

Good Day;

You may send mail to this email account and we will deliver it to the detainee. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>
**Sent:** Friday, July 25, 2025 2:51 PM
**To:** Kristina Samuels <samuelsk@flcourts.org>; South Facility <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** RE: First District Court of Appeal Clerk's Office Contact Information

Good afternoon,

No problem at all. Please send it to the site and I am copying the facility emails to make sure they are aware it is coming. Thanks so much!

**Stephanie Houp, Esq.**

***Deputy Executive Director & General Counsel***

Florida Division of Emergency Management

Work Cell: (850) 815-5762

Personal Cell: (727) 685-9520

Stephanie.Houp@em.myflorida.com

 **Most written communications to or from state employees are public records obtainable by the public upon request. Emails sent to me at this email address may be considered public and will only be withheld from disclosure if deemed confidential pursuant to the laws of the State of Florida.**

---

**From:** Kristina Samuels <samuelsk@flcourts.org>
**Sent:** Friday, July 25, 2025 10:37 AM
**To:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>
**Subject:** First District Court of Appeal Clerk's Office Contact Information

You don't often get email from samuelsk@flcourts.org. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Ms. Houp,

I am the Clerk of Court at the First District Court of Appeal in Tallahassee, Florida. I realize you are probably not the right person to ask but I'm hoping you can point me in the right direction.

I am told that an appellant with a pending appeal here as been relocated to the new detention facility in Everglades. I need to send legal mail to this person. Is there a procedure for such legal mail? Do I send it to the airport address? Is there someone at the facility that I should contact?

Thank you for any information you can provide,

Kristina Samuels

**Kristina Samuels**

Clerk of Court

First District Court of Appeal

850-488-6151

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: Fw: \*\*URGENT\*\* VIDEO CALL REQUEST - Roger RUIZ - A number 201746843**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/24/2025 7:33 PM

**To** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

Attached below is zoom link for 7/28/2025 @ 12:00pm
https://us05web.zoom.us/j/84771359354?pwd=4efq3ZDHPr2ZXfWNo6KMeibrcUjbgO.1

Meeting ID: 847 7135 9354
Passcode: 2MgLGJ

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:34 PM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Re: Fw: \*\*URGENT\*\* VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

Counsel,

The video call has been scheduled for 12PM on Monday, July 28th.  An email containing the video link will be forwarded to you prior to the call.

Respectfully,
Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Thursday, July 24, 2025 7:49 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: \*\*URGENT\*\* VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

### ⬙ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email     Trust Email

Please schedule for Monday the 28th . For the time I have available.



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

El jue, 24 de jul de 2025, 12:05 a.m., TNT - Legal <legal@privacy6.com> escribió:
Dear Counsel;

The dates that you requested is unavailable.  Please provide us with additional dates and times that work for your schedule.  The more options you provide for dates and times, the better we can accommodate.  We are booking dates for next week, starting Monday, July 28th and out.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Wednesday, July 23, 2025 4:43 PM
**To:** TNT - Legal <legal@privacy6.com>; info <info@servingimmigrants.com>
**Subject:** Re: Fw: **URGENT** VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

Good afternoon, Please I urgently need a response to my request.

El mié, 23 jul 2025 a las 8:26, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
I send all the documents requested for the video conference with my client.

Please tell me an available time.

El mar, 22 jul 2025 a las 22:08, TNT - Legal (<legal@privacy6.com>) escribió:
My apologies, I neglected to attach the Legal Counsel Visitation form in my previous email.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 10:04 PM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Fw: **URGENT** VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

Dear Counsel;

We are unable to locate the G28, Bar and Government ID information that you mentioned below.

To facilitate a video visit, please send the following information to this email address.

- Completed legal counsel visitation form (attached)

- The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.

- Completed Form G28

- Copy of your Bar Card

- Copy of your Government-issued current identification document (driver's license, passport, etc)

Respectfully,

Southern Detention Coordination Team

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Tuesday, July 22, 2025 2:56 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: **URGENT** VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

**From:**
**Sent:** Tuesday, July 22, 2025 12:57 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Re: **URGENT** VIDEO CALL REQUEST - Roger RUIZ - A number 201746843

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, could you please respond to my request? I need it urgently.

Please, thank you.



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

El lun, 21 de jul de 2025, 9:19 a.m., Diveana OLLARVE
<diveanaollarve@servingimmigrants.com> escribió:

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr. Roger Ruiz Please tell me as the closest possible date and time.

Thank you.

Respectfully

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

 Outlook

---

**Automatic reply: NOE PEREZ MATIAS - A#209-135-838**

---

**From** Zamir, Kristy <kristy.zamir@ice.dhs.gov>

**Date** Thu 7/31/2025 12:40 PM

**To** TNT - Legal <legal@privacy6.com>

### 🛡️ Security Awareness

- ❌ The email came from an external source.
- ✅ The email was sent from a known contact.
- ✅ The email was sent from a top domain.

**Report Email**          **Trust Email**

Thank you for your email. I am currently out of the office. I will respond to your message as soon as I return.

If your matter is urgent and cannot wait, please contact our Krome facility directly at (305) 207-2001 for immediate assistance.

Thank you for your understanding.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Automatic reply: SUAREZ-HERRERO, RAUL | A-Number: 024-652-314**

---

**From** Quinn, Joseph M <joseph.m.quinn@ice.dhs.gov>

**Date** Thu 7/31/2025 5:36 PM

**To** TNT - Legal <legal@privacy6.com>

## ⯅ Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.
✅  The email was sent from a top domain.

**Report Email**          **Trust Email**

All ,

I will be out of office on detail from Wednesday April 16, 2025 until Friday April 18, 2025. Any assistance needed please contact SDDO Jahmal Ervin.

DO Joseph Quinn.

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: AMADOR-SUAREZ, LUIS MIGUEL / NIC; Dob: 07/29/1988 / NO A-NUMBER

**From** TNT - Legal <legal@privacy6.com>

**Date** Wed 7/23/2025 10:19 PM

**To** removaldefense@gmail.com <removaldefense@gmail.com>

**Cc** Miami.Outreach <Miami.Outreach@ice.dhs.gov>; Jonathan.ruiz@ice.dhs.gov <Jonathan.ruiz@ice.dhs.gov>; Jose M <jose.m.velez@ice.dhs.gov>; Charlene A <charlene.A.Tamargo@ice.dhs.gov>; Charles <charles.parra@ice.dhs.gov>; Carlos.Lozada@ice.dhs.gov <Carlos.Lozada@ice.dhs.gov>; jordan.j.gullage@ice.dhs.gov <jordan.j.gullage@ice.dhs.gov>; Paola A <paola.a.aguilar@ice.dhs.gov>; Kirk.Henry@ice.dhs.gov <Kirk.Henry@ice.dhs.gov>

📎 1 attachment (1 MB)
20250721104746103.pdf;

Counsel;
The above referenced was released from Florida Southern Detention Facility on July 22, 2025 to ICE custody.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Monday, July 21, 2025 11:50 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: AMADOR-SUAREZ, LUIS MIGUEL / NIC; Dob: 07/29/1988 / NO A-NUMBER

### 🛡 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a trusted contact.
✅  The email was sent from a top domain.

**Report Email**        **Trust Email**

---

**From:** Jose Bernardo Lovo, Esq. <removaldefense@gmail.com>
**Sent:** Monday, July 21, 2025 10:55 AM
**To:** Miami.Outreach <Miami.Outreach@ice.dhs.gov>; Jonathan.ruiz@ice.dhs.gov; Velez, Jose M <jose.m.velez@ice.dhs.gov>; Tamargo, Charlene A <charlene.A.Tamargo@ice.dhs.gov>; Parra, Charles <charles.parra@ice.dhs.gov>; Carlos.Lozada@ice.dhs.gov; jordan.j.gullage@ice.dhs.gov; Aguilar, Paola A

<paola.a.aguilar@ice.dhs.gov>; Kirk.Henry@ice.dhs.gov; South Facility <southfacility@em.myflorida.com>
**Subject:** AMADOR-SUAREZ, LUIS MIGUEL / NIC; Dob: 07/29/1988 / NO A-NUMBER

You don't often get email from removaldefense@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello officers good day; I am the attorney for this citizen of **Nicaragua** detained at Alligator Alcatraz for almost 2 weeks, and has not been registered in the ICE system yet. He is eligible to seek a bond from a judge and through ICE but he has not been given an alien number yet. I am respectfully asking any of you to please help me register him into the system and/or facilitate his Anumber to me.

Thank you!!

Jose Bernardo Lovo, Esq.
*Attorney at Law*
*The Datran Center*
*9100 S. Dadeland Blvd. Suite 1500*
*Miami, Florida 33156*
*(786)246-7111*

**CONFIDENTIALITY NOTICE - This communication may be subject to attorney-client privilege, attorney work product, or confidential. If you are not the intended recipient or her employee, your use of this communication is strictly prohibited.  If you have received this in error, please notify the sender (only) and delete the message.  Thank you.**
Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: Fw: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Fri 7/25/2025 4:59 PM

**To**   Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

Dear Counsel;
The detainee *Jose Cortez Ferrera A# 243008214 DOB: 06/26/1987* is no longer on the Florida Soft Sided Facility (AA). The detainee was released on 07.23.2025 by ICE.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Thursday, July 24, 2025 3:49 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641

### 📩 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

**Report Email**        **Trust Email**

thank you

El jue, 24 jul 2025 a las 15:43, TNT - Legal (<legal@privacy6.com>) escribió:

> Dear Counsel;
>
> Your video visit is scheduled for Monday, July 28, at 1PM. You will receive an email with a Zoom link and instructions for the visit.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Sent:** Thursday, July 24, 2025 7:48 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641

Please schedule for Monday the 28th . For the time I have available.



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

El jue, 24 de jul de 2025, 12:10 a.m., TNT - Legal <legal@privacy6.com> escribió:

Dear Counsel;

The date that you requested is unavailable.  Please provide us with additional dates and times that work for your schedule.  The more options you provide for dates and times, the better we can accommodate.  We are booking dates for next week, starting Monday, July 28th and out.

Respectfully,

Southern Detention Coordination Team

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Wednesday, July 23, 2025 4:44 PM
**To:** TNT - Legal <legal@privacy6.com>; info <info@servingimmigrants.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641

Good afternoon, Please I urgently need a response to my request.

El mié, 23 jul 2025 a las 8:39, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:

I send all the documents requested for the video conference with my client.

Please tell me an available time.

El mar, 22 jul 2025 a las 21:59, TNT - Legal (<legal@privacy6.com>) escribió:

Dear Counsel;

We are unable to locate the G28, Bar and Government ID information that you mentioned below.

To facilitate a video visit, please send the following information to this email address.

- Completed legal counsel visitation form (attached)
- The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.
- Completed Form G28
- Copy of your Bar Card
- Copy of your Government-issued current identification document (driver's license, passport, etc)

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Tuesday, July 22, 2025 2:56 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Tuesday, July 22, 2025 12:56 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Re: **URGENT** VIDEOCALL REQUEST - Jose CORTEZ FERRERA - A number 202540641

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, could you please respond to my request? I need it urgently.

Please, thank you.



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

El lun, 21 de jul de 2025, 9:20 a.m., Diveana OLLARVE
<diveanaollarve@servingimmigrants.com> escribió:

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr. Jose CORTEZ
Please tell me as the closest possible date and time.

Thank you.

Respectfully

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

 Outlook

## Re: Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

**From** TNT - Legal <legal@privacy6.com>

**Date** Wed 7/30/2025 5:25 PM

**To** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Luis Figueroa Cruz A#094258962. Please see all the details below:

Date: Aug 4, 2025, 11:00 AM Eastern Time (US and Canada)
Meeting ID: 853 1034 1163
Passcode: 629606

Zoom Link:  https://us06web.zoom.us/j/85310341163?pwd=58KibrdM3SDRV6laSjhI9iIwIyPYHX.1



### Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise cloud communications.

us06web.zoom.us

Respectfully,

Southern Detention Coordination Team

**From:** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>
**Sent:** Wednesday, July 30, 2025 5:07 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

### 🛡 Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email          Trust Email

Ty Very Much!

Regards,

 **Raimundo Garcia**
**YOUR IMMIGRATION ATTORNEY**
Immigration Paralegal

A: 2601 S Bayshore Drive 5th Floor Coconut Grove, FL 33133
P: +1-888-570-5677 D:  786-687-1431   F:  305-560-5096
E: rgarcia@yourimmigrationattorney.com  W: www.YourImmigrationAttorney.com
MIAMI | ORLANDO | DENVER | ATLANTA

NOTICE: The information in this e-mail, including any attachments, is confidential, is intended only for the named recipient(s) to whom the email is addressed and may contain information that is attorney-client privileged, attorney work product, proprietary and/or exempt from disclosure under applicable law. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this email, including any attachments, is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire email, including any attachments, from their computer. Any opinions or advice contained in this email shall be subject to the terms and conditions set forth in the governing Your Immigration Attorney, PLLC client engagement agreement. IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 30, 2025 4:28 PM
**To:** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>
**Cc:** Hector Diaz <hd@yourimmigrationattorney.com>; Flavia Espinoza <fespinoza@yourimmigrationattorney.com>
**Subject:** Re: Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

Dear Counsel,

Your video visit is scheduled for Monday, August 4, 2025, at 1:00 p.m. You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>
**Sent:** Wednesday, July 30, 2025 1:23 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Hector Diaz <hd@yourimmigrationattorney.com>; Flavia Espinoza <fespinoza@yourimmigrationattorney.com>
**Subject:** Re: Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

Dear Officer,

I am writing on behalf of Attorney Hector M. Díaz and our client, Luis Figueroa Cruz (A# 094-258-962, Honduras). We are currently in the process of preparing a defense for our client, who is detained at the Alligator Alley Detention Facility or Alligator Alcatraz, and would like to schedule a Virtual Attorney Visitation (VAV) session. We request a 30-minute session on the following date and time:

August 4, 2025, at 11:00 A.M.

Please let me know if this time works for your office.

For your records, I have attached:

- Attorney Hector M. Díaz's Form G-28.

- Completed legal counsel visitation form

- A copy of his driver's license.

- A copy of his Florida Bar Card.

If you require any additional information or documentation, please do not hesitate to let me know. Thank you for your attention to this matter, and I look forward to your prompt response.

Best regards,



**Raimundo Garcia**
**YOUR IMMIGRATION ATTORNEY**
Immigration Paralegal

A: 2601 S Bayshore Drive 5th Floor Coconut Grove, FL 33133

P: +1-888-570-5677 D: 786-687-1431  F: 305-560-5096

E: rgarcia@yourimmigrationattorney.com  W: www.YourImmigrationAttorney.com

MIAMI | ORLANDO | DENVER | ATLANTA

NOTICE: The information in this e-mail, including any attachments, is confidential, is intended only for the named recipient(s) to whom the email is addressed and may contain information that is attorney-client privileged, attorney work product, proprietary and/or exempt from disclosure under applicable law. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this email, including any attachments, is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire email, including any attachments, from their computer. Any opinions or advice contained in this email shall be subject to the terms and conditions set forth in the governing Your Immigration Attorney, PLLC client engagement agreement. IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 30, 2025 1:08 PM
**To:** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>
**Cc:** Hector Diaz <hd@yourimmigrationattorney.com>; Flavia Espinoza

<fespinoza@yourimmigrationattorney.com>

**Subject:** Re: Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

Dear Counsel:

To facilitate a video visit, please send:

- Completed legal counsel visitation form (attached)

- The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.  We are currently scheduling for August 4, 2025 and beyond.

Respectfully,

Southern Detention Coordination Team

---

**From:** Raimundo Garcia <rgarcia@yourimmigrationattorney.com>
**Sent:** Wednesday, July 30, 2025 11:06 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Hector Diaz <hd@yourimmigrationattorney.com>; Flavia Espinoza <fespinoza@yourimmigrationattorney.com>
**Subject:** Request for Virtual Attorney Visitation (VAV) for Luis Figueroa Cruz (A# 094-258-962)

Dear Officer,

I am writing on behalf of Attorney Hector M. Díaz and our client, Luis Figueroa Cruz (A# 094-258-962, Honduras). We are currently in the process of preparing a defense for our client, who is detained at the Alligator Alley Detention Facility or Alligator Alcatraz, and would like to schedule a Virtual Attorney Visitation (VAV) session. We request a 30-minute session on the following date and time:

August 1, 2025, at 11:00 A.M.

Please let me know if this time works for your office.

For your records, I have attached:

- Attorney Hector M. Díaz's Form G-28.

- A copy of his driver's license.

- A copy of his Florida Bar Card.

If you require any additional information or documentation, please do not hesitate to let me know. Thank you for your attention to this matter, and I look forward to your prompt response.

Best regards,



**Raimundo Garcia**
**YOUR IMMIGRATION ATTORNEY**

Immigration Paralegal

A: <u>2601 S Bayshore Drive</u> 5th Floor Coconut Grove, FL 33133

P: <u>+1-888-570-5677</u> D:  786-687-1431   F:  305-560-5096

E: <u>rgarcia@yourimmigrationattorney.com</u>  W: <u>www.YourImmigrationAttorney.com</u>

MIAMI | ORLANDO | DENVER | ATLANTA

NOTICE: The information in this e-mail, including any attachments, is confidential, is intended only for the named recipient(s) to whom the email is addressed and may contain information that is attorney-client privileged, attorney work product, proprietary and/or exempt from disclosure under applicable law. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this email, including any attachments, is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire email, including any attachments, from their computer. Any opinions or advice contained in this email shall be subject to the terms and conditions set forth in the governing Your Immigration Attorney, PLLC client engagement agreement. IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*This email has been scanned by Inbound Shield.*

 **Outlook**

---

## Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ████████ A# 076415836

---

**From**   Zachary Perez <zachary@slegal.com>

**Date**   Tue 7/15/2025 1:30 PM

**To**     TNT - Legal <legal@privacy6.com>; Victoria Slatton <slatton@slegal.com>; Gunther Sanabria
           <gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>

🛡 **Security Awareness**

❌  The email came from an external source.

✅  The email was sent from a known contact.

**Report Email**          **Trust Email**

Thank you. We will request subsequent calls in a different email thread.

Get Outlook for iOS

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 15, 2025 11:14:34 AM
**To:** Zachary Perez <zachary@slegal.com>; Victoria Slatton <slatton@slegal.com>; Gunther Sanabria
<Gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ████████, A# 076415836

Good morning,
Please see the Zoom information below.
Legal Privacy6 is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://us05web.zoom.us/j/82116935101?pwd=ExYv0oVpT89qWslPITFmi4mvYIRkbc.1

Meeting ID: 821 1693 5101
Passcode: gFh4v0

Respectfully,
South Detention Facility Coordination Team

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Tuesday, July 15, 2025 10:58 AM
**To:** Victoria Slatton <slatton@slegal.com>; Gunther Sanabria <gunther@slegal.com>; Marcela Moreno
<marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ████████, A# 076415836

Hello,

Please, if possible, advise on connecting for the 11:30 PM virtual meeting.

My co-counsel, Ms. Slatton, will not attend but I have a legal interpreter and I am able to connect. Thank you, I hope the network has been functioning better today.

Regards,

Zach

Thank you,
Zachary Perez
Immigration Attorney

**Phone:** 240-913-8725
**Email:** zachary@slegal.com

7820 Sudley Rd Unit 202
Manassas, VA 20109

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 14, 2025 7:16 PM
**To:** Zachary Perez <zachary@slegal.com>; Victoria Slatton <slatton@slegal.com>; Gunther Sanabria <Gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ██████████ A# 076415836

Dear Counsel,

We regret to inform you that the South Detention Facility is currently experiencing an unexpected **internet outage**, which is impacting our ability to support scheduled virtual attorney-client meetings.

As a result, we must **reschedule today's session** to ensure a secure and uninterrupted connection for your communication. The rescheduled session has been tentatively set for **tomorrow at 11:30 AM EST**, subject to restoration of full network functionality.

We understand the importance of these meetings and are working diligently with our technical teams to resolve the issue as quickly as possible. We sincerely apologize for any inconvenience this may cause and appreciate your patience and understanding as we work to maintain the integrity and reliability of legal access at the facility.

Please confirm your availability for the revised time. If this time does not work for your schedule, feel free to propose an alternate window.

Respectfully,

South Detention Facility Coordination Team

legal@privacy6.com

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Monday, July 14, 2025 11:07 PM
**To:** TNT - Legal <legal@privacy6.com>; Victoria Slatton <slatton@slegal.com>; Gunther Sanabria <gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▓▓▓▓▓▓, A# 076415836

I can accommodate a 7:30 PM call but given that it is past business hours and the office is closed, I will be adding a single Spanish interpreter for purposes of connecting.

As Ms. Slatton already stated, please give us instructions for connecting at 7:30 PM. Thank you.

Get Outlook for iOS

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 14, 2025 6:59:11 PM
**To:** Victoria Slatton <slatton@slegal.com>; Zachary Perez <zachary@slegal.com>; Gunther Sanabria <Gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▓▓▓▓▓▓, A# 076415836

Good evening is there any way your team can meet virtually with your client this evening at 19:30 (7:30 pm EST)?

---

**From:** Victoria Slatton <slatton@slegal.com>
**Sent:** Monday, July 14, 2025 7:56 PM
**To:** Zachary Perez <zachary@slegal.com>; Gunther Sanabria <gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▓▓▓▓▓▓, A# 076415836

Will,

Please see the attached. Again, we would like a virtual visit this evening and an in-person visit as soon as it becomes available.

We are still in the process of discussing legal strategy with our client so there are no additional forms to attach for your review.



Thank you,
Victoria Slatton
Partner

**Phone: 240-658-9102**
**Email:** slatton@slegal.com

8630 Fenton St.
Suite 1104
Silver Spring, MD 20910

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Monday, July 14, 2025 3:44 PM
**To:** Victoria Slatton <slatton@slegal.com>; Gunther Sanabria <Gunther@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>; legal@privacy6.com <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ██████████ A# 076415836

Hello,

Please see attached, as directed.

Regards,

Zach

Thank you,
Zachary Perez
Immigration Attorney

**Phone:** 240-913-8725
**Email:** zachary@slegal.com

7820 Sudley Rd Unit 202

Manassas, VA 20109

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 14, 2025 3:11 PM
**To:** Victoria Slatton <slatton@slegal.com>; Gunther Sanabria <Gunther@slegal.com>; Zachary Perez <zachary@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▮▮▮▮▮▮▮▮, A# 076415836

Please advise if you receive the attached forms. Thank you

---

**From:** Victoria Slatton <slatton@slegal.com>
**Sent:** Monday, July 14, 2025 5:36 PM
**To:** TNT - Legal <legal@privacy6.com>; Gunther Sanabria <gunther@slegal.com>; Zachary Perez <zachary@slegal.com>; Marcela Moreno <marcela@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▮▮▮▮▮▮▮▮ A# 076415836

Hello,

My cell phone is 806-367-0404.
My partner's phone number is 305-842-7005.

I have been attempting to contact this email for days and have continued to get a "bounce back" until now. I kept screenshots of each bounce back. Please let me know if you'd like them for your records so you can improve your communication systems.

We would like to request a virtual appointment with our client this evening. Please provide a time and link to this appointment. We would also like to request an in-person appointment tomorrow. Due to the sensitive nature of this case, it is vital that we are able to gain access to our client.

In addition, my partner and supervising attorney were told today that your facility is run by the FDC and that the attorneys needed to be registered in order to gain access. When I called the FDC, they stated that they had no affiliation with your facility and were very confused about what registration your officer was referring to. Can you please clarify this and provide a link to any registration required in advance?

Thank you for working with us,



Thank you,
Victoria Slatton
Partner

**Phone: 240-658-9102**
**Email:** slatton@slegal.com

8630 Fenton St.
Suite 1104
Silver Spring, MD 20910

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 14, 2025 1:20 PM
**To:** Victoria Slatton <slatton@slegal.com>; legal@privacysix.com <legal@privacysix.com>
**Subject:** (EXTERNAL) Re: Attorney Request for Urgent Legal Visit — ▮▮▮▮▮▮▮▮ A# 076415836

[CAUTION: This email originated from outside of Sanabria & Associates. Do not click links or open attachments unless you recognize the sender and know the content is safe]

Thank you for your message.

We will make every effort to schedule a virtual visit this evening, subject to availability and facility operations. Additionally, we attempted to reach you by phone but were unable to connect.

