UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M. ET AL.,

   *Plaintiffs, on behalf of themselves and others similarly situated,*

v.                                      NO. 2:25-CV-747-SPC-KCD

KRISTI NOEM, ET AL.,

   *Defendants.*

---

## NOTICE OF A RELATED ACTION

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Brito Matom v. ICE*, No. 2:25-cv-648 (M.D. Fla.)

Mr. Brito Matom is a Plaintiff in both cases (he is identified in *C.M. v. Noem* as "F.B."), and both cases address overlapping subject matter.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: August 20, 2025                      Respectfully Submitted,

                                               /s/ Eunice Cho

Paul R. Chavez, Fla. Bar No. 1021395      Eunice H. Cho*
Christina LaRocca, Fla. Bar No. 1025528    AMERICAN CIVIL LIBERTIES
                                                               UNION FOUNDATION

AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Avenue
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

915 15th Street N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez Ruiz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
415-343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

*Counsel for All Plaintiffs and the Proposed Class*

*application for admission pro hac vice forthcoming