UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M., MICHAEL BORREGO
FERNANDEZ, J.M.C., E.R., on
behalf of themselves and all others
similarly situated, *et al.*,

    Plaintiffs,

v.

Case No.:  2:25-cv-747-SPC-KCD

KRISTI NOEM, Secretary of the
United States Department of
Homeland Security, *et al.*,

    Defendants.

## **ORDER**

About one month ago, this case involving the operations of Alligator Alcatraz, a detention facility designed by the State of Florida and located in Collier County, was filed in the United States District Court for the Southern District of Florida. Two days ago, it was transferred here. (Docs. 86, 88). Following significant activity before United States District Judge Rodolfo A. Ruiz, II, two motions remain pending. They are Plaintiffs' Renewed Motion for Preliminary Injunction (Doc. 29), which is fully briefed (Docs. 49, 50, 67), and

Plaintiffs' Renewed Motion for Class Certification (Doc. 30), which is not ripe.[1] The deadline to respond to the Supplemental Class Action Complaint for Declaratory and Injunctive Relief (Doc. 28) is September 23, 2025. (*See* Doc. 59 at 3).

The Court recognizes the importance of this case to the parties and the public. But the Court also notes its busy schedule, including a criminal murder trial that may last up to two weeks beginning September 5, 2025. To facilitate a smooth transition in this case, the Court will set an in-person status conference on September 4, 2025, at 1:30 p.m. Below is a list of issues that the Court has under consideration and which the parties must be prepared to discuss at the status conference:

- The effect of United States District Judge Kathleen Williams' Preliminary Injunction in *Friends of the Everglades, Inc. v. Noem*, Case No. 1:25-cv-22896 (S.D. Fla.) (Doc. 131) on this case;

- What counts in the Supplemental Complaint remain following Judge Ruiz's Order Dismissing In Part And Transferring Plaintiffs' Complaint for Improper Venue (Doc. 86);

---

[1] The response was originally due August 12, 2025. Judge Ruiz extended the State Defendants' deadline to respond until September 23, 2025. (Doc. 62). The Federal Defendants briefly mention the motion for class certification in their response to the motion for preliminary injunction (Doc. 50 at 12), but it does not appear they filed a separate response brief or moved for an extension of time to do so.

2

- Whether it would be fruitful for Plaintiffs to file a Second Amended Complaint;

- Whether it would be fruitful for the Court to strike the motion for preliminary injunction and motion for class certification as stale and order fresh, updated briefing on these issues before any future proceedings;

- The most efficient manner for the Court to decide whether to certify the proposed class and subclass;[2]

- Whether the Court should "advance the trial on the merits and consolidate it with the hearing" under Federal Rule of Civil Procedure 65(a)(2);

- Whether it would be fruitful to schedule a settlement conference with a United States Magistrate Judge before proceeding further; and

- A proposed schedule for the remainder of this case.

Accordingly, it is now

**ORDERED:**

---

[2] Judge Ruiz decided not to hear argument on Plaintiffs' motion for class certification at the preliminary injunction hearing but required the parties to address the interplay between the proposed class and subclass and the likelihood of success on the merits of Plaintiffs' claims. (Doc. 43).

1. The Court **SETS** an in-person status conference for **September 4, 2025, at 1:30 p.m.** in Ft. Myers Courtroom 5D before the undersigned. Lead counsel for all parties must attend.

2. The parties are **DIRECTED** to file a joint status report briefly discussing the issues above and any other relevant matters by **September 2, 2025, at 5:00 p.m.** The joint status report shall not exceed 15 pages total. Plaintiffs, State Defendants, and Federal Defendants may each have five pages.

3. The parties are **DIRECTED** to confer at least once before filing the joint status report via videoconference or telephone. Conferral via email will not suffice. Lead counsel for all parties must participate.

4. Plaintiffs are **DIRECTED** to file the joint status report and must do so **no earlier than September 2, 2025**, so the Court has the most current information at its disposal for the status conference.

**DONE** and **ORDERED** in Fort Myers, Florida on August 22, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record