# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

C.M., ET AL.,

    *Plaintiffs, on behalf of themselves*
    *and others similarly situated*,

v.                         Case No. 2:25-CV-00747-SPC-KCD

NOEM, ET AL.,

    *Defendants.*

_____

## PLAINTIFFS' DISCLOSURE STATEMENT
## UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

This Disclosure Statement applies to all Plaintiffs currently named in the case.

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

2.    Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒    No.

    ☐    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☒    No.

        ☐    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

☒    No.

☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

☒    No.

☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐    No.

☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Critical Response Strategies

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒    No.

☐    Yes, and this is the entity: [].

5.       Is this a bankruptcy action?

      ☒      No.

      ☐      Yes, and the debtor is [].

      ☐      Yes, and the members of the creditors' committee are [].

6.       Is this a criminal case?

      ☒      No.

      ☐      Yes, and these persons are arguably eligible for restitution: [].

7.       Is there an additional entity likely to actively participate in this action?

      ☒      No.

      ☐      Yes, and this is the entity: [].

8.       Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

      ☒      Yes.


Dated: August 29, 2025                Respectfully Submitted,

                                                  */s/ Eunice H. Cho\**

Paul R. Chavez (Fla. Bar No. 1021395)     Eunice H. Cho**
Christina LaRocca (Fla. Bar No. 1025528)  AMERICAN CIVIL LIBERTIES
AMERICANS FOR IMMIGRANT         UNION FOUNDATION
JUSTICE                           915 15th St. N.W., 7th Floor
2200 NW 72nd Ave               Washington, DC 20005
P.O. Box No 520037              202-548-6616
Miami, FL 33152                echo@aclu.org

786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

Corene T. Kendrick**
Kyle Virgien**
Marisol Dominguez-Rodriguez**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

*Counsel for All Plaintiffs and the
Proposed Class*

*Designated as Lead Counsel for Plaintiffs and the Proposed Class*
*\*\* Admitted pro hac vice.*