UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M., et al.,

    Plaintiffs, on behalf of themselves and all similarly situated,

v.                                Case No.:  2:25-cv-747-SPC-KCD

KRISTI NOEM, et al.,

    Defendants.
_____/

## Status Conference

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiffs: | Eunice Cho and Amy Godshall |
| Counsel for Defendants: | Nicholas Meros and Chad Spraker |
| | |
| Date and Time: | September 4, 2025 at 1:30pm |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |

Start Time: 1:31pm    Court convenes.

    Joint Status Report filed by parties. The Court inquires as to the current status of the facility in accordance with Judge Williams' order.

    The operative pleading (Supplemental Class Action Complaint) is no longer current, the Plaintiffs will file updated pleading.

    Discussion regarding Plaintiffs filing an amended pleading.
Plaintiff has until 9/11/2025 to file Second Amended Complaint.

    Pending motions for class certification and preliminary injunction are stale. The Court STRIKES the motions and directs the parties to refile.

    Parties agree to attend settlement conference with the magistrate judge.

    Prior deadlines imposed by Judge Ruiz are vacated. The Court will issue a scheduling order memorializing new dates and deadlines.

- 2 -

Parties to advise Court within one week regarding the Court visiting facility.

Parties to file joint bi-weekly status reports with Court.

RECESS TAKEN AT: 2:21pm.

BACK ON RECORD AT: 2:47pm.

Discussion regarding proceedings going forward.

Nothing further from either party.

End time:   2:57pm
Total time:  1 hour 26 minutes