UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M., MICHAEL BORREGO FERNANDEZ, J.M.C., E.R., FLORIDA KEYS IMMIGRATION, LAW OFFICES OF CATHERINE PEREZ PLLC, SANCTUARY OF THE SOUTH, U.S. IMMIGRATION LAW COUNSEL, F.B., R.P., A.S., G.T.C., GONZALO ALMANZA VALDES, N.M.B., GUSTAVO ADOLFO LOPEZ HERNANDEZ and G.M.S.G.,

    Plaintiffs,

v.

Case No.: 2:25-cv-747-SPC-KCD

KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, GARRETT RIPA, RONALD DESANTIS, KEVIN GUTHRIE, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, SIRCE OWEN, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

    Defendants.

## CASE MANAGEMENT AND SCHEDULING ORDER

Following the status conference held on September 4, 2025, the Court sets the following deadlines:

|  | **DEADLINE** |
|---|---|
| **Second Amended Complaint** | 9/11/2025 |
| **Answers or Motions to Dismiss** <br> **Responses to Motion to Dismiss** <br> **Replies to Motions to Dismiss** | 11/10/2025 <br> 12/1/2025 <br> 12/15/2025 |
| **Preliminary Injunction Motion** <br> **Responses** <br> **Reply** <br> **Sur-Replies** | 9/11/2025 <br> 9/25/2025 <br> 10/2/2025 <br> 10/9/2025 |
| **Preliminary Injunction Hearing** | TBD |

In a joint status report due by **September 11, 2025**, the parties will notify the Court of their availability for the preliminary injunction hearing and whether they think a visit to the facility is appropriate, including when a visit might occur.

The parties will jointly email the undersigned's chambers or file on the docket a biweekly status report updating the Court on any related cases that might impact this case. The first report is due **September 12, 2025**.

The Court will set the remainder of the schedule after it enters an order on the motion for preliminary injunction.

**DONE** and **ORDERED** in Fort Myers, Florida on September 5, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties of Record