UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. No. 2:25-cv-747-SPC-KCD

C.M., et al.,

   *Plaintiffs, on behalf of themselves and others similarly situated,*

v.

Kristi Noem, et al.,

   *Defendants.*

## JOINT STATUS REPORT

The parties respectfully and jointly submit the following responses to the Court's September 5, 2025 Order (Doc. 110). Counsel for all parties met and conferred via videoconference on September 9, 2025.

1. **Whether a visit to the Alligator Alcatraz facility is appropriate, and dates when a visit may occur.**

**Plaintiffs' Position**: Plaintiffs believe that a visit to the Alligator Alcatraz facility is appropriate, and propose that a facility visit take place on October 15 or 16, 2025.

**Federal Defendants' Position**: Federal Defendants believe Plaintiffs' forthcoming motion for a preliminary injunction can be decided on the written record, so an inspection of the facility is not necessary. Should the Court determine the written record is not sufficient to decide the matter, Federal Defendants defer to State Defendants regarding scheduling an inspection of the facility, which is operated by

Florida law enforcement.

**State Defendants' Position**: The State Defendants believe that a site inspection is not necessary because the motion for preliminary injunction can be decided on the briefs. But should the Court believe further information is necessary to resolve factual disputes in the briefings, the State Defendants would coordinate a site visit for the Court and propose October 15-17, 2025, for the visit.

**2. Availability for the Preliminary Injunction hearing.**

The parties agree that no evidentiary hearing is necessary for the Preliminary Injunction. If the Preliminary Injunction were to be decided on the papers, Parties are available for a hearing on October 22 or 23, 2025.

If the court prefers an evidentiary hearing, the parties are available for a one-day hearing on October 28, 29, or 30, 2025.

Dated: September 11, 2025                                    Respectfully Submitted,

| | |
|---|---|
| | */s/ Eunice H. Cho* |
| Paul R. Chavez, Fla. Bar No. 1021395 | Eunice H. Cho* |
| Christina LaRocca, Fla. Bar No. 1025528 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| AMERICANS FOR IMMIGRANT JUSTICE | 915 15th Street N.W., 7th Floor |
| 2200 NW 72nd Avenue | Washington, DC 20005 |
| P.O. Box No 520037 | 202-548-6616 |
| Miami, FL 33152 | echo@aclu.org |
| 786-218-3381 | |
| pchavez@aijustice.org | Corene T. Kendrick* |
| clarocca@aijustice.org | Kyle Virgien* |
| | Marisol Dominguez-Ruiz* |
| Amy Godshall, Fla. Bar No. 1049803 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Daniel Tilley, Fla. Bar No. 102882 | 425 California Street, Suite 700 |

2

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

San Francisco, CA 94104
415-343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

*Counsel for Plaintiffs and the Proposed Class*
\*Admitted *pro hac vice*

GREGORY W. KEHOE
United States Attorney

By:   /s/ *Chad C. Spraker*
        CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov

*Attorney for Federal Defendants*

 /s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
Shiza Francis (FBN 1058470)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100

Miami, Florida 33131
(305) 358-6300
SFrancis@shutts.com
FZacherl@shutts.com

*Counsel for the State Defendants*

4