## Supplemental Declaration of Troy E. Elder

I, Troy E. Elder, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that
the following is true and correct to the best of my knowledge:

1. I make this declaration based on my own personal knowledge and if called to
   testify I could and would do so competently and truthfully to these matters.

2. I am an attorney licensed to practice law in the State of New York and serve
   as the Director of the Detention Program at Americans for Immigrant Justice
   (AIJ), a nonprofit legal services organization. I am admitted to the New York
   Bar and remain in good standing. I specialize in the practice of immigration
   law, and particularly serve individuals detained throughout Florida—
   including at the facility known as "Alligator Alcatraz."

3. My organization, AIJ, has formally represented at least three clients who were
   detained at "Alligator Alcatraz" but have since been transferred. Since its
   opening, AIJ has also had dozens of prospective clients held at Alligator
   Alcatraz. AIJ continues to seek visitation to screen potential clients at the
   facility, and plans to continue to represent people held at this facility.

4. From the time of its opening through today's date, attorneys, including
   myself, are not able to confirm the location of those current or potential clients
   that are held at Alligator Alcatraz through ICE's online detainee locator.

5. I have searched online for any information regarding attorney access to clients
   held at Alligator Alcatraz. Neither ICE nor the state of Florida has provided
   any publicly available information regarding the same. If not given an email
   address by an official in person at the facility, attorneys are forced to find out
   about what appears to be the only route to access through word of mouth from
   other immigration attorneys. Specifically, attorneys are to email some
   combination or all of these email addresses: legal@privacy6.com,
   admin@southerndetention.com, and southfacility@em.myflorida.com.

6. Clients are only able to reach me, or my AIJ colleagues, with an outgoing call
   through a recorded and monitored phone line. These calls are not confidential
   and make it impossible to keep attorney-client communication confidential. In
   other facilities where I have clients, detained people are allowed private,
   unmonitored outgoing legal phone calls, as is required by ICE detention
   standards.

7. Not only are videoconference calls challenging to schedule, but I also
   understand that they are not confidential when they do occur.

8. I am unaware of any mechanism to send or receive legal mail from the facility. The facility requires attorneys to complete a "Legal Counsel Visitation Request Form" that instructs attorneys to "attach copies of legal documents you intend to bring for approval. All items are subject to inspection and must be pre-approved." A true and correct copy of this form is attached here as **Exhibit A**. This no doubt violates attorney-client privilege, and is unnecessary for any safety concerns. I fear that attaching attorney-client privileged documentation to such an email would likely violate the rules of professional conduct.

9. Yet, obtaining in-person legal visits is incredibly challenging, to the point of futility. Indeed, I have noticed a pattern: The facility transfers people whose attorneys have requested legal visits away from Alligator Alcatraz, typically just before the visit is scheduled to begin.

10. For example, on August 11, 2025, my colleague submitted an urgent attorney visitation request to the Southern Detention Coordination Team and facility administrators. The request sought legal visits with ten detained clients. The submission included my attorney identification, proof of bar admission, executed Forms G-28, and legal visitation forms, and stated my availability for visits on August 12 or August 14, 2025, at 9:00 a.m., either in person, by telephone, or by video. A true and correct copy of this correspondence is attached here as **Exhibit B**.

11. Later that same day, the Southern Detention Coordination Team replied that in-person attorney interviews could be scheduled for Thursday, August 14, 2025, beginning at 9:00 a.m., and inquired whether thirty minutes per detainee would suffice. I confirmed that this arrangement was acceptable. That afternoon, the facility issued written confirmation that my visits were scheduled for August 14, 2025, from 9:00 a.m. until 2:00 p.m., and instructed me to arrive early for processing with my bar card. I confirmed receipt of this schedule and prepared to attend. *Id.*

12. Late in the evening on August 13, 2025—one day before the confirmed attorney meetings—facility representatives notified us that all ten clients scheduled for visits had been transferred out of the facility by ICE. They further stated that the facility had no information regarding the clients' current location and that the visits could not occur. *Id.*

13. On August 18, 2025, my paralegal submitted a second urgent visitation request via email on behalf of my office at 12:54 p.m. EST, covering another

group of 21 detained clients. The request contained the subject heading
"URGENT Attorney Request for Visitation" and reiterated the urgent nature
of the request in the body of the email. This correspondence was sent to
legal@privacy6.com, admin@southerndetention.com, and
southfacility@em.myflorida.com. Again, we provided the clients' identifying
information, along with attorney identification, proof of bar admission,
executed Forms G-28, and the required visitation forms. We indicated our
availability for in-person, telephonic, or video meetings on August 19, 2025,
August 21, 2025, and August 22, 2025. A true and correct copy of this
correspondence is attached here as **Exhibit C**.

