# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Fort Myers Division
### Case No. 2:25-cv-747-SPC-KCD

**H.C.R., et al.,**

*Plaintiffs, on behalf of themselves and others similarly situated,*

v.

**Kristi Noem, et al.,**

*Defendants.*

## [PROPOSED] CLASS CERTIFICATION ORDER

Upon consideration of Plaintiffs' Motion for Class Certification, and any opposition, reply, and further pleadings and argument thereto;

It appearing to the Court that all the requirements of Fed. R. Civ. P. 23 have been satisfied, it is, therefore,

ORDERED that Plaintiffs' Motion for Class Certification is hereby GRANTED.

ORDERED that this case is certified as a class action on behalf of the following class: of all persons who are currently, or in the future, held at the Alligator Alcatraz detention facility.

ORDERED that Plaintiffs H.C.R., D.G.M., and H.P. are appointed as representatives of the class.

ORDERED that Plaintiffs' Counsel, from the American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Florida, and Americans for Immigrant Justice are appointed as counsel for the class.

Entered on _____, 2025.

_____
Hon. Sheri Polster Chappell
United States District Court Judge