# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Fort Myers Division
## Case No. 2:25-cv-747-SPC-KCD

**H.C.R., et al.,**

*Plaintiffs,*

v.

**Kristi Noem, et al.,**

*Defendants.*

## [PROPOSED] PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for preliminary injunction, and any opposition, reply, and further pleadings and argument thereto;

Having determined that Detained Plaintiffs, the putative class, and Organizational Plaintiffs are likely to succeed on the merits of their claim under the First Amendment, that Plaintiffs will suffer irreparable injury in the absence of injunctive relief, and that the balance of hardships and public interest favor relief, the Court therefore FINDS that relief is needed. Therefore,

1. IT IS ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED on behalf of all Plaintiffs and the putative class.

2. IT IS FURTHER ORDERED that Defendants Noem, DHS, Lyons, ICE, and Ripa ("Federal Defendants") and Defendants DeSantis, Guthrie, and FDEM

("Florida Defendants"), their agents, representatives, contractors, and any other persons or entities acting in concert with them, are hereby:

a. ORDERED, pending further order of this Court, to permit and ensure that Detained Plaintiffs and the putative class members can meet and confer confidentially in person with their current or prospective legal representatives and legal assistants during legal visitation hours, without requiring pre-scheduled appointments, with minimum visitation hours of eight hours on regular business days and four hours on weekends and holidays;

b. ORDERED, pending further order of this Court, to permit and ensure that attorney-client videoconference or telephone conversations for Detained Plaintiffs and the proposed class members can meet are timely, confidential, unmonitored, and unrecorded;

c. ORDERED, pending further order of this Court, to provide and ensure a method for Detained Plaintiffs and putative class members to place timely, free, confidential, unmonitored, and unrecorded outgoing legal calls;

d. ORDERED, pending further order of this Court, to provide and ensure a method for timely and confidential legal document exchange and signature, including via fax, email, or electronic signature platform, courier service, and mail to all Plaintiffs and putative class members;

e. ORDERED, pending further order of this Court, to provide and post in locations accessible and visible to all Detained Plaintiffs and putative class

    members written information about protocols for attorney-client communication in English, Spanish, and Haitian Creole;

f. ORDERED, pending further order of this Court, to maintain publicly available information regarding protocols for attorney-client communication via Defendant ICE and/or State of Florida websites.

g. IT IS FURTHER ORDERED that DHS Defendants, their agents, representatives, and all persons or entities acting in concert with them shall accurately update the location of detainees held at Alligator Alcatraz in Defendant ICE's Online Detainee Locator System within 24 hours of their transfer to the facility;

h. IT IS FURTHER ORDERED that Plaintiffs shall not be required to furnish security for costs.

Entered on _____, 2025.

_____
Hon. Sheri Polster Chappell
United States District Court Judge