UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M., MICHAEL BORREGO
FERNANDEZ, on behalf
of themselves and all others similarly
situated, et al.,

      Plaintiffs,                           Case No. 2:25-cv-00747-SPC-KCD

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

      Defendants.
_____/

## NOTICE REGARDING OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND TO FILE NAMES UNDER SEAL

Federal Defendants provide notice they oppose Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and File Names Under Seal. (Doc. 166.) Although Federal Defendants previously did not take a position on Plaintiffs' motion (see Doc. 116 at 1), Federal Defendants now provide notice they intend to respond opposition in accordance with Local Rule 3.01(c)'s briefing schedule.

///

///

///

///

///

DATED this 12th day of September, 2025.

>Respectfully submitted,
>
>GREGORY W. KEHOE
>United States Attorney
>
>By:   /s/ Chad C. Spraker
>   CHAD C. SPRAKER
>   Assistant United States Attorney
>   USA No. 198
>   2110 First Street, Ste. 3-137
>   Fort Myers, Florida 33901
>   Telephone: 239-461-2200
>   Fax: 239-461-2219
>   Email: chad.spraker@usdoj.gov
>   *Counsel for Federal Defendants*