UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

    Plaintiffs,                              Case No. 2:25-cv-00747-SPC-KCD

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

    Defendants.
_____/

## BIWEEKLY STATUS REPORT

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order (Doc. 110), the parties provide the following biweekly status report regarding any related cases that might impact the present case.[1]

On September 4, 2024, a panel of the U.S. Court of Appeals for the Eleventh Circuit entered an order granting the Defendants-Appellants' motion for a stay of the U.S. District Court for the Southern District of Florida's preliminary injunction in *Friends of the Everglades. Inc., et al. v. Secretary, U.S. Department of Homeland Security, et al. See* 25-12873, Docket Entry 42. The Eleventh Circuit's order stayed the U.S. District Court's preliminary injunction and the underlying district court case pending

---

[1] Undersigned Assistant U.S. Attorney Chad C. Spraker acknowledges this biweekly status report was due on September 12, 2025, and apologizes for the tardy filing. Counsel for Plaintiffs and State Defendants provided timely contributions to the status report, but the report was not submitted to the Court due to an oversight following the Federal Defendants' agreement to file it.

appeal. On September 8, 2025, Plaintiff-Appellees filed a motion to reconsider the panel's order, requesting the Eleventh Circuit permit the underlying district court case to proceed during the appeal. *Id.* at Docket Entry 43. Defendant-Appellants responded to Plaintiff-Appellees' motion for reconsideration on September 18, 2025. *Id.* at Docket Entry 52, 53.

Due to the Eleventh Circuit's stay order, the parties submit that this matter is currently unaffected by *Friends of the Everglades. Inc., et al. v. Secretary, U.S. Department of Homeland Security, et al.*

DATED this 22nd day of September, 2025.

                                      Respectfully submitted,

                                      GREGORY W. KEHOE
                                      United States Attorney

By:   */s/ Chad C. Spraker*
       CHAD C. SPRAKER
       Assistant United States Attorney
       USA No. 198
       2110 First Street, Ste. 3-137
       Fort Myers, Florida 33901
       Telephone: 239-461-2200
       Fax: 239-461-2219
       Email: chad.spraker@usdoj.gov
       *Counsel for Federal Defendants*

       */s/ Nicholas J.P. Meros*
       Nicholas J.P. Meros (FBN 120270)
       Tara K. Price (FBN 98073)
       Kassandra S. Reardon (FBN 1033220)
       **SHUTTS & BOWEN LLP**
       215 South Monroe Street, Suite 804

Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
Shiza Francis (FBN 1058470)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
SFrancis@shutts.com
FZacherl@shutts.com

*Counsel for the State Defendants*


*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.

P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*
