UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

   Plaintiffs,

*v.*                                         Case No 2:25-cv-00747-SPC-DNF

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

   Defendants.

### STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), file this unopposed motion to exceed the page limits in M.D. Fla. Local Rule 3.01(b). The State Defendants need additional space in their response to Plaintiffs' motion for preliminary injunction to rebut the numerous factual issues raised by Plaintiffs and address both the preliminary injunction factors and the class certification issue. The State Defendants request an additional 10 pages for their response, raising the page limit from 20 to 30 pages. Plaintiffs' counsel does not object to the extension.

WHEREFORE, the State Defendants request that the Court enter an order granting leave for the State Defendants to exceed the page limits under M.D. Florida Local Rule 3.01(b) by 10 pages and submit a response up to 30 pages.

Dated: September 24, 2025

Respectfully submitted,

Francis A. Zacherl, III (FBN 868094)
Timothy W. Odzer (FBN 1020018)
Shiza Francis (FBN 1058470)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com
TOdzer@shutts.com
SFrancis@shutts.com

/s/ Nicholas J.P. Meros
NICHOLAS J.P. MEROS (FBN 120270)
TARA K. PRICE (FBN 98073)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for the State Defendants*

### RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the State Defendants conferred with counsel for the Plaintiffs by e-mail on September 23, 2025, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the requested extension.

/s/ Nicholas J.P. Meros
*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on September 24, 2025.

*/s/ Nicholas J.P. Meros*
*Counsel for the State Defendants*
