UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

        Plaintiffs,                Case No. 2:25-cv-00747-SPC-KCD

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

        Defendants.

_____/

### FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Federal Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement and Kristi Noem, Todd Lyons, and Garrett Ripa in their official capacities move for leave to exceed the page limits in Local Rule 3.01(b) in their response to Plaintiffs' motion for a preliminary injunction. Federal Defendants request an additional 10 pages to address the preliminary injunction factors and the class certification issue. Federal Defendants respectfully submit the additional pages are necessary to provide an adequate discussion of the legal and factual arguments in opposition to Plaintiffs' motion. Plaintiffs' counsel does not object to the extension.

WHEREFORE, Federal Defendants request that the Court enter an order granting leave for the Federal Defendants to exceed the page limits under Local Rule 3.01(b) by 10 pages for a total of 30 pages.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Federal Defendants conferred with counsel for the Plaintiffs Eunice Cho by email on September 24, 2025, Plaintiffs' counsel does not object to the requested extension.

DATED this 24th day of September, 2025.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*