To ensure timely communication and coordination moving forward, please provide a reliable phone number where you can be reached.

Should you have any further questions or updates, feel free to reply to this message.

Respectfully,

South Detention Facility Coordination Team

**From:** Victoria Slatton <slatton@slegal.com>
**Sent:** Monday, July 14, 2025 3:01 PM
**To:** legal@privacysix.com <legal@privacysix.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Attorney Request for Urgent Legal Visit — ███████████ A# 076415836

Dear Officer,

I am writing to formally request immediate in-person legal access to my client, ███████████ (A# 076415836), currently held in ICE custody at **[DADE — commonly referred to as "Alligator Alcatraz"].** ███████████ is a citizen of Nicaragua and is presently facing time-sensitive legal matters requiring urgent attorney-client communication. Two of my attorneys will be visiting tomorrow (2/13/2025) and would like an official appointment if possible.

Please advise on any required procedures for clearance, including identification, COVID protocols (if applicable), and any limitations on duration or materials.

I am prepared to provide documentation verifying my legal representation, including Form EOIR-28 if necessary.

Thank you for your prompt attention to this matter

Thank you,



Thank you,
Victoria Slatton
Partner

**Phone: 240-658-9102**
**Email:** slatton@slegal.com

8630 Fenton St.
Suite 1104
Silver Spring, MD 20910

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: Virtual Attorney Visitation Request - Omar Bastian A# 233 362 578**

---

**From** Laura Orozco <lo@n400immigration.com>

**Date** Wed 8/6/2025 9:34 AM

**To** TNT - Legal <legal@privacy6.com>

📎 1 attachment (592 KB)
Legal_Counsel_Visitation_Form 7.11.25_ Bastian, Omar (1).pdf;

---

### 🛡 Security Awareness

❌ The email came from an external source.

✅ The email was sent from a known contact.

**Report Email**         **Trust Email**

---

Good morning Officer,

See attached the corrected document.

Thank you!

On Tue, Aug 5, 2025 at 5:05 PM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel,
>
> Thank you for the submitted information. Please correct the Legal Counsel Visitation form to include the correct name of the attorney and return it at your earliest convenience. We will schedule the interview once the corrected form is received.
>
> We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday, and Saturday, if you wish to speak with your client in person instead of via video visit. If you choose this option, please provide as many options as possible, as our limited slots fill up quickly.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Laura Orozco <lo@n400immigration.com>
> **Sent:** Tuesday, August 5, 2025 12:49 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Dario Castaneda <darioc@n400immigration.com>
> **Subject:** Virtual Attorney Visitation Request - Omar Bastian A# 233 362 578

Good afternoon Officer,

I hope this email finds you well. I am writing to formally request a virtual attorney visitation for our client, Omar Bastian A# 233 362 578, who is currently detained at your facility.

Here is the information:

- Legal Representative's Full Name: Dario A. Castaneda
- Legal Representative's Contact Information which includes phone number and email addresses:
    - Phone Number: 305 396 8882
    - Email: darioc@n400immigration.com
- Name and A# of the detained individual: Omar Bastian A# 233 362 578
- Requested date and time of the appointment, including alternate times if the first choice is not available
    - 08/12 at 11:00 AM or 12:00 PM or 4:00 PM

Please find the Bar Card, DL from the attorney, G-28 and the requested form attached to this email.

Kindly confirm the receipt of this request and provide any additional information or steps needed to schedule the visitation.

Thank you for your attention to this matter. I look forward to your prompt response.

Best regards,

--



facebo instagr

**Laura Orozco**
Legal Assistant
N400 Harbor Immigration Law

---

305 396 8882

lo@n400immigration.com

www.n400immigration.com

1000 W. McNab Rd., Suite 121, Pompano Beach, FL 33069

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

*This email has been scanned by Inbound Shield.*

Case 2:25-cv-00747-SPC-DNF    Document 57    Filed 08/08/25    Page 103 of 283 PageID
1747

--



facebo instagr

## **Laura Orozco**
Legal Assistant
N400 Harbor Immigration Law

305 396 8882

lo@n400immigration.com

www.n400immigration.com

1000 W. McNab Rd., Suite 121, Pompano Beach, FL 33069

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

Outlook

## Re: VTC for A234-978-344, Alexander Ramirez Benitez

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 7/28/2025 2:31 PM

**To** Isaura Difo <idifo@difolaw.com>

Wonderful!

Respectfully,

Southern Detention Coordination Team

---

**From:** Isaura Difo <idifo@difolaw.com>
**Sent:** Monday, July 28, 2025 2:29 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez

### ▼ Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

**Report Email**        **Trust Email**

Yes, I was able to gain connection. Thank you very much!

On Mon, Jul 28, 2025 at 2:28 PM TNT - Legal <legal@privacy6.com> wrote:

> Counsel;
>
> Were you able to gain connection and complete your scheduled visit?  If not, would you like to reschedule?  We currently have opening on Thursday, Friday and Saturday of this week.
>
> If you need another visit, please supply several dates and times of availability so we can better accommodate.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Isaura Difo <idifo@difolaw.com>
> **Sent:** Monday, July 28, 2025 1:08 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez

Good afternoon, just to advise that I am connected to the call but no one has connected yet.

On Sun, Jul 27, 2025 at 5:31 PM TNT - Legal <legal@privacy6.com> wrote:

> The Zoom Visit has been scheduled for the Detainee Alexander Ramirez Benitez, A#234978344. Please see all the details below:
>
> Date: Jul 28, 2025, 01:00 PM Eastern Time (US and Canada)
>
> Meeting ID: 898 7816 4093
> Passcode: 314310
>
> Zoom Link ID: https://us06web.zoom.us/j/89878164093?pwd=PDHLo2CGSQCpUJa9UTxccLmsPtLJ1i.1
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** TNT - Legal <legal@privacy6.com>
> **Sent:** Sunday, July 27, 2025 11:16 AM
> **To:** Isaura Difo <idifo@difolaw.com>
> **Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez
>
> Dear Counsel;
>
> Your video visit is scheduled for Monday, July 28, at 1pm. You will receive an email with a Zoom link and instructions for the visit.
>
> Respectfully,
>
>
> Southern Detention Coordination Team
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Isaura Difo <idifo@difolaw.com>
> **Sent:** Saturday, July 26, 2025 4:07 PM
> **To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
> **Subject:** VTC for A234-978-344, Alexander Ramirez Benitez
>
> Good afternoon, please find attached to this email the completed *Dade-Collier Transition and Training Detention Center form* and a picture of my bar card and ID. **Please note this is a pre-representational call so there is still no g-28 on file.**

**I want this visit to be telephonic.**

Windows of availability:

1. Mon, Jul 28, 2025 - anytime, ASAP
2. Tue, Jul 29, 2025 - anytime, ASAP
3. Wed, Jul 30, 2025 - anytime between 9am and 11:30am

Thank you.

Respectfully,

**Isaura Difo, Esq.**
*Immigration Attorney*
**Difo Law Firm, PLLC**
2641 E Atlantic Blvd, Suite 202 | Pompano Beach, FL 33062
**Tel:** (954) 890-2110 | **Fax:** (954) 840-8981
**Email:** idifo@difolaw.com
**Website:** www.difolaw.com
**Appointments**: www.difolaw.com/book-online



**CONFIDENTIALITY NOTICE:** This email and attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: VTC for A234-978-344, Alexander Ramirez Benitez

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 7/28/2025 2:31 PM

**To**     Isaura Difo <idifo@difolaw.com>

Wonderful!

Respectfully,

Southern Detention Coordination Team

**From:** Isaura Difo <idifo@difolaw.com>
**Sent:** Monday, July 28, 2025 2:29 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez

### ▼ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**      **Trust Email**

Yes, I was able to gain connection. Thank you very much!

On Mon, Jul 28, 2025 at 2:28 PM TNT - Legal <legal@privacy6.com> wrote:

> Counsel;
>
> Were you able to gain connection and complete your scheduled visit?  If not, would you like to
> reschedule?  We currently have opening on Thursday, Friday and Saturday of this week.
>
> If you need another visit, please supply several dates and times of availability so we can better
> accommodate.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> **From:** Isaura Difo <idifo@difolaw.com>
> **Sent:** Monday, July 28, 2025 1:08 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez

Good afternoon, just to advise that I am connected to the call but no one has connected yet.

On Sun, Jul 27, 2025 at 5:31 PM TNT - Legal <legal@privacy6.com> wrote:

The Zoom Visit has been scheduled for the Detainee Alexander Ramirez Benitez, A#234978344. Please see all the details below:

Date: Jul 28, 2025, 01:00 PM Eastern Time (US and Canada)

Meeting ID: 898 7816 4093
Passcode: 314310

Zoom Link ID: https://us06web.zoom.us/j/89878164093?pwd=PDHLo2CGSQCpUJa9UTxccLmsPtLJ1i.1

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Sunday, July 27, 2025 11:16 AM
**To:** Isaura Difo <idifo@difolaw.com>
**Subject:** Re: VTC for A234-978-344, Alexander Ramirez Benitez

Dear Counsel;

Your video visit is scheduled for Monday, July 28, at 1pm. You will receive an email with a Zoom link and instructions for the visit.

Respectfully,

Southern Detention Coordination Team

Respectfully,

Southern Detention Coordination Team

---

**From:** Isaura Difo <idifo@difolaw.com>
**Sent:** Saturday, July 26, 2025 4:07 PM
**To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Subject:** VTC for A234-978-344, Alexander Ramirez Benitez

Good afternoon, please find attached to this email the completed *Dade-Collier Transition and Training Detention Center form* and a picture of my bar card and ID. **Please note this is a pre-representational call so there is still no g-28 on file.**

**I want this visit to be telephonic.**

Windows of availability:

1. Mon, Jul 28, 2025 - anytime, ASAP
2. Tue, Jul 29, 2025 - anytime, ASAP
3. Wed, Jul 30, 2025 - anytime between 9am and 11:30am

Thank you.

Respectfully,

**Isaura Difo, Esq.**
*Immigration Attorney*
**Difo Law Firm, PLLC**
2641 E Atlantic Blvd, Suite 202 | Pompano Beach, FL 33062
**Tel:** (954) 890-2110 | **Fax:** (954) 840-8981
**Email:** idifo@difolaw.com
**Website:** www.difolaw.com
**Appointments**: www.difolaw.com/book-online



**CONFIDENTIALITY NOTICE:** This email and attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

*This email has been scanned by Inbound Shield.*

 Outlook

**Re: Zoom conference/visit Jose A. Juarez A206701957**

**From** Anita Zela <azela@criticalresponsestrategies.com>
**Date** Sun 7/27/2025 5:43 PM
**To** TNT - Legal <legal@privacy6.com>

🛡 **Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**       **Trust Email**

Noted. Thank you

Warm Regards,
Anita Zela
Project Manager, Legal Team, CRS
email: azela@criticalresponsestrategies.com

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Sunday, July 27, 2025 5:24 PM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>; frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider <derek.snider@privacy6.com>; Anita Zela <azela@criticalresponsestrategies.com>; Jason Moyer <jmoyer@criticalresponsestrategies.com>; Mike Pagnotta <mpagnotta@criticalresponsestrategies.com>; Martin Soto <martin.soto@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

The interpreter's name is Lisa Caroline Francony.
Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Oscar Flores <oscar.flores@privacy6.com>
**Sent:** Saturday, July 26, 2025 11:22 AM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>; frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider <derek.snider@privacy6.com>; Anita Zela <azela@criticalresponsestrategies.com>; TNT - Legal <legal@privacy6.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Martin Soto <martin.soto@privacy6.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Good morning, May you please provide full name of the interpreter assisting with in person visit for Jose A. Juarez. For we need this information to share with personnel responsible for creating the visitors badge and to inform the gate staff to ensure a smooth entry process.

Best Regards,
Oscar Flores
Email: Oflores@CriticalResponseStrategies.com
Phone: (956) 286-3297

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 11:04 AM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>; frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider <derek.snider@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>; azela@criticalresponsestrategies.com <azela@criticalresponsestrategies.com>
**Subject:** Fw: Zoom conference/visit Jose A. Juarez A206701957

Please see below. The attorney is bringing an interpreter on Monday for one of the in-person visits. She has been told that they will need ID. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Receptionist <reception@jolilaw.com>
**Sent:** Friday, July 25, 2025 10:34 AM
**To:** TNT - Legal <legal@privacy6.com>; Mayra Joli <mayra@jolilaw.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

Good morning,

The interpreter's name is Lisa Caroline Francony.

Yours faithfully.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 6:37 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Cc:** Receptionist <reception@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Your in-person visits with the below detainees are scheduled for 2 pm on Monday, July 28, 2025.

Erbyn Aguilar Lumbi A#220456633
Mohammad AlSaccal A#219481908

The interpreter may bring their identification with them; you do not need to send it in advance. We do, however, need the interpreter's name.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 6:04 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Receptionist <reception@jolilaw.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

# Erbyn Aguilar Lumbi A#220456633
# Mohammad AlSaccal A#219481908

# I will send the interpreter ID tomorrow. No they are not related.

*Mayra Joli*

Mayra Joli, Esquire
Attorney at Law

MAYRA JOLI

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 5:18 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;

Please send me the names and A numbers of the clients you wish to visit. If you could also send the G28 and legal counsel visitation form for each of them, even if you have sent them before, that would be very helpful to get this scheduled in time.

The French interpreter will need government identification, and cannot be a relative of any of the detainees your are visiting.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 5:08 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

Also, I am bringing a French interpreter for one of the clients. What would I need in that case?

Mayra Joli, Esquire
Attorney at Law

MAYRA JOLI
IMMIGRATION ATTORNEY

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:55 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;

Your in-person legal visit is scheduled for 2 pm on Monday, July 28, 2025. Please arrive at the facility 15 minutes prior so that you can be escorted to the visitation site. Please bring your Bar Card. When you

arrive at the initial checkpoint, identify yourself as an attorney that has been cleared for a legal visit. They should have your name and escort information.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 3:46 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

2:00 pm

Mayra Joli, Esquire
Attorney at Law

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:42 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Operational concerns interrupted the schedule today. We have availability for an in-person visit on Mondy, July 28. What time would you prefer to arrive at the facility?

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 3:27 PM

**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

# Any update? My time is almost up, and my client has not appeared.



Mayra Joli, Esquire
Attorney at Law



3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 2:20 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Good afternoon, Attached below you will find zoom link for 7/24/2025 @ 3:00pm

https://us05web.zoom.us/j/89242926485?pwd=szsb6PczC3VpJjQ721otQbJREHrQyI.1

Meeting ID: 892 4292 6485
Passcode: 011285

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Tuesday, July 22, 2025 12:00 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate. July 22, 2025 2:00 pm; July 23, 2025 10:00 am 3:00 pm; July 24, 2025 3:00 pm; July 25, 2025 11:00 am

Completed Form G28 (attached)

Copy of your Bar Card (attached)

Copy of your Government-issued current identification document (driver's license, passport, etc) (attached)



Mayra Joli, Esquire
Attorney at Law

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 11:44 AM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Please send:

The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.

Completed Form G28
Copy of your Bar Card
Copy of your Government-issued current identification document (driver's license, passport, etc)

Respectfully,

Southern Detention Coordination Team

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

Attached please find request for visit/zoom meeting with above referenced alien.


Regards,


Mayra Joli, Esquire
Attorney at Law

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: Zoom conference/visit Jose A. Juarez A206701957

**From** Anita Zela <azela@criticalresponsestrategies.com>
**Date** Sun 7/27/2025 5:43 PM
**To** TNT - Legal <legal@privacy6.com>

### 🛡 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

**Report Email**        **Trust Email**

Noted. Thank you

Warm Regards,
Anita Zela
Project Manager, Legal Team, CRS
email: azela@criticalresponsestrategies.com

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Sunday, July 27, 2025 5:24 PM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>;
frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider
<derek.snider@privacy6.com>; Anita Zela <azela@criticalresponsestrategies.com>; Jason Moyer
<jmoyer@criticalresponsestrategies.com>; Mike Pagnotta <mpagnotta@criticalresponsestrategies.com>; Martin
Soto <martin.soto@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

The interpreter's name is Lisa Caroline Francony.
Thank you.

Respectfully,

Southern Detention Coordination Team

**From:** Oscar Flores <oscar.flores@privacy6.com>
**Sent:** Saturday, July 26, 2025 11:22 AM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>;
frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider
<derek.snider@privacy6.com>; Anita Zela <azela@criticalresponsestrategies.com>; TNT - Legal
<legal@privacy6.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA
<mpagnotta@criticalresponsestrategies.com>; Martin Soto <martin.soto@privacy6.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Good morning, May you please provide full name of the interpreter assisting with in person visit for Jose A. Juarez. For we need this information to share with personnel responsible for creating the visitors badge and to inform the gate staff to ensure a smooth entry process.

Best Regards,
Oscar Flores
Email: Oflores@CriticalResponseStrategies.com
Phone: (956) 286-3297

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 11:04 AM
**To:** steve.robinson@nakamotogroup.com <steve.robinson@nakamotogroup.com>; frank.shaw@nakamotogroup.com <frank.shaw@nakamotogroup.com>; Derek Snider <derek.snider@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>; azela@criticalresponsestrategies.com <azela@criticalresponsestrategies.com>
**Subject:** Fw: Zoom conference/visit Jose A. Juarez A206701957

Please see below. The attorney is bringing an interpreter on Monday for one of the in-person visits. She has been told that they will need ID. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Receptionist <reception@jolilaw.com>
**Sent:** Friday, July 25, 2025 10:34 AM
**To:** TNT - Legal <legal@privacy6.com>; Mayra Joli <mayra@jolilaw.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

Good morning,

The interpreter's name is Lisa Caroline Francony.

Yours faithfully.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 6:37 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Cc:** Receptionist <reception@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Your in-person visits with the below detainees are scheduled for 2 pm on Monday, July 28, 2025.

Erbyn Aguilar Lumbi A#220456633
Mohammad AlSaccal A#219481908

The interpreter may bring their identification with them; you do not need to send it in advance. We do, however, need the interpreter's name.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 6:04 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Receptionist <reception@jolilaw.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

# Erbyn Aguilar Lumbi A#220456633
# Mohammad AlSaccal A#219481908

# I will send the interpreter ID tomorrow. No they are not related.

*Mayra Joli*

Mayra Joli, Esquire
Attorney at Law

**MAYRA JOLI**

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 5:18 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;

Please send me the names and A numbers of the clients you wish to visit. If you could also send the G28 and legal counsel visitation form for each of them, even if you have sent them before, that would be very helpful to get this scheduled in time.

The French interpreter will need government identification, and cannot be a relative of any of the detainees your are visiting.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 5:08 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

Also, I am bringing a French interpreter for one of the clients. What would I need in that case?

Mayra Joli, Esquire
Attorney at Law

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:55 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;

Your in-person legal visit is scheduled for 2 pm on Monday, July 28, 2025. Please arrive at the facility 15 minutes prior so that you can be escorted to the visitation site. Please bring your Bar Card. When you

arrive at the initial checkpoint, identify yourself as an attorney that has been cleared for a legal visit. They should have your name and escort information.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 3:46 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

2:00 pm

Mayra Joli, Esquire
Attorney at Law

MAYRA JOLI
IMMIGRATION ATTORNEY

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:42 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Operational concerns interrupted the schedule today. We have availability for an in-person visit on Mondy, July 28. What time would you prefer to arrive at the facility?

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Thursday, July 24, 2025 3:27 PM

**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

# Any update? My time is almost up, and my client has not appeared.



Mayra Joli, Esquire
Attorney at Law



3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 2:20 PM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Good afternoon, Attached below you will find zoom link for 7/24/2025 @ 3:00pm

https://us05web.zoom.us/j/89242926485?pwd=szsb6PczC3VpJjQ721otQbJREHrQyI.1

Meeting ID: 892 4292 6485
Passcode: 011285

Respectfully,

Southern Detention Coordination Team

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Tuesday, July 22, 2025 12:00 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate. July 22, 2025 2:00 pm; July 23, 2025 10:00 am 3:00 pm; July 24, 2025 3:00 pm; July 25, 2025 11:00 am
Completed Form G28 (attached)
Copy of your Bar Card (attached)
Copy of your Government-issued current identification document (driver's license, passport, etc) (attached)



Mayra Joli, Esquire
Attorney at Law



3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 11:44 AM
**To:** Mayra Joli <mayra@jolilaw.com>
**Subject:** Re: Zoom conference/visit Jose A. Juarez A206701957

Dear Counsel;
Please send:

The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.

Completed Form G28
Copy of your Bar Card
Copy of your Government-issued current identification document (driver's license, passport, etc)

Respectfully,

Southern Detention Coordination Team

---

**From:** Mayra Joli <mayra@jolilaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Zoom conference/visit Jose A. Juarez A206701957

# Attached please find request for visit/zoom meeting with above referenced alien.

# Regards,

*Mayra Joli*

Mayra Joli, Esquire
Attorney at Law

**MAYRA JOLI**

3191 Coral Way
Suite 1008
Miami, FL 33145
Tel: 305.722.2828
Fax: 305.722.2830
Web: jolilaw.com

"Your American Dream Starts Here!"

E-MAIL CONFIDENTIALITY NOTICE: The contents of this message and any attachment are intended for the addressee(s) only and may contain confidential and privileged information. If you are not an intended recipient of this message please alert the sender via reply e-mail and delete this message. Thank you.

Please consider the environment before printing this email.

*This email has been scanned by Inbound Shield.*

 Outlook

---

## Re: Jazeer Alexander / A#058-915-227 / Detained

---

**From**  Anna Yvinec <immigration@jaimeairdlaw.com>

**Date**  Tue 8/5/2025 12:59 PM

**To**  TNT - Legal <legal@privacy6.com>

**Cc**  Jaime Aird <jaimeaird@jaimeairdlaw.com>; Philena Mundy <assistant@jaimeairdlaw.com>

📎 1 attachment (11 MB)
Visitation Request Form Legal Counsel Jazeera Alexander.pdf;

### 🛡 Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Dear Officer,

Please see attached Legal Counsel Visitation Request Form and G-28 for our client Jazeera Alexander. Please note, that G-28 is not signed by the client as yet, due to the fact that he is detained.

Thank you for your assistance in this matter.
Do not hesitate to contact us if you have any questions.

Regards,

**Anna Yvinec**
**Immigration Paralegal**

**Law Offices of Jaime A. Aird P.A.**
3015 N Ocean Blvd, Suite C126
Fort Lauderdale, FL 33308
Tel. (954) 626-0551
Fax. (954) 827-6195
Email: immigration@jaimeairdlaw.com

On Tue, Aug 5, 2025 at 12:53 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> Thank you for your inquiry.

Please submit a completed legal counsel visitation form (attached) and a completed ICE Form G28 so we can schedule your visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Anna Yvinec <immigration@jaimeairdlaw.com>
**Sent:** Tuesday, August 5, 2025 11:27 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Jaime Aird <jaimeaird@jaimeairdlaw.com>; Philena Mundy <assistant@jaimeairdlaw.com>
**Subject:** Jazeer Alexander / A#058-915-227 / Detained

Dear Officer,

I hope this email finds you well.
Our office represents the above mentioned individual, currently detained at your facility (Everglades Detention Center). We are writing to request an appointment to meet with our client for a legal visit.

**Client information:**
**Full name:** Jazeera Alexander
**A-number:** 058-915-227
**Date of birth:** 10/20/1993

**Request Visit Details:**
**Preferred date:** Monday (08/11) or Tuesday (09/11)
**Preferred time range:** 9am to 12pm
**Attorney name:** Jaime A. Aird
**Bar Number:** 114903
**Contact information:** 754-277-1345

Please let me know the available time slots for an attorney-client meeting and any required procedures I should follow prior to the visit.
Thank you for your assistance and looking forward to your confirmation.

**Anna Yvinec**
**Immigration Paralegal**

**Law Offices of Jaime A. Aird P.A.**
3015 N Ocean Blvd, Suite C126
Fort Lauderdale, FL 33308
Tel. (954) 626-0551
Fax. (954) 827-6195
Email: immigration@jaimeairdlaw.com

*This email has been scanned by Inbound Shield.*

 Outlook

---

## Re: Felipe Garcia Vasquez A#205-845-042 *URGENT*

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Tue 8/5/2025 10:46 AM

**To** Alma Martinez <alma@completeimmigrationsolutions.net>

Counsel;

Please contact the Miami Field Office at 305-789-4221, for this information.