14. The "Southern Detention Coordination Team" replied the same day at 12:54
p.m. from legal@privacy6.com, asking whether we wanted to meet with the
detainees individually. At 8:01 p.m. I responded affirmatively and asked the
recipient to please send us the schedule. I also suggested that meetings lasting
thirty minutes would be ideal. I received a response from legal@privacy6.com
confirming that in person visits were scheduled for August 21, 2025, 8 a.m. to
5 p.m. *Id.*

15. On August 20, 2025, at 9:40 p.m., I confirmed that I would arrive no later
than 7:45 a.m. the next morning and that I would be visiting alone. Then, due
to a logistical challenge that arose later that evening, I emailed the same three
addresses again at 10:44 p.m. requesting that the scheduled meetings be
converted from in-person to video visits. *Id.*

16. On the morning of my meetings on August 21, 2025, at 7:05 a.m. I again
confirmed my readiness to attend and asked the facility to provide the video
link. *Id.*

17. Instead, that same morning at 11:18 a.m.—well into the time I was scheduled
for visitation—I was informed by the Southern Detention Coordination Team
that all of the clients with whom I was scheduled to meet had been transferred
by ICE, that the visits were therefore canceled, and that the facility had no
information on the clients' current location. *Id.*

18. All twenty-one of the clients on my list had been transferred less than seventy-
two hours after visitation had been confirmed. I was not provided notice until
hours after I would have needed to travel to the remote Everglades facility or
meet with them online.

19. An investigation via the detainee locator on August 22, 2025 disclosed that three of the clients were transferred to the El Paso Camp in Montana; one to the El Paso Enhanced Hardened Facility; two to the Miami Federal Detention Center; one to Farmville Detention Center; one to Torrance County Detention Center; one to Adams County Detention Center; and one to Northwest Detention Center.

20. Eleven of the clients did not appear in the detainee locator at all on August 22, 2025.

21. On both of these occasions, attorney visits were requested, confirmed by the facility in writing, and prepared for in good faith. Yet in both instances, the clients were suddenly removed from the facility without notice and without disclosure of their whereabouts, rendering the visits impossible. These abrupt cancellations effectively denied access to counsel, despite my office's repeated compliance with the facility's unusual protocols and procedures.

22. These instances have of course caused concern that the facility may be singling out individuals whose attorneys have requested legal visits for transfer from the facility. This sort of pattern causes me to second guess whether to contact my clients at Alligator Alcatraz for fear that they could/would then be transferred out of state. This sort of preemptive transfer would not be possible if the facility permitted attorneys to visit detained clients in person in the same manner as all other immigration detention facilities in the state, as well as jails and prisons—where attorneys are permitted to visit their clients in person, with the presentation of a bar card and identification—during regular visitation hours—without pre-scheduling an in-person visit in advance.

Executed on September 2, 2025, in Miami, Florida.


/s/ _____

Troy E. Elder, Esq.
Director, Detention Program
Americans for Immigrant Justice Attorney
licensed in the State of New York

# EXHIBIT A

CLS Facility Visitation Request Guide and Form



# Facility Visitation Request Guide

**Thank you for your interest in visiting our facility. To schedule any type of visit, please follow the steps below.**

## Step 1: Complete the Required Forms

Submit **both** of the following:

1. **Legal Counsel Visitation Request Form**
   – Attached to this guide. Complete all sections clearly.
2. **ICE Form G-28** (*for legal representatives only*)
   – Download from www.ice.gov
   – Must be fully completed and signed.

## Step 2: Submit Documents

- Email the completed forms to **legal@privacy6.com** on the visitation form.
- Ensure all documents are legible.
- Submit **at least 3 business days in advance** of your requested visit date.

## Step 3: Confirmation

- **Legal6** will review your request and contact you to schedule the visit.
- Please wait for confirmation **before making travel plans**.