Respectfully,

Southern Detention Coordination Team

---

**From:** Alma Martinez <alma@completeimmigrationsolutions.net>
**Sent:** Tuesday, August 5, 2025 8:32 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Felipe Garcia Vasquez A#205-845-042 *URGENT*

### ✉ Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

**Report Email**          **Trust Email**

Good morning,

Hope all is well. Our client's wife has notified us that the Detainee, Felipe Garcia Vasquez A#205-845-042, has been transferred or moved from the facility. We would kindly request an update of his whereabouts.
As I mentioned, we have not had any updates for him since our client has not been updated on the portal for the attorney. Please see attached.

Thank you!
**Alma Martinez**
*Immigration Paralegal*
*Alma@completeimmigrationsolutions.net*
COMPLETE IMMIGRATION SOLUTIONS.
5796 Hoffner Ave. Suite 604 Orlando, FL 32822.
(407)-593-4501

On Mon, Aug 4, 2025 at 11:52 AM TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel;
Thank you for the G28.
This facility is not involved in the Parole Release process, therefore we cannot assist with that request.

Respectfully,

Southern Detention Coordination Team

---

**From:** Alma Martinez <alma@completeimmigrationsolutions.net>
**Sent:** Monday, August 4, 2025 10:19 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Felipe Garcia Vasquez A#205-845-042 *URGENT*

Thank you for your email.
I have attached what the portal states 'Pending signature for detainee at the facility and have also attached a signed G28 for him. Please see attached. Thank you!

**Alma Martinez**
*Immigration Paralegal*
*Alma@completeimmigrationsolutions.net*
COMPLETE IMMIGRATION SOLUTIONS.
5796 Hoffner Ave. Suite 604 Orlando, FL 32822.
(407)-593-4501

On Mon, Aug 4, 2025 at 11:16 AM TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel;
We do not have a Form G28 on file for the above detainee.
This facility is not involved in the Parole Release process, therefore we cannot assist with that request.

Respectfully,

Southern Detention Coordination Team

---

**From:** Alma Martinez <alma@completeimmigrationsolutions.net>
**Sent:** Monday, August 4, 2025 8:50 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Felipe Garcia Vasquez A#205-845-042 *URGENT*

# Felipe Garcia Vasquez A#205-845-042 *URGENT*

Good morning,

I wanted to make sure our G28 as representatives is ongile for the above mentioned detainee. Please confirm.

We also kindly request a review of the Parole Release from ICE as Miramar Field office has mentioned is **legal@privacy6.com**, who is in charge of these requests. Please see attached,.

Thank you

## Alma Martinez
*Immigration Paralegal*
*Alma@completeimmigrationsolutions.net*
COMPLETE IMMIGRATION SOLUTIONS.
5796 Hoffner Ave. Suite 604 Orlando, FL 32822.
(407)-593-4501

On Thu, Jul 31, 2025 at 9:27 AM TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel;

You will need to contact the Miami Field Office with this request.

You may contact them at (305) 789-4221.

Respectfully,

Southern Detention Coordination Team

---

**From:** Alma Martinez <alma@completeimmigrationsolutions.net>
**Sent:** Thursday, July 31, 2025 9:15 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** southfacility@em.myflorida.com <southfacility@em.myflorida.com>; Roberto Lopez <rlopez@completeimmigrationsolutions.net>
**Subject:** Felipe Garcia Vasquez A#205-845-042 *URGENT*

**Subject:** Request for Humanitarian Parole Release – Felipe Garcia Vasquez **A#205-845-042**

Dear Officer,

Our office represents ***Mr. Felipe Garcia Vasquez***, in all his immigration matters & a signed G-28, Notice of Entry of Appearance as Attorney, has been submitted on the detainee's behalf. ***Please see attached G28 - Exhibit A.***

I hope this message finds you well. I am writing to formally request a humanitarian parole release from ICE for Mr. Vasquez, who is a national of Mexico, currently in ICE custody at The South Detention Facility (Alligator Alcatraz Center).

We respectfully request that ICE consider humanitarian parole due to humanitarian grounds, ***serious medical condition, urgent family needs***, or other compelling circumstances. Supporting documentation is attached in the cover letter.

Please let us know if any additional information or documents are required to process this request. We appreciate your time and attention to this matter and look forward to your response.

Sincerely,

## Alma Martinez
*Immigration Paralegal*

*Alma@completeimmigrationsolutions.net*

**COMPLETE IMMIGRATION SOLUTIONS.**

**5796 Hoffner Ave. Suite 604 Orlando, FL 32822.**

**(407)-593-4501**

*This email has been scanned by Inbound Shield.*

 **Outlook**

---

## Re: MAIKOL BLANCO A249372640

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Tue 8/5/2025 10:20 AM

**To** Martin Soto <martin.soto@privacy6.com>

Done

Respectfully,

Southern Detention Coordination Team

---

**From:** Martin Soto <martin.soto@privacy6.com>
**Sent:** Tuesday, August 5, 2025 8:12 AM
**To:** TNT - Legal <legal@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>
**Cc:** AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <linda.lopez@privacy6.com>;
JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA
<mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>
**Subject:** Re: MAIKOL BLANCO A249372640

Good morning,

This email is to inform you that the detainee: Maikol Yoel Blanco A#249372640) was released to ICE and
is no longer at Florida Soft Sided Facility (AA)

This Zoom appointment has been cancelled on our end.

Thank you, V/R

Martin Soto
Email: msoto@criticalresponsestrategies.com
Phone: (915) 831-9893

**CRS** CRITICAL RESPONSE STRATEGIES

---

**From:** Martin Soto <martin.soto@privacy6.com>
**Date:** Thursday, July 31, 2025 at 3:55 PM
**To:** TNT - Legal <legal@privacy6.com>, Oscar Flores <oscar.flores@privacy6.com>
**Cc:** AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>, Linda Lopez
<linda.lopez@privacy6.com>, JASON MOYER <jmoyer@criticalresponsestrategies.com>,
MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>, Anita Zela
<azela@criticalresponsestrategies.com>
**Subject:** Re: MAIKOL BLANCO A249372640

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Maikol Blanco A#249372640. Please see all the details below:

Date: Aug 5, 2025, 02:00 PM Eastern Time (US and Canada)
Meeting ID: 871 4349 9274
Passcode: 386982

Zoom Link: https://us06web.zoom.us/j/87143499274?pwd=D7UkO3eN9LRLDXWPLZJI9rayNfLwwV.1

Thank you, V/R


Martin Soto
Email: msoto@criticalresponsestrategies.com
Phone: (915) 831-9893


---

**From:** TNT - Legal <legal@privacy6.com>
**Date:** Thursday, July 31, 2025 at 3:40 PM
**To:** Oscar Flores <oscar.flores@privacy6.com>, Martin Soto <martin.soto@privacy6.com>
**Cc:** AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>, Linda Lopez <linda.lopez@privacy6.com>, JASON MOYER <jmoyer@criticalresponsestrategies.com>, MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>, Anita Zela <azela@criticalresponsestrategies.com>
**Subject:** MAIKOL BLANCO A249372640

Hello,

Please arrange a video call for August 5, 2025, at 2:00 pm for the above detainee.

Attorney:
Yesenia Alfonso
786-505-7312

Respectfully,

Southern Detention Coordination Team


*This email has been scanned by Inbound Shield.*

8/6/25, 11:35 AM

Case 2:25-cv-00747-SPC-DNF  Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640) - TNT Legal - Outlook Document 57   Filed 08/08/25   Page 135 of 283 PageID 1779

 Outlook

## Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

**From** immigration1 lawyers <immigration1@gallardolawyers.com>

**Date** Tue 8/5/2025 10:25 AM

**To** TNT - Legal <legal@privacy6.com>

### ✖ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**     **Trust Email**

Thank you for the information!

El mar, 5 ago 2025 a las 11:19, TNT - Legal (<legal@privacy6.com>) escribió:

> Dear Counsel;
>
> This email is to inform you that the detainee: Maikol Yoel Blanco A#249372640 was released to ICE and is no longer at Florida Soft Sided Facility (AA)
>
> This Zoom appointment has been cancelled on our end.
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** TNT - Legal <legal@privacy6.com>
> **Sent:** Thursday, July 31, 2025 3:03 PM
> **To:** immigration1 lawyers <immigration1@gallardolawyers.com>
> **Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)
>
> Good afternoon,
>
> The Zoom Visit has been scheduled for the Detainee Maikol Blanco A#249372640. Please see all the details below:
>
> Date: Aug 5, 2025, 02:00 PM Eastern Time (US and Canada)
> Meeting ID: 871 4349 9274
> Passcode: 386982

Zoom Link: https://us06web.zoom.us/j/87143499274?
pwd=D7UkO3eN9LRLDXWPLZJI9rayNfLwwV.1


Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 3:44 PM
**To:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

We will certainly do so.

Respectfully,

Southern Detention Coordination Team

---

**From:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Sent:** Thursday, July 31, 2025 3:42 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

Thank you. Please be sure to send the Zoom link, as I didn't receive anything on the last video call I
scheduled, and I wasn't able to chat with my client. Thank you.

El jue, 31 jul 2025 a las 15:35, TNT - Legal (<legal@privacy6.com>) escribió:

> Dear Counsel;
>
> Your video visit is scheduled for August 5, 2025, at 2:00 p.m.  You will receive a Zoom link to access
> the call.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** immigration1 lawyers <immigration1@gallardolawyers.com>
> **Sent:** Thursday, July 31, 2025 3:11 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: LEGAL CALL (MAIKOL BLANCO A#249-372-640)
>
> I would like to continue with the legal call for August 5th at 2pm or 4pm if possible, thank you.
>
> El jue, 31 jul 2025 a las 15:06, TNT - Legal (<legal@privacy6.com>) escribió:
>> Counsel;
>>
>>> We are able to accommodate in-person visits.  Would you like to conduct an in-person
>>> visitor or continue with a video call?

We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and
Saturday.  Please provide as many options as possible, as our limited slots fill up
quickly.


Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Thursday, July 31, 2025 1:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: LEGAL CALL (MAIKOL BLANCO A#249-372-640)

---

**From:** immigration1 lawyers <immigration1@gallardolawyers.com>
**Sent:** Thursday, July 31, 2025 12:21 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Cc:** Yesenia Alfonso <yesenia.alfonso@gallardolawyers.com>
**Subject:** LEGAL CALL (MAIKOL BLANCO A#249-372-640)


**CAUTION:** This email originated from outside the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

Good  afternoon  ,

Our office has been retained by **(MAIKOL BLANCO A#249-372-640)** to represent him in his
immigration matters.

I request a legal call with Mr. Blanco as soon as possible. We propose this coming, August 05,
2:00 PM  EDT.

Thank you in advance for your assistance and cooperation in this matter.

Best regards,


Yesenia L. Alfonso

**Attorney Information**

Name: Yesenia L. Alfonso (Gallardo Law Firm, P.A.)

8492 SW 8th St, Miami, FL 33144

Phone No.: 786-505-7312

yesenia.alfonso@gallardolawyers.com

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 **Outlook**

---

## Re: Fw: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

**From** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

**Date** Wed 8/6/2025 10:02 AM

**To** TNT - Legal <legal@privacy6.com>

---

### 🛡️ Security Awareness

❌  The email came from an external source.

✅  The email was sent from a known contact.

**Report Email**          **Trust Email**

---

Please, I would appreciate a response as I must make my requests and talk to my clients urgently.

Respectfully

El mié, 6 ago 2025 a las 10:22, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:

> Good morning, do you have availability for today?
>  Please tell me what time you have availability.
>
> I need to request a video call with several of my clients
>
> El mar, 5 ago 2025 a las 7:47, TNT - Legal (<legal@privacy6.com>) escribió:
>
>> Dear Counsel;
>> Thank you for your inquiry.
>> Legal visit requests should be sent directly to this email account to expedite scheduling.
>> The date and tine you request are not available. Please submit alternatives so that we may schedule.
>>
>> Respectfully,
>>
>> Southern Detention Coordination Team
>>
>> ---
>>
>> **From:** South Facility <southfacility@em.myflorida.com>
>> **Sent:** Tuesday, August 5, 2025 6:36 AM
>> **To:** TNT - Legal <legal@privacy6.com>
>> **Subject:** FW: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254
>>
>> ---
>>
>> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
>> **Sent:** Monday, August 4, 2025 10:59 AM

---

**To:** info <info@servingimmigrants.com>; South Facility <southfacility@em.myflorida.com>
**Subject:** **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr.  Jose Willmot
Please tell me as the closest possible date and time.

Thank you.

Respectfully

--

**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*
*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*
*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

 Outlook

## Fw: Legal Visit Request- Miguel Angel Sanchez A#205-685-602

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Tue 8/5/2025 6:50 AM |
| **To** | info@Texidorlaw.com <info@Texidorlaw.com> |

📎 3 attachments (4 MB)
Attorney Bar Card Ted.pdf; Attorney ID Ted.pdf; Legal_Counsel_Visitation_BLANKForm 7.11.25 Detainee (1).pdf;

Dear Counsel;
Thank you for your inquiry.
Legal visit requests should be sent to this email account to expedite scheduling.
Please submit a completed legal counsel visitation form (attached) and a completed ICE Form G28 so
that we may schedule your visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Tuesday, August 5, 2025 6:36 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Legal Visit Request- Miguel Angel Sanchez A#205-685-602

### ✉ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a trusted contact.
✅ The email was sent from a top domain.

**Report Email**          **Trust Email**

---

**From:** Law Office of Theodore Texidor <info@Texidorlaw.com>
**Sent:** Monday, August 4, 2025 12:05 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Legal Visit Request- Miguel Angel Sanchez A#205-685-602

You don't often get email from info@texidorlaw.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.

Good morning,

I hope this message finds you well. I am writing to request a legal visit on behalf of our attorney with the following clients currently detained at your facility:

**Miguel Angel Sanchez A#205-685-602**

Attached to this email are copies of the attorney's bar card, license and G-28 for your records. Please let us know what time is available and if any additional steps or documentation are required to confirm the appointment.

Thank you for your assistance.



**THEODORE A. TEXIDOR, ESQ.**
Texidor Immigration Law Office
8095 NW 12 Street, Suite 105
Doral, Florida 33126
Phone: (786) 228-9586
Fax: (786) 900-0909
Email: info@TexidorLaw.com

**Confidentiality Notice:** This communication is intended for the sole use of the individual to whom it is addressed and may contain Limited Official Use Only Information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender immediately by telephone and destroy this transmission according to applicable DHS Policy and Instruction.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

Case 2:25-cv-00747-SPC-RNF Document 57 Filed 08/08/25 Page 144 of 283 PageID 1788

 Outlook

---

## Re: (EXTERNAL) Re: Attorney Request for In-Person Legal Visit — ███████████ A# 076415836

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 8/4/2025 4:50 PM

**To** Marcela Moreno <marcela@slegal.com>

Dear Counsel;

Your visit is scheduled for August 6, 2025, at 10 am. Please arrive 15 minutes early for processing, and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

---

**From:** Marcela Moreno <marcela@slegal.com>
**Sent:** Monday, August 4, 2025 4:40 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: Attorney Request for In-Person Legal Visit — ███████████ A# 076415836

### ✉ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Thank you for your message. Yes, 10:00 a.m. on August 6, 2025, works for me. Please confirm at your earliest convenience.

Respectfully,



**Marcela Moreno**
Immigration Attorney
**Work: 240-752-7802**
**Email** : marcela@slegal.com

10508 SW 88th St.
Suite 10B
Miami, FL 33176
www.slegal.com

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 5:29 PM
**To:** Marcela Moreno <marcela@slegal.com>
**Cc:** Zachary Perez <zachary@slegal.com>; Cesar Miranda <cmiranda@slegal.com>; Victoria Slatton
<slatton@slegal.com>
**Subject:** (EXTERNAL) Re: Attorney Request for In-Person Legal Visit — ██████████, A# 076415836

[CAUTION: This email originated from outside of Sanabria & Associates. Do not click links or open
attachments unless you recognize the sender and know the content is safe]
Dear Counsel,

Would 10:00 am on August 6, 2025, work for you? We have additional availability on August 7 and
August 8. Please let us know your preference.

Respectfully,

Southern Detention Coordination Team

---

**From:** Marcela Moreno <marcela@slegal.com>
**Sent:** Monday, August 4, 2025 4:04 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Zachary Perez <zachary@slegal.com>; Cesar Miranda <cmiranda@slegal.com>; Victoria Slatton
<slatton@slegal.com>
**Subject:** Attorney Request for In-Person Legal Visit — ██████████, A# 076415836

Dear Officer,

I am writing to formally request an **in-person** legal access to my client, ██████████ (A# 076415836),
currently held in ICE custody at [DADE — commonly referred to as "Alligator Alcatraz"]. ██████████ is a
citizen of Nicaragua and is presently facing time-sensitive legal matters requiring **urgent** attorney-client
communication.

We request in-person visitation for **Wednesday, 8/6/25, Thursday 8/7/25, or Friday 8/8/25.**

Attached is a signed Legal Visitation Form, G-28, government-issued ID, and Florida Bar Card.

Thank you for your prompt attention to this matter

Thank you,



**Marcela Moreno**
Immigration Attorney
**Work:** 240-752-7802
**Email** : marcela@slegal.com

10508 SW 88th St.
Suite 10B
Miami, FL 33176
www.slegal.com

*This email has been scanned by Inbound Shield.*

 **Outlook**

## Re: Visitation A# 246-306-115

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 8/4/2025 4:18 PM

**To** patricia@cfuis.com <patricia@cfuis.com>

📎 1 attachment (224 KB)
Legal_Counsel_Visitation_Form 7.11.25 (1).pdf;

Dear Counsel:

To facilitate a video visit, please send:

- Completed legal counsel visitation form (attached)

- The dates and times you request for your visit and the designation of your preference of video visit, or an in-person visit. The more options you provide for dates and times, the better we can accommodate.  We have minimal availability on August 7, 2025, and more availability on August 8, 2025, for video calls. We can accommodate in-person visits on Mondays, Wednesdays, Thursdays, Fridays, and Saturdays.  Please provide as many options as possible, as our limited slots fill up quickly.

Respectfully,

Southern Detention Coordination Team

---

**From:** Patricia Sandoval <patricia@cfuis.com>
**Sent:** Monday, August 4, 2025 3:58 PM
**To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>;
southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Subject:** Visitation A# 246-306-115

🛡️ **Security Awareness**

❌  The email came from an external source.
❌  This email is from an unfamiliar sender outside your organization.

**Report Email**        **Trust Email**

Dear Sir or Madam:

I represent the Respondent DUNCA, Francesco, **A# 246-306-115, DOB 05/31/1999,** who is from Romania. I have attached a duly executed G-28, driver's License, and Florida Bar ID.

He is currently detained in Alligator Alley.

Respondent's family wants to buy Respondent's Airfare to Romania so he can be sent back as soon as possible. Respondent's family needs to know the specific steps they need to follow, in addition to purchasing the airfare to Romania. Respondent's wife and children are desperate.

Additionally, counsel would like to communicate with the Respondent via phone or video call.

Thanks in advance for your attention to this matter.

Best regards,

**Patricia Sandoval, Esq**
*Attorney at Law*
Email: patricia@cfuis.com

**Center for U.S. Immigration Services**
Main: 813.298.7222 I Fax: 813.200.1020 I http://cfuis.com/
201 E. Kennedy Blvd., Suite 1612, Tampa, Florida 33602



Schedule an Appointment

"This electronic document contains information from the sender which may be proprietary, confidential, privileged and exempt from disclosure or otherwise protected under applicable law. The information is intended to be used solely by the recipient(s) named for informational purposes only. If you are not the intended recipient of this message you may not read, disclose, reproduce, copy, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this transmission in error, please contact the sender immediately by reply e-mail and delete the original and any copies of this message and any attachment(s). This firm does not provide tax advice or investment returns advice, and only attempts to provide information related to tax issues or investment matters to the extent that those issues (and their resolution) may affect the client's immigration matters, and so that the client can seek competent advice and assistance from a CPA, tax professional or investment advisor. Similarly, information contained in this email are provided for informational purposes only, and should not be construed as legal advice on any subject matter, and should also not be viewed as establishing an attorney client relationship of any kind except a separate retainer agreement has been entered between client and this firm."

PRACTICE LIMITED TO IMMIGRATION AND NATIONALITY LAW

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: VAV Request — Esvin Rodezno A#204345895

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Mon 8/4/2025 4:31 PM |
| **To** | Mich Gonzalez <mich@sanctuaryofthesouth.com> |
| **Cc** | Alejandra Puerto <alejandra@sanctuaryofthesouth.com> |

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Esvin Rodezno A#204345895. Please see all the details below:

Date: Aug 7, 2025, 10:00 AM Eastern Time (US and Canada)
Meeting ID: 880 8014 9939
Passcode: 528860

 Zoom Link: [https://us06web.zoom.us/j/88080149939?pwd=zFIUgOahDdaqYVIQqsykR6nNJ2SpGb.1](https://us06web.zoom.us/j/88080149939?pwd=zFIUgOahDdaqYVIQqsykR6nNJ2SpGb.1)



### Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise cloud communications.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 3:58 PM
**To:** Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Cc:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Subject:** Re: VAV Request — Esvin Rodezno A#204345895

Dear Counsel;

Your video visit is scheduled for August 7, 2025, at 10:00 a.m.  You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

___

**From:** Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Sent:** Monday, August 4, 2025 3:55 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Subject:** Re: VAV Request — Esvin Rodezno A#204345895

**✖ Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Good afternoon:

As this is a pre-representation legal visitation, a G28 is not and should not be required. The 10am time slot on August 7, 2025 works for my schedule, thank you.

Best,
Mich

On Mon, Aug 4, 2025 at 3:51 PM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel:
>
> To facilitate a video visit, please send:
>
> • Completed ICE Form G-28
>
> The times you requested on August 7, 2025, are not available. We currently have 8:00 am and 10:00 am available on August 7, 2025. The times fill quickly. We also have availability on August 8, 2025. Please let me know what works best for you.
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ___
>
> **From:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
> **Sent:** Monday, August 4, 2025 3:17 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Mich Gonzalez <mich@sanctuaryofthesouth.com>
> **Subject:** VAV Request — Esvin Rodezno A#204345895

Hello,

Can you set up a VAV for Esvin Rodezno (A# 204345895) with Mich Gonzalez on Thursday, August 7 at 11:30 AM or 12PM ET? It is critical that we speak with him. I have attached the visitation request below.

Thank you,

Alejandra Puerto

Alejandra Puerto
Legal Assistant
Sanctuary of the South (SOS) Legal
www.sanctuaryofthesouth.com



*This email has been scanned by Inbound Shield.*

 Outlook

## Re: Confidential Virtual/In-person Meeting Request

**From** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>

**Date** Mon 8/4/2025 1:49 PM

**To** TNT - Legal <legal@privacy6.com>

📎 3 attachments (698 KB)
20250804145346031.pdf; Sandra Echevarria FL Bar and D.L.pdf; Anabel Alvarez FL Bar ID & D.L.pdf;

### 🛡 Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

**Report Email**          **Trust Email**

Good afternoon,

Please find attached the Florida BAR and Drivers license and form as requested. Please let us know. Thank you.

Sincerely,
Daniella Elliott
Legal Assistant

On Mon, Aug 4, 2025 at 1:39 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> Please submit a competed legal counsel visitation form (attached) and a completed ICE Form G28 so we may schedule your call.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>
> **Sent:** Monday, August 4, 2025 12:03 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Confidential Virtual/In-person Meeting Request
>
> Please confirm zoom call for 5pm. Thank you.