## Visit Reminders

- Bring a valid photo ID.
- Only approved visitors will be allowed entry.
- All visitors must follow facility protocols.



# Late Arrival Policy

If a visitor is **more than one hour late**, the visit will be considered **canceled** and must be **rescheduled through the appropriate channels**.

**Questions?**
Contact legal@privacy6.com for the information provided on the visitation form.

# South Detention Facility

### Legal Counsel Visitation Request Form

## Attorney Information

Full Name: _____

Bar Number: _____

Law Firm Name: _____

Phone Number: _____

Email Address: _____

Mailing Address: _____

_____

## Client (Detainee) Information

Full Name: _____

Inmate Number: _____

Facility Name: _____

Housing Unit/Location (if known): _____

## Visitation Request Details

Requested Date(s) of Visit: _____

Requested Time(s): _____

Purpose of Visit:
☐ Privileged Legal Visit
☐ Document Review
☐ Case Consultation
☐ Other: _____

## Documents and Devices (if applicable)

*Attach copies of legal documents you intend to bring for approval. All items are subject to inspection and must be pre-approved.*

Documents to be Reviewed with Inmate:

_____

Devices Requested (e.g., Laptop, Recorder):

_____

## Certification

I certify that I am an attorney licensed to practice law and that this visitation request is for the purpose of providing legal counsel to the above-named inmate. I understand and will comply with all institutional rules and regulations governing attorney visits.

Attorney Signature: _____

Date: _____

## For Facility Use Only

Received By: _____

Date Received: _____

Approved By: _____

Approval Date: _____

Notes / Special Instructions:

_____
_____

# EXHIBIT B

Email Correspondence – AIJ Visitation Request re: 10 Detainees (Aug. 11–13, 2025)

 Outlook

---

**From:** Anita Zela <azela@criticalresponsestrategies.com>
**Sent:** Wednesday, August 13, 2025 6:36 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>
**Cc:** TNT - Legal <legal@privacy6.com>; Martin Soto <msoto@criticalresponsestrategies.com>; Oscar Flores <oscar.flores@privacy6.com>; Frank Shaw <frank.shaw@nakamotogroup.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; Harry Wilson <harry.wilson@nakamotogroup.com>
**Subject:** In-Person meetings update

You don't often get email from azela@criticalresponsestrategies.com. Learn why this is important

Dear Consul;
I regret to inform you that your clients:



| | Name | Alien# | DOB | COB | |
|---|---|---|---|---|---|
| 1. | | | | | 9:00 am |
| 2. | | | | | 9:30 am |
| 3. | | | | | 10:00 am |
| 4. | | | | | 10:30 am |
| 5. | | | | | 11:00 am |
| 6. | | | | | 11:30 am |
| 7. | | | | | 12:00 pm |
| 8. | | | | | 12:30 pm |
| 9. | | | | | 1:00 pm |
| 10. | | | | | 1:30 pm |

Have been released from our facility by ICE and are no longer here. Unfortunately, we do not have information regarding their current location.

Please feel free to use the same channels, if you have any other national in the future who you wish to contact.
Thank You!

Warm Regards,
Anita Zela
Project Manager
Phone:(347) 703-9574



NOTICE: This electronic message transmission was sent by an attorney or at the direction of an attorney and contains information which may be confidential and/or privileged. The electronic message and any attachments are confidential property of the sender. The information contained herein is intended only for the use of the intended recipient(s). Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited.

 Outlook

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Monday, August 11, 2025 3:40 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com; legal@privacy6.com
**Subject:** Re: URGENT Attorney Request for Visitation

Thank you, confirmed.



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 11, 2025 2:42 PM
**To:** Troy Elder <telder@aijustice.org>; Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Counsel,

Your visit is scheduled for August 14, beginning at 9:00 am and ending at 2 pm. Please arrive 15 minutes early for processing and kindly bring your Bar Card.

Respectfully,

Southern Detention Coordination Team

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Monday, August 11, 2025 1:37 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officer,

Thank you.

Yes, this Thursday, August 14, in 30-minute increments, will be sufficient.

Sincerely,



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 11, 2025 2:35 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>;
southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Counsel,

We can schedule in-person interviews on Thursday, beginning at 9:00 a.m. Is 30 minutes per detainee visit sufficient?