Sincerely,
Daniella Elliott
Legal Assistant

On Mon, Aug 4, 2025 at 12:56 PM TNT - Legal <legal@privacy6.com> wrote:

> 5 pm.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ─────────────────────────
>
> **From:** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>
> **Sent:** Monday, August 4, 2025 11:52 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Confidential Virtual/In-person Meeting Request
>
> Good afternoon,
>
> What time do you have for Thursday afternoon? Please advise.
>
> Sincerely,
> Daniella Elliott
> Legal Assistant
>
> On Mon, Aug 4, 2025 at 12:31 PM TNT - Legal <legal@privacy6.com> wrote:
>
> > Dear Counsel;
> > Thank you for your inquiry.
> > 3 pm is not available on August 5. Only 9 am is available for video calls tomorrow.
> >
> > Respectfully,
> >
> > Southern Detention Coordination Team
> >
> > ─────────────────────────
> >
> > **From:** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>
> > **Sent:** Monday, August 4, 2025 11:23 AM
> > **To:** TNT - Legal <legal@privacy6.com>
> > **Subject:** Re: Confidential Virtual/In-person Meeting Request
> >
> > For an hour if possible. Thank you.
> >
> > Sincerely,
> > Daniella Elliott
> > Legal Assistant
> >
> > On Mon, Aug 4, 2025 at 12:23 PM LAW OFFICE OF SANDRA ECHEVARRIA
> > <miamiimmigrationattorneys@gmail.com> wrote:
> >
> > > Good afternoon,

Please advise if you have 3pm available for tomorrow for Jorge Angel Bello Lao **A:244-721-421.** Thank you.

Sincerely,
Daniella Elliott
**Legal Assistant**

On Mon, Aug 4, 2025 at 11:55 AM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> Thank you for your inquiry.
> Zoom meetings can be scheduled for 30 minutes or 1 hour, per your request.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>
> **Sent:** Monday, August 4, 2025 10:41 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Confidential Virtual/In-person Meeting Request
>
> Good afternoon,
>
> How long can the zoom meeting be? Please advise.
>
> Sincerely,
> Daniella Elliott
> Legal Assistant
>
> On Sat, Aug 2, 2025 at 10:10 AM TNT - Legal <legal@privacy6.com> wrote:
> > CORRECTION: Your video visit is scheduled for 4:30 PM on August 5, 2025. Please confirm.
> >
> > Respectfully,
> >
> > Southern Detention Coordination Team
> >
> > ---
> >
> > **From:** TNT - Legal <legal@privacy6.com>
> > **Sent:** Saturday, August 2, 2025 9:02 AM
> > **To:** sandra echavarria <miamiimmigrationattorneys@gmail.com>
> > **Subject:** Re: Confidential Virtual/In-person Meeting Request
> >
> > Dear Counsel;
> > We have rescheduled your in-person visit for Thursday, August 7, at 2 pm.
> >
> > Your video visit for Tuesday, August 5 is scheduled for 3 pm. You will receive a Zoom link prior to the visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** sandra echavarria <miamiimmigrationattorneys@gmail.com>
**Sent:** Saturday, August 2, 2025 8:55 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Confidential Virtual/In-person Meeting Request

If possible by Thursday at 2 pm and please let me know address. If I could have another virtual one by Tuesday night I would be grateful as well.

Respectfully,

Sandra Echevarria, Esquire
Sent from my iPhone

> On Jul 31, 2025, at 4:56 PM, TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel;

> To facilitate a visit, please send:

> - Completed legal counsel visitation form (attached)
> - Designate the type of visit you wish: **In-Person** or **Video**. The dates and times you request for your visit. The more options you provide for dates and times, the better we can accommodate.

> We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and Saturday. Please provide as many options as possible, as our limited slots fill up quickly.

> Respectfully,

> Southern Detention Coordination Team

> ---

> **From:** LAW OFFICE OF SANDRA ECHEVARRIA <miamiimmigrationattorneys@gmail.com>
> **Sent:** Thursday, July 31, 2025 4:38 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Confidential Virtual/In-person Meeting Request

> Good afternoon,

We would like to schedule a pre-representational meeting with a client. Please advise us how we can do this. Can it be virtual, in-person or telephone? Please find attached the Florida BAR and Drivers Licenses for all attorneys.

Sincerely,
Daniella Elliott
Legal Assistant

--

The Law Offices of Sandra Echevarria, P.A.

3801 SW 107th Avenue

Miami, FL 33165

Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

*This email has been scanned by Inbound Shield.*

<Legal_Counsel_Visitation_Form 7.11.25.pdf>

--

The Law Offices of Sandra Echevarria, P.A.

3801 SW 107th Avenue

Miami, FL 33165

Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--

The Law Offices of Sandra Echevarria, P.A.

3801 SW 107th Avenue

Miami, FL 33165
Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--
The Law Offices of Sandra Echevarria, P.A.
3801 SW 107th Avenue
Miami, FL 33165
Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--
The Law Offices of Sandra Echevarria, P.A.
3801 SW 107th Avenue
Miami, FL 33165
Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--
The Law Offices of Sandra Echevarria, P.A.
3801 SW 107th Avenue
Miami, FL 33165
Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

--

The Law Offices of Sandra Echevarria, P.A.

3801 SW 107th Avenue

Miami, FL 33165

Tel: 305-554-0601 | Fax: 305-675-8333

WARNING:   This email, together with any attachments, is for the exclusive and confidential use of the addressee(s) and may contain legally privileged information.  Any other distribution, use, or reproduction without the sender's prior consent is unauthorized and strictly prohibited.  If you have received this message in error, please notify the sender by email immediately and delete the message from your computer without making any copies.

8/6/25, 11:38 AM  Re: Request for Attorney-Client Visitation Information – Carlos Pardo (A# 226-032-187) - TNT - Legal - Outlook

Case 2:25-cv-00747-SPC-DNF   Document 57   Filed 08/08/25   Page 159 of 283 PageID 1803

 Outlook

## Re: Request for Attorney-Client Visitation Information – Carlos Pardo (A# 226-032-187)

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Mon 8/4/2025 1:48 PM |
| **To** | Legal Assistant <assistant@immigrationconsultants.us> |

🔗 1 attachment (16 KB)

LEGAL COUNSEL VISITATION INFOMRATION GARCIA.docx;

Dear Counsel;

To facilitate a visit, please send:

- Completed legal counsel visitation form (attached)

- Designate the type of visit you wish: **In-Person** or **Video**.  The dates and times you request for your visit.   The more options you provide for dates and times, the better we can accommodate.
  We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and Saturday.
  Again, please provide as many options as possible, as our limited slots fill up quickly.

Respectfully,

Southern Detention Coordination Team

**From:** Legal Assistant <assistant@immigrationconsultants.us>
**Sent:** Monday, August 4, 2025 1:41 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Edsel Machado Guerrero <emg@immigrationconsultants.us>
**Subject:** Request for Attorney-Client Visitation Information – Carlos Pardo (A# 226-032-187)

### 🔻 Security Awareness

❌ The email came from an external source.
❌ This email is from an unfamiliar sender outside your organization.

**Report Email**       **Trust Email**

Good afternoon,
Our office represents Mr. Carlos Pardo (A# 226-032-187), who is currently in the custody of the Department of Homeland Security at an unknown location, though we believe he may be detained at Alligator Alcatraz. Attached please find form G-28.
At this time, we respectfully request information regarding the attorney-client visitation protocol, as we would like to schedule an attorney visit as soon as possible.

Thank you for your assistance.



CONFIDENTIALITY NOTE: This communication contains information belonging to Machado Guerrero Immigration Consultants which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited. If you have received this communication by error, please notify us immediately.

*This email has been scanned by Inbound Shield.*

 Outlook

---

### Re: Fw: **URGENT** REQUEST VISIT

---

**From** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

**Date** Mon 8/4/2025 12:35 PM

**To** TNT - Legal <legal@privacy6.com>

---

🛡 **Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email          Trust Email

---

I thank you very much.

El lun, 4 ago 2025 a las 13:32, TNT - Legal (<legal@privacy6.com>) escribió:
> Received and forwarded to the appropriate personnel.
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Sent:** Monday, August 4, 2025 12:24 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Fw: **URGENT** REQUEST VISIT
>
> Please confirm receipt of the letter, I am writing to my assistant but apparently he is there without coverage
>
> El lun, 4 ago 2025 a las 12:51, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
>> Yes please, here you have it
>>
>> El lun, 4 ago 2025 a las 12:33, TNT - Legal (<legal@privacy6.com>) escribió:
>>> Dear Counsel;
>>> If you wish to email that letter to this email, we can forward it appropriately so that the visit may begin as scheduled.
>>>
>>> Respectfully,
>>>
>>> Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 11:25 AM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

Dear Counsel;
The assistant can start the visit at 1 pm, however he will need to have a letter in his possession from the supervising attorney stating that he is authorized to conduct a legal visit with your clients.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Monday, August 4, 2025 11:15 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

My assistant Rene Garcia, will be there at 1pm

I can arrive at 2:30pm

Could he start the visit earlier? While I arrive?

El lun, 4 ago 2025 a las 12:08, TNT - Legal (<legal@privacy6.com>) escribió:
> Dear Counsel;
> We will do our best to accommodate. What time will you arrive?
>
>
> Respectfully,
>
> Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Monday, August 4, 2025 10:50 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

Good Morning Officials, I had some inconveniences with some hearings that I have to attend and it is likely that I will arrive after the scheduled time.

I appreciate your understanding and help.

Respectfully

El sáb, 2 ago 2025 a las 9:43, TNT - Legal (<legal@privacy6.com>) escribió:
> Dear Counsel;
> Thank you for your inquiry.

You are on the schedule from 1 pm to 5 pm. How much time you spend with the individual clients is at your pleasure.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Saturday, August 2, 2025 8:37 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

I would like to know what visit time I have with each of my clients, please.

El sáb, 2 ago 2025 a las 9:18, TNT - Legal (<legal@privacy6.com>) escribió:
August 6, 2025 is a Wednesday. Is that thew day you request?

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Saturday, August 2, 2025 8:16 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

Good morning, I would like to know if I can change my visit to Monday, August 6 at 1pm please.

I would greatly appreciate your help. respectfully

El vie, 1 ago 2025 a las 15:59, TNT - Legal (<legal@privacy6.com>) escribió:
Dear Counsel;

You're scheduled for a 1pm in-person visit on Monday, August 4, 2025 with:

| | | |
|---|---|---|
| 234687533 | William Zavala | GUATEMALA |
| DOB 04/07/1982 | Maisy Miguel Valle | CUBA |
| 201746843 | Roger Samir RUIZ REGALADO | GUATEMALA |
| 200-021-732 | Luis Ricardo HERNANDEZ NAVARRETE | MEXICO |
| 220846649 | Luis GONZALEZ ARTILES | CUBA |
| 200713573 | Eduardo OLMEDO ANDREO | Mexico |
| 221466148 | Victor Moreno | Mexico |

Please arrive at the facility 15 minutes early for processing, and bring your
identification

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 1, 2025 2:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

I will arrive on Monday at 1pm

please confirm me.

Thank you, Respectfully

El vie, 1 ago 2025 a las 15:40, TNT - Legal (<legal@privacy6.com>) escribió:

> We do not have availability on the 5th.  We can accommodate the 4th or 6th or
> 7th of next week.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Sent:** Friday, August 1, 2025 2:31 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Fw: **URGENT** REQUEST VISIT
>
> I await confirmation of my request to visit on Tuesday, August 5.
>
> Thank you.
>
> Respectfully
>
> El vie, 1 ago 2025 a las 15:19, Diveana OLLARVE
> (<diveanaollarve@servingimmigrants.com>) escribió:
>
>> apologies,
>>
>> My application is for **Tuesday August 5.**
>>
>> Here I send all the forms of each of my clients, as well as their g-28
>>
>> My arrival time will be at 10am

El vie, 1 ago 2025 a las 15:01, TNT - Legal (<legal@privacy6.com>) escribió:
Please forward Legal Counsel Visitation Forms and G-28's for all detainees
you wish to visit.

Also, I need an arrival time for Monday, August 4th.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 1, 2025 1:58 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

apologies

My client is also on my list.
**221466148 Victor Moreno MEXICO**

Legal assistant Rene García will accompany us.

The visit can be scheduled at 10am?
Please.


El vie, 1 ago 2025 a las 14:43, TNT - Legal (<legal@privacy6.com>)
escribió:

> Also, what time would you like the August 4th in person visit?
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** TNT - Legal <legal@privacy6.com>
> **Sent:** Friday, August 1, 2025 1:41 PM
> **To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Subject:** Re: Fw: **URGENT** REQUEST VISIT
>
> Counsel;
>
> Will a paralegal be attending the Monday, August 4th visit? If so, please
> supply name and ensure that they have a valid government ID with them
> on the day of the visit.
>
> Respectfully,
>
> Southern Detention Coordination Team

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 1, 2025 12:57 PM
**To:** TNT - Legal <legal@privacy6.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Subject:** Re: Fw: **URGENT** REQUEST VISIT

I also want to ask a question.

What is the procedure for in-person visits by paralegals?

El vie, 1 ago 2025 a las 13:46, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
> Yes, please I need to coordinate the visit for August 4.
>
> We are 2 Lawyers in the firm. Magdalena Cuprys and Victor Martinez.
>
> Attached are the BAR number and license of both.
>
> El vie, 1 ago 2025 a las 13:42, TNT - Legal (<legal@privacy6.com>) escribió:
>> Good Afternoon!
>>
>> Your request for an in-person visit was submitted to us from the South Facility.
>>
>> We want to confirm that you are still wanting an in-person visit for Monday, August 4th with

| | | |
|---|---|---|
| 234687533 | **William Zavala** | GUATEMALA |
| DOB 04/07/1982 | **Maisy Miguel Valle** | CUBA |
| 201746843 | **Roger Samir RUIZ REGALADO** | GUATEMALA |
| 200-021-732 | **Luis Ricardo HERNANDEZ NAVARRETE** | MEXICO |
| 220846649 | **Luis GONZALEZ ARTILES** | CUBA |
| 200713573 | Eduardo OLMEDO ANDREO | Mexico |

>> Please confirm by replying directly to this email and we will gladly assist in setting it up.
>>
>>
>> Respectfully,
>>
>> Southern Detention Coordination Team

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Friday, August 1, 2025 11:29 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: **URGENT** REQUEST VISIT

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 1, 2025 8:20 AM
**To:** South Facility <southfacility@em.myflorida.com>; info <info@servingimmigrants.com>
**Subject:** Re: **URGENT** REQUEST VISIT

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning officers, I would like to have confirmation of my request.

please.

Grateful.

El jue, 31 jul 2025 a las 15:31, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:

> I send all the documentation required for my application.
>
> Please I await your confirmation, thank you
>
> El jue, 31 jul 2025 a las 15:00, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
>
>> Dear officials:
>>
>> I am communicating with you on behalf of lawyer MAGDALENA CUPRYS . I attach form G-28 that certifies your representation.  I also attach Magdalena Cuprys Bar registration number and his driver's license for your reference.
>>
>> Email: info@servingimmigrants.com
>> Telephone: +1 (305) 924-1133.
>>
>> I have six clients detained at Alligator Alcatraz, and I would like to schedule a personal visit for Tuesday, August 5th. Please let me know what time you have available and if it's possible to see them.
>> To everyone on Tuesday.
>>
>> My clients are:

| 234687533 | **William Zavala** | GUATEMALA |
| DOB 04/07/1982 | **Maisy Miguel Valle** | CUBA |
| 201746843 | **Roger Samir RUIZ REGALADO** | GUATEMALA |
| 200-021-732 | **Luis Ricardo HERNANDEZ NAVARRETE** | MEXICO |
| 220846649 | **Luis GONZALEZ ARTILES** | CUBA |
| 200713573 | Eduardo OLMEDO ANDREO | Mexico |

--

**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--

**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS*

*CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS*

*MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

[Miami](#) - [Clewiston](#) - [Orlando](#) - [Puerto Rico](#)

Teléfono: 305.924.1133

Teléfono: 305.489.0264

[https://servingimmigrants.com/](https://servingimmigrants.com/)

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

[Miami](#) - [Clewiston](#) - [Orlando](#) - [Puerto Rico](#)

Teléfono: 305.924.1133

Teléfono: 305.489.0264

[https://servingimmigrants.com/](https://servingimmigrants.com/)

 --



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

[Miami](#) - [Clewiston](#) - [Orlando](#) - [Puerto Rico](#)

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*

*DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

 Outlook

---

## Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Tue 8/5/2025 7:06 PM

**To** greg chonillo <gregchonillo@gmail.com>

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Rolando Martinez Perez A#240746366. Please see all the details below:

Date: Aug 6, 2025, 04:00 PM Eastern Time (US and Canada)
Meeting ID: 886 9594 8373
Passcode: 502822

Zoom Link: https://us06web.zoom.us/j/88695948373?pwd=JRTXzlWNk55udkIovEZfw6R0yPhJEc.1

Respectfully,

Southern Detention Coordination Team

---

**From:** greg chonillo <gregchonillo@gmail.com>
**Sent:** Tuesday, August 5, 2025 1:00 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

### 🛡 Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

**Report Email**       **Trust Email**

Good afternoon,

Kindly forward the zoom information for August 6th at 4 pm. Thank you for your assistance.

On Mon, Aug 4, 2025 at 12:47 PM TNT - Legal <legal@privacy6.com> wrote:
> This in-person visit has been canceled. Thank you.
>
> Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 10:36 AM
**To:** greg chonillo <gregchonillo@gmail.com>
**Cc:** yuly herrera <yulycubapack@gmail.com>; yuly@chonillollaw.com <yuly@chonillollaw.com>; Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; msoto <msoto@criticalresponsestrategies.com>
**Subject:** Re: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

Dear Counsel;
Your visit has been scheduled for August 6 at 3:30 pm. Please arrive 15 minutes early for processing, and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

---

**From:** greg chonillo <gregchonillo@gmail.com>
**Sent:** Monday, August 4, 2025 9:44 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** yuly herrera <yulycubapack@gmail.com>; yuly@chonillollaw.com <yuly@chonillollaw.com>
**Subject:** Fwd: LEGAL COUNSEL VISITATION REQUEST- ROLANDO MARTINEZ-PEREZ, A240-746-366

Good morning,

We represent the above mentioned respondent. May this serve to request legal visitation with my client- Rolando Martinez-Perez with Alien No.: A240-746-366. Please see attached Legal Visitation form, as well as our G28 previously filed electronically. Please advise at your earliest convenience. Thank you in advance for your assistance in this matter.

--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient

should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*This email has been scanned by Inbound Shield.*

Case 2:25-cv-00747-SPG-DNF Document 57 Filed 08/08/25 Page 178 of 283 PageID 1822

--
Sincerely,

**Greg Chonillo, Esq.**
Chonillo Law Group, LLC.
121 Alhambra Plaza, Suite 1500
Coral Gables, FL 33134
Telephone: (954)465-9316
Fax: (888) 974-3182

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Outlook

---

**Re: Legal Visit with Wilton Lessage, A#241319676**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Tue 8/5/2025 7:28 PM

**To**     Yaniv Nahon <Yaniv@smfirm.com>

Dear Counsel;

Your visit is scheduled for August 7, 2025, at 11 am. Please arrive 15 minutes early for processing, and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

---

**From:** Yaniv Nahon <Yaniv@smfirm.com>
**Sent:** Tuesday, August 5, 2025 3:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Oscar Flores <oscar.flores@privacy6.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; Frank Shaw <frank.shaw@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>
**Subject:** Re: Legal Visit with Wilton Lessage, A#241319676

 **Security Awareness**

 The email came from an external source.

 The email was sent from a known contact.

**Report Email**          **Trust Email**

Good afternoon,

I sincerely apologize, I did not see this email. I was not aware that the facility was granting in-person visits, I thought this would be a video call.

I have attached an updated visitation request form for a visit this Thursday at 11 AM. Please let me know if that works on your end.

Sincerely,

**Yaniv Nahon**
*Of Counsel*
Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565 Ext. 122
Cell: 305.733.2295
Fax: 305.444.1665
www.onecalllegal.com

This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, distribution, or printing of this electronic message or its contents by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immediately and delete the message from your computer or electronic device.

> On Aug 4, 2025, at 1:41 PM, TNT - Legal <legal@privacy6.com> wrote:
>
> Dear Counsel;
> This will be a pre-representational visit and you may have the detainee sign the G28 during the visit.
> Your visit is scheduled for 10 am on August 5, 2025. Please arrive 15 minutes early for processing, and  bring your Bar Card.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Yaniv Nahon <Yaniv@smfirm.com>
> **Sent:** Monday, August 4, 2025 12:03 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Legal Visit with Wilton Lessage, A#241319676

Good afternoon,

Thank you for getting back to me so quickly. Attached please find a visitation form and G28. I need the client to sign the G28, which is one reason for my vis will be a video visit, correct? Would it be possible for you to give my client the G28 to sign? Please let me know how you would like to handle this.

Thank you,

**Yaniv Nahon**
*Of Counsel*
Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565 Ext. 122
Cell: 305.733.2295
Fax: 305.444.1665
www.onecalllegal.com

This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, distributi electronic message or its contents by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immed message from your computer or electronic device.

On Aug 4, 2025, at 11:53 AM, TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel;
Thank you for your inquiry.
Please submit a completed legal counsel visitation form (attached) and a completed ICE Form G28, and we will schedule your visit.

Respectfully,

Southern Detention Coordination Team

**From:** Yaniv Nahon <Yaniv@smfirm.com>
**Sent:** Monday, August 4, 2025 10:33 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Legal Visit with Wilton Lessage, A#241319676

Good morning,

I am reaching out to coordinate a legal visit with my client, who is being held at the Everglades Detention Center. Please send me the form to set up t

Thank you,

**Yaniv Nahon**
*Of Counsel*
Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, Florida 33168
Tel: 305.444.1565 Ext. 122
Cell: 305.733.2295
Fax: 305.444.1665
www.onecalllegal.com

This e-mail is intended only for the person or entity to which it is addressed and may contain privileged and confidential information. Dissemination, di anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify me immediately and delete the message

*This email has been scanned by Inbound Shield.*

<attachment-2.png><attachment-1.png><Legal_Counsel_Visitation_BLANKForm 7.11.25 Detainee (1).pdf>

<attachment-3.png>

 Outlook

## Re: VAV BURTON MORRIS A087403310

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 8/4/2025 9:53 AM

**To** Carolina@jmmlawfirm.com <Carolina@jmmlawfirm.com>

Dear Counsel;
Due to the lack of the completed Form G28, the scheduled visit time is no longer available. Please submit other dates and times when you submit the completed G28.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 5:51 PM
**To:** Carolina@jmmlawfirm.com <Carolina@jmmlawfirm.com>
**Subject:** Fw: VAV BURTON MORRIS A087403310

We will need a G-28 for Burton Morris before we can finalize this video visit.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 30, 2025 1:23 PM
**To:** Carolina Collado <Carolina@jmmlawfirm.com>
**Cc:** Melody Perkins <melody@jmmlawfirm.com>
**Subject:** Re: VAV BURTON MORRIS A087403310

Dear Counsel;

Your video visit with Burton Morris is scheduled for August 7, 2025, at noon.  You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 30, 2025 1:21 PM
**To:** Carolina Collado <Carolina@jmmlawfirm.com>

**Cc:** Melody Perkins <melody@jmmlawfirm.com>
**Subject:** Re: VAV Yurisbey Diaz A#074921065

Dear Counsel;

Your video visit with Yurisbe Diaz is scheduled for August 1, 2025, at 9:00 a.m.  You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Carolina Collado <Carolina@jmmlawfirm.com>
**Sent:** Wednesday, July 30, 2025 11:21 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Melody Perkins <melody@jmmlawfirm.com>
**Subject:** RE: VAV Yurisbey Diaz A#074921065

### ⯈ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email          Trust Email

Thank you for your response. Can I please have the August 1, 9:00 AM spot? Thank you! I have another client I need to schedule with as well. Morris Burton, A087-403-310. I have included my bar card, ID, and the visit request form with several times on August 7 for the availability.

Carolina A. Collado, Esq.
Partner

JIMENEZ
MAZZITELLI
MORDES

Jimenez Mazzitelli Mordes
9350 S. Dixie Highway, PH #5
Miami, FL 33156
Immigration Department: (305)461-3077
Main Tel:  (305) 548-8750 | Fax: (786) 800-3890

PRIVILEGE AND CONFIDENTIALITY NOTICE & DISCLAIMER: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon

the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Jimenez Mazzitelli Mordes, for damage arising in any way from its use.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 30, 2025 10:28 AM
**To:** Carolina Collado <Carolina@jmmlawfirm.com>
**Cc:** Melody Perkins <melody@jmmlawfirm.com>
**Subject:** Re: VAV Yurisbey Diaz A#074921065

Dear Counsel,

The time you requested on August 1, 2025, is not available. We currently have 9:00 am, August 1, 2025, and dates/times the week of August 4, 2025. Please provide several different options so we can best accommodate your request.