Respectfully,

Southern Detention Coordination Team

---

**From:** Yanick Laroche <ylaroche@aijustice.org>
**Sent:** Monday, August 11, 2025 1:19 PM
**To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>;
southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>
**Subject:** URGENT Attorney Request for Visitation

 Dear Officer:

This is an urgent request by Attorney Troy Elder to meet with the following detainees:



| Name | Alien# | DOB | COB |
|------|--------|-----|-----|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

I have attached the following documentation:
- Copies of the attorney's identification and proof of bar admission
- Forms G-28
- Legal Visitation Forms

Mr. Elder is available tomorrow, Tuesday, August 12 and Thursday, August 14, at 9:00 AM for in-person, telephonic, or video visits with the detainee.

Please call me at (305) 573-1106 Ext. 1680/1620 or via email ylaroche@aijustice.org with any questions or concerns.

Thank you

Yanick



**Yanick Laroche**
**Program Coordinator/Senior Paralegal, Detention Program**
6355 N.W. 36th Street, Suite 309 | Miami, FL 33166
O: 305-573-1106, ext. 1680 | F: 305-576-6273

ylaroche@aijustice.org | aijustice.org     





NOTICE: This electronic message transmission was sent by an attorney or at the direction of an attorney and contains information which may be confidential and/or privileged. The electronic message and any attachments are confidential property of the sender. The information contained herein is intended only for the use of the intended recipient(s). Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited.

*This email has been scanned by Inbound Shield.*

# EXHIBIT C

Email Correspondence – AIJ Visitation Request re: 21 Detainees (Aug. 18–21, 2025)

 Outlook

---

---

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Thursday, August 21, 2025 11:18 AM
**To:** Troy Elder <telder@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Subject:** Re: URGENT Attorney Request for Visitation

Counsel;
The detainees you were scheduled to visit have been transferred by ICE. The visits are therefore canceled. We have no information on their current location.

Respectfully,

Southern Detention Coordination Team

---

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Thursday, August 21, 2025 7:05 AM
**To:** Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officers,

I am standing by for these visits.

Please provide me with the video link.

Thank you.



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Wednesday, August 20, 2025 10:44 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>;
legal@privacy6.com <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officers,

Due to a logistical challenge, I request that these be VIDEO visits tomorrow, in lieu of in-person.

Thank you.



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Wednesday, August 20, 2025 9:40 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>;
legal@privacy6.com <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officers,

Thank you.

Confirming my arrival tomorrow no later than 7:45 a.m.

I will be visiting the requested detainees alone (no paralegals or interpreters).

Sincerely,



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org  f ⊙ 𝕏 in

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 18, 2025 11:42 PM
**To:** Troy Elder <telder@aijustice.org>; Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Counsel;
These in-person visits are scheduled for August 21, 2025, beginning at 8 am and going through 5 pm. Please arrive 15 minutes early for processing and ensure that everyone in your party brings appropriate identification. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Monday, August 18, 2025 8:01 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officer,

Yes, please; individual meetings.  Half-hour increments would be ideal.

Please send us the schedule when you are able.

We may need to shuffle among our attorneys, depending on availability, as I hope you will understand.

Thanks,

Troy



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 18, 2025 12:54 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>; Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Counsel,

Do you wish to meet with the detainees individually?

Respectfully,

Southern Detention Coordination Team

---

**From:** Yanick Laroche <ylaroche@aijustice.org>
**Sent:** Monday, August 18, 2025 11:48 AM
**To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>; Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** URGENT Attorney Request for Visitation

Dear Officer:

This is an urgent request by Attorneys Troy Elder, Sandra Cherfrere, & Philip Issa to meet with the following detainees:



We have attached the following documentation:
- Copies of the attorneys' identification and proof of bar admission
- Forms G-28 for Troy Elder, Sandra Cherfrere, & Philip Issa
- Legal Visitation Forms

The attorneys are available on any of these dates and times for in-person, telephonic, or video visits with the detainees:

- Tuesday, August 19, 9:00 AM
- Thursday, August 21, 9:00 AM
- Friday, August 22, at 9:00 AM

Please call me at (305) 573-1106 Ext. 1680/1620 or via email ylaroche@aijustice.org with any questions or concerns.

 Thank you

Yanick