Respectfully,

Southern Detention Coordination Team

---

**From:** Carolina Collado <Carolina@jmmlawfirm.com>
**Sent:** Wednesday, July 30, 2025 10:03 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Melody Perkins <melody@jmmlawfirm.com>
**Subject:** FW: VAV Yurisbey Diaz A#074921065

Good morning,

I need to Request a Virtual Attorney Visit with the above-referenced detainee. I have attached my Florida state ID and Florida bar card, along with the Legal visit form for your facility and my notice of entry of appearance (DHS form G-28). I have requested Friday August 1 at 11:30 AM. If those times and dates are not available, please let me know your availability.

When scheduled I can send the Zoom link if needed.

Carolina A. Collado, Esq.
Partner



Jimenez Mazzitelli Mordes
9350 S. Dixie Highway, PH #5
Miami, FL 33156
Immigration Department: (305)461-3077
Main Tel:  (305) 548-8750 | Fax: (786) 800-3890

PRIVILEGE AND CONFIDENTIALITY NOTICE & DISCLAIMER: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to

Case 2:25-cv-00747-SPC-DNF Document 57 Filed 08/08/25 Page 184 of 283 PageID 1828

the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Jimenez Mazzitelli Mordes, for damage arising in any way from its use.

*This email has been scanned by Inbound Shield.*

 **Outlook**

---

## Re: Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259

---

**From**  TNT - Legal <legal@privacy6.com>

**Date**  Mon 8/4/2025 11:49 AM

**To**  Rolando Grillo <rolando@grilloesq.com>

**Cc**  Admin SD <admin@southerndetention.com>; Oscar Flores <oscar.flores@privacy6.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>

---

The Zoom Visit has been scheduled for the Detainee Francisco Mateo Miguel A#209483259. Please see all the details below:

Date: Aug 5, 2025, 09:00 AM Eastern Time (US and Canada)
Meeting ID: 856 0165 2733
Passcode: 051649

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 4, 2025 11:35 AM
**To:** Rolando Grillo <rolando@grilloesq.com>
**Cc:** Admin SD <admin@southerndetention.com>; Oscar Flores <oscar.flores@privacy6.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>
**Subject:** Re: Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259

Dear Counsel;
Your video call is scheduled for 9 am on August 5, 2025. Your in-person visit for 11 am on August 5 is CANCELED, per your request.
You will receive a Zoom link to access your call prior to the video visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Rolando Grillo <rolando@grilloesq.com>
**Sent:** Monday, August 4, 2025 11:32 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Admin SD <admin@southerndetention.com>; Oscar Flores <oscar.flores@privacy6.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com <glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>
**Subject:** Re: Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259

## ⛊ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**          **Trust Email**

In that case, we will ask for the 9AM via Zoom please.

Thank you,
-
Rolando Grillo, esq.

On Mon, Aug 4, 2025 at 12:25 PM Rolando Grillo <rolando@grilloesq.com> wrote:
> Understood. We will keep the 11 AM Zoom meeting on August 5th if still available.
> Will await Zoom link/instructions.
>
> Thank you again for coordinating.
>
> -
> Rolando Grillo, esq.
>
>> On Mon, Aug 4, 2025 at 12:21 PM TNT - Legal <legal@privacy6.com> wrote:
>> Dear Counsel;
>> The 112 am visit would be a video Zoom visit. August 5 at 9 am is the earliest availability we have for a Zoom call.
>>
>> Respectfully,
>>
>> Southern Detention Coordination Team
>>
>> ---
>>
>> **From:** Rolando Grillo <rolando@grilloesq.com>
>> **Sent:** Monday, August 4, 2025 11:10 AM
>> **To:** TNT - Legal <legal@privacy6.com>
>> **Cc:** Admin SD <admin@southerndetention.com>; Oscar Flores <oscar.flores@privacy6.com>; Steve Robinson

<steve.robinson@nakamotogroup.com>; glynn.maddox@nakamotogroup.com
<glynn.maddox@nakamotogroup.com>; AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>;
Linda Lopez <llopez@criticalresponsestrategies.com>; JASON MOYER
<jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>;
Anita Zela <azela@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>

**Subject:** Re: Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259

Good morning,

Thank you for the update. To confirm, would the 11am visit be through Zoom or other
virtual service?

Thank you,

Rolando Grillo, esq.
(561) 296-6700
Rolando@grilloesq.com
ALI LAW
951 Sansbury Way, Ste 205
West Palm Beach, FL 33411


On Mon, Aug 4, 2025 at 11:56 AM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel;
> Thank you for your inquiry.
> Your visit is scheduled for August 5, 2025 at 11 am. Please arrive 15 minutes early for
> processing, and kindly bring your Bar Card.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Rolando Grillo <rolando@grilloesq.com>
> **Sent:** Monday, August 4, 2025 9:59 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Admin SD <admin@southerndetention.com>
> **Subject:** Re: Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259
>
> Thank you. Re-sending with attachments. See the Request form and G-28 attached.
>
>
> On Mon, Aug 4, 2025 at 10:10 AM TNT - Legal <legal@privacy6.com> wrote:
>> Dear Counsel;
>> The Form G28 and completed legal counsel visitation form were not attached to your email.
>> Please resubmit with those documents and we will schedule your visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Rolando Grillo <rolando@grilloesq.com>
**Sent:** Monday, August 4, 2025 7:51 AM
**To:** Admin SD <admin@southerndetention.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Attorney Visit Request for FRANCISCO MATEO MIGUEL, A#209-483-259

Good morning,

Please see the enclosed legal counsel visitation form to meet with our client, FRANCISCO MATEO MIGUEL, (A#209-483-259) who is detained at the Dade-Collier Transition and Training Detention Center, or Alligator Alcatraz.

I proposed times to meet with him tomorrow or Wednesday, or please advise the earliest we could arrange to speak with him via Zoom.

Thank you,

--

**Rolando Grillo, esq.**
(561) 296-6700
Rolando@grilloesq.com
Florida Bar No.: 96366
ALI LAW
951 Sansbury Way, Ste 205
West Palm Beach, FL 33411

--
-
Rolando Grillo

*This email has been scanned by Inbound Shield.*

--

**Rolando Grillo, esq.**
(561) 296-6700
Rolando@grilloesq.com
Florida Bar No.: 96366
ALI LAW
951 Sansbury Way, Ste 205

West Palm Beach, FL 33411

Outlook

## Re: Luis Alberto CHAVEZ A235-871-025

**From** Kevin Bluitt <myattorneykevin@gmail.com>

**Date** Mon 8/4/2025 4:34 PM

**To** TNT - Legal <legal@privacy6.com>

### Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Hello...I am waiting for my VAV meeting......5:30pm ????  I was never sent the link

On Mon, Aug 4, 2025 at 5:29 PM Kevin Bluitt <myattorneykevin@gmail.com> wrote:
> I need the link
>
> On Mon, Aug 4, 2025 at 10:09 AM Kevin Bluitt <myattorneykevin@gmail.com> wrote:
>> okay
>>
>> On Mon, Aug 4, 2025 at 10:07 AM TNT - Legal <legal@privacy6.com> wrote:
>>> Dear Counsel;
>>> There was a mix-up on the schedule. You are booked for 5:30 PM today, August 4, 2025, as previously stated.
>>>
>>> Respectfully,
>>>
>>> Southern Detention Coordination Team
>>>
>>> **From:** Kevin Bluitt <myattorneykevin@gmail.com>
>>> **Sent:** Monday, August 4, 2025 7:22 AM
>>> **To:** TNT - Legal <legal@privacy6.com>
>>> **Subject:** Re: Luis Alberto CHAVEZ A235-871-025
>>>
>>> 8am is perfect
>>>
>>> On Mon, Aug 4, 2025 at 8:07 AM TNT - Legal <legal@privacy6.com> wrote:
>>>> Dear Counsel,

We have 8:00 am and 11:00 am available tomorrow. Please advise which you prefer.

Respectfully,

Southern Detention Coordination Team

---

**From:** Kevin Bluitt <myattorneykevin@gmail.com>
**Sent:** Monday, August 4, 2025 6:58 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Luis Alberto CHAVEZ A235-871-025

No, can you make it Tuesday?

--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended only for the use of the individual or entity named on this transmission sheet. It you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at (305) 354-9173 so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential, diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

On Mon, Aug 4, 2025 at 7:53 AM TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel,

Regrettably, the previously referenced time slot is now booked. Would 6:00 pm, Monday, August 4, 2025, work for you?

Respectfully,

Southern Detention Coordination Team

---

**From:** Kevin Bluitt <myattorneykevin@gmail.com>
**Sent:** Sunday, August 3, 2025 6:49 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Luis Alberto CHAVEZ A235-871-025

okay, thanks

On Sun, Aug 3, 2025 at 7:43 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> Thank you for your inquiry.
> Due to the late hour of your request, the only time available August 4 is 5:30 pm. Your call has been scheduled accordingly, for 5:30 pm tomoroow. You will receive a Zoom link to access your call prior to 5:30 pm tomorrow.
>
> Respectfully,
>
> Southern Detention Coordination Team

---

**From:** Kevin Bluitt <myattorneykevin@gmail.com>
**Sent:** Sunday, August 3, 2025 6:22 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Luis Alberto CHAVEZ A235-871-025

Good evening,

I would like to schedule a legal call or Virtual Attorney Visit (Video) with the above detainee who is housed at Alligator Alcatraz.

 Attached please find the Legal Counsel Visitation Request and my credentials.

--
--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606

Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended only for the use of the individual or entity named on this transmission sheet. It you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at (305) 354-9173 so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential, diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

*This email has been scanned by Inbound Shield.*

--
--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that
may be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The
information is intended only for the use of the individual or entity named on this
transmission sheet. It you are not the intended recipient, you are hereby notified that any
disclosure, copying, distribution or the taking of any action in reliance on the contents of
this telecopied information is strictly prohibited, and that the documents should be
returned to this firm immediately. If you have received this in error, please notify us by
telephone immediately at (305) 354-9173 so that we may arrange for the return of the
original documents to us at no cost to you. The unauthorized disclosure, use, or
publication of confidential, diplomatic or privileged information inadvertently transmitted
to you may result in criminal and/or civil liability.

--
--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may
be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is
intended only for the use of the individual or entity named on this transmission sheet. It you
are not the intended recipient, you are hereby notified that any disclosure, copying, distribution
or the taking of any action in reliance on the contents of this telecopied information is strictly
prohibited, and that the documents should be returned to this firm immediately. If you have
received this in error, please notify us by telephone immediately at (305) 354-9173 so that we

may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential, diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

--

--

Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended only for the use of the individual or entity named on this transmission sheet. It you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at (305) 354-9173 so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential, diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

--

--

Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be
confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is
intended only for the use of the individual or entity named on this transmission sheet. It you are not
the intended recipient, you are hereby notified that any disclosure, copying, distribution or the
taking of any action in reliance on the contents of this telecopied information is strictly prohibited,
and that the documents should be returned to this firm immediately. If you have received this in
error, please notify us by telephone immediately at (305) 354-9173 so that we may arrange for the
return of the original documents to us at no cost to you. The unauthorized disclosure, use, or
publication of confidential, diplomatic or privileged information inadvertently transmitted to you
may result in criminal and/or civil liability.


--
--
Kevin Bluitt
Attorney At Law


Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:

This message and the documents accompanying the foregoing contain information that may be confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended only for the use of the individual or entity named on this transmission sheet. It you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at (305) 354-9173 so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential, diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

 Outlook

---

## Re: Request to Visit | DC # 20250001692 | I: 000001691 | A # 246 578 492

**From** Vladimir St. Louis <vladimir@stlouislawpa.com>
**Date** Mon 8/4/2025 5:30 PM
**To** TNT - Legal <legal@privacy6.com>

### 🛡 Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Received, thank you so much.

This is Vladimir St. Louis's card. Their email is vladimir@stlouislawpa.com. Their phone number is +1 954 745 4665.

On Mon, Aug 4, 2025 at 6:10 PM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel;
>
> Your visit is scheduled for August 6, 2025, at 2:30 pm. Please arrive 15 minutes early for processing, and kindly bring your Bar Card(s).
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Vladimir St. Louis <vladimir@stlouislawpa.com>
> **Sent:** Monday, August 4, 2025 4:41 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Nadine Gedeon <nadinegmlawgroup@gmail.com>
> **Subject:** Re: Request to Visit | DC # 20250001692 | I: 000001691 | A # 246 578 492
>
> Good afternoon,
>
> Please find attached our legal counsel visitation forms + G-28s. We would like to visit on Wednesday, August 6, 2025 at 2:30pm. Please advise.
>
> Thank you,

Case 2:25-cv-00747-SRC-DNF   Document 57   Filed 08/08/25   Page 199 of 283 PageID
1843

On Mon, Aug 4, 2025 at 6:17 AM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel,
>
> Our visiting hours are Monday, Wednesday, Thursday, Friday, and Saturday from 8:00 a.m. - 4:00
> p.m.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Vladimir St. Louis <vladimir@stlouislawpa.com>
> **Sent:** Sunday, August 3, 2025 7:03 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Nadine Gedeon <nadinegmlawgroup@gmail.com>
> **Subject:** Re: Request to Visit | DC # 20250001692 | I: 000001691 | A # 246 578 492
>
> Good evening,
>
> Received, thank you. We will provide shortly. What are the visitation hours? Please advise.
>
> Thank you,
>
> This is Vladimir St. Louis's card. Their email is
> vladimir@stlouislawpa.com. Their phone number is +1
> 954 745 4665.

On Sun, Aug 3, 2025 at 7:25 PM TNT - Legal <legal@privacy6.com> wrote:

> Dear Counsel;
> Thian you for your inquiry.
> Please submit a completed legal counsel visitation form (attached) and a completed ICE Form
> G28, and we will schedule your visit.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Vladimir St. Louis <vladimir@stlouislawpa.com>
> **Sent:** Sunday, August 3, 2025 4:41 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Cc:** Nadine Gedeon <nadinegmlawgroup@gmail.com>
> **Subject:** Request to Visit | DC # 20250001692 | I: 000001691 | A # 246 578 492
>
> To Whom It May Concern:
>
> We represent the above-referenced individual, Mannol Pierre Louis. We are
> requesting permission to meet with our client. Please advise.

The attorneys requesting permission are:

- Nadine Gedeon, Esq. - Florida Bar # 112504
- Vladimir St. Louis, Esq. - Florida Bar # 104818

--

This is Vladimir St. Louis's card. Their email is
vladimir@stlouislawpa.com. Their phone number is +1
954 745 4665.

*This email has been scanned by Inbound Shield.*

--

This is Vladimir St. Louis's card. Their email is
vladimir@stlouislawpa.com. Their phone number is +1
954 745 4665.

 Outlook

## Re: Maynor Gonzales Hernandez-Alien no: 216-780-269

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Sat 8/2/2025 7:08 PM |
| **To** | Catherine Lee <clee@catleeimmigration.com> |

🔗 1 attachment (152 KB)
Legal_Counsel_Visitation_BLANKForm 7.11.25 Detainee (1).pdf;

Dear Counsel;
If you wish to schedule a visit, please submit a completed legal counsel visitation form (attached) and a completed Form G28, and we will schedule your visit.

Respectfully,

Southern Detention Coordination Team

**From:** Catherine Lee <clee@catleeimmigration.com>
**Sent:** Saturday, August 2, 2025 3:05 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Maynor Gonzales Hernandez-Alien no: 216-780-269

### ⬇ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

I need to arrange visit as well.  I could not get any information pertaining to my client who is detained there and I want to know how to communicate with him. If you can set up an appointment then that would be great.

Sincerely,

Sincerely,

On Thu, Jul 31, 2025 at 4:20 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> Thank you for your inquiry.
> This facility does not scheduled credible fear interviews. We schedule legal visits. You may contact the
> Miami Field Office for the information you seek. Perhaps they can assist.

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 12:16 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Re: Maynor Gonzales Hernandez-Alien no: 216-780-269

Counsel;
Thank you for your inquiry.
This facility does not scheduled credible fear interviews. We schedule legal visits. You may contact the Miami Field Office for the information you seek. Perhaps they can assist.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Thursday, July 31, 2025 10:47 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Maynor Gonzales Hernandez-Alien no: 216-780-269

---

**From:** Catherine Lee <clee@catleeimmigration.com>
**Sent:** Thursday, July 31, 2025 9:56 AM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Maynor Gonzales Hernandez-Alien no: 216-780-269

You don't often get email from clee@catleeimmigration.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Enclosed is a G-28 that I filed via the ERO website. My client is detained at Alligator Alicatraz and I would like to know how to get in contact with him. My client would like a credible fear interview b/c he was in removal proceedings for his asylum application that has been pending for several years. If he was placed in expedited removal proceedings, we want to request a credible fear interview for Mr. Gonzalez Hernandez.
--
*Catherine A. Lee*
Law Office of Catherine A. Lee, P.A.
2131 Hollywood Blvd, Suite 501
Hollywood, FL 33020
T: 305-653-3330
F: 305-690-9335
catleeimmigration.com

Under Florida law, correspondence with the Florida Division of Emergency Management concerning
agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public
record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--

**Catherine A. Lee**
Law Office of Catherine A. Lee, P.A.
2131 Hollywood Blvd, Suite 501
Hollywood, FL 33020
T: 305-653-3330
F: 305-690-9335
catleeimmigration.com

 **Outlook**

---

## Fw: Legal Visitation Request - Re: Freddy Antonio Rocha - A-246-186-015 - THIRD REQUEST

---

**From**  TNT - Legal <legal@privacy6.com>

**Date**  Fri 8/1/2025 3:42 PM

**To**  Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>; Anita Zela <azela@criticalresponsestrategies.com>

📎  3 attachments (152 KB)
AC - DL.pdf; FL Bar Card.pdf; 20250721135524134.pdf;

Anita, et al;
Could you please ascertain from the medical department that the below detainee is getting his medicine? Thank you!

Respectfully,

Southern Detention Coordination Team

---

**From:** Angel Cabrera <AngelCabrera@jorgerivera.com>
**Sent:** Friday, August 1, 2025 1:18 PM
**To:** TNT - Legal <legal@privacy6.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; Admin SD <admin@southerndetention.com>
**Cc:** Miami.Outreach <miami.outreach@ice.dhs.gov>; mia-attorneyinquiries@ice.dhs.gov <mia-attorneyinquiries@ice.dhs.gov>
**Subject:** FW: Legal Visitation Request - Re: Freddy Antonio Rocha - A-246-186-015 - THIRD REQUEST

🛡️ **Security Awareness**

❌  The email came from an external source.
❌  This email is from an unfamiliar sender outside your organization.

   **Report Email**       **Trust Email**

Good afternoon,

Once again, I am attempting to make contact with someone regarding this legal matter.

My client has been detained at Alligator Alcatraz since 07/16/2025.

My client should be held at this facility. He is not a candidate for detention at Alligator Alcatraz as this facility was intended for detainees with criminal records, detainees without ongoing Removal Proceedings, and that are scheduled to be deported shortly.

Mr. Rocha does not fall under any of those categories.

Case 2:25-cv-00747-SPC-DNF    Document 57    Filed 08/08/25    Page 205 of 283 PageID
1849

Mr. Rocha has been denied his daily medication of Vemlidy 25mg, prescribed by his primary physician, since his internment. Moreover, he has been denied the opportunity to meet with his attorney retained to represent him in his bond hearing and removal proceedings. Attempts to contact officials via phone calls and e-mails have gone unanswered. I traveled to the facility on 07/26 and was turned away by the national guardsmen at the checkpoint.

**I am requesting that Mr. Rocha be transferred to Krome as that is the appropriate place for him to be held.**

**I am also requesting the opportunity to confer with Mr. Rocha via a telephone call. He has a bond hearing and a master hearing scheduled at Krome.**

This is the appropriate place where my client should be held.

This message is of the utmost importance. A response would be appreciated.

---

**From:** Angel Cabrera
**Sent:** Monday, July 21, 2025 5:37 PM
**To:** legal@privacy6.com; southfacility@em.myflorida.com; admin@southerndetention.com
**Subject:** Legal Visitation Request - Re: Freddy Antonio Rocha - A-246-186-015
**Importance:** High

Good morning,

I wish to confirm whether my client is being detained at the facility that is being colloquial referred to as "Alligator Alcatraz."

The client's information is the same as that referenced in the subject line:

Name: Freddy Antonio Rocha

A-246-186-015

Nicaragua

If he is being detained at this facility, I wish to schedule an interview with this client as soon as possible. He has an upcoming master scheduled for 07/23/25 at 1:00 PM.

My G-28 is registered with the ERO portal.

Please find attached the required documents and information to request a legal visitation with my client ASAP.

Any further guidance would be appreciated. Thank you.



**Angel Cabrera, Esq., Immigration Attorney**
Immigration Group, LLC
5820 Waterford District Dr., Miami, FL 33126
Office: (305) 443-3900; (888) 578-2276;
www.jorgerivera.com

**CONFIDENTIALITY NOTICE**

This communication and any accompanying documents are confidential and privileged. If you are not the intended recipient or agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, use, or copying of this communication is STRICTLY PROHIBITED. Such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please notify us immediately and destroy the material in its entirety, whether in electronic or hard copy format. Thank you

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: Fw: **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533

**From** TNT - Legal <legal@privacy6.com>

**Date** Fri 7/25/2025 9:36 PM

**To** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

Dear Counsel;

The Zoom Visit has been scheduled for William Zavala A# 234687533. Please see all the details below:

Date: Jul 28, 2025, 03:00 PM Eastern Time (US and Canada)

Meeting ID: 830 8688 9150
Passcode: 707702

Zoom Link ID: https://us06web.zoom.us/j/83086889150?pwd=XdaQtA6AgCUnMHHbZohBbM1b60Kbi0.1

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 4:07 PM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533

Dear Counsel;

Your video visit is scheduled for Monday, July 28, at 3PM. You will receive an email with a Zoom link and instructions for the visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Thursday, July 24, 2025 7:48 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533

Please schedule for Monday the 28th . For the time I have available.



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

El jue, 24 de jul de 2025, 12:08 a.m., TNT - Legal <legal@privacy6.com> escribió:

> Dear Counsel;
>
> The date that you requested is unavailable.  Please provide us with additional dates and times that work for your schedule.  The more options you provide for dates and times, the better we can accommodate.  We are booking dates for next week, starting Monday, July 28th and out.
>
> Respectfully,
>
> Southern Detention Coordination Team
> _____
>
> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Sent:** Wednesday, July 23, 2025 4:43 PM
> **To:** TNT - Legal <legal@privacy6.com>; info <info@servingimmigrants.com>
> **Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533
>
> Good afternoon, Please I urgently need a response to my request.
>
> El mié, 23 jul 2025 a las 8:33, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
>
>> I send all the documents requested for the video conference with my client.
>>
>> Please tell me an available time.
>>
>>
>> El mar, 22 jul 2025 a las 12:01, TNT - Legal (<legal@privacy6.com>) escribió:
>>
>>> Dear Counsel;
>>> Please send the completed legal counsel visitation form (attached) and the dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.
>>>
>>> Respectfully,

Southern Detention Coordination Team

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Monday, July 21, 2025 9:23 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Monday, July 21, 2025 9:14 AM
**To:** info <info@servingimmigrants.com>; South Facility <southfacility@em.myflorida.com>
**Subject:** **URGENT** VIDEOCALL REQUEST - William ZAVALA - A number 234687533

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr. William ZAVALA Please tell me as the closest possible date and time.

Thank you.

Respectfully

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

 Outlook

**Fw: LEGAL CORRESPONDENCE/** ███████████████████████ **A# 206-316-984**

**From** TNT - Legal <legal@privacy6.com>
**Date** Tue 7/29/2025 4:01 PM
**To** Ashley Gallegos <ashley@ramirezhormaza.com>

📎 1 attachment (640 KB)
██████████████████████f;

Counsel;

Attached is the document you requested to be served, signed and returned.

Respectfully,

Southern Detention Coordination Team

---

**From:** Ashley Gallegos <ashley@ramirezhormaza.com>
**Sent:** Tuesday, July 29, 2025 10:11 AM
**To:** Admin SD <admin@southerndetention.com>; TNT - Legal <legal@privacy6.com>
**Cc:** Aida Marta Ramirez, Esq. <aida@ramirezhormaza.com>
**Subject:** LEGAL CORRESPONDENCE/ █████████████████████ A# 206-316-984

Good morning,
Attached to this email, you will find legal correspondence addressed to ████████████
████████ A# 206-316-984. Kindly print the documents and provide them to ████████████ Please
ensure he has the opportunity to review and sign them and then return the signed copies to me via email
at your earliest convenience.
Thank you for your attention to this matter.
Sincerely,

**ASHLEY GALLEGOS**
**PARALEGAL**
RAMIREZ HORMAZA LAW GROUP



**JACKSONVILLE**

(904)596-8526

200 EAST FORSYTH STREET

JACKSONVILLE, FL 32202


**PENSACOLA**

(850)432-8559

1622 NORTH 9TH AVENUE

PENSACOLA, FL 32503

https://ramirezhormaza.com/

PRIVILEGE AND CONFIDENTIAL NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney-client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communications or any attachments. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect the computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by Ramirez Hormaza Law Group. for damage arising in any way from its use.

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: Request for A-Number for Detained Individual – G-28 Attached

**From** TNT - Legal <legal@privacy6.com>

**Date** Sat 7/26/2025 11:01 AM

**To**    zorelly@asgharlawfirm.com <zorelly@asgharlawfirm.com>

⬚ 1 attachment (484 KB)

Alfredo Gamez's G-28.pdf;

Dear Counsel;
Below is the information we have.

Alfredo Gamez
A-221-447-262
Country of Origin: Mexico
DOB: 01/23/1965

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Monday, July 14, 2025 2:04 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Request for A-Number for Detained Individual – G-28 Attached

### 🛡 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a top domain.

**Report Email**        **Trust Email**

---

**From:** Zorelly Torres-Sanchez <zorelly@asgharlawfirm.com>
**Sent:** Monday, July 14, 2025 12:25 PM
**To:** Stephanie Houp <Stephanie.Houp@em.myflorida.com>; Meigs Lamb <meigs.lamb@em.myflorida.com>;
Marnie Villanueva Marrero <Marnie.Villanueva@em.myflorida.com>; Jake Felder
<Jake.Felder@em.myflorida.com>; Lela Whitfield <Lela.Whitfield@em.myflorida.com>; Keith Pruett
<Keith.Pruett@em.myflorida.com>; legal@privacy6.com; South Facility <southfacility@em.myflorida.com>
**Subject:** Fwd: Request for A-Number for Detained Individual – G-28 Attached

You don't often get email from zorelly@asgharlawfirm.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Sir/Madam,

I am the attorney representing **Alfredo Gamez (a/k/a Alfrego Gamez-Najera), DOB 01/23/1967** (Inmate 1000000149/B20250000146) who is currently detained at your facility. I am writing to **urgently request the Alien Registration Number (A#)** associated with my client. He has been in custody for approximately one week, and we are in the process of taking necessary legal action on his behalf.

Please find the signed Form G-28 (Notice of Entry of Appearance as Attorney) attached to this email. Given the urgency of this matter, I would greatly appreciate it if you could provide the A# as soon as possible. If any additional documentation or verification is required, please do not hesitate to let me know.

Thank you for your assistance.

Sincerely,

--
Zorelly Torres-Sanchez
Senior Associate Attorney
Asghar Law, PLLC
1555 Palm Beach Lakes Blvd., Suite 1010
West Palm Beach, FL 33401
P: (561) 841-6346
F: (561) 370-7001
E: zorelly@asgharlawfirm.com
WEB: www.asgharlawfirm.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Asghar Law, PLLC for damage arising in any way from its use.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 5:37 PM

**To** Adma Donato <adma.donato@gkaplanlaw.com>

Counsel,

Now that we offer in-person visits are you interested in that option or do you wish to keep your 9AM video call, on August 6, 2025?

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 3:02 PM
**To:** Adma Donato <adma.donato@gkaplanlaw.com>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Counsel;

We can accommodate August 6, 2025 at 9AM.

We are also able to accommodate in-person visits.  Would you prefer to have an in-person visit? We can accommodate in-person visits on Monday, Wednesday, Thursday, Friday and Saturday.  Please provide as many options as possible, as our limited slots fill up quickly.

Please confirm your preference.

Respectfully,

Southern Detention Coordination Team

---

**From:** Adma Donato <adma.donato@gkaplanlaw.com>
**Sent:** Thursday, July 31, 2025 1:27 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** RE: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

 **Security Awareness**

❌ The email came from an external source.

✅ The email was sent from a known contact.

Report Email        Trust Email

Please attached find documents requested.

Thank you in advance for your attention and consideration with this matter.

Best Regards,


*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: adma.donato@gkaplanlaw.com
Web: www.american-immigration-lawyer.com
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit:  Alien Registration Requirement | USCIS or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



---

*Please note- If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S. https://i94.cbp.dhs.gov. There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 1:20 PM
**To:** Adma Donato <adma.donato@gkaplanlaw.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Counsel;
If you forward the G28 with your information on it, we can ask the detainee to sign it and return it to you. Also, submit a completed legal counsel visitation form (attached) and we can schedule an in-person visit or a video visit, as you prefer. The legal counsel visitation form asks for times and dates for your visit request. The more options you provide, the better we can accommodate.

Respectfully,

Southern Detention Coordination Team

---

**From:** Adma Donato <adma.donato@gkaplanlaw.com>
**Sent:** Thursday, July 31, 2025 12:53 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Grant Kaplan <grant@gkaplanlaw.com>; Gail Kaplan <gail.kaplan@gkaplanlaw.com>; Rossana Nero <rossana.nero@gkaplanlaw.com>
**Subject:** RE: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Officer,
I hope this message finds you well.
As stated in our previous email, our client, **Julio Adrian Silva-Arzuaga (A243-013-756)**, does not appear in the ICE Online Detainee Locator System, and consequently, there is no corresponding ERO file available.
However, Mr. Silva-Arzuaga has remained in ICE custody since late June.
Due to the lack of official registration in the system, it has been impossible to obtain a signed Form G-28 from him. We respectfully note that the respondent is an applicant for Adjustment of

Status and was detained solely for not being in physical possession of his Employment Authorization Document at the time of apprehension.

To date, we have submitted several emails on his behalf, including a **Pre-NTA Parole Request**, but have not received any response.

We urgently request that you provide guidance on how we can schedule a legal meeting with our client under these circumstances. Please advise if there is an alternative method to facilitate privileged legal access.

Thank you for your attention to this matter. We look forward to your prompt response.

Sincerely,

*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: adma.donato@gkaplanlaw.com
Web: www.american-immigration-lawyer.com
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit: Alien Registration Requirement | USCIS or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



***Please note****- If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S. [https://i94.cbp.dhs.gov](https://i94.cbp.dhs.gov). There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

**From:** TNT - Legal <[legal@privacy6.com](mailto:legal@privacy6.com)>
**Sent:** Thursday, July 31, 2025 12:43 PM
**To:** Adma Donato <[adma.donato@gkaplanlaw.com](mailto:adma.donato@gkaplanlaw.com)>
**Cc:** Grant Kaplan <[grant@gkaplanlaw.com](mailto:grant@gkaplanlaw.com)>; Gail Kaplan <[gail.kaplan@gkaplanlaw.com](mailto:gail.kaplan@gkaplanlaw.com)>; Rossana Nero <[rossana.nero@gkaplanlaw.com](mailto:rossana.nero@gkaplanlaw.com)>
**Subject:** Re: SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Counsel;
Please submit a completed Form G28 so that we can schedule your visit.

Respectfully,

Southern Detention Coordination Team

**From:** Adma Donato <[adma.donato@gkaplanlaw.com](mailto:adma.donato@gkaplanlaw.com)>
**Sent:** Thursday, July 31, 2025 11:22 AM
**To:** TNT - Legal <[legal@privacy6.com](mailto:legal@privacy6.com)>
**Cc:** Grant Kaplan <[grant@gkaplanlaw.com](mailto:grant@gkaplanlaw.com)>; Gail Kaplan <[gail.kaplan@gkaplanlaw.com](mailto:gail.kaplan@gkaplanlaw.com)>; Rossana Nero <[rossana.nero@gkaplanlaw.com](mailto:rossana.nero@gkaplanlaw.com)>
**Subject:** SILVA-ARZUAGA, Julio Adrian A#243-013-756 / Visitation Request

Dear Officer,
I hope this message finds you well.
Please find attached the Visitation Request Form for our client, **Julio Adrian Silva-Arzuaga (A243-013-756)**.
This request is urgent, given that his information currently does not appear in the ICE or EOIR systems.
We respectfully request your prompt attention and confirmation of this legal visitation request.
Please confirm receipt and let us know as soon as the visitation is approved or scheduled.
Best regards,

*Gabriela Chacon*
Paralegal
Law Office of Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, FL 33433
USA
Email: [adma.donato@gkaplanlaw.com](mailto:adma.donato@gkaplanlaw.com)
Web: [www.american-immigration-lawyer.com](http://www.american-immigration-lawyer.com)
P: 561-347-8440 | F: 561-347-8292 | Toll-free: 866-299-8473

In accordance with President Trump's January 20, 2025 executive order, and with limited exceptions, **all aliens 14 years of age or older who were not fingerprinted or registered when applying for a U.S. visa and who remain in the United States for 30 days or longer**, must apply for registration and

fingerprinting. Similarly, parents and guardians must ensure that their children below the age of 14 are registered. Within 30 days of reaching his or her 14th birthday, the previously registered alien child must apply for re-registration and to be fingerprinted.  Once an alien has registered and appeared for fingerprinting (unless waived), DHS will issue evidence of registration, which aliens over the age of 18 must carry and keep in their possession at all times.  **It is the legal obligation of all unregistered aliens (or previously registered children who turn 14 years old) in the United States to comply with these requirements. Failure to comply will result in criminal and civil penalties, up to and including misdemeanor prosecution and the payment of fines.**  For more information visit:  [Alien Registration Requirement | USCIS](#) or contact  our offices.  Please note that this firm will charge a fee for any assistance in registering.

*WE RESERVE THE RIGHT TO INCREASE OUR FEES AT ANY TIME.*

*EFFECTIVE APRIL 1ST 2024 ANY AND ALL FILING FEES WILL BE INCREASED ACCORDING TO USCIS. YOU WILL RECEIVE AN ADDITIONAL INVOICE REFLECTING SAME.*

*EFFECTIVE JANUARY 1ST 2025, OUR LEGAL FEES WILL BE INCREASING.*



**Please note**- *If you are not a U S citizen or a lawful permanent resident, please download your I-94 form on every new entry to the U.S. [https://i94.cbp.dhs.gov](https://i94.cbp.dhs.gov). There are sometimes mistakes on these admissions and the I-94 determines your lawful stay in the U.S. (not your passport, not your visa, not your prior petition approval).*

*This email has been scanned by Inbound Shield.*

 Outlook

## Fw: Virtual Attorney Visitation Request - Marcelino Hernandez A# 240375016

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 5:29 PM

**To** Oscar Flores <oscar.flores@privacy6.com>

**Cc** AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; Linda Lopez <llopez@criticalresponsestrategies.com>; Martin Soto <msoto@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>

🖇 2 attachments (995 KB)

2025.7.30 Marcelino Hernandez 's G-28.pdf; Legal_Counsel_Visitation_Form 7.11.25 - Hernandez, Marcelino .pdf;

Hello Oscar;
Please schedule Zoom link as below. Thanks.

Respectfully,

Southern Detention Coordination Team

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 31, 2025 4:08 PM
**To:** Laura Orozco <lo@n400immigration.com>
**Cc:** Dario Castaneda <darioc@n400immigration.com>
**Subject:** Re: Virtual Attorney Visitation Request - Marcelino Hernandez A# 240375016

Dear Counsel,

Your video visit is scheduled for August 6, 2025, at 1:00 pm. You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

**From:** Laura Orozco <lo@n400immigration.com>
**Sent:** Thursday, July 31, 2025 3:54 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Dario Castaneda <darioc@n400immigration.com>
**Subject:** Re: Virtual Attorney Visitation Request - Marcelino Hernandez A# 240375016

### ✉ Security Awareness

❌ The email came from an external source.

✅ The email was sent from a known contact.

Report Email        Trust Email

Good afternoon Officer,

Do you have an update regarding this request?

Best regards,

Laura Orozco

On Wed, Jul 30, 2025 at 1:06 PM Laura Orozco <lo@n400immigration.com> wrote:
> Thank you Officer. Please find attached the requested form and G-28.
>
> Regarding the dates and times, see below some options:
>
> - 08/04/2025 at 1 or 2 PM EST
> - 08/05/2025 at 10 AM or 12 PM EST
> - 08/06/2025 at 1 or 2 PM EST
>
> Thanks again, and please send us the instructions on how to join the meeting when confirmed.
>
> Best,
>
> On Wed, Jul 30, 2025 at 11:52 AM TNT - Legal <legal@privacy6.com> wrote:
>> Apologies. The Form is now attached.
>>
>> Respectfully,
>>
>> Southern Detention Coordination Team
>> _____
>>
>> **From:** Laura Orozco <lo@n400immigration.com>
>> **Sent:** Wednesday, July 30, 2025 10:44 AM
>> **To:** TNT - Legal <legal@privacy6.com>
>> **Cc:** Dario Castaneda <darioc@n400immigration.com>
>> **Subject:** Re: Virtual Attorney Visitation Request - Marcelino Hernandez A# 240375016
>>
>> Thank you Officer. I cannot see any form attached, could you please resend?
>>
>> Best,
>>
>> Laura Orozco
>>
>> On Wed, Jul 30, 2025 at 9:30 AM TNT - Legal <legal@privacy6.com> wrote:
>>> Dear Counsel:
>>>
>>> To facilitate a video visit, please send:

- Completed legal counsel visitation form (attached) and DHS Form G-28
- The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.  We are currently scheduling for August 4, 2025, and beyond.


Respectfully,

Southern Detention Coordination Team

---

**From:** Laura Orozco <lo@n400immigration.com>
**Sent:** Wednesday, July 30, 2025 10:26 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Dario Castaneda <darioc@n400immigration.com>
**Subject:** Virtual Attorney Visitation Request - Marcelino Hernandez A# 240375016

Good afternoon Officer,
I hope this email finds you well. I am writing to formally request a virtual attorney visitation for our client, Marcelino Hernandez A# 240375016, who is currently detained at your facility.
Here is the information:

- Legal Representative's Full Name: Dario A. Castaneda
- Legal Representative's Contact Information which includes phone number and email addresses:
    - Phone Number: 305 396 8882
    - Email: darioc@n400immigration.com
- Name and A# of the detained individual: Marcelino Hernandez A# 240375016
- Requested date and time of the appointment, including alternate times if the first choice is not available:
    - 08/01 at 11:00 AM or 1:00 PM EST

Please find the Bar Card and DL from the attorney attached to this email.
Kindly confirm the receipt of this request and provide any additional information or steps needed to schedule the visitation.
Thank you for your attention to this matter. I look forward to your prompt response.
Best regards,
--



**Laura Orozco**
Legal Assistant
N400 Harbor Immigration Law

305 396 8882

lo@n400immigration.com

www.n400immigration.com

1000 W. McNab Rd., Suite 121, Pompano Beach, FL 33069

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

*This email has been scanned by Inbound Shield.*

--



## Laura Orozco

Legal Assistant

N400 Harbor Immigration Law

---

305 396 8882

lo@n400immigration.com

www.n400immigration.com

1000 W. McNab Rd., Suite 121, Pompano Beach, FL 33069

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

 Outlook

---

**Fwd: Re: Request for Confidential Virtual Attorney Visitation – Edelmis Castro Aguila, A#245-378-823**

---

**From** Attorney Pamela Ferretjans <pf@pflawoffice.com>

**Date** Tue 7/15/2025 4:35 PM

**To**     southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>

📎 2 attachments (577 KB)
Legal_Counsel_Visitation_Form 7.11.25 (3).pdf; DL 2025_FERRETJANS (2).pdf;

**🛡 Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**          **Trust Email**

Thanks.
Best regards,

Good Afternoon,

I attached the completed form. Could you kindly advise the availability for the virtual meeting?

Thanks.
Best regards,

Pamela Ferretjans, Esq.

On Tue, Jul 15, 2025 at 1:23 PM TNT - Legal <legal@privacy6.com> wrote:

> Thank you for your inquiry.
>
> At this time, the Southern Detention Facility is currently offering **virtual attorney-client visitation only**. This measure is in place to ensure the safety, security, and operational consistency of the facility while continuing to support meaningful and confidential communication between legal counsel and individuals in our care.

We remain committed to facilitating timely and reliable access to legal representation and will notify you promptly of any changes to our visitation protocols.

Should you require further assistance, feel free to contact us at legal@privacy6.com.

Thank you for your understanding and continued partnership.

Respectfully,
**Southern Detention Coordination Team**

On Tue, Jul 15, 2025 at 9:04 AM Attorney Pamela Ferretjans <pf@pflawoffice.com> wrote:

Good Morning,

Thank you very much. Could you kindly provide whether the visit is virtual or in-person? I have attached the complete form.

Thanks.
Best regards.

**Your message is important to me. To ensure a timely response should I be unavailable, kindly use "Reply All" so my team can assist you.**

**Pamela Ferretjans, Esq.**
**Managing Attorney – Abogada**

**FERRETJANS LAW, PLLC**
**FAMILY/DIVORCE AND IMMIGRATION LAWYERS**



**O**: (+1) 305-925-0811
**F**: 305-397-1289

**A**: 2828 Coral Way, Suite 101,
Coral Gables | Florida | 33145
E: pf@pflawoffice.com
Webpage: www. pflawoffice.com
Follow us on Instagram!
**@pamelaferretjans_lawyer**

**CONFIDENTIALITY NOTICE:**

This electronic message transmission contains information from FERRETJANS LAW, PLLC, which may be confidential or privileged.  The data is intended for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at  305-925-0811 IMMEDIATELY.

On Mon, Jul 14, 2025 at 6:38 PM TNT - Legal <legal@privacy6.com> wrote:

Thank you for contacting the South Detention Facility to request an appointment with your client.

Attached to this email is the **Attorney Visit Request Form**. Please complete the form in its entirety and return it via email to legal@privacy6.com. Once received, our team will review the information and reach out to you to schedule your visit accordingly.

As we continue to develop and expand direct legal access resources at the facility, please be assured that we are working diligently to ensure timely, secure, and reliable attorney-client communication. We recognize the importance of these interactions and are committed to continuously improving the systems that support them.

We sincerely appreciate your patience and understanding as we enhance our processes to better serve both legal counsel and the individuals in our care.

If you have any urgent matters or require further assistance, please include that in your response.

Thank you for your cooperation.

Respectfully,

Southern Detention Coordination Team

legal@privacy6.com

---

**From:** Attorney Pamela Ferretjans <pf@pflawoffice.com>
**Sent:** Monday, July 14, 2025 9:53 PM
**To:** Admin SD <admin@southerndetention.com>; TNT - Legal <legal@privacy6.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Natalia Ramirez Assistant <assistant@pflawoffice.com>
**Subject:** Re: Re: Request for Confidential Virtual Attorney Visitation – Edelmis Castro Aguila, A#245-378-823

Good Afternoon Officer,

I hope this email finds you well.

I am writing to formally request a confidential virtual attorney visitation (pre-representational) for Mr. Edelmis Castro Aguila, Alien Number 245-378-823, **currently detained at the new Everglades detention facility.**

**Country of Birth:** Cuba

**Requested Appointment Details:**

We respectfully request a virtual legal visit on one of the following preferred dates and times, otherwise I will remain attentive to your proposed dates.

Monday through Friday before 12 PM.

- We understand that appointments are contingent upon availability and are typically scheduled in 30- to 60-minute increments.

**Legal Representative Information:**

- **Full Name: Pamela Michelangela Ferretjans**
- **Contact: 305-496-3616 / 305-925-0811**
- **Email: pf@pflawoffice.com**

**Attached Documents:**

- Copy of the attorney's driver's license
- Proof of active legal status (Bar Card)

Please confirm the appointment at your earliest convenience. Should you need any additional information, do not hesitate to reach out.

Thank you for your time and assistance.

Best regards.

**Your message is important to me. To ensure a timely response should I be unavailable, kindly use "Reply All" so my team can assist you.**

**Pamela Ferretjans, Esq.**
**Managing Attorney – Abogada**

**FERRETJANS LAW, PLLC**
**FAMILY/DIVORCE AND IMMIGRATION LAWYERS**



**O**: (+1) 305-925-0811
**F**: 305-397-1289

**A**: 2828 Coral Way, Suite 101,
Coral Gables | Florida | 33145
E: pf@pflawoffice.com

Webpage: www.pflawoffice.com
Follow us on Instagram!
***@pamelaferretjans_lawyer***

**CONFIDENTIALITY NOTICE:**
This electronic message transmission contains information from FERRETJANS LAW, PLLC, which may be confidential or privileged.  The data is intended for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at  305-925-0811 IMMEDIATELY.

*This email has been scanned by Inbound Shield.*

--
Gracias.
Cordialmente,



**Sergio Higuita**
Asistente Legal

**FERRETJANS LAW, PLLC**
**FAMILIA/DIVORCIO E INMIGRACIÓN ABOGADOS**

**O**: (+1) 305-925-0811
**F**: 305-397-1289

**A**: 2828 Coral Way, Suite 101,
Coral Gables | Florida | 33145
E: Assistant@pflawoffice.com
Webpage: www.pflawoffice.com
Follow us in Instagram!
**@pamelaferretjans_lawyer**

**CONFIDENTIALITY NOTICE:**
This electronic message transmission contains information from FERRETJANS LAW, PLLC which may be confidential or privileged.  The information is intended to be for use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use

of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at  305-925-0811 IMMEDIATELY.

 Outlook

---

**Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 (⬛⬛⬛⬛⬛⬛⬛), Tent Q3 cell 7**

---

**From** Zachary Perez <zachary@slegal.com>

**Date** Fri 7/25/2025 10:59 AM

**To** TNT - Legal <legal@privacy6.com>

📎 1 attachment (13 KB)
attachment-4.svg;

### 🛡️ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email        Trust Email

Thank you, we will have that on-hand.

As our next visit is virtual, I will advise my team of the requirements for future in-person visits.

Have a good day,

Zach



Thank you,
Zachary Perez
**Immigration Attorney**

**Phone:** 240-913-8725
**Email:** zachary@slegal.com

7820 Sudley Rd Unit 202
Manassas, VA 20109

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 10:57 AM
**To:** Zachary Perez <zachary@slegal.com>
**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 (███████████████), Tent Q3 cell 7

Dear Counsel;
Please ensure that the interpreter has valid government identification (drivers' license, passport, etc.) It will be required to enter the facility.

Respectfully,

Southern Detention Coordination Team

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Thursday, July 24, 2025 5:26 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████), Tent Q3 cell 7

I confirm to speak to my client at 2 pm on Saturday, July 26.

As I am not fluent in Spanish, I will use the services of an in-house (law firm) interpreter when I speak to ██████  █████ I will also submit a new form and documentation to request the next call after this Saturday.

Regards,

Zach



Thank you,
Zachary Perez
Immigration Attorney

**Phone:** 240-913-8725
**Email:** zachary@slegal.com

7820 Sudley Rd Unit 202
Manassas, VA 20109

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§

2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 3:44 PM
**To:** Zachary Perez <zachary@slegal.com>
**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 (███████████████), Tent Q3 cell 7

Dear Counsel;
Your video visit is scheduled for 2 pm, July 26, 2025. You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Thursday, July 24, 2025 7:36 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████, Tent Q3 cell 7

Good morning,

Proposed times/dates:

- 7/25, 10 AM - 2 PM
- 7/26, 2 PM - 5 PM
- 7/28 11 AM - 3 PM

Please note: this client needs time-sensitive litigation updates from me directly. Thank you for the assistance.

Regards,

Zach

Get Outlook for iOS

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 23, 2025 10:07:21 PM

**To:** Zachary Perez <zachary@slegal.com>

**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████, Tent Q3 cell 7

Counsel;

Please submit new dates as times for the video visit. The more dates and times you submit, the better we can accommodate.

Respectfully,

Southern Detention Coordination Team

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Tuesday, July 22, 2025 2:38 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████, Tent Q3 cell 7

Hello,

Please find my G-28 attached here, it is the same filed with ERO efile.

Thank you for your time and attention to this. If proposed virtual visitation times are not available, then I will accept a later appointment as well.

Zach

> Thank you,
> **Zachary Perez**
> Immigration Attorney
>
> **Phone:** 240-913-8725
> **Email:** zachary@slegal.com
>
> 7820 Sudley Rd Unit 202
> Manassas, VA 20109
>
> www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 21, 2025 7:06 PM
**To:** Zachary Perez <zachary@slegal.com>
**Subject:** (EXTERNAL) Re: CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████, Tent Q3 cell 7

[CAUTION: This email originated from outside of Sanabria & Associates. Do not click links or open attachments unless you recognize the sender and know the content is safe]
 Dear Counsel,

Thank you for completing the visitation paperwork. We will facilitate scheduling a virtual visit between you and your client; however, we need a completed G-28. We will schedule the virtual visit as quickly as possible once we receive and review the required paperwork.

Respectfully,

Southern Detention Coordination Team

---

**From:** Zachary Perez <zachary@slegal.com>
**Sent:** Friday, July 18, 2025 5:55 PM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Victoria Slatton <slatton@slegal.com>; Cesar Miranda <cmiranda@slegal.com>
**Subject:** CLIENT VIRTUAL VISITATION REQUEST: Inmate 911 ███████████████ Tent Q3 cell 7

Hello,

Attached, please find my request for a call with my client next week.

Preferred windows (as stated in attached) are as follows:

- 7/21, 1 PM - 5 PM
- 7/22, 1 PM - 5 PM
- 7/23, 1 PM - 5 PM

Thank you.

Regards,

Zach

Thank you,
Zachary Perez
Immigration Attorney

**Phone:** 240-913-8725

**Email:** zachary@slegal.com

7820 Sudley Rd Unit 202
Manassas, VA 20109

www.slegal.com

Privileged And Confidential Communication.

This electronic transmission and any documents attached hereto (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. Thank you.

Esta transmision electronica y cualquier documento adjunto, (a) estan protegidos por la Electronic Communications Privacy Act (18 USC 2510-2521), (b) puede contener informacion confidencial y / o informacion legalmente protegida, y (c) son para el único uso del destinatario arriba mencionado. Si usted ha recibido este mensaje electrónico por error, por favor notifique al remitente y borre el mensaje electronico. Cualquier revelacion, copia, distribución o utilización de los contenidos de la información recibida en el error es estrictamente prohibido. Gracias.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: A# 209-894-034**

---

| | |
|---|---|
| **From** | TNT - Legal <legal@privacy6.com> |
| **Date** | Thu 7/31/2025 5:33 PM |
| **To** | Chelan Crutcher <chelan@crutcher-herrejon.com> |

📎 1 attachment (152 KB)
Legal_Counsel_Visitation_Form 7.11.25 Detainee (1).pdf;

Dear Counsel;
Thin you for your inquiry.
We can schedule a video or in-person visit. Please submit a completed legal counsel visitation form (attached) and a completed Form G28 and we will schedule your visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Chelan Crutcher <chelan@crutcher-herrejon.com>
**Sent:** Thursday, July 31, 2025 5:20 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** A# 209-894-034

**Security Awareness**

❌ The email came from an external source.
❌ This email is from an unfamiliar sender outside your organization.

Report Email        Trust Email

This is a message to determine how I can communicate confidentially with my client, Oscar Maldonado Dominguez A209-894-034.

Chelan Crutcher-Herrejon
Attorney at Law

**Mailing address:**

Crutcher-Herrejon Law Group, Inc.
PO Box 99070
Seattle, Washington 98139

**Office address:**
150 Nickerson St, Suite 100
Seattle, Washington 98109

(206) 535-8773
(206) 535-8783 fax
chelan@crutcher-herrejon.com

NOTICE: This communication may contain privileged or other confidential information. If you have received this message in error, please advise the sender at chelan@crutcher-herrejon.com and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: A#220606145 FRANKLIN RUIZ CASTRO**

---

**From** Jorge Delamar <jdelamar@ymail.com>

**Date** Mon 7/28/2025 7:04 PM

**To** TNT - Legal <legal@privacy6.com>

🛡 **Security Awareness**

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Thank you for your response.

[Yahoo Mail: Search, Organize, Conquer](#)

On Mon, Jul 28, 2025 at 6:59 PM, TNT - Legal <legal@privacy6.com> wrote:

> **Dear Counsel;**
>
> **FRANKLIN RUIZ CASTRO** is not at this facility.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Jorge Delamar <jdelamar@ymail.com>
> **Sent:** Monday, July 28, 2025 12:06 PM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** A#220606145 FRANKLIN RUIZ CASTRO
>
> Good Afternoon:
>
> When i put my client's info in ICE locator, it advises me that my client is in Guantanamo. Yet in krome spc Miami i am being told he is at your facility. Can you pleasej advise if A#220606145 FRANKLIN RUIZ CASTRO is at your facility?
>
> Best Regards,
> Jorge de la Mar, Esq.
>
> Offices in : Miami, Naples, Fort Myers, Immokalee, Avon Park, Orlando Fl.

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: Abelardo Villegas Hernandez, dob 12/13/1986

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/24/2025 7:13 PM

**To**   Pablo Martinez <pablo@pablomartinez.law>

📎 1 attachment (133 KB)
Legal_Counsel_Visitation_Form 7.11.25.pdf;

Dear Counsel;
To arrange a video visit, please send a completed legal counsel visitation form (attached) and a completed Form G28.

Respectfully,

Southern Detention Coordination Team

**From:** Pablo Martinez <pablo@pablomartinez.law>
**Sent:** Thursday, July 24, 2025 2:51 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Abelardo Villegas Hernandez, dob 12/13/1986

### ⬙ Security Awareness

❌   The email came from an external source.
✅   The email was sent from a known contact.

**Report Email**          **Trust Email**

Thank you for the confirmation. How do I arrange attorney communication?

# Pablo G. Martinez

Pablo G. Martinez Law Firm
4339 Gunn Hwy
Tampa, FL 33618
Tel 813.231.0138
Fax 813.931.8395

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 23, 2025 10:16 PM
**To:** Pablo Martinez <pablo@pablomartinez.law>
**Subject:** Re: Abelardo Villegas Hernandez, dob 12/13/1986

Counsel;
The above referenced is detained at the Florida Southern Detention Facility., Ochopee, FL

Respectfully,

Southern Detention Coordination Team

---

**From:** Pablo Martinez <pablo@pablomartinez.law>
**Sent:** Friday, July 18, 2025 2:37 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Abelardo Villegas Hernandez, dob 12/13/1986

I represent the above individual for an immigration matter and we are trying to locate hin as we were informed held at the State of Florida in the facility located at 54575 Tamiami Trail E, Ochopee, Florida. DHS has referred me to you for more information on his location. Please advise.

# Pablo G. Martinez

Pablo G. Martinez Law Firm
4339 Gunn Hwy
Tampa, FL 33618
Tel 813.231.0138
Fax 813.931.8395

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: Alberto Alejandro Vale

**From** TNT - Legal <legal@privacy6.com>

**Date** Sun 7/27/2025 5:22 PM

**To** Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>

Thank you sir,

Respectfully,

Southern Detention Coordination Team

---

**From:** Martin Soto <martin.soto@privacy6.com>
**Sent:** Saturday, July 26, 2025 11:38 AM
**To:** Oscar Flores <oscar.flores@privacy6.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alberto Alejandro Vale

Good afternoon,

This task has been completed,

Thank you, V/R

Martin Soto

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Saturday, July 26, 2025 11:02 AM
**To:** Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>
**Subject:** Re: Alberto Alejandro Vale

Thank you Sir.

Respectfully,

Southern Detention Coordination Team

---

**From:** Martin Soto <martin.soto@privacy6.com>
**Sent:** Saturday, July 26, 2025 10:12 AM
**To:** Oscar Flores <oscar.flores@privacy6.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alberto Alejandro Vale

Good morning,

Thank you for the information, We will provide the above phone number to the Detainee.

Thank you, V/R

Martin Soto
Email: msoto@criticalresponsestrategies.com
Phone: (915) 831-9893

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 10:34 PM
**To:** Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>
**Subject:** Alberto Alejandro Vale

Good evening;
The above referenced detainee is requested to call the telephone number below to contact his family.
Could you please pass this telephone number along to him?
Thank you.

786-223-5148.

Respectfully,

Southern Detention Coordination Team

*This email has been scanned by Inbound Shield.*

 Outlook

---

## Re: Alfredo Gamez (a/k/a Alfredo Gamez-Najera), DOB 01/23/1967

---

**From** Oscar Flores <oscar.flores@privacy6.com>

**Date** Sat 7/26/2025 10:14 AM

**To** Martin Soto <martin.soto@privacy6.com>; TNT - Legal <legal@privacy6.com>


Good morning, Attached below you will find the information as requested.

Alfero Gamez
A-221-447-262
Country of Origin: Mexico
DOB: 01/23/1965

Best Regards,
Oscar Flores
Email: Oflores@CriticalResponseStrategies.com
Phone: (956) 286-3297

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 5:21 PM
**To:** Martin Soto <martin.soto@privacy6.com>; Oscar Flores <oscar.flores@privacy6.com>
**Subject:** Alfredo Gamez (a/k/a Alfredo Gamez-Najera), DOB 01/23/1967

Do we have an A# for this detainee? Thank you.


Respectfully,

Southern Detention Coordination Team


*This email has been scanned by Inbound Shield.*

 Outlook

---

**RE: Attorney Visit Request – South Detention Facility_**

---

**From** Gina M. Fraga, Esq <gina@immigrationwpb.com>
**Date** Tue 7/22/2025 8:57 PM
**To** TNT - Legal <legal@privacy6.com>

📎 1 attachment (522 KB)
G28 ERO.pdf;

**🛡 Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**          **Trust Email**

July 26   11am-5pm
July 28   9:30-11am
July 30 9:30 am – 11:30am
July 31  9:30am – 11am or 4-5pm



*Gina M. Fraga, Esq.*

*Acosta & Fraga Law PLLC*
530 N. Federal Highway
Lake Worth, FL 33460
Office (561) 582.1888
Fax (561) 582.1893

WWW.IMMIGRATIONWPB.COM

**\*\*\*PLEASE NOTE WE ARE CURRENTLY RECEIVING A MUCH HIGHER VOLUME OF CALLS AND E-MAILS THAN NORMAL SO I MAY TAKE LONGER TO RESPOND.**

**\*\*\*POR FAVOR ENTIENDA QUE ESTAMOS RECIBIENDO UN VOLUMEN MAS ALTO DE LO NORMAL DE LLAMADAS Y CORREOS ELECTRÓNICOS Y ESTO PUDIERA RETRASAR MI RESPUESTA.\*\*\***

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message and its attachments may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 10:44 AM
**To:** Gina M. Fraga, Esq <gina@immigrationwpb.com>; Admin SD <admin@southerndetention.com>
**Subject:** Re: Attorney Visit Request – South Detention Facility_

Good morning Counsel;
Please send the completed Form G28, verifying you as counsel for the detainee. Also, send the prospective times and dates you are requesting for a video visit. The more options for times and dates you provide, the better we can accommodate.

Respectfully,

Southern Detention Coordination Team

**From:** Gina M. Fraga, Esq <gina@immigrationwpb.com>
**Sent:** Monday, July 21, 2025 9:10 AM
**To:** Admin SD <admin@southerndetention.com>
**Cc:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: Attorney Visit Request – South Detention Facility_

Jose Ines Ayala Morales
A242 325 402

July 23  9-11am
July 26  9-11am
July 28  9-11am

Thank you,



*Gina M. Fraga, Esq.*

*Acosta & Fraga Law PLLC*

530 N. Federal Highway
Lake Worth, FL 33460
Office (561) 582.1888
Fax (561) 582.1893

[WWW.IMMIGRATIONWPB.COM](WWW.IMMIGRATIONWPB.COM)

**\*\*\*PLEASE NOTE WE ARE CURRENTLY RECEIVING A MUCH HIGHER VOLUME OF CALLS AND E-MAILS THAN NORMAL SO I MAY TAKE LONGER TO RESPOND.**
**\*\*\*POR FAVOR ENTIENDA QUE ESTAMOS RECIBIENDO UN VOLUMEN MAS ALTO DE LO NORMAL DE LLAMADAS Y CORREOS ELECTRÓNICOS Y ESTO PUDIERA RETRASAR MI RESPUESTA.\*\*\***

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message and its attachments may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Stephanie Hartman <[stephanie.hartman@em.myflorida.com](mailto:stephanie.hartman@em.myflorida.com)>
**Sent:** Thursday, July 10, 2025 12:59 PM
**To:** Gina M. Fraga, Esq <[gina@immigrationwpb.com](mailto:gina@immigrationwpb.com)>
**Cc:** [vdk@kivakilawfirm.com](mailto:vdk@kivakilawfirm.com); Erika Hubbs <[erh@hubbslawfirm.com](mailto:erh@hubbslawfirm.com)>; [Sandy@pinedalawgroup.com](mailto:Sandy@pinedalawgroup.com); [Ethan.Stein@WPTV.com](mailto:Ethan.Stein@WPTV.com); Hatzipanagos, Rachel <[Rachel.Hatzipanagos@washpost.com](mailto:Rachel.Hatzipanagos@washpost.com)>; Swartz, Paul J <[paul.j.swartz@ice.dhs.gov](mailto:paul.j.swartz@ice.dhs.gov)>
**Subject:** RE: Request for Attorney/Client visits or calls Alligator Alcatraz

Attorneys can email [legal@privacy6.com](mailto:legal@privacy6.com) to schedule an appointment with their clients.



**Stephanie Hartman**
*Deputy Director of Communications*
Florida Division of Emergency Management
[Stephanie.Hartman@em.myflorida.com](mailto:Stephanie.Hartman@em.myflorida.com)

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

**From** TNT - Legal <legal@privacy6.com>

**Date** Fri 7/25/2025 4:50 PM

**To** Jennifer Counts <jennifer@hcilg.com>

Counsel;
We are currently scheduling visits for 30 minutes.
The interpreter is welcome to join the call as long as the detainee approves.

Respectfully,

Southern Detention Coordination Team

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Friday, July 25, 2025 1:02 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

### ⬙ Security Awareness

❌    The email came from an external source.
✅    The email was sent from a known contact.

~~Report Email~~        ~~Trust Email~~

Thank you very much. How long will the visit be? We will need to have a paid translator on the call. Can I share the link with her?

**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT***: This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 10:45 AM
**To:** Jennifer Counts <jennifer@hcilg.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

Good morning,

The Zoom Visit has been scheduled for Wellington Calisto Pinto Hector A# 221-036-265. Please see all the details below:

Date: Jul 30, 2025, 12:00 PM Eastern Time (US and Canada)

Meeting ID: 871 3050 3892
Passcode: 361763

Zoom Link ID: https://us05web.zoom.us/j/87130503892?pwd=bvbq6HHb39mhikmq9n75JoIOXVxRYV.1

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 6:02 PM
**To:** Jennifer Counts <jennifer@hcilg.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

Dear Counsel;

Your video visit is scheduled for Wednesday, July 30 at 12 pm. You will receive an email with a Zoom link and instructions for the visit.

Respectfully,

Southern Detention Coordination Team

---

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Thursday, July 24, 2025 5:08 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

I can also be available on Wednesday 7/30 at noon, 1 pm, 2 pm, 3 pm; Thursday 7/31 at 9 am, noon, 3 pm, or Friday 8/1 at 9 am, 11 am, noon, 1 pm, 2 pm.

If none of those work, then I will take the first available.

Thank you!

**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT***: This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, July 24, 2025 5:06 PM
**To:** Jennifer Counts <jennifer@hcilg.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

Dear Counsel;

The dates you supplied are not available.  Please supply several more dates and time.  The more dates and times you supply, the better we can accommodate.  We are currently scheduling for next week, with Monday already filled.

Respectfully,

Southern Detention Coordination Team

---

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Thursday, July 24, 2025 12:27 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Calisto Pinto, Wellington A221-036-265; legal video visit request

Good morning,

Attached is my request form with additional dates and times.

Thank you.

**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT**: *This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Wednesday, July 23, 2025 11:19 PM
**To:** Jennifer Counts <jennifer@hcilg.com>
**Subject:** Fw: Calisto Pinto, Wellington A221-036-265; legal video visit request

Dear Counsel;

The dates that you requested visitation have passed.  Please provide us with additional dates and times that work for your schedule.  The more options you provide for dates and times, the better we can accommodate.  We are booking dates for next week, starting Monday, July 28th and out.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Wednesday, July 23, 2025 1:42 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Calisto Pinto, Wellington A221-036-265; legal video visit request

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Wednesday, July 23, 2025 9:17 AM
**To:** South Facility <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Fw: Calisto Pinto, Wellington A221-036-265; legal video visit request
**Importance:** High

You don't often get email from jennifer@hcilg.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To whom it may concern,

My name is Jennifer Counts, Florida Bar 1017781. My email is jennifer@hcilg.com and my phone number is 727-415-6778.

My client, Wellington Calisto Pinto, A221-036-265, is at Dade-Collier Transition and Training Detention Center (Alligator Alcatraz). I would like to schedule a legal video visit with him. This is my second request.

Attached is my completed email request with dates/times, my Florida driver's license, Florida Bar Card, and G28.

Thank you.


**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT***: This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

---

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Thursday, July 17, 2025 2:54 PM
**To:** southfacility@em.myflorida.com <southfacility@em.myflorida.com>;

legal@privacy6.com <legal@privacy6.com>
**Subject:** Fw: Calisto Pinto, Wellington A221-036-265; legal video visit request

**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT**: *This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

---

**From:** Jennifer Counts <jennifer@hcilg.com>
**Sent:** Tuesday, July 15, 2025 1:11 PM
**To:** admin@southerndetention.com <admin@southerndetention.com>
**Subject:** Calisto Pinto, Wellington A221-036-265; legal video visit request

To whom it may concern,

My name is Jennifer Counts, Florida Bar 1017781. My email is jennifer@hcilg.com and my phone number is 727-415-6778.

My prospective client, Wellington Calisto Pinto, A221-036-265, is at Dade-Collier Transition and Training Detention Center (Alligator Alcatraz). I would like to schedule a legal video visit with him.

Attached is my completed email request with dates/times, my Florida driver's license, Florida Bar Card.

Thank you.

**Jennifer Counts, Esq.**
Attorney/Abogada



HC Immigration Law, PLLC
Phone: 727-415-6778
Email: jennifer@hcilg.com
Website: www.hcilg.com

**CONFIDENTIAL STATEMENT***: This message/document and all attachments are legally privileged and confidential. This information is intended only for the exclusive use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution to anyone other than the intended recipient without the prior written authorization of HC Immigration Law Group, PLLC,. is strictly prohibited. If you think you have received this message/document in error, please delete the original message, notify the sender immediately and take appropriate precautions in handling it without disclosure.*

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

---

**Re: Castillo Gadea, Mario Joel (A#209-770-515)**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/17/2025 2:21 PM

**To** mcroce@crocelegal.com <mcroce@crocelegal.com>

📎 1 attachment (133 KB)
Legal_Counsel_Visitation_Form 7.11.25.pdf;

Dear counsel,

Thank you for contacting the South Detention Facility to request an appointment with your client. Attached to this email is the **Attorney Visit Request Form**. Please complete the form in its entirety and return it via email to legal@privacy6.com. Once received, our team will review the information and reach out to you to schedule your visit accordingly.

Please be advised that bond/parole/appeal and other such requests should be submitted directly to the **Miami Field Office** for the Immigration Court. You may contact them at **(305) 789-4221** for further instructions and assistance regarding the bond process.

As we continue to develop and expand direct legal access resources at the facility, please be assured that we are working diligently to ensure timely, secure, and reliable attorney-client communication. We recognize the importance of these interactions and are committed to continuously improving the systems that support them.

We sincerely appreciate your patience and understanding as we enhance our processes to better serve both legal counsel and the individuals in our care.

If you have any urgent matters or require further assistance, please include that in your response.

Thank you for your cooperation.

Respectfully,
Southern Detention Coordination Team
legal@privacy6.com

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Thursday, July 17, 2025 10:38 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Castillo Gadea, Mario Joel (A#209-770-515)

🛡 **Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a trusted contact.
✅ The email was sent from a top domain.

**Report Email**        **Trust Email**

---

**From:** mcroce crocelegal.com <mcroce@crocelegal.com>
**Sent:** Thursday, July 17, 2025 10:36 AM
**To:** South Facility <southfacility@em.myflorida.com>
**Cc:** JMontanez@crocelegal.com; jcastillo crocelegal.com <jcastillo@crocelegal.com>
**Subject:** Castillo Gadea, Mario Joel (A#209-770-515)

You don't often get email from mcroce@crocelegal.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Sir or Madam,

I am an attorney representing Mr. Castillo Gadea.

On 7/15/2025- he was arrested by ICE at Miami Field Office during his I-130 interview.

Attached is a copy of the Stay of Deportation which was filed on 1/8/2025, and for which ICE has not yet made a decision on.

Also attached is a completed Notice of Attorney Appearance.

Please provide the name and contact information for his deportation officer.

Thank you.

Sincerely,


**Michelangelo Croce**
Attorney at Law

Croce & Associates
6625 Miami Lakes Dr., Suite 378
Miami Lakes, FL 33014

Office: **786-200-3088**

www.crocelegal.com

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient

is prohibited. If you received this in error, please contact the sender and destroy any copies of this email.

Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

 Outlook

## Re: CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 7/28/2025 3:05 PM

**To** Katherine Vazquez, Esq <katherine.esq@1512law.com>

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Nelson Rosello-Brito, A# 240060032. Please see all the details below:

Date: Jul 30, 2025, 03:00 PM Eastern Time (US and Canada)

Meeting ID: 869 0439 8005
Passcode: 624929

Zoom Link ID: https://us06web.zoom.us/j/86904398005?pwd=XasrTibeq99icea8Ean2dhQvLaAYuS.1

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 28, 2025 2:38 PM
**To:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** Re: CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO

Counsel:

Your video call has been rescheduled for Wednesday, July 30, 2025 at 3PM.

You will be receiving an email with the zoom link.

Respectfully,

Southern Detention Coordination Team

---

**From:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Sent:** Monday, July 28, 2025 2:34 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** RE: CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO

### Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

**Report Email**        **Trust Email**

Good afternoon,

Thank you for your quick response. Let's reschedule for **Wednesday July 30th at 3:00 pm** please, and thank you.

Regards,

**Katherine Vazquez, Esq.**

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
Katherine.esq@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, July 28, 2025 2:20 PM
**To:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** Re: CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO

Dear Counsel:

Apologies for the inconvenience with this morning's video conference.  I checked with the facility, and they confirmed that the detainee was at the call, waiting your connection.  We are recognizing that there is a breakdown and are attempting to pinpoint exactly why the connections are not working.

If you wish, we can reschedule your visit to Wednesday, July 30th at 3pm or Thursday, July 31st at 9, 10, 11 or 2:30.

Please let me know if any of these times work for you and the more options you supply, the better we can accommodate.  The visitation slots are assigned on a first come first serve basis.

Respectfully,

Southern Detention Coordination Team

**From:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Sent:** Monday, July 28, 2025 12:45 PM
**To:** 1512 LAW <info@1512law.com>; TNT - Legal <legal@privacy6.com>
**Subject:** RE: CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO

Good afternoon,

I urgently need to correct and address a serious issue that occurred today. I joined the Zoom link that was provided to me and remained in the meeting room from 11:00 a.m. to 12:00 p.m. as scheduled, in order to speak with my client. During that one hour period, I sent **three separate emails** between 11:00 a.m. and 12:00 p.m. confirming my attendance and attempting to communicate the issue.

I have now been informed that the detention center is claiming to have contacted our office by phone three times. This is simply not true. All incoming calls during business hours from 10:00 a.m. to 6:00 p.m. are answered, and no such calls were received.

Regardless, the meeting was scheduled via **Zoom**, not by telephone. This issue interfered with my client's legal representation and caused a significant delay in communication.

**Per the email sent to our office from legal@privacy6.com on Saturday, July 26, 2025 at 10:35 AM, this is the zoom chat I entered where my client never appeared.**

"Attached below you will find zoom link for 7/28/2025 @ 11:00am

https://us05web.zoom.us/j/87819101226?pwd=QjILvnTJsOsYT3tIUrN38z9NDhq9Yw.1

Meeting ID: 878 1910 1226
Passcode: 233799"


Please confirm receipt of this message and advise on how this will be rectified moving forward.


Regards,

**Katherine Vazquez, Esq.**

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
Katherine.esq@1512law.com


CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** 1512 LAW <info@1512law.com>
**Sent:** Monday, July 28, 2025 11:47 AM
**To:** Katherine Vazquez, Esq <katherine.esq@1512law.com>; legal@privacy6.com
**Subject:** CLIENT IS A NO SHOW_A240060032_NELSON ROSELLO-BRITO
**Importance:** High

Good morning,

I have been waiting on the scheduled Zoom call with my client, Nelson Rosello Brito, for over 45 minutes. The meeting was set for this morning, July 28, 2025, at 11:00 a.m., and I am currently still in the Zoom chat.

Please advise immediately when I will be able to speak with my client, or kindly provide a prompt opportunity to reschedule. This matter is time-sensitive and requires urgent attention. Thank you.

Regards,

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
info@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Sent:** Monday, July 28, 2025 11:17 AM
**To:** 1512 LAW <info@1512law.com>; legal@privacy6.com
**Subject:** RE: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Good morning,

I have a virtual visit scheduled with my client Nelson Rosello Brito for this morning at 11:00am. I have been on the zoom call for 15 minutes now. When can I expect Nelson to be placed on the call?

Thank you.

Regards,

**Katherine Vazquez, Esq.**

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990

Katherine.esq@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** 1512 LAW <info@1512law.com>
**Sent:** Monday, July 28, 2025 11:01 AM
**To:** legal@privacy6.com; Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** RE: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Good morning,

I am on the zoom call. Thank you.

Regards,

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
info@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Saturday, July 26, 2025 10:35 AM
**To:** 1512 LAW <info@1512law.com>; Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** Re: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Attached below you will find zoom link for 7/28/2025 @ 11:00am

https://us05web.zoom.us/j/87819101226?pwd=QjILvnTJsOsYT3tIUrN38z9NDhq9Yw.1

Meeting ID: 878 1910 1226
Passcode: 233799

Respectfully,

Southern Detention Coordination Team

**From:** 1512 LAW <info@1512law.com>
**Sent:** Friday, July 25, 2025 4:39 PM
**To:** TNT - Legal <legal@privacy6.com>; Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** RE: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Good afternoon,

Can you please confirm if my video visit is still scheduled for July 28 at 11 am?

Regards,

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
info@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 2:27 PM
**To:** 1512 LAW <info@1512law.com>; Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** Re: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Good day Counsel;

Your video visit is scheduled for July 28 at 11 am. You will receive a video link prior to that.

You may contact the ICE Miami Field Office Immigration Court at **(305) 789-4221** regarding Deportation officers.

Respectfully,

Southern Detention Coordination Team

---

**From:** 1512 LAW <info@1512law.com>
**Sent:** Tuesday, July 22, 2025 1:49 PM
**To:** TNT - Legal <legal@privacy6.com>; Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Subject:** RE: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Hello!

Would you be able to provide me with a deportation officer's email? So that we can request a credible fear interview please. Or any information that can help us request this for our client. We highly appreciate any guidance you can give.

Also, please find proposed times below:
07/24/2025 @ 10:00 am
07/28/2025 @ 11:00 am
07/28/2025 @ 2:00 pm
07/31/2025 @ 10:00 am

Thank you for your time!


Regards,

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
info@1512law.com


CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Tuesday, July 22, 2025 1:33 PM
**To:** Katherine Vazquez, Esq <katherine.esq@1512law.com>; 1512 LAW <info@1512law.com>
**Subject:** Re: Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

> Good morning Counsel;
> Please send the dates and times you would like to request for the video interview. The more dates and time options you provide us, the better we can accommodate.
>
> Respectfully,
>
> Southern Detention Coordination Team

---

**From:** Katherine Vazquez, Esq <katherine.esq@1512law.com>
**Sent:** Tuesday, July 22, 2025 12:36 PM
**To:** 1512 LAW <info@1512law.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Credible Fear Interview_A240060032_NELSON ROSELLO-BRITO

Good afternoon,

Re: Nelson Rosello Brito, A240060032

To confirm, we are urgently requesting a **Credible Fear Interview** as soon as possible. Mr. Nelson has a well-founded fear for his life should he be forced to return to Cuba. His situation is critical, and timely intervention is necessary to ensure his rights are protected. Nelson has timely filed an asylum application and patiently waited nearly three years to have his case heard

in court. Unfortunately, the Immigration Court dismissed removal proceedings before Nelson had the opportunity to present his case in court. Please assist us with this matter and schedule Nelson for a CREDIBLE FEAR INTERVIEW as soon as possible. Thank you.

For the **Attorney Visit**, please find attached my Florida Bar card, a G-28, and a completed Legal Visitation Form.

Regards,

**Katherine Vazquez, Esq.**

**1512 LAW FIRM**
1512 W Flagler St, Suite 201
Miami, Florida 33135
(305) 631-0990
Katherine.esq@1512law.com

CONFIDENTIAL: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---------- Forwarded message ---------
From: **TNT - Legal** <legal@privacy6.com>
Date: Tue, Jul 22, 2025 at 11:59 AM
Subject: Fw: Requesting Credible Fear Interview
To: <clara@adonaidc.com>

Good morning Counsel;
Please send the following so that we may schedule the requested interview:

- Copy of your Bar Card
- Dates and times you would like to request the video interview. The more dates and time options you provide us, the better we can accommodate
- Completed Form G-28
- Completed Legal Counsel Visitation Form (blank attached)

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Saturday, July 19, 2025 9:04 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: Requesting Credible Fear Interview

**From:** Clara Garcia <clara@adonaidc.com>
**Sent:** Friday, July 18, 2025 3:50 PM
**To:** South Facility <southfacility@em.myflorida.com>
**Subject:** Requesting Credible Fear Interview

You don't often get email from clara@adonaidc.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Nelson Rosello Brito A240060032 (Cuban) is requesting a Credible Fear Interview (see attached).
There is already an asylum case (I-589) filed with USCI.
He was detained at the Miami Dade Courthouse 7/9/2025 at 9:28 AM

Can you please explain how we can request the following:
1. A Credible Fear Interview.
2. What are the visitation procedures for attorneys visiting their clients detained at Alligator Alcatraz?

Looking forward to your response,
Clara Garcia



**Clara Garcia**
**Ph: (305) 441-1365**
**2307 South Douglas Road, Suite #301**
**Miami, FL 33145**
**www.adonaidc.com**
Under Florida law, correspondence with the Florida Division of Emergency Management concerning agency business that is neither confidential nor exempt pursuant to Florida Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

O Outlook

**Re: Complete with Docusign: G-28 SIGNED BY ATTORNEY.pdf**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 12:40 PM

**To** Julia Viloria <Viloriajulia@gmail.com>

📎 1 attachment (2 MB)

castillo Trejo Jhonny Humberto.pdf;

Dear Counsel;
Attached please find the requested document.

Respectfully,

Southern Detention Coordination Team

---

**From:** DocuSign System <dse_na2@docusign.net> on behalf of Julia Viloria via Docusign
<dse_na2@docusign.net>
**Sent:** Wednesday, July 30, 2025 1:23 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Complete with Docusign: G-28 SIGNED BY ATTORNEY.pdf

### ✉ Security Awareness

❌  The email came from an external source.
❌  The sender's email address is different from the reply-to address.
✅  The email was sent from a top domain.

**Report Email**          **Trust Email**

 docusign.

Julia Viloria sent you a document to review and sign.

REVIEW DOCUMENT

**Julia Viloria**
Viloriajulia@gmail.com

JHONNY HUMBERTO CASTILLO TREJO,

Complete with Docusign: G-28 SIGNED BY ATTORNEY.pdf

Thank You, Julia Viloria

**Do Not Share This Email**
This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit Docusign.com, click 'Access Documents', and enter the security code:
FA378E47E2094AA78A760FB17FB231752

**About Docusign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- Docusign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you have trouble signing, visit "How to Sign a Document" on our Docusign Support Center, or become part of the Docusign Community to access tips and guidance from peers.

 Download the Docusign App

This message was sent to you by Julia Viloria who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

*This email has been scanned by Inbound Shield.*

# EXHIBIT 10



# SOUTH DETENTION FACILITY



## VISITATION POLICY

### I. POLICY STATEMENT

The facility's visitation policy is designed to ensure that authorized persons have appropriate access to detainees within the facility's security, operational, and safety parameters. ICE/ERO's policy firmly supports visitation rights to maintain detainees' morale and preserve family, legal, and consular relationships.

The facility is responsible for facilitating detainees' private access to their legal representatives and assistants, as well as consular officials acting on behalf of detainees' countries. In coordination with ICE/ERO's public affairs objectives, the facility shall also allow authorized representatives of the news media and non-governmental organizations (NGOs) to access public information regarding the facility's operations, including tours and, with consent and permission, interviews with individual detainees.

Congressional visitation procedures and protocols can be found on ICE's official public website.

---

### II. STANDARDS AND PROCEDURES

A. General Visitation Procedures

The facility shall establish, maintain, and make available written visiting procedures and schedules that reflect the needs of detainees' families, including minors, friends, legal representatives, and consular officials. These procedures shall be periodically reviewed and updated to ensure alignment with ICE/ERO standards and operational capabilities.

The facility shall prioritize contact visits when operationally feasible, recognizing the benefits for detainees' mental and emotional health. However, visitation may be temporarily restricted when necessary to ensure the facility's security, good order, or during extraordinary circumstances such as emergency lockdowns or population surges.

### B. Visitor Notification and Information Access

The facility's detainee handbook shall include comprehensive visitation rules and schedules. These rules shall also be conspicuously posted in detainee housing units and common areas to ensure accessibility.

The facility shall ensure that visitation schedules, rules, and procedures are readily available to the public through multiple channels:
- The facility's website, if operational.
- Physical postings in the visitors' waiting area.
- Telephonic communication through a live operator or recorded message.

All forms of public communication shall include detailed descriptions of visitation categories, schedules, rules, and any temporary restrictions.

### C. Visitor Logs and Record-Keeping

The facility shall maintain two distinct visitation logs: one for general visitors and one for legal visitors. These logs shall record all visits, including denied visits with documented reasons. The logs shall comply with local, state, and federal privacy and record-keeping policies, and be available for audit by ICE/ERO and authorized oversight bodies.

### D. Incoming Property and Funds

Visitation Policy/Rev.1 /07082025

This document has been classified as Official

The facility shall implement and publicize written procedures regarding the receipt, handling, and documentation of property and funds brought in by visitors for detainees. Visitors may deposit money into detainees' accounts, and the facility shall provide a receipt for all deposits unless items are handed directly to detainees per policy allowances. Family visitors shall be permitted to bring detainees essential items such as legal documents, prescription eyewear, religious articles, reading materials, and wedding rings, subject to inspection and security screening.

## E. Sanctions for Visitation Violations

The facility shall enforce visitation rules strictly. Any violation of visitation rules by detainees or visitors may result in disciplinary action against the detainee, including but not limited to the suspension or revocation of visitation privileges through the facility's formal disciplinary process.

The introduction of contraband via visitors or detainees shall be subject to criminal prosecution under applicable laws, potentially implicating both parties.

## F. Visits by Family and Friends

### 1. Scheduling and Time Limitations

The facility shall develop visitation schedules tailored to the detainee population and visitation demand. Scheduled visitation hours shall include Saturdays, Sundays, and holidays. Recognizing that weekends and holidays may pose difficulties for some visitors, the facility shall authorize special visits as necessary to accommodate such needs.

ICE/ERO encourages facilities to provide visiting hours on both weekend days for detainees and to accommodate visitors' scheduling requirements to the greatest extent practicable.

Visitation durations shall be specified within the facility's written rules, with a minimum standard of 30 minutes per visit under typical conditions. Facilities are encouraged to extend visitation durations when feasible, especially for visitors traveling significant distances. The facility retains discretion to modify visit lengths in unforeseen circumstances such as overcrowding.

Immediate family members detained in the same facility may visit each other during regular visiting hours without gender restrictions, where practicable.

For minors, if contact visitation is not standard, ICE/ERO shall arrange contact visits between detainees and their children, stepchildren, or foster children within the first 30 days of detention. Subsequent requests for transfer to facilities allowing such visitation shall be considered, and monthly contact visits shall continue until transfer approval.

### 2. Visitor Identification and Search Procedures

The facility shall verify the identity of each visitor prior to admission through valid government-issued photo identification (e.g., driver's license, passport). Adult visitors without positive identification shall be denied entry.

The facility may require pat searches and visual inspections of all personal items, including purses, briefcases, and packages, to prevent contraband introduction. All cancellations of visits shall be documented with reasons and conform to facility policies.

### 3. Contact Visits and Strip Searches

Facilities allowing contact visits shall establish and maintain written procedures detailing the limits and conditions of such visits.

Strip searches after contact visits without reasonable suspicion are prohibited unless the facility offers detainees the option to choose non-contact visitation instead. Detainees shall be fully informed of this policy in a language or manner they understand. All strip searches conducted under such policies shall be logged and documented.

Visitation Policy/Rev.1 /07082025

This document has been classified as Official

**4. Visits for Detainees in Administrative and Disciplinary Segregation**

Detainees placed in administrative or disciplinary segregation shall generally retain their visitation privileges. Facilities allowing contact visits shall permit segregated detainees to use the visiting rooms during normal visiting hours.
Under no circumstances shall detainees participate in general visitation while restrained. Visits shall be denied if the detainee's behavior warrants restraints.

## G. Visits by Legal Representatives and Legal Assistants

### 1. Visitation Rights

The facility shall allow detainees to meet privately with their current or prospective legal representatives and legal assistants during legal visitation hours.

### 2. Hours of Legal Visitation

Legal visits shall be permitted seven days per week, including holidays, with minimum visitation hours of eight hours on regular business days and four hours on weekends and holidays.
The facility shall provide notice of legal visitation rules and hours, prominently posted within legal visiting areas.
Legal visits may continue through meal periods, and detainees shall be provided a tray or sack meal following such visits.

### 3. Authorized Legal Visitors

Legal visitors include:
- Attorneys in good standing with any state's highest court, not suspended or disbarred.
- Legal representatives accredited by the Executive Office for Immigration Review (EOIR).
- Law students or graduates working under supervision.
- Legal assistants authorized via letter from supervising legal representatives.
- Translators and interpreters who have passed security clearances.
Messengers are permitted only to deliver documents and are not authorized to visit detainees.

### 4. Legal Visitor Identification and Privacy

Legal visitors shall present appropriate credentials prior to visits, such as bar cards or EOIR accreditation documents.
Attorneys without immediate documentation must provide verifiable licensing information.
Legal representatives and assistants are not required to disclose the legal subject matter of meetings.
Legal visitors and assistants are subject to searches for contraband.

### 5. Detainee Identification

The facility shall not require legal visitors to provide detainees' Alien Registration Numbers (A-numbers) as a condition of visitation. The facility will make reasonable efforts to locate detainees using alternative information.

### 6. Call-Ahead Inquiry Procedures

The facility shall provide procedures allowing legal visitors to confirm detainees' presence by telephone prior to visitation.

### 7. Pre-Representational and Other Legal Meetings

Detainees may meet prospective or current legal representatives without requiring completed Form G-28.

### 8. Confidential Meeting Rooms

The facility shall provide private consultation rooms to ensure confidentiality during legal visits. Facility staff shall not listen to attorney-detainee conversations but may visually monitor for security without auditory supervision.

Visitation Policy/Rev.1 /07082025

This document has been classified as Official

Staff may terminate attorney visits only for security reasons; routine official counts shall not interrupt legal visits. Requests to use alternate visiting rooms for legal meetings shall be accommodated where feasible, ensuring maximum privacy.

**9. Exchange of Legal Materials**

The facility's procedures shall permit the exchange of documents between detainees and legal representatives, even if contact visitation rooms are unavailable. Documents will be inspected but not read. Detainees may retain legal materials for personal use; excess quantities shall be stored in detainees' property and accessible via communication channels.

**10. Searches Following Legal Visits**

Detainees shall not be subjected to strip searches following legal visits unless there is reasonable suspicion or unless standard procedures mandate it. If strip searches are required routinely, the facility must offer non-contact visits with confidentiality and document the policy.

**11. Legal Visitation for Segregated Detainees**

Legal visitation shall continue for detainees in administrative or disciplinary segregation. The facility administrator shall notify legal visitors of any necessary special security measures in advance.

**12. Group Legal Meetings**

The facility shall allow confidential group meetings involving a legal service provider and two or more detainees, subject to physical capacity and security considerations.

**13. Pro Bono Legal Services**

ICE/ERO shall supply the facility with an updated list of pro bono legal service providers. The facility shall post this list in detainee housing units and other common areas. The facility shall also coordinate detainee sign-up sheets with pro bono organizations and notify detainees in an understandable manner.

**14. Legal Visitation Log**

A separate log shall be maintained to record all legal visitors, including those denied access, with reasons for denial documented.

**15. Availability of Legal Visitation Policy**

The facility's written legal visitation policy shall be made available upon request to detainees and legal visitors.

**H. Consultation Visits for Detainees Subject to Expedited Removal**

**1. Entitlement to Consultation**

Detainees subject to expedited removal and referral to asylum officers have statutory rights to consult with persons of their choosing before interviews and during review processes.

**2. Methods of Consultation**

The facility shall facilitate consultation visits both face-to-face and via telephone.

**3. Consultation Visitors**

Visitors for consultation may include attorneys, legal representatives, assistants, NGO staff, family, and friends. All must undergo identification and security screening.

If security concerns prevent in-person visits, telephone consultations shall be arranged. If telephone consultations are also precluded, the facility shall immediately notify ICE/ERO.

This document has been classified as Official

**4. Privacy and Hours**

Consultation visits shall be treated with the same confidentiality as legal visits, conducted during legal and general visitation hours. Facilities shall expand consultation hours as necessary to meet demand.

**5. Duration of Consultation Period**

Consultation begins prior to asylum interviews and continues through supervisory review, ending when removal proceedings commence. Detainees retain legal visitation rights thereafter.

**6. Admittance During Interviews**

Detainees may be accompanied by consultation visitors during asylum officer interviews and Immigration Judge reviews.

**7. Documentation**

Consultation visits shall be recorded in the legal visitation log.

**8. Form G-28 Not Required**

Visitors are not required to file Form G-28 to participate in consultation visits.

**I. Consular Protection**

In accordance with the Vienna Convention on Consular Relations and ICE/ERO policy, detainees shall be informed of their rights to consular access and visitation in a language or manner they understand.

The facility shall facilitate consular contact and visits under the same terms as legal visits, including privacy, hours, and conditions. Consular visits outside normal hours require prior facility authorization, and consular officers must present U.S. Department of State identification.

**J. NGO Visitation and Facility Tours**

All visitation or tour requests from NGOs or other organizations must be submitted in writing to ICE/ERO, specifying the purpose and topics.

ICE/ERO shall approve or deny requests based on facility safety, security, and staffing availability, without discrimination based on political or editorial viewpoints.

Approved visits and tours shall be scheduled to minimize disruption and comply with security requirements.

All participants must provide personal information for background checks well in advance of facility entry.

**K. Visits by Community Service Organizations**

The facility, in coordination with ICE/ERO, may approve visits from representatives of civic, religious, cultural, therapeutic, or other community service organizations. Such visits shall comply with the facility's visitor policies.

**L. News Media Interviews and Visits**

**1. Access to Public Information**

ICE/ERO supports media access to non-confidential facility information to promote transparency.

**2. Media Visits and Tours**

Media representatives must coordinate visits and tours with ICE/ERO and the facility. Safety, security, and staffing considerations will guide approvals.

**3. Consent and Release Forms**

Media must obtain detainees' written consent before photographing or recording their images or voices. The facility shall

Visitation Policy/Rev.1 /07082025

This document has been classified as Official

retain such releases in detainees records.
Detainees have the right to refuse media recording.

## 4. Interview Scheduling
Requests for detainee interviews must be submitted to ICE/ERO at least 24 to 48 hours prior, with exceptions for urgent cases.

## 5. Interview Conditions
Interviews shall occur during regular business hours in secure locations. ICE/ERO may monitor but shall not participate in interviews.

## 6. Press Pools
ICE/ERO may establish press pools when interview volumes warrant, ensuring equitable access to materials for all media.

## 7. Compliance
Media representatives shall adhere to facility rules, and detainee processing shall take precedence over media activities.

## M. Other Special Visits

### 1. Law Enforcement Officials
Facility visitation procedures shall address requests from law enforcement officials for detainee interviews.

### 2. Former Detainees and Persons in Proceedings
Former detainees, individuals with criminal records, and aliens in removal proceedings may visit after notifying the facility and subject to assessment of their records.

### 3. Business-Related Visits
Detainees shall not engage in business activities during detention. Special visits may be authorized to assist detainees with significant business decisions.

### 4. Independent Medical and Psychological Examinations
The facility shall accommodate independent medical or psychological examinations approved by ICE/ERO for legal or administrative purposes, providing space but not equipment or costs.
Requests shall be submitted in writing with justifications. Examinations shall be conducted consistent with security and good order.
ICE/ERO shall notify requesters in writing of any denial reasons.

Visitation Policy/Rev.1 /07082025

This document has been classified as Official



Visitation Policy/Rev.1 /07082025

This document has been classified as Official

# EXHIBIT 11

| | |
|---|---|
| **From:** | Nicholas J.P. Meros |
| **Sent:** | Friday, August 1, 2025 4:16 PM |
| **To:** | 'Eunice Cho'; Corene Kendrick; Kyle Virgien; Daniel Tilley; Amy Godshall; Paul Chavez; Christina LaRocca |
| **Cc:** | Shane P. Fitzsimmons; Oliver Sepulveda |
| **Subject:** | Access to Counsel at Alligator Alcatraz |

Counsel,

I am writing on behalf of the State Defendants to determine the status of Plaintiffs' requests for attorney meetings and whether we can facilitate the process.

As far as we can tell from the allegations in the Supplemental Complaint and Renewed Motion for Preliminary Injunction, none of the individual Plaintiffs have met with their attorneys, except possibly for Plaintiff Hernandez, whose attorney stated in his declaration that he had a videoconference meeting scheduled for 7/29. Declaration of Johan Gutierrez, 29-2, at ¶ 16.

Can you provide me with the names/initials of the Plaintiffs who have requested (or whose counsel has requested), but have not received, a meeting with counsel? Please also let us know the names/initials of individual Plaintiffs who (1) would like to meet with their counsel again, and those (2) who have secured a meeting via videoconference, but would prefer an in-person meeting with their counsel. Once we receive that information, we will work with staff at the Facility to ensure the meetings are scheduled as quickly as security conditions will allow.

Thank you and don't hesitate to call if you have any questions or would like to discuss further.

Sincerely,

Nick Meros


**Nicholas J.P. Meros**
Partner | Shutts & Bowen LLP
Tel: (850) 241-1728
215 South Monroe Street, Ste. 804, Tallahassee, FL 32301
Bio | E-Mail | vCard | www.shutts.com



# EXHIBIT 12



**Eunice H. Cho**
Sr. Staff Attorney
National Prison Project
ACLU National Legal Department

Nicholas J.P. Meros
Shutts & Bowen LLP
215 South Monroe Street, Ste. 804
Tallahassee, FL 32301

August 5, 2025

   Re: *C.M. v. Noem*, 1:25-cv-23182-RAR (S.D. Fla.)

Dear Mr. Meros,

Thank you for your August 1, 2025 email, where you offered to assist the individual plaintiffs in our case in arranging meetings with their immigration counsel.

The following individual plaintiffs have not received any meetings arranged by the facility with counsel while detained at Alligator Alcatraz:
1. C.M.
2. E.R.
3. Gonzalo Almanza Valdes
4. G.T.C.
5. F.B.
6. A.S.
7. R.P.

The following Plaintiffs would appreciate your assistance in arranging a virtual zoom meeting with their counsel:
1. F.B.
2. R.P.
3. Gonzalo Almanza Valdes
4. N.M.B.

The following Plaintiffs would appreciate your assistance in arranging an in-person meeting with their counsel:
1. Gonzalo Almanza Valdes
2. R.P.
3. N.M.B.



Thank you,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

2