# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated,*

    Plaintiffs*,*

v.

**Case No 2:25-cv-747-SPC-KCD**

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.,*

    Defendants.

---

## SUPPLEMENTAL DECLARATION OF MARK SAUNDERS IN SUPPORT OF STATE DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Mark Saunders, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and review of the relevant records maintained in the ordinary course of business:

1.    I am the Vice President of The Nakamoto Group, Inc. and work with the temporary immigration detention facility known as Alligator Alcatraz (the "Facility"). I make this declaration in support of Defendants Ron DeSantis, Kevin Guthrie, and Florida Division of Emergency Management's (the "State Defendants") Response in Opposition to Plaintiffs' Motion for Preliminary

Injunction. If called as a witness, I could and would competently testify to the matters set forth herein.

2.    I have reviewed the Plaintiffs' Motion for Preliminary Injunction, including the declarations referenced therein, which contain inaccuracies and out-of-date information. I provide this Declaration to offer the true facts regarding detainees' access to counsel and the State Defendants' continued efforts to provide that access.

3.    I oversee the Facility's operations regarding detainees' access to counsel, including the ongoing efforts to provide detainees access to counsel both via in-person meetings and virtual videoconferences.

4.    The Florida Division of Emergency Management ("FDEM") directs all operational activities at the Facility, including construction and maintenance, except the detention and custody of illegal aliens at the Facility.

5.    FDEM and other state officials act pursuant to agreements between Florida law enforcement agencies and U.S. Immigration and Customs Enforcement ("ICE") under section 287(g) of the Immigration and Nationality Act.

6.    Under these section 287(g) agreements, ICE delegates to Florida law enforcement agencies the authority to maintain custody of the illegal aliens.

7.    Detainees at the Facility remain under ICE supervision and custody at all times.

8.    The Facility opened and began accepting detainees on July 3, 2025.

9.    The Facility can house up to 3,000 detainees.

10.     Upon arriving at the Facility, all detainees receive a copy of the
detainee handbook and watch the orientation video. If a detainee is unavailable for
the initial showing, Facility staff ensures the detainee returns at a later time to view
the orientation video in its entirety. A copy of the detainee handbook is attached
hereto as **Exhibit 1.**

11.     Once the Facility opened, Facility staff immediately began working to
coordinate and facilitate meetings between detainees and attorneys.

12.     It took time, however, for contractors to build up the infrastructure
and install the equipment needed for these meetings. Those issues have been
resolved.

13.     To ensure detainees could meet with their attorneys, Critical
Response Strategies ("CRS") and the Florida Division of Emergency Management
("FDEM") developed the Detainee Legal Visitation Policy (the "Visitation Policy")
for the Facility. A copy of the latest version is attached hereto as **Exhibit 2.**

14.     The Visitation Policy remains fluid and subject to change as
circumstances at the Facility change.

15.     Attorneys can request and schedule a meeting with their detainee
clients by sending an email to the Facility's legal inbox. To request a visit, attorneys
must simply email legal@privacy6.com.

16.     The legal inbox is monitored by three (3) officials who review and
respond to scheduling requests in the order they are received.

17.     Facility staff make their best efforts to respond to and address each scheduling request within 24 hours.

18.     Once Facility staff respond to a scheduling request, counsel are typically able to meet with their clients within 24 hours for both videoconference and in-person meetings.

19.     The Facility requires minimal information from attorneys to request and schedule meetings.

20.     Once an attorney emails the Facility's legal inbox to request a client meeting, Facility officials provide the attorney a Legal Counsel Visitation Request Form ("Visitation Form") and a Department of Homeland Security Form G-28 ("G-28 Form").[1] Copies of both forms are attached hereto as **Exhibits 3 and 4**.

21.     The Visitation Form only requires basic information such as the attorney's name, bar number, and contact information, the client's name and detainee number, the requested date and time of the meeting, and purpose of the meeting. The G-28 Form is similar to the Visitation Form and asks for additional information about the attorney, contact information for the detainee, and the client's consent to be represented by that attorney.

22.     The purpose of the forms is, in part, to ensure that detainees are meeting with licensed attorneys serving as their legal counsel and to prevent non-attorneys from exploiting the detainees. This restriction protects the staff and

---

[1] The G-28 Form is not required for pre-representational meetings with prospective clients.

detainees from potential harm and ensures visitors with ulterior motives cannot access the Facility.

23.    The Facility imposes these restrictions to ensure the safety of both Facility staff and the detainees.

24.    Once counsel fill out and return the Visitation Form and G-28 Form, counsel may email [legal@privacy6.com](mailto:legal@privacy6.com) to request a meeting with a detainee via video conference or in person.

25.    The Facility schedules meetings between detainees and their attorneys because there is finite space and to ensure that staff can monitor and protect all visitors in the Facility at all times. Scheduling meetings also respects counsel's busy schedule by ensuring that they do not have to wait at the Facility unnecessarily and that the detainee is made available for the meeting with his attorney(s).

26.    Legal visits are available from 7 a.m. to 7 p.m. Monday through Saturday and from 8 a.m. to 4 p.m. on Sundays.

27.    Facility staff work with counsel to find a mutually convenient time for a meeting.

28.    The Facility remains committed to approving and facilitating every meeting requested.

29.    The Facility has repeatedly scheduled and held meetings on the same day the attorney first requested a meeting. Copies of emails with same day requests accommodated by the Facility are attached hereto as **Exhibits 5 to 8**.

30.    Facility staff also does its best to accommodate requests for time-sensitive meetings necessary to meet set deadlines. Almost every single e-mail sent to legal@privacy6.com states that the request is urgent, so the Facility staff does its best to triage requests and schedule the most urgent as soon as possible, including the same day.

31.    Over 1380 emails have been received in the legal inbox, the great majority of which were from legal representatives requesting meetings with detainees, seeking locations for detainees, requesting documents be delivered to detainees, rescheduling visit dates, asking for deportation officer or court information, and other miscellaneous requests.

32.    The Facility's computer software screens incoming emails for viruses and spam and quarantines those e-mails deemed a security threat. The software quarantines the infected e-mails without the staff's knowledge and staff cannot open the quarantined emails. Thus, this routine security procedure has inadvertently prevented the Facility from timely responding to at least one request for meetings.

33.    Currently, there is not a backlog of unaddressed meeting requests.

34.    The Facility held its first videoconference meeting on July 15, 2025.

35.    The Facility held its first-in person meetings on July 28, 2025.

36.    The Facility has granted every single request for a meeting with counsel.

37.     To date, no detainee or attorney has raised an issue with any aspect of the in-person meetings with Facility staff.

38.     The Facility offers four (4) attorney visit rooms that also serve as host sites for videoconference meetings. The rooms are in a dedicated structure for detainee and attorney meetings. Photos of the attorney visit rooms are attached hereto as **Exhibit 9**.

39.     Each meeting occurs in a separate enclosed room with doors that close. Only detainees and their counsel use these rooms.

40.     The visit rooms are away from other detainees and fully enclosed to allow for confidential meetings with attorneys.

41.     After arriving at the Facility, visiting attorneys undergo security screening before entering. The Facility's security staff perform a basic pat-down and inspect the attorneys' personal belongings for contraband. The Facility's security staff does not read any documents or inspect any electronic devices in the attorneys' possession (language to this effect appeared on the first iteration of the Visitation Form, but it was promptly removed and never implemented or enforced). The Facility does not require attorneys to submit all documents they intend to bring to their meetings for staff review and approval. The Facility imposes these security measures to prevent contraband from entering the Facility, thereby protecting the safety of both detainees and staff.

42.     Attorneys may bring an interpreter to the meeting. Interpreters undergo the same security screening as visiting attorneys.

43.    Meetings between detainees and their attorneys are confidential.

44.    All meetings take place in private rooms without staff present located away from other detainees.

45.    Attorneys may share and exchange documents with the detainees during the in-person meetings. Detainees may keep these documents for personal use. If the documents are too voluminous for the detainee to keep in his holding cell, the documents are stored with the detainee's property and accessible upon request.

46.    Facility staff visually monitor the meetings while sitting in a chair placed outside the door to the rooms. From that position, they can see into the room to monitor the detainee and attorney(s), but can neither see the contents of documents being exchanged between the detainee and his or her attorney nor hear the conversations between the parties in the room.

47.    The Facility places security cameras outside of the meeting rooms, but none inside of the rooms, to monitor detainees and attorneys for the safety of the attorneys, staff, and other detainees who may be visiting nearby with their attorneys. The cameras do not record audio and cannot see the contents of any documents being exchanged.

48.    Consulate delegations that visit the Facility to meet with detainees from their country hold their meetings in different rooms, and do not use the four attorney visit rooms. For example, the Mexican consulate tends to visit the Facility once per week.

49.    Since the first in-person meeting, the Facility has held 90 in-person meetings.

50.    Videoconference meetings are held on the Zoom platform.

51.    Videoconference meetings are invite-only. Facility staff provide the detainee's counsel a Zoom link to the videoconference via e-mail. This ensures that nobody from the Facility or any entity connected thereto listens in on the Zoom meetings.

52.    During a videoconference meeting, the detainee sits at a table and uses a laptop computer with the Zoom application and over-ear headphones so that only the detainee can see and hear his or her counsel.

53.    The video conference meetings are not recorded or transcribed. There are cameras monitoring the area, but there are no cameras inside or outside of the meeting room that can record audio or capture images on the computer screen.

54.    The Facility allows interpreters to participate in the video conference meetings after receiving permission from the detainee and the detainee's counsel. Facility staff provide the interpreter the link for the videoconference via email after the interpreter fills out and returns the G-28 Form.

55.    To date, no detainees or their counsel have raised a complaint to Facility officials regarding the video conference equipment, location, or privacy.

56.    Facility staff regularly monitor the equipment and infrastructure needed to conduct videoconference meetings and promptly resolve any issues to ensure detainees can meet with their counsel.

57.    Since the first videoconference meeting, detainees and their counsel have held videoconference meetings almost every day, except on Sundays, although Sunday meetings are available upon request.

58.    Since the first videoconference meeting, the Facility has held 298 videoconference meetings.

59.    Between August 11, 2025 and September 3, 2025, a total of 126 legal visits occurred.

60.    Currently, there is not a backlog of unaddressed meeting requests.

61.    Telephones that detainees use to call outside of the Facility are monitored. These telephones have a pre-recorded notification that the call is approaching the 30-minute point, which is the scheduled duration. The Facility does not enforce the 30-minute limit for telephone calls.

62.    The Facility provides a method for attorneys to confidentially send legal documents to detainees via e-mail and courier service. Attorneys can send an e-mail to the Facility's legal inbox attaching documents for detainees to review or sign. Facility staff print out the documents without reviewing their contents and deliver the documents to the detainees in confidential folders or pouches. If it is a document the attorney needs to be signed, staff will deliver the document to the detainee to sign and then scan and e-mail the signed document back to the attorney.

63.    Attorneys can also send legal mail to the Facility's mailing address (54575 Tamiami Trail E, Ochopee, FL 34141) through regular mail or a courier

service. Facility staff inspect the packages received via mail or courier service for contraband in the presence of the detainees, but do not read or otherwise inspect their contents. Staff then deliver the documents to the detainees.

64.    All incoming mail is reviewed and clearly distinguished between general correspondence and special correspondence.

65.    Special correspondence includes privileged and confidential documents such as mail from attorneys or other legal sources.

66.    Incoming special correspondence is only opened in the presence of the detainee. Staff may inspect the contents strictly for physical contraband and to confirm that the enclosures qualify as special correspondence. Staff shall not read, copy, or otherwise review the contents.

67.    Outgoing special correspondence is inspected for contraband. The inspection shall occur only in the presence of the detainee and is limited to detecting contraband.

68.    Staff cannot read, copy, or interfere with the confidentiality of special correspondence. If staff does so, they may be subject to disciplinary or corrective action.

69.    Detainees may bring the documents received via mail to their in-person meetings, and either keep them for personal use or sign and provide them to their attorneys.

70.    Every day two Prison Rape Elimination Act representatives walk all the quads discussing how to file a grievance, where the forms are located, and inquire whether anyone has any questions, complaints or concerns

71.    The Prison Rape Elimination Act representatives report to Facility staff, who address any complaints.

72.    Facility staff walk all the quads, addressing problems, assessing the quads, answering questions of the detainees and guards and ensuring the grievance forms are available with signs posted.

73.    For the benefit of the detainees, the Facility has put up posters listing information for various consulate, a visitation request guide, and pro bono immigrations services. Photos of these displays are attached hereto as **Exhibit 10**.

74.    Facility staff also regularly provides information to detainees on how to contact and schedule meetings with their attorneys. Staff generate reports documenting what information it provides to detainees. An example of this report is attached as **Exhibit 11**.

75.    Staff also provides detainees information that ICE requests they provide, which sometimes includes voluntary departure forms. But staff do not go cell-to-cell pressuring detainees to do anything.

76.    The State of Florida and ICE officials jointly conduct regular inspections of the Facility to ensure that it meets federal and state law and to correct any deficiencies.

77.    On July 23, 2025, Johan Gutierrez, Esq. submitted a request for a video visit. The Facility responded the same day asking for the G-28 Form and the Visitation Form. He replied on July 24 with both forms requesting the visit that day. Staff responded the same day, advised that the visitation schedule was full that day, and offered him the next available date. He e-mailed on July 25 asking for the next available date. Staff responded the same day and scheduled him for the next available time slot on July 29. A copy of this correspondence is attached as **Exhibit 12.**

78.    On August 9, 2025, Troy Elder, Esq. sent an email requesting to visit several detainees, but did not attach either the G-28 Form or the Visitation Form. The Facility responded the same day, and asked Attorney Elder to send the forms. Elder submitted the forms on August 11. Per his request, the Facility offered him a visit with all the detainees on August 14 beginning at 9:30 a.m. Due to the injunction issued in *Friends of the Everglades, et al., v. Noem, et al.*, Case No. 1:25-cv-22896 (S.D. Fla. 2025), ICE transferred all of the detainees from the Facility prior to the scheduled visits. A copy of this correspondence confirming the visit is attached as **Exhibit 13.**

79.    On August 18, 2025, Attorney Elder submitted a request to visit several detainees. Staff responded the same day and scheduled the meetings for the dates and times he requested; August 21 for eight hours. On August 20 at 10:44 pm, Elder changed the visit to video format due to a logistical challenge on his end.

Elder was notified on August 21 at 11:18 am that all of the detainees were transferred by ICE. A copy of this correspondence is attached as **Exhibit 14.**

80.    Alberto Cayetano, Esq. submitted a request on August 27, 2025, to meet with a detainee. The Facility responded the same day and asked for the G-28 Form and the Visitation Form. After Attorney Cayetano provided the forms and the Facility advised Attorney Cayetano that he could visit on August 28, 2025, Attorney Cayetano declined the visit and asked to have the visit scheduled for September 3, 2025. Pursuant to that request, the Facility scheduled an in-person visit for September 3, 2025 at 1:30 p.m. A copy of this correspondence is attached as **Exhibit 15.**

81.    Based on my review of the communications in the Facility's legal inbox, as of September 25, 2025, the Facility has not denied any request for a meeting that it received:

   a.  H.C.R.: Counsel for H.C.R. sent an email to the Facility on September 11, 2025 at 4:00 p.m. At 5:08 p.m. on September 11, 2025, the Facility responded and confirmed a visit for September 15, 2025 at 10:00 a.m. On September 15, 2025 at 9:34 a.m., the Facility advised Counsel for H.C.R. that H.C.R. had been transferred by ICE and was no longer at the Facility. A copy of this correspondence is attached as **Exhibit 16**.

   b.  D.G.M.: Counsel for D.G.M. sent an email to the Facility on August 25, 2025, that was automatically quarantined by the Facility's security filters due to a suspected virus or malware threat. A copy of this email is attached as **Exhibit 17**. The Facility cannot open quarantined emails. If counsel for D.G.M. sends a visitation request from a safe email account, the Facility will schedule a meeting for the first available time.

   c.  H.P.: Counsel for H.P. Kenia Garcia, Esq. sent an email on September 11 requesting a visit. The Facility responded that same day asking Attorney Garcia to send the Visitation Form. Attorney Garcia sent the Visitation

Form on September 15. Later that day, the Facility advised her that the visit was scheduled for September 16 at 1 p.m., per her request. On September 16, the detainee was transferred and Attorney Garcia was advised that same day at 8:34 a.m. A copy of this correspondence is attached as **Exhibit 18**.

82.    Based on my review of the communications in the Facility's legal inbox, as of September 25, 2025, all meetings requested by counsel for the organizational plaintiffs had been accommodated:

a.  <u>Bilbao Law, LLC:</u> Vilerka Bilbao, Esq. of Plaintiff Bilbao Law, LLC, emailed the Facility on August 6 requesting a visit for either August 8 or August 11. The Facility responded that same day and offered dates of August 7, 8, or 9 for an immediate in-person visit, or August 11 at 12 p.m. for a videoconference. Bilbao responded and chose the August 11 date. The Facility accommodated this request. A copy of this correspondence is attached as **Exhibit 19.** A confidential videoconference between Attorney Bilbao and her client occurred as scheduled on August 11.

Attorney Bilbao did not send an email to legal@privacy6.com on September 9, 2025 requesting a visit, contrary to the claim made in paragraph 25 of her declaration.

b.  <u>Sanctuary of the South:</u> On July 30, 2025, Mich Gonzalez, Esq. of Plaintiff Sanctuary of the South attempted to enter the Facility without a scheduled in-person visit for that day. Mr. Gonzalez submitted a request to the Facility and staff immediately responded that the earliest availability for a legal visit was August 4, 2025. Since July 30, 2025, the Facility has expanded the number of visitation rooms. A copy of this correspondence is attached as **Exhibit 20.**

Executed on September 25, 2025, in Mt. Eaton, OH.

_____

MARK SAUNDERS

# EXHIBIT 1



# DETAINEE HANDBOOK

## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## SOUTH FLORIDA DETENTION FACILITY
## OCHOPEE, FLORIDA

### LOCAL SUPPLEMENT

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## TABLE OF CONTENTS

Introduction................................................................. Page 4
General Introduction / Purpose ................................... Page 5
SFDF Mailing Address ................................................ Page 6
Basic Detainee Responsibilities ................................. Page 6
Detainee's Rights........................................................ Page 7

**I.  Initial Admission**
    ICE Online Detainee Locator System........................ Page 8
    Searches .................................................................... Page 8
    Funds and Personal Property… .................................. Page 8
    Property Received in Excess ..................................... Page 8
    Contraband................................................................. Page 9
    Identity Documents.................................................... Page 10
    Initial Medical Screening........................................... Page 10
    Living Conditions ...................................................... Page 10
    Sleeping Area / Sanitation ......................................... Page 10
    Detention File ............................................................ Page 11
    Legal File/ A File....................................................... Page 11
    Classification ............................................................. Page 12
    Dress Code and Grooming Standards.......................... Page 14
    Clothing ..................................................................... Page 14
    Personal Hygiene ....................................................... Page 15
    Lost or Damaged Property ......................................... Page 15
    Evacuation Drills ....................................................... Page 15

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## II. Detention Services

Meals ........................................................................ Page 16
Medical Care.............................................................. Page 16
Disability Identification, Assessment & Accommodation............ Page 16
Barber Services .......................................................... Page 16
Recreation Facilities ................................................... Page 17
Interpreter Services for Essential Communication ....................... Page 17
Telephone Access ....................................................... Page 18
Phone System Instructions............................................. Page 18
Religious Services ...................................................... Page 18
The Court Process....................................................... Page 18
Law Library .............................................................. Page 18
Law Library Equipment................................................ Page 19
Attorney Visits........................................................... Page 19
Consulate ................................................................. Page 19
Correspondence ......................................................... Page 19
   • Rejection of Incoming and Outgoing Mail...................... Page 19
   • Procedures for Outgoing Mail ................................... Page 19
   • Incoming and Outgoing Mail Inspection........................ Page 19
Legal Mail................................................................. Page 19
Grievance Procedures .................................................. Page 20
   • Abuse of the Grievance System ................................. Page 20
Emergency Complaints.................................................. Page 21
Suicide Prevention ...................................................... Page 21
Sexual Abuse and Assault Prevention and Intervention ............... Page 21

## III.    Disciplinary System

Use of Force ............................................................. Page 28
Segregation ............................................................... Page 28
Sanction Codes .......................................................... Page 31
Detainee Handbook Receipt ........................................... Page 37

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## <u>INTRODUCTION</u>

The South Florida Detention Facility at Ochopee, Florida is a detention facility of the
United States Immigration and Customs Enforcement (ICE). As such, our mission is
to provide a safe, humane, and secure facility. While here, you have certain rights
and responsibilities, which are explained in this booklet. Sanitation and personal
hygiene are very important in communal living. You are required to maintain a high
level of personal cleanliness and assist in the general cleaning of your housing unit.

To ensure the safety of detainees, employees, and visitors, all areas of our facility
are monitored and recorded via video 24 hours a day, seven days a week.

By carefully reading this booklet, you will have a better understanding of your rights
and responsibilities during your confinement at this facility, programs and services
along with the departments and staff responsible for providing these programs and
services to you.

Your housing unit officer is available for any questions or concerns you may have
regarding the information contained in this booklet.

_____

Derek Snider

Director

Date: **08/20/2025**

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## GENERAL INTRODUCTION

The mission of the South Florida Detention Facility is to provide for and maintain a set of standards and conduct that ensures that detainees are treated with respect and dignity, which provides for the best possible care while they are in the custody of the facility. We will constantly strive to set an example of a professional who performs his/her duties according to the laws of our country, state, and community, and the policies, procedures, written and verbal orders, and regulations of this facility.

Officers will keep the facility secure so as to safeguard our community and the lives of the staff, detainees and visitors on the premises. The facility staff will work with each individual firmly and fairly without regard to status or condition. Officers will maintain a positive demeanor with detainees. Officers will report in writing or verbally those things that should be reported. The officers will manage and supervise the detainees in an evenhanded and courteous manner and refrain always from becoming personally involved with the lives of the detainees and their families. Staff will treat all detainees and their respective visitors with politeness and respect and ensure they observe the facility regulations. Officers will communicate with detainees in a manner that ensures mutual respect and compliance with the facility rules and regulations, and which benefits the general well-being and security of the facility.

The South Florida Detention Facility follows the U.S. Immigration and Customs Enforcement (ICE) Performance Based National Detention Standards (PBNDS) and the American Correctional Association (ACA). All employees at the South Florida Detention Facility are committed to the oversight and well-being of the detainees in custody to employ the best practices and industry standards to improve the quality of life and the conditions of confinement for every individual ICE detainee.

## PURPOSE

The purpose of this handbook is to explain to detainees the specific rules, regulations, policies and procedures that must be followed while in custody at the South Florida Detention Facility. The handbook will also help provide detainees with a general overview of the programs, rules, regulations and services of the facility. Detainees will be held accountable for their actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook.

A copy of this handbook will be issued to each detainee upon intake. Pertinent sections will be posted on the bulletin boards in each detainee housing unit and other bulletin boards throughout the facility. All detainees are required to acknowledge, by signature, receipt of the handbook.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## SOUTH FLORIDA DETENTION FACILITY MAILING ADDRESS

Instruct those sending you mail to include your name and A-Number in all correspondence:

> ATTN: (Your name)
> (Your ICE A-No. which is **Mandatory**)
> South Florida Detention Facility
> 54575 Tamiami Trail E.
> Ochopee, FL 34141

## BASIC DETAINEE RESPONSIBILITIES

It is the policy of ICE to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while you are waiting for the processing of your case.

Below are some examples of the rules that you are expected to adhere to. If you do not follow the facility's rules, you may be disciplined.

1. Follow all instructions.
2. Cooperate with the staff.
3. When you speak with the staff, please use their title (e.g. mister, miss, doctor, officer) and their last name.
4. Be polite to other detainees.
5. Be careful with the things around you, whether owned by the government, the facility, or other detainees.
6. Keep yourself, your clothes, and your living area clean.
7. Follow laundry and shower schedules, and
8. Ask for medical care if you need it. Be honest with healthcare providers by giving medical staff accurate information about your health to the best of your ability. Follow treatment instructions by medical staff to maintain and improve your overall health.

If you observe and comply with the above guidelines, you should have no problems while detained at this facility.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## DETAINEE'S RIGHTS

Detainees have the following rights:

- Freedom of religion, including the right to practice your religion as long as it does not harm others or affect the order and security of the facility. Please also respect the religious freedoms of other detainees.

- Basic needs met, including:
  - Nutritious meals;
  - Proper bedding and clothing;
  - Toiletries such as soap, shampoo, toothpaste, toothbrush;
  - Regular opportunities for laundry, showers and exercise;
  - Proper air circulation and heating; and,
  - Medical and mental healthcare, if you need it

- Ability to file a complaint about the living conditions with the facility or the Department of Homeland Security (DHS);

- Ability to report any assault including an incident of sexual abuse or assault, to facility staff or DHS;

- Confidential contact with your lawyer and the courts by mail, phone and visits. You have also the right to use mail and phone to ask someone to be your lawyer;

- Access to law library resources;

- Information about legal assistance.

## SEGREGATION

The facility may place detainees in segregation for administrative, medical, or disciplinary reasons only when necessary to maintain safety, security, good order, or detainee health. Segregation will not be used as punishment, except when it is imposed as a disciplinary sanction following established due process procedures.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

# I.    INITIAL ADMISSION

During your initial admission you will receive an A-Number, which will be used to identify you during your stay at the facility. This A-Number can be shared with your family, friends, or your attorney. The A-Number can be used to find you in the online detainee locator system and to add money into your account.

You will be required to shower, and you will be issued uniforms together with bedding, clothing, and hygiene products. You will be given the opportunity to make phone calls.

## ICE ONLINE DETAINEE LOCATOR SYSTEM

The online detainee locator system is a public system available on the internet that allows your family members, legal representatives, and members of the public, to locate you while you are in ICE detention. The website address is HTTP://WWW.ICE.GOV/LOCATOR. The best way to search for individuals in the online detainee locator system is to use the detainee's A- Number and their country of birth.

## SEARCHES

You will be searched when admitted into the Facility. The staff will search for contraband to protect you and others from weapons or anything else that could cause harm. You must comply with all orders and requests from security staff.

Searches can be performed when you are moved from one area to another, unscheduled routine searches, or when there is reasonable suspicion that you are concealing contraband or a weapon.

## FUNDS AND PERSONAL PROPERTY

When you arrive, the processing officer will store your clothes, medicine, personal property, funds, and valuables for safekeeping. They will be returned to you when you are released from the Facility.

## PROPERTY RECEIVED IN EXCESS

If you have excess personal property or if you are transferred to another ICE detention center or a correctional facility; at our expense, we will send your property to the address you provided. If your property is returned to our facility and you are no longer here, we will send a certified letter of notification to your last known address. If your property is not claimed within 30 days the property will be considered abandoned. Abandoned property will be destroyed.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

While at this facility you are permitted to retain:

1. Small religious items (e.g. Rosary, medallion, headscarves)
2. One religious, soft cover book (e.g. prayer book)
3. Legal documents and papers
4. Prescription glasses
5. Dentures
6. Address book or addresses of family, friends and other correspondence
7. Wedding ring

*Personal hygiene items issued are*:

1. soap
2. shampoo
3. toothpaste
4. toothbrush
5. deodorant

*You will also be issued:*

1. sheets
2. blanket
3. mattress (dormitory)
4. towel

## CONTRABAND

Items considered to be detrimental to the safe and orderly operation of the facility are prohibited and considered to be "contraband." Contraband items include, but are not limited to:

- Any illegal drugs, alcoholic beverages, deadly weapons, dangerous instruments, explosives or any other article that could be used to endanger other persons or the preservation of order in the facility.
- Any item which could be construed as an aid to escape.
- Any item which could be used to disguise or alter the appearance of a detainee.
- Any article of clothing or item for personal use or consumption which has not been cleared first through the Director.
- Any camera, video, recorder, cell phones or other device that could be used to make photos, audio or video recordings of detainees, staff or government property.
- Illegal, non-prescription or left-over medicine is considered contraband.
- Any facility approved religious items or artefacts not used for their intended purpose and in the approved areas are considered contraband.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

*You are responsible for ensuring that you are not in possession of any item that can be considered contraband. You are responsible for knowing the rules regarding contraband items in the facility where you are detained. Possession of contraband may result in disciplinary action being taken against you.*

### Identity Documents

Identity documents, such as passports, birth certificates, etc., are contraband and may be used by the ICE as evidence or as otherwise appropriate. Detainees are not allowed to keep any identity documents in their possession, they will be provided with a copy of the document, certified by an ICE officer to be a true and correct copy, if solicited.

### INITIAL MEDICAL SCREENING

Upon arrival you will undergo a medical screening. Within fourteen (14) days, a thorough physical examination will occur.

If you have any health conditions that require immediate attention from a medical provider, please inform our staff during your intake processing. Any information you provide to our medical staff will be treated with strict confidentially.

See the Medical Care section of this manual for more information.

### LIVING CONDITIONS

The South Florida Detention Facility utilizes a classification system and houses detainees accordingly. The housing units consist of dormitory style units, and single cell Special Management Units.

Detainees are required to keep their **assigned** living areas clean at all times. Housing units will be ready for daily inspection by 8:00 A.M. and must remain ready for inspection until 4:00 P.M.

### SLEEPING AREA / SANITATION

You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting for your work assignment or when you begin your daily routine. It is in your best interest to maintain a clean-living area and avoid many of the problems associated with unsanitary living conditions.

The hanging of sheets, blankets or clothing from shelves or overhead lights is not permitted.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## DETENTION FILE

A Detention file is maintained at South Florida Detention Facility for each individual in custody. The Detention file includes such documents as: booking record, facility disciplinary actions; detainee classification; receipt of funds, valuables and property; detainee's written requests, complaints and issues; U.S. Government documents; and Special Housing Unit records.

## LEGAL FILE / A-FILE

ICE maintains an immigration legal record, commonly called A-file, for each individual detainee. The A-file contains a summary of all legal transactions and documentation pertaining to your case, including, but not limited to: identification cards, photos, passports, criminal history, immigration history, and related documents. If you require access to the documents maintained in your A-file, you will need to submit a Freedom of Information/Privacy Act Request Form G-639. You can request a copy of this form through a Detainee Request or ask the Legal Library Officer for a copy of the form.

You should mail this form to:

**U.S. Citizenship and Immigration Services National Records Center, FOIA/PA Office**
P.O. Box 648010
Lee's Summit, MO  64064-8010

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## CLASSIFICATION

Ordinarily, detainees are classified upon arrival, before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. You will be housed, given recreation, and fed according to your classification.

Each detainee is classified based on information obtained from a combination of your criminal and immigration history, and any official record or observation that is verifiable and can be justified under review by official means. The ICE Custody Classification System assigns the recommended classification level based on the factors stated above. This is called your "custody score".

Upon completion of the classification process, each detainee will be assigned a color-coded uniform and wristband based on his classification level. **The wristband shall be always worn.**

General Guidelines (Conditions and Restrictions)

1. **Low Custody**
   - May not be co-mingled or housed with high custody detainees.
   - May not include any detainee with an arrest or conviction that has an act of physical violence, or any detainee with a history of assaultive behavior.
   - May not include any detainee with a felony conviction for an offense that is listed under the "High" or "Highest" section of the severity of offense guideline.
   - May include detainees with minor criminal histories and non-violent felony charges and convictions.

2. **Medium Custody (Medium Low and Medium High)**
   - May not include any detainee whose most recent conviction was for offenses such as aggravated: battery with a deadly weapon, murder (1st, 2nd degree), armed robbery, sexual battery, kidnapping, escape, aiding an escape, inciting riot, or burglary with assault.
   - May not include any detainee with a pattern or history of violent assaults, whether convicted or not.
   - May not include any detainee convicted for assault on a correctional officer while in custody or where previous institutional record suggests a pattern of assaults while in custody.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

Medium-Low:

- Medium-low custody detainees are those with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.
- Low custody detainees and medium-low custody detainees may be housed together,

Medium-High:

- Medium-high and high custody detainees are those with a history of violent or assaultive charges, convictions, institutional misconduct, or those with a gang affiliation.

3. **High Custody**

- High custody detainees are considered high-risk, require medium to maximum security housing, are always monitored and escorted, and may not be co-mingled with low custody detainees.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## DRESS CODE AND GROOMING STANDARDS

Detainees are required to comply with detainee dress code and grooming standards. Detainees are required to keep themselves clean, wear proper clothing and footwear during all activities, and maintain a clean and sanitary living area. Detainees are reminded that poor hygiene, poor sanitation, and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have negative impact upon the health and safety of yourself and others. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation. Ordinarily, detainees may wear any hairstyle and facial hair may be grown without restriction.

## CLOTHING

1. Detainees must wear a complete uniform (shirt, pants, and sandals) any time they are outside of the housing unit.. While in the housing unit or recreation area, the uniform shirt may not be removed.
2. Pants must be worn at a point about the waist that prevents the crease of the buttocks or undergarments from showing, regardless of the length of the shirt.
3. Detainees may not place their hands inside the waistband of their pants, regardless of weather conditions.
4. No article of clothing may be worn in a manner not normally intended for that item (using a shirt as a head band or head cover, rolling up pant legs or tucking pant legs inside your socks, etc.).
5. No alteration or modification of facility issued clothing will be allowed.

If you do not comply with the above dress and grooming standards, you will be subject to disciplinary action.

### *Clothing Exchange*

Clothing exchange will be done on one-for-one basis. Detainee will notify the Housing Officer if he needs to exchange the size or damaged clothing. You are prohibited from possessing additional uniform items other than the initial issue. Washing regular clothing, bedding, and other items are prohibited. The procedure and schedule for the laundry is posted in the housing unit.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## PERSONAL HYGIENE

You will be living in a dormitory with other individuals; therefore personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Personal hygiene items for detainees such as soap, toothpaste, and toothbrushes will be issued to you upon admission. Please see your housing unit officer if you should run out of an item.

In addition, detainees will be provided with an opportunity to wash before breakfast.

During all formal counts you are required to be on your bunk (if you are in your dormitory). Additionally, no movement or talking is permitted. Telephone usage will be interrupted during Official Counts. The facility will be placed in a "lock-down" status until the count clears. Do not do anything to interfere with the head count. You may be disciplined (and everyone in your housing unit may be locked in their room) if you: do not get counted; do not follow instructions or disrupt the head count.

## LOST OR DAMAGED PROPERTY

You should notify and provide a receipt of property to Supervisory personnel when your property is missing or damaged. Supervisory staff will investigate and, if necessary, take prompt action to prevent further loss.

The detainee will notify staff of lost or stolen property by completing a Detainee Request. If the property is not recovered or is recovered, but in damaged condition, the Housing Supervisor will complete Report of Detainee Missing Property. The completed form(s) will be forwarded to the Director's Office for investigation and determination. The result of the investigation will be notified of the detainee.

A detainee being transferred, released, or removed from the country with a property claim will be allowed to initiate the claim before leaving the facility. The Director will forward the result of the claim to the claimant's forwarding address (provided upon admission or in conjunction with the claim).

## EVACUATION DRILL

The South Florida Detention Facility performs on a regular basis evacuation drills. These drills are performed to ensure that you know what safety measures are essential for your safety.

It is important that you know where the emergency exits are located and the proper procedures for exiting the building to ensure your safety during an actual emergency, such as fire, gas leak, civil disaster or other dangerous situation.

In your housing unit, you will find a diagram showing the location of all fire exits. You are required to follow directions regarding any emergency or non- emergency event and your failure to do so may result in disciplinary action.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## II.  **DETENTION SERVICES**

### MEALS

Meals will be served in the dining area. Detainees in the Special Housing Unit will be served in their individual cells. No excess food or juice is to be stored inside individual cells. **It is not permitted to remove food, fruit, or any beverage from the dining hall.**

Requests for religious diet will be reviewed on a case-by-case basis. Any Detainees must make the request in writing.

Detainees with approvals for a religious diet that are found to be giving them away, or eating a regular meal, shall have this privilege terminated.

Medical diets, as acquired for medical reasons only, are provided by the Food Service Department upon receipt of written instructions from the Medical Facility Clinical Director.

Meal times start at the following times:
- Breakfast     5:30 A.M.
- Lunch           11:30 A.M.
- Dinner          5:00 P.M.

### MEDICAL CARE

Medical care is available. If you are ill or in need of immediate medical attention you must first notify your housing unit officer, who will arrange an escort to the medical facility for medical treatment or a visit by medical staff.

Medical screening will be conducted and once completed the detainee will be escorted back to their housing unit. Those that require further medical attention will be escorted to medical facilty based on the appointment scheduled by the medical staff.

### DISABILITY IDENTIFICATION, ASSESSMENT & ACCOMODATION

If you are a detainee with a disability, you have the right to request a reasonable accommodation verbally to your housing officer or in writing to the Director.

### BARBERING SERVICES

Free barbering services will be available in the Housing Unit. The Barber is available from Monday through Friday. Notify your housing officer if you require these services.

Special requests for haircuts are NOT granted due to time restraints in the facility.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

**No activities of any kind, which will disturb other detainees, are permitted after lights out.**

## RECREATION FACILITIES

All detainee, weather and physical layout permitting will be provided and expected to participate, at a minimum, one hour of outdoor recreation daily. Detainees shall exit their assigned housing unit during the times provided for recreation. Recreational activities may be canceled due to security concerns.

## INTERPRETIVE SERVICES FOR ESSENTIAL COMMUNICATION

The South Florida Detention Facility offers interpretive services for essential communication for the detainee, including detainees with speech disabilities. When necessary, the detainee can submit a Detainee Request for access to these services.

## TELEPHONE SERVICES

Each housing unit has telephones available for detainee use. Phone calls may be limited during peak usage periods. The telephones are available for your use daily, during normal facility operations from 6:00 A.M. – 10:00 P.M. except during Official Counts process.

South Florida Detention Facility offers TTY phone services for detainees who are deaf or hard of hearing. These phones are located in the housing areas. Detainee must request to the housing officer access to the TTY phones The TTY Telephones are subject to the same regulations as the regular phones.

In cases where an urgent call needs to be made due to natural disasters, death in the family, etc. and the phones are not working in the pods, the housing officer will attempt to make arrangements whenever feasible to allow the detainee a phone call. Telephone calls to attorneys are not considered urgent calls.

Detainees in administrative segregation and protective custody are afforded the same telephone as those in general populations. Detainees in disciplinary segregation are allowed phone calls relating to the detainee's immigration case or other legal matters, including consultation calls. In addition, they are allowed phone calls to consular/embassy officials and phone calls for family emergencies.

**Note: All phone calls are subject to monitoring**. To obtain an un-monitored call to a Court, a legal representative or for the purposes of obtaining legal representation, detainees must request the un- monitored call through the detainee request system.

Phone usage will be stopped in preparation for count until count clears.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## Phone System Instructions

Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active throughout your stay at the South Florida Detention Facility.

To activate your pin, you need to have access to the detainee telephone system either in the assigned housing unit.

All detainees are required to setup a voice password prior to completing their first phone call. This system is designed to make sure no other detainee can access your prepaid account.

## THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED

## RELIGIOUS SERVICES

All detainees shall have access to religious resources, services, instruction and counseling on a voluntary basis. All detainees shall be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of security and safety considerations. Religious items or artefacts approved by the facility should only be used for their intended purpose and in the approved areas. The religious service schedule is posted in your housing unit.

## LAW LIBRARY

In general, the Law Library is available by request. Self-help material will be provided and available to all detainees for their use for research or preparation of their defense. You are also permitted to assist other detainees in researching and preparing legal documents upon request. Inform the library officer of any missing or damaged books or if you are interested in a law book that is not present at the library. If your desired legal material is not available to you in the Law Library, submit a detainee request to the recreation specialist. You can find a list of all legal materials available to you at the Law Library.

Should you need to extend the allotted time (more than 5 hours per week) submit a Detainee Request for approval.

Lexis/Nexis software is available at the Law Library. Should you need to utilize this program you may ask the officer assigned to the Law Library for instructions on how to use the program.

You are strictly prohibited from charging any fees for providing assistance to other detainees.

Solicitations of fees for service from another detainee should be reported immediately.

**\*No materials may be removed from the library..**

## Law Library Equipment

The law library has computers, printers, paper, writing implements, photocopiers and other related office supplies for the detainee to prepare documents for legal proceedings, special correspondence, or legal mail. Computers **are not to be used** for personal correspondence.

## ATTORNEY VISITS

During the regular hours for legal visitation, the facility will permit detainees to meet with legal representatives. South Florida Detention Facility will document such as legal representation meetings.

Legal representative visitation schedule is as follows:

> SUNDAY THROUGH SATURDAY (By Appointment)
> 7:00 A.M. to 7:00 P.M.

## CONSULATE

You may request assistance from your consulate. Your consulate may assist you by notifying your country's government of the detention, arranging consular visits, and helping ensure fair treatment. They may also provide guidance on legal rights, contact your family members, and coordinate with immigration attorneys during deportation proceedings.

## CORRESPONDENCE

Rejected mail will be considered contraband. Both sender and address will be provided written notice, with explanation when the facility rejects incoming or outgoing mail; it will be signed by the authorizing official.

### Procedures for Outgoing Mail

You may send or receive mail to or from anyone you know personally. You are required to write your name, your Alien-Number, and the facility address on the upper left-hand corner of the envelope of all outgoing mail.

The mailing address at South Florida Detention Facility is:

> ATTN: (Your name)
> (Your ICE A-Number):(**Mandatory**)
> South Florida Detention Facility
> 54575 Tamiami Trail E.
> Ochopee, Florida 34141

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

Incoming and Outgoing Mail Inspection

If the staff has reason to believe that you are violating or circumventing mail regulations, your mailing privileges may be restricted. Mail restriction usually means that you may only write to people that have been approved by the Director. It also means that all your incoming and outgoing mail could be censored or read by the staff. Circumvention or violations of mail regulations usually means mailing threatening letters or engaging in criminal activity.

LEGAL MAIL

"Special correspondence and Legal Mail" is the term for detainees' written communications to or from private attorneys and other legal representatives; government attorneys; judges, courts; embassies and consulates; the President and Vice President of the United States, members of Congress, the Department of Homeland Security (including ICE and the Office of the Inspector General); the ICE Health Service Corps; administrators of grievance systems; and representatives of the news media.

Correspondence will only be treated as Special Correspondence and Legal Mail if the title and office of the sender (for incoming correspondence) or addressee (for outgoing correspondence) are unambiguously identified as a court or consular office or official on the envelope, and the envelop is labeled as "Special Correspondence" or "Legal Mail".

Staff shall neither read nor copy special correspondence. The inspection shall be limited to the purpose of detecting physical contraband and confirming that any enclosures qualify as special correspondence.

It is the detainee's responsibility to inform senders of special mail of the labeling requirement, and restrictions on contents.

GRIEVANCE PROCEDURES

Informal grievance resolution offers a detainee the opportunity to expediently resolve his or her cause for complaint before resorting to the more time-consuming written formal procedure. Staff shall make every effort to resolve a detainee's complaint or grievance at the lowest level possible, in an orderly and timely manner. If an oral grievance is resolved, the staff need not provide the detainee written confirmation of the outcome. A detainee is free to bypass or terminate the informal grievance process at any point and proceed directly to the formal grievance stage.

All complaints and grievances are considered confidential. No harassment, punishment or disciplinary action will result simply because you are seeking resolution of a complaint or for contacting the Director.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

Detainees may report a grievance to a housing staff or shift supervisor. Staff shall make reasonable efforts to resolve concerns at the time of the report. If the issue cannot be resolved immediately, it will be elevated to the appropriate supervisor for follow-up. All Detainee grievances whether verbal or written will be reported up the chain of command for documentation. No grievance or accusation will be ignored.

**Emergency Complaints**

Detainees may verbally report emergency issues directly to any staff member. The staff member is required to notify a supervisor immediately upon receiving an emergency complaint. Supervisory staff will respond as soon as possible to ensure the detainee's safety and well-being.

You will be informed of the outcome verbally within a reasonable period.

## SUICIDE PREVENTION

If you are feeling depressed, think you may harm yourself, or need someone to talk to, you should immediately advise the nearest staff member immediately. You will be referred to the appropriate medical professional. All potentially suicidal or severely depressed individuals are treated with sensitivity and receive the proper referrals for assistance.

## SEXUAL ABUSE AND ASSAULT PREVENTION AND INTERVENTION

While you are detained at the South Florida Detention Facility, you have a right to be safe and free from sexual abuse and sexual assault. Report all attempted abuse or assaults to a facility staff member (for example, your housing unit officer, a supervisor, a healthcare provider, or the officer in charge).

The South Florida Detention Center maintains a zero-tolerance policy for all forms of sexual abuse and assault.

### Prohibited Acts

A detainee, who engages in inappropriate sexual behavior with or direct it at others, can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy.

- Code 101:   Sexual Assault
- Code 206:   Engaging in Sexual Acts
- Code 207:   Making Sexual Proposals or Threats
- Code 300:   Indecent Exposure
- Code 404:   Using Abusive or Obscene Language

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

Definitions:

*Detainee-on-Detainee Sexual Abuse and Assault:*

One or more detainees, by force, coercion or intimidation, engaging in or attempting to engage in: contact between the penis and the vagina or anus; contact between the mouth and the penis, vagina, or anus; penetration of the anal or genital opening of another person by a hand, finger or any object; touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person; or the use of threats, intimidation, or other actions or communications by one or more detainees aimed at coercing or pressuring another detainee to engage in a sexual act.

*Staff-on-Detainee Sexual Abuse and Assault:*

One or more staff member(s), volunteer(s), or contract personnel engaging in or attempting to engage in: contact between the penis and the vagina or anus; contact between the mouth and the penis, vagina, or anus; penetration of the anal or genital opening of another person by a hand, finger or any object; touching of the genitalia, anus, groin, breast, inner thighs or buttocks, either directly or through the clothing, except in the context of proper searches and medical examinations; the use of threats, intimidation, harassment, indecent, profane or abusive language, or other actions(including unnecessary visual surveillance)or communications aimed at coercing or pressuring a detainee to engage in a sexual act; or repeated verbal statements or comments of a sexual nature to a detainee, including demeaning references to gender, derogatory comments about body or clothing, or profane or obscene language or gestures. Sexual conduct of any type between staff and detainees amounts to sexual abuse, regardless of whether consent exists.

Detention as a Safe Environment

While you are detained, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior; regardless of your age, size, race, ethnicity, sexual orientation or gender identity.

Confidentiality

Information concerning the identity of a detainee victim reporting a sexual assault, and the facts of the report itself, will be limited to those who have the need to know in order to make decisions concerning the detainee-victim's welfare and for law enforcement/investigative purposes.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## Avoiding Sexual Assault

Sexual assault is never the victim's fault.  Knowing the warnings and red flags can help you stay alert and aware:

- Carry yourself in a confident manner. Many attackers choose victims who look like they won't fight back or who they think is emotionally weak.
- Do not accept gifts or favors from others.  Most gifts or favors come with special demands or limits that the giver expects you to accept.
- Do not accept an offer from another detainee to be your protector.
- Find staff member with whom you feel comfortable discussing your fears and concerns. Report concerns!
- Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
- Be clear, direct and firm. Don't be afraid to say "NO" or "STOP IT NOW."
- Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups, or religious services. Get yourself involved in these activities, if they are available.
- If you suspect another detainee is being sexually abused, report it to a staff member.
- Trust your instincts. Be aware of situations that make you feel uncomfortable. If it doesn't feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to the staff.

## Report Any Assault

If you become a victim of a sexual assault, report the incident immediately. The individual who sexually abuses or assaults a detainee can only be disciplined or prosecuted if the abuse is reported. You can report a sexual assault incident to facility staff, ICE/ERO personnel, or DHS or ICE headquarters, including through the following methods:

1. ***Report to the Facility***:
   - Tell any staff member at the facility.
   - File an informal or formal grievance (including emergency grievance) with South Florida Detention Facility.
2. ***Report to the ICE Field Office:***
   - Tell an ICE/ERO staff member who visits the facility.
   - File a written informal or formal request grievance to ICE/ERO
3. ***Report to DHS or ICE Headquarters:***
   - Contact the ICE's Detention Reporting and Information Line (DRIL) at: 1-888-351-4024.
   - Contact the DHS Office of Inspector General at: 1-800-323-860

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

- Write a letter to:

  Office of Inspector General/MAIL STOP 0305
  Department of Homeland Security
  245 Murray Lane, SW
  Washington, DC 20528-0305

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened.

Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to- know basis.

<u>Next Steps after Reporting a Sexual Assault or Attempted Sexual Assault</u>

You will be offered immediate protection from the assailant, and you will be referred for medical examination and clinical assessment. You do **not** have to name the detainee(s) or staff member who assaulted you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether or not you have identified your attacker or agree to testify against them.

*If the assault occurred recently, it is important that you don't shower, wash, drink, change clothing or use the bathroom, to the extent possible, until you can be seen by a medical provider and any evidence can be collected.*

<u>The Medical Exam</u>

Medical staff will examine you as appropriate for injuries, which may or may not be readily apparent to you. In some cases, they may also check for and gather physical evidence of assault. Bring with you to the medical exam the clothes and underwear that you had on at the time of the assault. You will be checked for the presence of physical evidence, which supports your allegation. With your consent, a medical professional will perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears, or abrasions that remain after the assault. This physical evidence may be critical in corroborating that the sexual assault occurred and in identifying the assailant; trained personnel will conduct the exam privately and professionally.

You are entitled to medical and mental health services and ongoing care, as appropriate, including testing and treatment or sexually transmitted diseases and infections, emergency contraception, and counseling services.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

Understanding the Investigative Process

Once the misconduct is reported, the facility and/or appropriate law enforcement
agency will conduct an investigation. The purpose of the investigation is to
determine the nature and extent of the misconduct. You may be asked to give a
statement during the investigation. If criminal charges are filed, you may be asked
to testify during the criminal proceedings.

The Emotional Consequences of Sexual Assault

It is common for victims of sexual assault to have feelings of embarrassment, anger,
guilt, panic, depression, and fear for several months or even years after the attack.
Other common reactions include loss of appetite, nausea or stomachaches,
headaches, loss of memory and/or trouble concentrating, and changes in sleep
patterns.

Emotional support is available from the facility's mental health and medical staff,
and from the chaplains. Also, many detainees who are at high risk to sexually
assaulting others have often been sexually abused themselves.
Mental health services are available to them also so that they can control their actions
and heal from their own abuse.

Sexual assaults can happen to anyone: any gender, age, race, ethnic group,
socioeconomic status, and to an individual with any sexual orientation or disability.
Sexual assault is not about sex; it is about power and control. All reports are taken
seriously. Your safety and the safety of others is the most important concern. For
everyone's safety, all incidents, threats, or assaults must be reported.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## Sexual Abuse and Assault Awareness Brochure



**U.S. Immigration and Customs Enforcement**

### SEXUAL ABUSE and ASSAULT AWARENESS

www.ICE.gov

### How to Report Sexual Abuse and Assault

If you feel at risk of being victimized, or if you become a victim of sexual abuse or assault, report the incident immediately. There are many options for reporting. Your ICE Detainee Handbook has more information about each of these:

### Report to the Facility

1. Tell any trusted staff member at the facility.

2. File an informal or formal grievance (including an emergency grievance) with the facility.

### Report to the ICE Field Office

3. Tell any ICE/ERO staff member who visits the facility.

4. File a written informal or formal request or grievance to ICE/ERO.

### Report to DHS or ICE Headquarters

5. Contact the ICE Detention Reporting and Information Line: 1-888-351-4024 or 9116#. Language assistance is available.

6. Contact the DHS Office of Inspector General (OIG):

   Write a letter to:

   Office of Inspector General/MAIL STOP 0305
   Department of Homeland Security
   245 Murray Lane, SW
   Washington, DC 20528-0305
   (202) 254-4100 / FAX: (202) 254-4285

   Call the toll-free hotline at:

   1-800-323-8603 / 1-844-889-4357 - TTY

### Report to Your Consular Official

7. Call or write to your consular official.

### Anonymous Reporting

You do not have to give your name to report a sexual abuse or assault. You can choose to report anonymously to the Detention Reporting and Information Line (DRIL) or the DHS OIG. You can also have somebody else report on your behalf to the facility, ICE Headquarters, or the OIG.

### Will this Impact my Immigration Case or Detention?

Any report of sexual abuse, or fear of being abused or assaulted, will not negatively affect your immigration case. *No one can retaliate against you in any way for reporting sexual abuse or assault.*

### Confidentiality

Information concerning your identity and the facts of your report will be limited to only those who need to know.





**\*\*For more information on this content, please read the ICE Detainee Handbook or ask a trusted facility staff person.\*\***

**U.S. Immigration and Customs Enforcement**

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

### What Is Sexual Abuse and Assault

**Detainee-on-detainee sexual abuse and assault:**

All forms of sexual abuse and assault by a detainee against another detainee(s) are prohibited. If another detainee forces you or tries to force you to engage in a sex act, touches the sexual parts of your body, forces you or tries to force you to touch the sexual parts of their body, or uses threats or intimidations to pressure you to engage in sex, it is sexual abuse.

**Staff-on-detainee sexual abuse and assault:**

All forms of sexual acts between a detainee and a staff member (including contract guards, medical professionals, and volunteers) are prohibited and against the law, regardless of whether they are consensual. If a staff member tries to or actually does have sex with you, intentionally touches you in a sexual manner, makes sexual advances or repeated sexual comments, displays his or her genitals, or engages in voyeurism, it is sexual abuse.



### If You Are a Victim of Sexual Abuse or Assault

Whatever your reactions or fears, it is important to understand that you are not to blame. Sexual abuse can violate your sense of safety and trust. You may feel shocked, angry, anxious, depressed, or guilty. You may also experience a variety of physical reactions, from changes in eating and sleeping patterns to nightmares or flashbacks. These reactions are normal, and help is available. The facility and ICE will help you get support and offer resources specific to your needs.

### What Support Can You Expect from ICE and the Facility

You will be offered immediate protection from the perpetrator and you will be referred for a medical examination, when appropriate. You will also be offered mental health services and outside victim services. Some victims may also be encouraged to receive a sexual assault forensic medical exam, which can help in criminally prosecuting the perpetrator.

### How Will Reports be Investigated?

When you report a sexual abuse or assault incident the facility and/or an appropriate law enforcement agency will conduct an investigation. You may be asked to participate in an interview to gather information. ICE will inform you of the result of any investigation once it is completed.

There is a difference between reporting the incident and choosing to press charges. You may choose not to immediately press charges, but you can always decide to do so later. If criminal charges are filed, it will be presented for possible prosecution. It is important for you to discuss any concerns you have with the prosecutor (or your attorney) or a victim advocate.

### How Can I Protect Myself from Sexual Abuse or Assault?

Sexual abuse and assault is never the victim's fault. Knowing the warning signs and red flags can help you stay alert and aware.

1. Report concerns
2. Carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak
3. Do not accept gifts or favors from others. Gifts or favors can come with demands or terms that the giver expects you to accept.
4. Do not accept an offer from another detainee to be your protector.
5. Find a staff member with whom you feel comfortable discussing your fears and concerns.
6. Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
7. Be clear, direct and firm. Do not be afraid to say "no" or "stop it now."
8. Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups. Get yourself involved in these activities, if they are available at your facility.
9. If you suspect another detainee is being sexually abused or assaulted, report it using one of the methods listed in this pamphlet.
10. Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to staff

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>Local organization that can assist victims of sexual abuse is listed below:</u>

<u>Roxcy Bolton Rape Treatment Center</u>
24/7 CRISIS & SEXUAL ASSAULT HELPLINE
**305-585-RAPE (7273)**
611 NW 12th Ave,#116A Miami, FL 33136

***BE ADVISED ---> ALL REPORTING TO ROXCY BOLTON MAY BE SUBJECT TO MONITORING AND REPORTING TO LOCAL LAW ENFORCEMENT.****

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

# III.  DISCIPLINARY SYSTEM

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Order and discipline are not only for the benefit of the staff, but also for the safety and welfare of you and other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

## USE OF FORCE

Officers may use physical force only after all reasonable efforts to resolve a detainee situation have failed. Officers shall use as little force as necessary to:

- Gain control of the detainee;
- Protect and ensure the safety of detainees, staff and others;
- Prevent serious property damage; and
- Ensure the security and orderly operation of the facility.

Physical restraints shall be used only under specified conditions to gain control of a detainee who is endangering himself, herself, or others.

## SEGREGATION

If you allegedly commit a prohibited act, you will be given a copy of the incident report within 24-hours of the incident. If the incident is serious, you may be placed in Administrative Segregation, pending a hearing before the Unit Disciplinary Committee (UDC), or Institution Disciplinary Panel (IDP).

When a Supervisor is notified that an incident has occurred, (s)he will start an investigation within 24-hours of receipt of the incident report. The detainee will be provided with a copy of the incident report/notice of charges at least 24-hours before the start of the disciplinary proceedings. The detainee will be notified of his right to remain silent during all stages of the investigation.  The case will then be heard by the UDC within 24-hours of the conclusion of the investigation, or by the IDP on the first business day after receiving the UDC's referral, unless the detainee waives the 24-hour notification provision. If the detainee is being held in segregation, the delay in the hearing shall not exceed 72-hours after the conclusion of the investigation, barring an emergency.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

The UDC and the IDP uses a system of charges and sanctions for rule violations. The UDC or IDP may render a verdict in your case using these charges and sanctions. If you do not accept the verdict, you may utilize your right to appeal as listed below.

Prior to referring the incident report to the IDP, the UDC chairperson will inform you of your rights at the IDP, both verbally and in writing. The following is a list of your rights prior to appearing before the IDP.

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Institution Disciplinary Panel.

2. The right to a full-time staff member of your choice who may represent you before the panel.

3. The right to call witnesses and present documentary evidence in your

   behalf provided facility safety would not be compromised.

4. The right to remain silent.  Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5. The right to be present throughout the IDP hearing except during Panel deliberations and when institutional safety would be jeopardized or compromised.

6. The right to be advised of the IDP's decision and the facts supporting the decision, except where institutional safety would be jeopardized.

7. The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the facility Assistant Field Office Director. This must be done within 5 days of notice of the Panel's decision and disposition.

At any time during the hearing, the IDP (for justifiable cause) may order a further investigation into the alleged prohibited act and may continue the hearing to a future time. If the detainee is being held in the Special Management Unit (SMU), the delay will not exceed 72 hours, barring an emergency.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

The status of all detainees in Administrative Detention shall be reviewed within three working days of the detainee's placement in Administrative Detention to determine if the reasons for placement in the SMU still exist. If you remain in administrative segregation for seven days, a supervisory officer will conduct another review to determine if continued segregation is warranted. This review will include an interview with you. You may appeal the administrative segregation order, in writing, to the facility Director.

Detainees in Disciplinary Segregation status are reviewed every 7 days to ensure the detainee is abiding by all rules and regulations and is offered showers, meals, recreation etc. The maximum sanction is 30 days in disciplinary segregation per violation, except in extraordinary circumstances. Additional time may be added at the discretion of the Director for the safety and security of the facility. All detainees placed in Disciplinary Segregation require the review and approval of the Director or designee. All detainees are subject to all laws of the United States and of the State of Florida. Any detainee violating these laws may be charged and tried for that violation in the appropriate local, state or federal court.

The filing of charges in a judicial court of record for the violation of local, state or Federal law does not, in any way, prevent or preclude the administrative handling of the same act as an Institution disciplinary matter, or of the taking of disciplinary action against the detainee in question.

Detainees shall not engage in or encourage others to engage in unauthorized organizational activities or meetings; display, wear, possess, distribute or use unauthorized organizational insignia or materials. An unauthorized organization is any organization that has not been approved by the Director.

Detainees shall not attempt escape from this facility or from escort. Any attempt of escape could warrant the use of physical force and criminal charges filed against you.

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## SANCTION CODES

### "GREATEST" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|----------------|-----------|
| 100 | Killing | A. Initiate criminal proceedings |
| 101 | Assaulting any person (includes sexual assault) | B. Disciplinary transfer (recommend) |
| 102 | Escape from escort; escape from a secure facility | C. Disciplinary segregation (up to 60 days) |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat of serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape); otherwise the charge is classified as Code 218 or 321) | D. Make monetary restitution, if funds are available. |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool/device, or ammunition. | E. Loss of privileges, e.g. commissary, vending machines, movies, recreation, etc. |
| 105 | Rioting | |
| 106 | Inciting others to riot | |
| 107 | Hostage-taking | |
| 108 | Assaulting a staff member or any law enforcement officer | |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm. | |
| *198 | Interfering with a staff member in the performance of duties (Conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## "HIGH" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|-----------------|-----------|
| 200 | Escape from unescorted activities, open or secure facility, proceeding without violence | A. Initiate criminal proceedings |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity. | B. Disciplinary transfer (recommend)<br><br>C. Disciplinary segregation (up to 30 days) |
| 202 | Possession or introduction of an unauthorized tool | D. Make monetary restitution, if funds are available. |
| 203 | Loss, misplacement, or damage of any restricted tool | |
| 204 | Threatening another with bodily harm | E. Loss of privileges: commissary, vending machines, movies, recreation, etc. |
| 205 | Extortion, blackmail, protection and demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm or avoiding a threat of being informed against | F. Change housing |
| 206 | Engaging in sexual acts | G. Remove from program and/or group activity |
| 207 | Making sexual proposals or threats | H. Loss of job |
| 208 | Wearing a disguise or mask | I. Impound and store detainee's personal property |
| 209 | Tampering with or blocking any lock device | J. Confiscate contraband |
| 210 | Adulteration of food or drink | K. Restrict to housing unit |
| 211 | Possessing, introducing, or using of narcotics paraphernalia, or drugs not prescribed for the individual by the medical staff | L. Warning |
| 212 | Possessing an officer's or staff member's clothing | |
| 213 | Engaging in or inciting a group demonstration | |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work | |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test | |
| 216 | Introducing alcohol into the facility | |

Immigration and Customs Enforcement
South Florida Detention Facility
Detainee Handbook

## "HIGH" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 217 | Giving or offering an official or staff member a bribe or anything of value | A. Initiate criminal proceedings |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/conveying contraband | B. Disciplinary transfer (recommend)<br><br>C. Disciplinary segregation (up to 30 days) |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100 | D. Make monetary restitution, if funds are available. |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days | E. Loss of privileges: commissary, vending machines, movies, recreation, etc. |
| 222 | Possessing or introducing an incendiary device, e.g., matches, a lighter, etc. | F. Change housing |
| 223 | Engaging in any act that could endanger person(s) and/or property | G. Remove from program and/or group activity |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of the highest severity). This charge is to be used only if no other charge of highest severity is applicable. | H. Loss of job<br><br>I. Impound and store detainee's personal property |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of the highest severity). This charge is to be used only if no other charge of highest severity is applicable. | J. Confiscate contraband<br><br>K. Restrict to housing unit<br><br>L. Warning |

## "HIGH MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|-----------------|-----------|
| 300 | Indecent exposure | A.  Initiate criminal proceedings |
| 301 | Stealing (theft) | B.  Disciplinary transfer (recommend) |
| 302 | Misusing authorized medication | |
| 303 | Loss, misplacement, or damage, of a less restricted tool | C.  Disciplinary segregation (up to 72 hours) |
| 304 | Lending property or other item of value for profit/increased return | D.  Make monetary restitution, if funds are available. |
| 305 | Possession of item(s) not authorized for receipt or retention; not issued through regular channels | E.  Loss of privileges: commissary, vending machines, movies, recreation, etc. |
| 306 | Refusal to clean assigned living area | F.  Change housing |
| 307 | Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105—Rioting; continuing to fight is Code 201—Fighting; Refusing to provide a urine sample is Code 215 or otherwise cooperate in a drug test | G.  Remove from program and/or group activity |
| | | H.  Loss of job |
| | | I.  Impound and store detainee's personal property |
| 308 | Insolence toward a staff member | J.  Confiscate contraband |
| 309 | Lying or providing false statement to staff | K.  Restrict to housing unit |
| 310 | Counterfeiting, forging, or other unauthorized reproduction of money proceedings or other official document or item, e.g. security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect an escape—Code 102 or 200) | L.  Reprimand |
| | | M.  Warning |
| 311 | Participating in an unauthorized meeting or gathering | |
| 312 | Being in an unauthorized area | |
| 313 | Failure to stand for the count | |
| 314 | Interfering with the count | |
| 315 | Making, possessing, or using intoxicant(s) | |

## "HIGH MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|-----------------|-----------|
| 316 | Refusing a breathalyzer test or other test of alcoholic consumption | A.  Initiate criminal proceedings |
| 317 | Gambling | B.  Disciplinary transfer (recommend) |
| 318 | Preparing or conducting a gambling pool | C.  Disciplinary segregation (up to 72 hours) |
| 319 | Possession of gambling paraphernalia | |
| 320 | Unauthorized contact with the public | D.  Make monetary restitution, if funds are available. |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization | E.  Loss of privileges: commissary, vending machines, movies, recreation, etc. |
| 322 | Destroying, altering, or damaging property (government or another person's) worth less than $100 | F.  Change housing |
| 323 | Signing, preparing, circulating, or soliciting support for prohibited group petitions that threaten the security or orderly operation of the facility. | G.  Remove from program and/or group activity |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only when no other charge of high moderate severity is applicable. | H.  Loss of job |
| | | I.  Impound and store detainee's personal property |
| | | J.  Confiscate contraband |
| *399 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of high moderate severity).  This charge is to be used only when no other charge of high moderate severity is applicable. | K.  Restrict to housing unit |
| | | L.  Reprimand |
| | | M.  Warning |

NOTE: Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

## "LOW MODERATE" OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|-----------------|-----------|
| 400 | Possession of property belonging to another person | A. Loss of privileges: commissary, vending machines, movies, recreation, etc. |
| 401 | Possessing unauthorized clothing | |
| 402 | Malingering, feigning illness | B. Change housing |
| 403 | Smoking where prohibited | C. Remove from program and/or group activity |
| 404 | Using abusive or obscene language | |
| 405 | Tattooing, body piercing, or self-mutilation | D. Loss of job |
| 406 | Unauthorized use of mail or telephone (with restricted or temporary suspension of the abused privileges often the appropriate sanction) | E. Impound and store detainee's personal property |
| | | F. Confiscate contraband |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often, the appropriate sanction) | G. Restrict to housing unit |
| | | H. Reprimand |
| 408 | Conducting a business | I. Warning |
| 409 | Possessing money or currency, unless specifically authorized | |
| 410 | Failure to follow safety or sanitation regulations | |
| 411 | Unauthorized use of equipment or machinery | |
| 412 | Using equipment or machinery contrary to posted safety standards | |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards | |
| *498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only when no other charge in this category is applicable. | |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of low moderate severity). This charge is to be used only when no other in this category is applicable. | |

# EXHIBIT 2



# SFDF DETENTION FACILITY

## Detainee Legal Visitation Policy

**I. PURPOSE**

This policy establishes standardized procedures for all legal visitation at South Florida Detention Facility (SFDF). It applies to attorneys, consular officials, interpreters, paralegals, law students, investigators, and any authorized representatives conducting legal business with detainees.

- Objectives:
- Guarantee detainees' constitutional and statutory rights to legal access and consular assistance.
- Comply with ICE PBNDS 2011 §5.7, NDS 2019 §6.2, and Florida Administrative Code R. 33-601.716–719.
- Provide clear operational guidance for SFDF staff and contractors, ensuring uniformity and security.
- Safeguard attorney-client privilege and ensure that communications are free from auditory surveillance.

**II. Definitions**

- Attorney of Record: Licensed attorney with ICE Form G-28 filed.
- Attorney of Interest: Licensed attorney meeting for possible representation.
- Authorized Legal Representative: Paralegal, investigator, interpreter, or law student under attorney supervision with documentation.
- Consular Official: Authorized embassy or consulate official meeting with nationals of their country.
- Pre-Representation Visit: Legal consultation before a formal notice of representation is filed.
- Legal Visit: Any in-person or virtual meeting involving counsel, consular officials, or legal representatives.
- Designated Contracted Company: The private contractor assigned by SFDF to process scheduling, credentials, and access coordination.
- Secure Legal Room: Enclosed, soundproofed visitation space with full visibility but no auditory surveillance.

**III. Facility Setup for Legal Visits**

1. Legal Meeting Rooms: SFDF maintains three secure attorney-client rooms: two barrier-free, one with a partition and pass-through slot. All rooms are inspected after each use.
2. Video Conferencing Booths: Equipped with encrypted laptops or dedicated ICE-approved systems. Audio is never recorded.
3. Attorney & Consular Processing Area: Visitors sign in, undergo screening, and are escorted. A designated waiting area is adjacent to security.

**IV. Confidentiality Requirements**

1. Officer Positioning: Officers maintain line of sight at all times but remain at least 6 feet away or outside the room.
2. Auditory Privacy: Rooms are soundproofed or have sound masking. Conversations are not monitored.
3. Document Privacy: Officers inspect for contraband only. Pass-through trays used for exchange.
4. Prohibited Devices: Visitors may not bring unauthorized devices beyond security checkpoints.

**V. Scheduling Procedures**

1. Standard Requests: Email legal@privacy6.com at least 24 hours in advance.
2. Emergency Visits: Within two hours of request with supervisor approval.
3. Confirmation: The designated contracted company confirms appointments and distributes daily schedules by 0700

This document has been classified as Official

**V1. Credential Verification and Screening**
1. Visitor Identification: Attorneys show bar card or ID; paralegals and others provide letters of authorization; consuls show Department of State credentials.
2. Security Screening: Visitors pass through metal detectors; contraband secured in lockers.
3. Visitor Log: Names, organization, time, and detainee visited are logged.

**V1I. Video Conference Protocols**
1. Setup: Designated contracted company creates secure links.
2. Escort: Officers escort detainees; restraints removed during session unless risk dictates.
3. Privacy: Officers remain outside booths.
4. Technical Oversight: Staff test equipment before each call.

**V111. In-Person Visit Protocols**
1. Room Assignment: Barrier-free rooms used unless risk requires partitioned room.
2. Escort and Restraint: Detainees escorted by two officers, front-cuffed during transit.
3. Officer Placement: Officers stay outside the room unless safety dictates otherwise.
4. Document Handling: Pass-through slots used; papers not read.

**IX. Consular Visit Protocols**
1. Scheduling: Consuls email legal@privacy6.com at least 48 hours in advance.
2. Notification: Detainees are notified within 24 hours of a consular request.
3. Escort: Consuls escorted directly to the visitation rooms.

**X. Document Handling Protocols**
1. Attorneys can send documents via email for detainee review.
2. Originals are returned through chain-of-custody envelopes.
3. Staff cannot copy or retain legal materials without authorization.

**XI. Grievances and Appeals**
1. Filing: Detainees may file grievances alleging interference.
2. Response Time: Standard: 72 hours; emergency: same day.
3. No Retaliation: Strictly prohibited.

**XI1. Escort and Guard Duties**
1. Escort Teams: Two-officer teams required for all movement.
2. Distance Standards: Maintain 6-foot observation.
3. Behavior Monitoring: Officers document conduct but cannot overhear conversations.

**XI1I. Training and Compliance Audits**
1. Annual training on confidentiality and escort procedures.
2. Quarterly audits of visitation logs, security footage, and compliance.

**XIV. Enforcement**
Violations result in investigation, retraining, or disciplinary action. Incidents reported to ICE inspections and Compliance Office.

# EXHIBIT 3

# South Detention Facility

## Legal Counsel Visitation Request Form

## Attorney Information

Full Name: _____

Bar Number: _____

Law Firm Name: _____

Phone Number: _____

Email Address: _____

Mailing Address: _____

_____

## Client (Inmate) Information

Full Name: _____

Inmate Number: _____

Facility Name: _____

Housing Unit/Location (if known): _____

## Visitation Request Details

Requested Date(s) of Visit: _____

Requested Time(s): _____

Purpose of Visit:

☐ Privileged Legal Visit

☐ Document Review

☐ Case Consultation

☐ Other: _____

## Documents and Devices (if applicable)

*Attach copies of legal documents you intend to bring for approval. All items are subject to inspection and must be pre-approved.*

Documents to be Reviewed with Inmate:

_____

Devices Requested (e.g., Laptop, Recorder):

_____

## Certification

I certify that I am an attorney licensed to practice law and that this visitation request is for the purpose of providing legal counsel to the above-named inmate. I understand and will comply with all institutional rules and regulations governing attorney visits.

Attorney Signature: _____

Date: _____

## For Facility Use Only

Received By: _____

Date Received: _____

Approved By: _____

Approval Date: _____

Notes / Special Instructions:

_____
_____

# EXHIBIT 4



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**

OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### *Name of Attorney or Accredited Representative*

**2.a.** Family Name
(Last Name)

**2.b.** Given Name
(First Name)

**2.c.** Middle Name

#### *Address of Attorney or Accredited Representative*

**3.a.** Street Number
and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

#### *Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)

**7.** Fax Number (if any)

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority

**1.b.** Bar Number (if applicable)

**1.c.** I (select **only one** box) ☐ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

_____,
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor

☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

### Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

### Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State

**13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

   **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [                                      ]

**2.b.** Date of Signature (mm/dd/yyyy) [                    ]

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative
[                                      ]

**1.b.** Date of Signature (mm/dd/yyyy) [                    ]

**2.a.** Signature of Law Student or Law Graduate
[                                      ]

**2.b.** Date of Signature (mm/dd/yyyy) [                    ]

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

# EXHIBIT 5

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 12, 2025 10:37 AM
**To:** Luana Morine <info@luanamorinelawfirm.com>
**Subject:** Re: [EXTERNAL] VAV Request Mr. Dylan Cardoso (A# 234913116)

Good Morning,

Attached below you will find attorney Zoom link for,

Dylan Cardoso
A#234913116

Meeting is scheduled for 9/12/2025 @ 1:30 pm

https://us06web.zoom.us/j/81498362052?pwd=mjx37S63PbbLg5ons3x6rsVadjhUXL.1
Meeting ID: 814 9836 2052
Passcode: 116937

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 12, 2025 10:14 AM
**To:** Luana Morine <info@luanamorinelawfirm.com>
**Subject:** Re: [EXTERNAL] VAV Request Mr. Dylan Cardoso (A# 234913116)

Dear Counsel,

Your video visit is scheduled for today, 9/12 at 1:30 pm. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Luana Morine <info@luanamorinelawfirm.com>
**Sent:** Friday, September 12, 2025 10:04 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** [EXTERNAL] VAV Request Mr. Dylan Cardoso (A# 234913116)

Dear Officer,

Good morning. I hope this message finds you well.

I represent Mr. Dylan Cardoso (A# 234-913-116), who is currently detained at your facility.  am
writing in response to your previous email to respectfully request the scheduling of a VAV
meeting with Mr. Cardoso. If possible, we would greatly appreciate it if the meeting could be
scheduled either today, at the soonest available time, or tomorrow morning, at the earliest
time that works for your facility, or on Monday, September 15, at the latest available time in
the day.

Accordingly, I am attaching the following documents in advance of the call:
- Form G-28
- A copy of my bar card
- A government-issued identification document

Please let me know if your office requires any additional documentation to proceed.

Thank you for your time and assistance.

Respectfully,

**Luana de Souza Morine, Esq.**



CONFIDENTIALITY NOTICE: The information contained in this message is legal, privileged, and
confidential information intended only for the use of the individual(s) named above. If the reader
of this message is not the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication is strictly prohibited. If you have received this
communication in error, please contact the sender by reply e-mail or fax and destroy all copies of
the original message.
TECHNOLOGY DISCLAIMER:  Technology is not inherently and wholly reliable. Electronic
communications (such as Emails, Voice Mail, and Fax Transmissions) occasionally can and do fail to
reach their intended recipients.  Therefore, if your message to our law firm is urgent, entails an
emergency, or is about a matter that requires prompt attention, please contact our law firm
directly by telephone at (727) 628-0083.



*This email has been scanned by Inbound Shield and released according to admin's rule.*

# **<u>EXHIBIT 6</u>**

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 12, 2025 12:09 PM
**To:** Daniela Marquez <daniela.marquez@javierarteaga.com>
**Subject:** Re: Will Alfredo Lara Guzman (A029-999-438) - Request for Video Conference - Attorney/Client

Good afternoon,

The Zoom Visit has been scheduled for the detainee Will Alfredo Lara Guzman A#029999438. Please see all the details below:

Date: Sep 12, 2025, 03:00 PM Eastern Time (US and Canada)
Meeting ID: 839 7484 2185
Passcode: 835132

Zoom Link: https://us06web.zoom.us/j/83974842185?pwd=qbDGtLb5kkH4zZDGfJqJV2KO11V5bx.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 12, 2025 11:29 AM
**To:** Daniela Marquez <daniela.marquez@javierarteaga.com>
**Subject:** Re: Will Alfredo Lara Guzman (A029-999-438) - Request for Video Conference - Attorney/Client

Dear Counsel,

Your video visit is scheduled for 9/12 at 3:00 pm. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Daniela Marquez <daniela.marquez@javierarteaga.com>
**Sent:** Friday, September 12, 2025 11:24 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Will Alfredo Lara Guzman (A029-999-438) - Request for Video Conference - Attorney/Client

Please see attached.

Sincerely,

Daniela Marquez
The Law Office of Javier Arteaga, P.A.
9500 South Dadeland Blvd.
STE 704

Miami, FL 33156

(305) 456-7298

On Fri, Sep 12, 2025 at 11:11 AM SFDF - Legal <legal@privacy6.com> wrote:

Dear Counsel,

To facilitate a visit (video or in-person) please complete the attached legal counsel visitation form.

Respectfully,

Florida Detention Team

---

**From:** Javier Arteaga <arteaga.law@javierarteaga.com>
**Sent:** Friday, September 12, 2025 11:09 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Cc:** Daniela Marquez <daniela.marquez@javierarteaga.com>
**Subject:** Will Alfredo Lara Guzman (A029-999-438) - Request for Video Conference - Attorney/Client

Dear Officer,

We represent the above referenced Respondent.  He's currently detained at the AA facility.

Please schedule a time when we can speak with him virtually or over the phone.

Our G-28 has been filed electronically.  Attached is a copy.

Sincerely,

Javier Arteaga, Esq.

**The Law Office of Javier Arteaga, P.A.**
**9500 South Dadeland Blvd.**
**STE 704**
**Miami, FL 33156**

Office:  305-456-7298
Cell:    305-904-5034
www.JavierArteaga.com / bio



Follow us on Instagram

**NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail so that our address record can be corrected. Thank you for your cooperation.**

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# EXHIBIT 7

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 19, 2025 10:17 AM
**To:** Kevin Bluitt <myattorneykevin@gmail.com>
**Subject:** Re: Yony Orlando ORTZ ZACARIAS - A240-389-160

Good morning,

The Zoom Visit has been scheduled for the detainee, Yony Orlando Ortiz Zacarias A#240389160. Please see all the details below:

Date: Sep 19, 2025, 04:00 PM Eastern Time (US and Canada)
Meeting ID: 812 9906 1169
Passcode: 611864

Zoom Link: https://us06web.zoom.us/j/81299061169?pwd=rOwjTbWotGr32ZBiB5IOTPhAa5dMDv.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 19, 2025 10:00 AM
**To:** Kevin Bluitt <myattorneykevin@gmail.com>
**Subject:** Re: Yony Orlando ORTZ ZACARIAS - A240-389-160

Counsel,

Your video visit is scheduled for 9/19 at 4:00 pm. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Kevin Bluitt <myattorneykevin@gmail.com>
**Sent:** Friday, September 19, 2025 9:54 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Yony Orlando ORTZ ZACARIAS - A240-389-160

Sorry, thought I attached it.  See attached.

On Thu, Sep 18, 2025 at 4:56 PM SFDF - Legal <legal@privacy6.com> wrote:
Counsel:

In order to schedule your requested visit, we need you to complete and return the attached Legal Counsel Visitation form.

Respectfully,

Florida Detention Team

**From:** Kevin Bluitt <myattorneykevin@gmail.com>
**Sent:** Thursday, September 18, 2025 4:43 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Yony Orlando ORTZ ZACARIAS - A240-389-160

Good afternoon,

I would like to schedule a legal call or Virtual Attorney Visit (Video) with the above
detainee who is housed at Alligator Alcatraz.   Attached please find my G28; Legal
Counsel Visitation Request, and credentials.

--
--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be
confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended
only for the use of the individual or entity named on this transmission sheet. It you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in
reliance on the contents of this telecopied information is strictly prohibited, and that the documents
should be returned to this firm immediately. If you have received this in error, please notify us by
telephone immediately at (305) 354-9173 so that we may arrange for the return of the original
documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential,

diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil
liability.

*This email has been scanned by Inbound Shield and released according to admin's rule.*

--
--
Kevin Bluitt
Attorney At Law

Kevin Bluitt- Attorney at Law
P.O. Box 942606
Miami, Florida 33194
T: 305-354-9173
F: 888-909-3702
Email: myattorneykevin@gmail.com
Facebook: https://www.facebook.com/kevinj.bluitthomestead

Licensed in Florida and Illinois
Admitted to the United States District Court
Southern District of Florida
Offices in Miami and Homestead, Florida

CONFIDENTIALITY NOTE:
This message and the documents accompanying the foregoing contain information that may be
confidential and/or legally privileged, from the Law Office of Kevin Bluitt. The information is intended
only for the use of the individual or entity named on this transmission sheet. It you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in
reliance on the contents of this telecopied information is strictly prohibited, and that the documents
should be returned to this firm immediately. If you have received this in error, please notify us by
telephone immediately at (305) 354-9173 so that we may arrange for the return of the original
documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential,
diplomatic or privileged information inadvertently transmitted to you may result in criminal and/or civil
liability.

# EXHIBIT 8

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, August 29, 2025 1:26 PM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Re: **URGENT** VIDEOCALL REQUEST - Juan CHUC HERNANDEZ -

Good morning,

The Zoom Visit has been scheduled for the Detainee Juan Chuc Hernandez A#234687533. Please see all the details below:

Date: Aug 29, 2025, 02:00 PM Eastern Time (US and Canada)
Meeting ID: 841 3678 0024
Passcode: 114088

Zoom
Link: https://us06web.zoom.us/j/84136780024?pwd=4KDJ1OOcOWQbN52iinbvIKDvuFrH7Z.1

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 29, 2025 12:20 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: **URGENT** VIDEOCALL REQUEST - Juan CHUC HERNANDEZ -

Good afternoon,

I am writing to follow up on the video call scheduled for today, August 29th, at 2:00 PM EST, with Mr. Juan CHUC Hernandez.

I have not yet received the Zoom link for this meeting. Could you please resend it at your earliest convenience?

Thank you for your assistance.

Respectfully,

Diveana


El vie, 29 ago 2025 a las 9:07, SFDF - Legal (<legal@privacy6.com>) escribió:
Your video visit is scheduled for 2 pm today. You will receive a Zoom link prior to the call.


Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Friday, August 29, 2025 7:54 AM
**To:** info <info@servingimmigrants.com>; SFDF - Legal <legal@privacy6.com>
**Subject:** **URGENT** VIDEOCALL REQUEST - Juan CHUC HERNANDEZ -

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation. I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr. Juan CHUC For TODAY 29 August at 2:00pm EST. Please tell me as the closest possible date and time.


Thank you.
Respectfully

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

*This email has been scanned by Inbound Shield and released according to admin's rule.*

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS
MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

# EXHIBIT 9









# **EXHIBIT 10**



# Facility Visitation Request Guide

## Step 1: Complete the Required Forms

Submit **both** of the following:

1. **Legal Counsel Visitation Request Form**
   – Attached to this guide. Complete all sections clearly.
2. **ICE Form G-28** (*for legal representatives only*)
   – Download from www.ice.gov
   – Must be fully completed and signed.

## Step 2: Submit Documents

- Email the completed forms to **legal@privacy6.com** on the visitation form.
- Ensure all documents are legible.
- Submit **at least 3 business days in advance** of your requested visit date.

## Step 3: Confirmation

- **Legal6** will review your request and contact you to schedule the visit.
- Please wait for confirmation **before making travel plans.**

## Visit Reminders

- Bring a valid photo ID.
- Only approved visitors will be allowed entry.
- All visitors must follow facility protocols.





**CRS**

**CRITICAL RESPONSE**
**S T R A T E G I E S**

\* Non-Profit Organization
\*\* Referral Service
\*\*\* Private Attorney

## List of Pro Bono Legal Service Providers
http://www.justice.gov/eoir/list-pro-bono-legal-service-providers
### Miami Immigration Court

Updated July 20

| Miami, Florida (page 2 of 2) | |
|---|---|
| **Church World Service\*** <br><br> **Miami Office:** <br> 1924 NW 84 Avenue <br> Doral, FL 33126 <br> Tel: (305) 774-6770 <br> www.cwssoutheast.org <br><br> **Palm Beach Office:** <br> 200 Congress Park Drive, Suite 201 <br> Delray Beach, FL 33445 <br> Tel: (651) 266-0624 <br><br> **Broward Office:** <br> 3215 NW 10th Terr, Suite 209 B <br> Ft. Lauderdale, FL 33309 <br> Tel: (954) 689-6466 <br><br> • Walk-ins or appointments <br> • Legal Orientation for those in removal proceedings <br> • Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief <br> • All Immigration Matters <br> • Languages: Spanish, Haitian Creole, and other languages arranged | **Catholic Charities Legal Services Archdiocese of Miami, Inc.\*** <br><br> **Miami Office:** <br> 1469 NW 13th Terrace, Suite 100 <br> Miami, Florida 33125 <br> Tel: (305) 373-1073 <br> Fax: (786) 496-9480 <br> info@cclsmiami.org <br> www.cclsmiami.org <br><br> • Asylum cases <br> • All aspects of removal defense, LPR criminal convictions, victims of crime, waiver, motions, children's cases <br> • Pro se case assistance for respondents <br> • Religious, all types of immigration <br> • Call or schedule an appointment at www.cclsmiami.org or go to CLS Office Appointment system <br> • Walk-in hours: Monday-Wednesday <br> • Languages: Spanish, Haitian-Creole, French, Mandarin, Portuguese, and other languages arranged |

# Pro Bono Immigration Legal Services - Jacksonville, FL

## Jacksonville Area Legal Aid – Immigration Unit

126 W Adams St, 2nd Floor, Jacksonville, FL 32202
Phone: (904) 356-8371 ext. 334
Email: immigrationunit@jaxlegalaid.org

## Catholic Charities Bureau Jacksonville – Immigration Legal Services

40 E Adams St, Suite 320, Jacksonville, FL 32202
Phone: (904) 354-5904 ext. 4
Email: immigrationdepartment@ccbjax.org

## CUASVAHH – Immigration Legal Services

3733 University Blvd W, Suite 220, Jacksonville, FL 32217
Phone: (904) 374-7463
Email: everna@cuasvahh.org



CRITICAL RESPONSE
S T R A T E G I E S

# 🌴 Caribbean Consulate Information

| | | | |
|---|---|---|---|
| **Antigua & Barbuda** | 25 S.E. 2nd Avenue, Suite 300, Miami, FL 33131 | 📞 305-381-6762 \| 📠 305-381-7908 | ✉ cganubar@bellsouth.net |
| **Bahamas** | 25 S.E. 2nd Avenue, Ingraham Bldg., Suite 600, Miami, FL 33131 | 📞 305-373-6295 \| 📠 305-373-6312 | ✉ bcgmia@bellsouth.net |
| **Barbados** | 1200 Ponce de Leon Blvd, Suite 1303, Coral Gables, FL 33134 | 📞 786-515-1201 | ✉ miami@foreign.gov.bb |
| **Cuba** | 3150 SW 12th Avenue, Miami, FL 33145 | 📞 305-285-2766 \| 📠 305-285-2727 | ✉ cubanconsul.miami@cubaminrex.cu |
| **Dominican Republic** | 1038 Brickell Avenue, Miami, FL 33131 | 📞 305-358-3220 \| 📠 305-358-2318 | ✉ miacon@bellsouth.net |
| **Haiti** | 259 SW 13th Street, Miami, FL 33131 | 📞 305-859-2003 \| 📠 305-854-7441 | ✉ consulatmiami@diplomatie.ht |
| **Jamaica** | 25 SE 2nd Avenue, Ingraham Building, Miami, FL 33131 | 📞 305-374-8431 \| 📠 305-577-4970 | ✉ jamconmi@bellsouth.net |
| **Trinidad & Tobago** | 1000 Brickell Avenue, Suite 800, Miami, FL 33131 | 📞 786-374-2199 \| 📠 786-374-3199 | ✉ consulate@ttcgmiami.com |

| Flag: | Location: | Contact Number: |
|---|---|---|
| | Antigua & Barbuda | 305-381-6762 |
| | Albania | 954-537-3571 |
| | Argentina | 305-373-1889 |
| | Bahamas | 305-373-6295 |
| | Barbados | 786-515-1201 |
| | Bolivia | 305-358-6303 |
| | Brazil | 305-285-6200 |
| | Chile | 305-373-8623 |
| | Colombia | 305-448-5558 |
| | Costa Rica | 305-871-7485 |
| | Dominican Republic | 305-358-3220 |
| | Ecuador | 305-373-8520 |
| | El Salvador | 305-774-0840 |
| | Guatemala | 305-679-9945 |
| | Guyana (Honorary) | 786-235-0431 |
| | Haiti | 305-859-2003 |
| | Honduras | 305-269-3131 |
| | Israel | 305-925-9400 |
| | Jamaica | 305-374-8431 |
| | Mexico | 786-268-4900 |

| Flag: | Location: | Contact Number: |
|---|---|---|
| | Nicaragua | 305-265-1415 |
| | Panama | 305-447-3700 |
| | Paraguay | 305-374-9090 |
| | Peru | 786-347-2420 |
| | Philippines (Honorary – | 904-923-5888 |
| | Suriname | 305-265-4655 |

#  Russia & Ukraine Consulate Information

**Russia**    100 N. Biscayne Blvd, Suite 2100, Miami, FL 33132    📞 305-373-9699 | 📠 305-373-6437    ✉ miami@russianconsulate.org

**Ukraine (Honorary)**    220 Alhambra Circle, Suite 310, Coral Gables, FL 33134    📞 305-456-8281 | 📠 305-456-8282    ✉ info@ukraineconsulatemiami.com



# EXHIBIT 11

**From:** Sierra, Jose S <Jose.S.Sierra@ice.dhs.gov>
**Sent:** Tuesday, September 16, 2025 1:21 PM
**To:** Derek Snider <dsnider@criticalresponsestrategies.com>
**Cc:** Herrera, Israel O <Israel.O.Herrera@ice.dhs.gov>
**Subject:** Alligator Alcatraz Facility Walkthrough on Thursday 8/21/2025

Good afternoon Warden Snider,

Please see below and attached the findings from out audit of AA.

Thank you,

# Jose S. Sierra

Supervisory Detention and Deportation Officer
Miami Field Office-Krome SPC
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk**: 305-207-2211 **Cell**: 305-968-4544

**From:** Sanchez, Michael T <Michael.T.Sanchez@ice.dhs.gov>
**Sent:** Thursday, August 21, 2025 4:40 PM
**To:** Sierra, Jose S <Jose.S.Sierra@ice.dhs.gov>
**Cc:** Blanco, Ivan I <Ivan.I.Blanco@ice.dhs.gov>; Krome Compliance
<KromeCompliance@icegov.onmicrosoft.com>
**Subject:** Alligator Alcatraz Facility Walkthrough on Thursday 8/21/2025

Good afternoon,

The Krome Compliance Team conducted a facility walkthrough at Alligator Alcatraz (South Florida Soft Sided Facility) on Thursday 8/21/2025.

The purpose of this walkthrough was to perform an inspection measuring compliance with the Non-dedicated Intergovernmental Service Agreement Standards (IGSA).

The team consisted of DO I. Blanco, DO G. Machado, DO M. Sanchez and SDDO J. Sierra.

The areas visited were the housing units, cafeteria, food service area, SMU, medical, intake/processing, property, control and attorney visitation.

Today's visit focused on addressing the corrections from the walkthrough on Thursday 8/21/2025.

All prior findings have been corrected and highlighted below.

At this time, the Florida South Florida Soft Sided Facility appears to be in compliance with IGSA standards.

This email serves as a progress report to update ERO Miami on confirmed corrections and completed updates.

**Section I. SECURITY:**

**A. Secure Detention Facility Operation**- The service provider shall develop and maintain policy and procedures to ensure the safety and security of the ICE detainee population, and the orderly operation of the detention facility.

*The facility has provided copies of their Policies and Post Orders (Pictures Attached).*

**C. Intake-** The Service Provider shall implement written policies and procedures for the intake and reception of newly arriving ICE detainees.

*The facility has provided copies of their Policies and Post Orders/procedures to include intake and reception of newly arriving ICE detainees.*

- Upon admission to the facility, each detainees hall be provided with a copy of the *ICE National Detainee Handbook* and information (in a language and manner they understand) about detention facility policies, prohibited acts, rules, and procedures.
  The facility has provided copies of the National Detainee Handbook in multiple languages and has been printing and issuing the handbooks during the intake process as of the beginning of last week.

- Any detainee identification documents the Service Provider discovers shall be immediately secured and turned over to ICE.
  A procedure was established at the facility in order for them to collect, store and turn over all identification documents to ICE.

**F. Disciplinary System**-The Service Provider shall have a detainee disciplinary system with progressive levels of reviews, appeals, procedures, and documentation with consequences imposed commensurate with the severity of the committed prohibited act.

*The facility has established a process for a disciplinary system to include reviews, appeals, procedures and consequences imposed* (picture attached).

**G. Segregation**- The ICE detainee shall be informed why he or she is being placed in segregation prior to or as close to the beginning of the placement as possible.
*The facility has developed a process to include the disciplinary charges in their notification of the detainees being placed in SMU. Daily, weekly and monthly notifications will be provided by the facility as needed* (picture attached).

- This includes the ability to write, send, and receive mail/correspondence; access to law library services and personal legal materials; 4 opportunities for legal visitation; and access to telephones, commissary, library, religious guidance, and recreation unless there are documented reasons for withholding those privileges.
  The facility has implemented a process to provide detainees in segregation access to writing, the law library, visitation, telephones, and religious services.

- The facility administrator must notify ICE/ERO in writing as soon as possible of the placement of the ICE detainee in segregation and of their subsequent release from segregation. The facility has implemented a process for notifying ICE of segregation intakes and exits on a daily, weekly or monthly basis as needed.

**H. Sexual Abuse and Assault Prevention and Intervention-** The Service Provider shall comply with applicable laws and regulations, including the DHS PREA regulations at 6 C.F.R. part 115, and shall have written policies and procedures to appropriately prevent, detect, and respond to, as well as to report and investigate, allegations of sexual abuse or assault.

*The facility has hired a full-time PREA Investigator, with the required specialized training certification. The facility has  designated this investigator as a Prevention of Sexual Assault Coordinator (PSA).*

**I. Staff-Detainee Communication-** The Service Provider shall allow ICE detainees opportunities for informal contact with detention facility managerial and supervisory staff and shall coordinate with the local ICE/ERO field office to provide ICE detainees opportunities to regularly communicate with ICE/ERO staff in person and in writing. ICE detainee written correspondence shall be delivered to ICE/ERO staff without reading, altering, or delaying such requests.
*The facility has implemented a process for staff-detainee communication. The facility has provided access to detainee request forms and the detainee grievance forms, in all housing areas. The facility will collect the forms and forward all ICE-related requests or grievances to ICE. Medical request forms will be collected and addressed by medical staff only* (picture attached).

- The Service Provider shall have established processes to facilitate detainee communication in cases where a detainee has limited English proficiency, is illiterate, or has a communication disability (e.g., hearing or visual impaired), in accordance with the Section III.F of these standards. The facility is utilizing a LEP Language  proficiency form and has developed a process for detainees to communicate that have limited English proficiency, are illiterate, or have a communication disability.

**L. Detention Files-**The Service Provider will create a detention file (hard copy or electronic) for each ICE detainee booked into the facility for more than 24 hours. The detention file will contain copies or original documents generated during the ICE detainee's time at the facility, including classification sheets, grievances and any dispositions, all forms associated with administrative and/or disciplinary segregation, property inventory sheets, any forms that the detainee signed, etc. Detention files shall be maintained in a secure location with controlled access and promptly produced to ICE upon request or accessible to ICE. Copies of ICE detainee detention file documents shall be forwarded to the receiving facility/office at the request of supervisory personnel.

The facility has implemented a process for creating files that will maintain records of all collected information during the duration of the detention stay.

**M. Hold Rooms-** Each hold room will have a posted maximum capacity rate, in accordance with the applicable safety code(s).

*The facility has posted maximum capacity rates, as well as emergency evacuation diagrams to include staging areas for each building* (picture attached)..

Facilities shall maintain a detention log (hard copy or electronic) for each holding cell physically occupied by a detainee(s). Visual checks will occur at random intervals not to exceed 15 minutes and will be annotated in the respective log.

The facility has developed a process for maintaining a detention log for each holding cell and will perform visual checks that will occur at random intervals not to exceed 15 minutes; all checks will be documented into the log (picture attached).

### Section III. CARE:

**E. Disability Identification, Assessment, and Accommodation-** The Service Provider shall ensure effective communication with ICE detainees with disabilities, which may include the provision of auxiliary aids, such as Augmented Alternative Communication Device (AAC), materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, sound amplifiers, hearing aids, telecommunications devices for deaf persons (TTYs), video remote interpreting services, interpreters, including sign language interpreters, and note takers, as needed.

The facility has developed a process to  provide access to sign language interpreters, video remote interpreters, braille, and hearing aids as needed by the detainee population. Additionally, the facility has plans to purchase a TTY phone system.

### Section IV. ACTIVITIES:

**C. Visitation: Family and Legal Representatives-** The Service Provider shall afford ICE detainees the opportunity for family visitation, consistent with existing policies and procedures. The Service Provider shall post the visitation rules and hours where ICE detainees can easily see them, including in the housing units. The Service Provider's rules specify time limits for visits: 30 minutes minimum, under normal conditions. ICE/ERO encourages more generous limits, when possible, especially for family members traveling significant distances to visit.

The facility currently has a legal visitation area. The facility has implemented a process to facilitate the opportunity for family visitation via a virtual process utilizing the zoom application and computers inside the facility.

**D. Law Library**-The Service Provider shall provide a law library in a designated room, or a suitable area. The area or room will have sufficient space and resources to facilitate detainees' legal research and writing and will have access to legal materials and equipment including a computer, printer, photocopier, paper, and writing instruments. ICE will provide electronic versions of all required publications. Facilities are required to have at least one hardcopy of ICE provided legal orientation materials in English and Spanish, available for detainee use. Each detainee shall be permitted to use the law library for a minimum of five hours per week.

A law library area has been identified and established. The facility has purchased and made available computers, printers and copying machines , with paper/written options available. ICE has provided the facility with the most up to date version of Lexis Nexus and uploaded it into their computers (picture attached).

**Section V. JUSTICE:**

**B. Consular Notification and Access-** According to international agreements and federal regulation, 8 C.F.R. § 236.1(e), the Service Provider shall ensure that all ICE detainees are able to contact and receive visits from their consular officers and receive notice of that right upon arrival. Detainees may decline contact with consular officials. Consular visits may be permitted at additional times outside normal visitation hours, with the Service Provider's prior authorization. To conduct such visits, consular officers must present U.S. Department of State-issued identification. The Service Provider may work with the local ICE/ERO field office to coordinate consular access. The Service Provider shall contact the local ICE/ERO field office with any questions or concerns about consular access.

The facility already has a procedure in place for consular visits.  The facility has held multiple consular visits as of this date.

**Section VI. NOTIFICATIONS, ACCESS, AND POSTINGS:**

**C. ICE Postings-**ICE will furnish postings to the Service Provider which shall be posted in conspicuous areas of the detention facility, such as ICE detainee housing units or common areas.

The facility has posted the most recent ICE required postings and has distributed them among the population via binders that are easily accessible (picture attached).

Respectfully,

Michael Sanchez
Deportation Officer
Miami Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
305-207-2128

# <u>EXHIBIT 12</u>

 Outlook

---

**Re: Attorney video or phone call**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Fri 7/25/2025 9:42 PM

**To** Johan Gutierrez <johgutcad@gmail.com>

Dear Counsel;

The Zoom Visit has been scheduled for Gustavo Adolfo Lopez Hernandez A#221444135. Please see all the details below:

Date: Jul 29, 2025, 09:00 AM Eastern Time (US and Canada)

Meeting ID: 845 3489 7707
Passcode: 002261

Zoom Link ID: https://us06web.zoom.us/j/84534897707?pwd=HxtbucoP2UnIeJr26qQw3L7jVTPZcd.1

Respectfully,

Southern Detention Coordination Team

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Friday, July 25, 2025 10:41 AM
**To:** Johan Gutierrez <johgutcad@gmail.com>
**Subject:** Re: Attorney video or phone call

Counsel;
Your video visit is scheduled for July 29, 2025 at 9 am. You will receive a Zoom link to access the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Johan Gutierrez <johgutcad@gmail.com>
**Sent:** Friday, July 25, 2025 8:14 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Attorney video or phone call

## ⬧ **Security Awareness**

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

Report Email          Trust Email

Very well,

Anytime next week is fine with me. Please schedule for as soon as possible.

Thank you officer.

On Thu, Jul 24, 2025 at 4:19 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
>
> We are unable to accommodate the visit date you requested.  Please submit several dates and times that fit your schedule. The more options you provide for dates and times, the better we can accommodate.  We are currently scheduling into next week.
>
>
> Respectfully,
>
> Southern Detention Coordination Team

---

**From:** Johan Gutierrez <johgutcad@gmail.com>
**Sent:** Thursday, July 24, 2025 7:47 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Attorney video or phone call

Goor Morning Officer,

Please see the attached forms, the G28 is unsigned so that the client may sign it.
it is important to speak to him today at any time. The client has court tomorrow.

Thank you
Johan Gutierrez Esq.

On Wed, Jul 23, 2025 at 11:07 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
>
> To facilitate a video visit, please send:
>
> - Completed legal counsel visitation form (attached)
> - The dates and times you request for your video visit. The more options you provide for dates and times, the better we can accommodate.
> - Completed Form G28
>
>
> Respectfully,
>
> Southern Detention Coordination Team

---

**From:** Johan Gutierrez <johgutcad@gmail.com>
**Sent:** Wednesday, July 23, 2025 1:32 PM
**To:** southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Attorney video or phone call

Good afternoon, I would like to schedule an attorney call for the following Detainee
He has a hearing on Friday and I need to be able to speak to him ASAP, either today or tomorrow.

LOPEZ HERNANDEZ, GUSTAVO ADOLFO
Alien #221-444-135
COLOMBIA
DOB: 09/12/1995
Attached is the E28, My FL Drivers License and BAR Card.

Johan Gutierrez Esq
Gutierrez Legal PA
13550 N Kendall Dr. Suite 220
786-663-5415

*This email has been scanned by Inbound Shield.*

# **EXHIBIT 13**

 Outlook

---

**Re: In-person visit - August 14, 2025**

---

**From**  Anita Zela <azela@criticalresponsestrategies.com>
**Date**  Mon 8/11/2025 2:51 PM
**To**  Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>; TNT - Legal <legal@privacy6.com>
**Cc**  AZUCENA CARRASCO <acarrasco@criticalresponsestrategies.com>; JASON MOYER <jmoyer@criticalresponsestrategies.com>; Linda Lopez <linda.lopez@privacy6.com>; MIKE PAGNOTTA <mpagnotta@criticalresponsestrategies.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; harry.wilson@nakamotogroup.com <harry.wilson@nakamotogroup.com>

---

🛡️ **Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email        Trust Email

---

Noted, Thank you

Warm Regards,
Anita Zela
Project Manager
Phone:(347) 703-9574



---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 11, 2025 2:49 PM
**To:** Oscar Flores <oscar.flores@privacy6.com>; Martin Soto <martin.soto@privacy6.com>
**Cc:** Azucena Carrasco <acarrasco@criticalresponsestrategies.com>; Anita Zela <azela@criticalresponsestrategies.com>; Jason Moyer <jmoyer@criticalresponsestrategies.com>; Linda Lopez <linda.lopez@privacy6.com>; Mike Pagnotta <mpagnotta@criticalresponsestrategies.com>; Steve Robinson <steve.robinson@nakamotogroup.com>; harry.wilson@nakamotogroup.com <harry.wilson@nakamotogroup.com>
**Subject:** In-person visit - August 14, 2025

Hello,

An in-person visit is scheduled for August 14 beginning at 9:00 am. The below detainees are scheduled for a 30 minute interview. The attorney's information is listed below.

Respectfully,

Southern Detention Coordination Team

| Name | Alien# | DOB | COB | |
|------|--------|-----|-----|---|
| 1. Chacon Clavijo, Jovanny Wilmer | 235105466 | 6/3/1962 | Venezuela | 9:00 am |
| 2. Aguilar Carrillo, Rony Ariel | 209001670 | 7/24/1998 | Guatemala | 9:30 am |
| 3. Murillo, Jarson Jhoan | 233255042 | 1/2/1992 | Colombia | 10:00 am |
| 4. Hairon Lazaro Cueto Acosta | 244173253 | 4/ 11/2005 | Cuba | 10:30 am |
| 5. Caesar Duarte Romero | 079473603 | 2/21/1997 | Colombia | 11:00 am |
| 6. Enzo David Aspete | 240160943 | 8/10/1996 | Venezuela | 11:30 am |
| 7. Esbir Miranda, Nicolas | 233160581 | 3/12/1995 | Chile | 12:00 pm |
| 8. Cardona, Jose Manrique | No A#? | 4/14/1978 | Honduras | 12:30 pm |
| 9. Corado, Luis | 043281564 | 7/15/1976 | Guatemala | 1:00 pm |
| 10. Martinez Martinez, Rene Antonio | 246237718 | 5/20/1984 | Nicaragua | 1:30 pm |



**Yanick Laroche**
**Program Coordinator/Senior Paralegal, Detention Program**
6355 N.W. 36th Street, Suite 309 | Miami, FL 33166
O: 305-573-1106, ext. 1680 | F: 305-576-6273

ylaroche@aijustice.org | aijustice.org     





*This email has been scanned by Inbound Shield.*

# EXHIBIT 14

 Outlook

---

**Re: URGENT Attorney Request for Visitation**

---

From   TNT - Legal <legal@privacy6.com>
Date   Thu 8/21/2025 11:18 AM
To     Troy Elder <telder@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>

Counsel;
The detainees you were scheduled to visit have been transferred by ICE. The visits are therefore canceled. We have no information on their current location.

Respectfully,

Southern Detention Coordination Team

---

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Thursday, August 21, 2025 7:05 AM
**To:** Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Subject:** Re: URGENT Attorney Request for Visitation



🛡️ **Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email     Trust Email

Dear Officers,

I am standing by for these visits.

Please provide me with the video link.

Thank you.



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org  f 🟠 ▶ 🐦 in

---

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Wednesday, August 20, 2025 10:44 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; legal@privacy6.com <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officers,

Due to a logistical challenge, I request that these be VIDEO visits tomorrow, in lieu of in-person.

Thank you.



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org  f 🟠 ▶ 🐦 in

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Wednesday, August 20, 2025 9:40 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; legal@privacy6.com <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officers,

Thank you.

Confirming my arrival tomorrow no later than 7:45 a.m.

I will be visiting the requested detainees alone (no paralegals or interpreters).

Sincerely,



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org  f ⚫ ⚫ y in

---

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 18, 2025 11:42 PM
**To:** Troy Elder <telder@aijustice.org>; Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Counsel;
These in-person visits are scheduled for August 21, 2025, beginning at 8 am and going through 5 pm. Please arrive 15 minutes early for processing and ensure that everyone in your party brings appropriate identification. Thank you.

Respectfully,

Southern Detention Coordination Team

---

**From:** Troy Elder <telder@aijustice.org>
**Sent:** Monday, August 18, 2025 8:01 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
**Cc:** Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Officer,

Yes, please; individual meetings.  Half-hour increments would be ideal.

Please send us the schedule when you are able.

We may need to shuffle among our attorneys, depending on availability, as I hope you will understand.

Thanks,

Troy



**Troy E. Elder, Esq.** (he/him)
**Director, Detention Program**
P.O. Box 520037
Miami, FL 33152
O: 305-573-1106, ext. 1620 | F: 305-576-6273
telder@aijustice.org | aijustice.org  f ⚫ ⚫ y in

**From:** TNT - Legal <legal@privacy6.com>
**Sent:** Monday, August 18, 2025 12:54 PM
**To:** Yanick Laroche <ylaroche@aijustice.org>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>; Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** Re: URGENT Attorney Request for Visitation

Dear Counsel,

Do you wish to meet with the detainees individually?

Respectfully,

Southern Detention Coordination Team

---

**From:** Yanick Laroche <ylaroche@aijustice.org>
**Sent:** Monday, August 18, 2025 11:48 AM
**To:** TNT - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>
**Cc:** Troy Elder <telder@aijustice.org>; Philip Issa <pissa@aijustice.org>; Sandra Cherfrere <scherfrere@aijustice.org>
**Subject:** URGENT Attorney Request for Visitation

Dear Officer:

This is an urgent request by Attorneys Troy Elder, Sandra Cherfrere, & Philip Issa to meet with the following detainees:

| | Name | Alien# | DOB | COB |
|---|---|---|---|---|
| 1. | Marlon Eduardo Vargas Calixto | 246022755 | 10/4/1984 | Venezuela |
| 2. | Nelson Javier | 232238430 | 12/14/1980 | Nicaragua |
| 3. | Pedro Luis Rodriguez | 022761597 | 10/02/1975 | Cuba |
| 4. | Mauricio Rivera Santos | 240868927 | 2/13/1975 | Nicaragua |
| 5. | Luis David Parra Graterol | 244816256 | 1/26/1975 | Venezuela |
| 6. | Yeriel Caridad Hernandez Alvarez | 246230307 | 2/4/1997 | Cuba |
| 7. | Francisco Tomas Francisco | 216394688 | 8/14/2002 | Guatemala |
| 8. | Nemias Abdiel De Leon Miranda | 243057060 | | El Salvador |
| 9. | Roberto Morell | | 2/18/1970 | Cuba |
| 10. | Ricardo Francisco Tomas | 240375050 | 2/23/1979 | Guatemala |
| 11. | Rolando Rosada | 203695508 | | |
| 12. | Gary Camacho Guzman | 240382645 | 2/22/1976 | Peru |
| 13. | Ariel Josue Vallejo Vindas | 204287523 | 3/24/1993 | Costa Rica |
| 14. | Elvin Campos | | 2/9/1987 | Nicaragua |
| 15. | Jose Roberto Lopez Martinez | | 10/2/1984 | Guatemala |
| 16. | Jose Humberto Fajardo | 245222354 | 6/7/1995 | Venezuela |
| 17. | Pablo Francisco Castro Badilla | 099466455 | 10/9/1981 | Costa Rica |
| 18. | Juan Pablo Castro Velasquez | 205905915 | 8/5/1979 | Mexico |
| 19. | Dani Ruben Corado Garcia | 215663754 | 10/8/2001 | Guatemala |
| 20. | Jose Manrique Cardona | 095053820 | 4/14/1978 | Honduras |
| 21. | Jorge Andrade | 078403648 | 08/19/1990 | Mexico |

We have attached the following documentation:
- Copies of the attorneys' identification and proof of bar admission
- Forms G-28 for Troy Elder, Sandra Cherfrere, & Philip Issa
- Legal Visitation Forms

The attorneys are available on any of these dates and times for in-person, telephonic, or video visits with the detainees:

- Tuesday, August 19, 9:00 AM
- Thursday, August 21, 9:00 AM
- Friday, August 22, at 9:00 AM

Please call me at (305) 573-1106 Ext. 1680/1620 or via email ylaroche@aijustice.org with any questions or concerns.

Thank you

Yanick



**Yanick Laroche**
**Program Coordinator/Senior Paralegal, Detention Program**
6355 N.W. 36th Street, Suite 309 | Miami, FL 33166
O: 305-573-1106, ext. 1680 | F: 305-576-6273

ylaroche@aijustice.org | aijustice.org



**SB 1718 Resources**

SB 1718 has created new challenges for immigrants in Florida.
Click here for fact sheets, videos, and other resources to help
you know the law, know your rights, and protect our
immigrant community.

Americans for
Immigrant Justice

NOTICE: This electronic message transmission was sent by an attorney or at the direction of an attorney and contains information which may be confidential and/or privileged. The electronic message and any attachments are confidential property of the sender. The information contained herein is intended only for the use of the intended recipient(s). Interception, copying, accessing, disclosure, distribution, or use of this message or any attachments by any person other than an intended recipient is prohibited.

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# **EXHIBIT 15**

**From:** Alberto Cayetano <acayetano@cayetanolaw.com>
**Sent:** Wednesday, August 27, 2025 2:48 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alcatraz Detainee

Thank you.
On 08/27/2025 2:26 PM EDT TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel,

Your visit is scheduled for September 3 at 1:30 pm. Please arrive 15 minutes early to facilitate
processing and bring identification.

Respectfully,

Southern Detention Coordination Team

**From:** Alberto Cayetano <acayetano@cayetanolaw.com>
**Sent:** Wednesday, August 27, 2025 1:20 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alcatraz Detainee

That works. Thank you.
On 08/27/2025 2:13 PM EDT TNT - Legal <legal@privacy6.com> wrote:

September 3 at 1:30?

**From:** Alberto Cayetano <acayetano@cayetanolaw.com>
**Sent:** Wednesday, August 27, 2025 12:54 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alcatraz Detainee

That date does not work for me because I have court all day. Would there be anything available for
September 3rd?
On 08/27/2025 12:52 PM EDT TNT - Legal <legal@privacy6.com> wrote:

Dear Counsel,

You are tentatively scheduled for an in-person visit with your client on August 28 at 10:00 a.m.
Please let us know if this date and time works for you so we can finalize the details.

Respectfully,

Southern Detention Coordination Team

**From:** Alberto Cayetano <acayetano@cayetanolaw.com>
**Sent:** Wednesday, August 27, 2025 11:03 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Alcatraz Detainee

Attached is my G28 and the Visitation Form.
On 08/27/2025 10:24 AM EDT TNT - Legal <legal@privacy6.com> wrote:


Dear Counsel,

To facilitate an in-person or video visit, please:
-designate the type of visit
-complete the attached legal counsel visitation form
-submit ICE form G-28

We will schedule the visit once we receive the required documentation.

Respectfully,

Southern Detention Coordination Team

**From:** Alberto Cayetano <acayetano@cayetanolaw.com>
**Sent:** Wednesday, August 27, 2025 9:19 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Alcatraz Detainee

Good morning,
I am seeking a way to communicate with my client detained at Alcatraz. Please advise how to proceed.
Thank you.
Alberto A. Cayetano, Esq.
The Law Office of Alberto A. Cayetano, P.A.
33 S.W. 2nd Ave.
Suite 404
Miami, FL 33130
PH: 954-965-2000

*This email has been scanned by Inbound Shield and released according to admin's rule.*

Alberto A. Cayetano, Esq.
The Law Office of Alberto A. Cayetano, P.A.
33 S.W. 2nd Ave.
Suite 404
Miami, FL 33130
PH: 954-965-2000

Alberto A. Cayetano, Esq.
The Law Office of Alberto A. Cayetano, P.A.
33 S.W. 2nd Ave.
Suite 404
Miami, FL 33130
PH: 954-965-2000

Alberto A. Cayetano, Esq.
The Law Office of Alberto A. Cayetano, P.A.
33 S.W. 2nd Ave.
Suite 404
Miami, FL 33130
PH: 954-965-2000

Alberto A. Cayetano, Esq.
The Law Office of Alberto A. Cayetano, P.A.
33 S.W. 2nd Ave.
Suite 404
Miami, FL 33130
PH: 954-965-2000

# EXHIBIT 16

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Monday, September 15, 2025 9:34 AM
**To:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Cc:** Geraldo Salcedo <geraldo@sanctuaryofthesouth.com>; Alejandra Puerto <alejandra@sanctuaryofthesouth.com>;
Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Subject:** Re: Legal visit request Héctor Fabio Cortés Ramírez (A# A240-679-000) External Inbox

Good morning,

This email is to inform that the detainee Hector Fabio Cortes Ramirez A#240679000, was transferred by ICE
and is no longer at South Florida Detention Facility.

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Thursday, September 11, 2025 5:08 PM
**To:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Cc:** Geraldo Salcedo <geraldo@sanctuaryofthesouth.com>; Alejandra Puerto <alejandra@sanctuaryofthesouth.com>;
Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Subject:** Re: Legal visit request Héctor Fabio Cortés Ramírez (A# A240-679-000) External Inbox

Dear Counsel,

Your visit is scheduled for 9/15/2025 at 10:00 a.m. Please arrive 15 minutes early for processing. You will be
required to provide identification for entrance.

Respectfully,
Florida Detention Team

---

**From:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Sent:** Thursday, September 11, 2025 4:00 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Cc:** Geraldo Salcedo <geraldo@sanctuaryofthesouth.com>; Alejandra Puerto <alejandra@sanctuaryofthesouth.com>;
Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Subject:** Legal visit request Héctor Fabio Cortés Ramírez (A# A240-679-000) External Inbox

Good afternoon,

Can I please schedule a legal visit with my client? I have attached the legal visit request form and a G28, which will
require his signature when we meet. I would also like to request that SOS paralegal, Geraldo Salcedo, be allowed to
attend.

Please let me know if you need anything further to facilitate this request.

Thank you,

--
Katie Blankenship

Founding Partner
Sanctuary of the South (SOS) Legal
www.sanctuaryofthesouth.com
786-671-8133



*This email has been scanned by Inbound Shield and released according to admin's rule.*

# **EXHIBIT 17**

## ◻ Outlook

---

**[Inbound Shield] Threat detected for 2 emails**

---

**From** Inbound Shield <service@trustifi.com>

**Date** Mon 8/25/2025 10:58 AM

**To** TNT - Legal <legal@privacy6.com>



Please see below your quarantined emails report from the last 3 hours, arranged according to threat type.

Click on the link in each row to review specific emails.

To get the most recently updated quarantined emails report click here.

### Spam Emails (1)

| **Attorney Client Visit Request** | **Quarantined** |
|---|---|
| From: **jose@jfloreslaw.com** \| Mailbox: **legal@privacy6.com** \| Mon, Aug 25 2025, 2:24 PM GMT+00:00 | |
| | Review \| Blocklist \| Release |

### Graymail Emails (1)

| **Keep on Zoomin'!** | **Quarantined** |
|---|---|
| From: **john.ramirez@zoom.us** \| Mailbox: **legal@privacy6.com** \| Mon, Aug 25 2025, 1:10 PM GMT+00:00 | |
| | Review \| Blocklist \| Release |

Review all emails

# EXHIBIT 18

 Outlook

---

**Re: Homero Perez Camacho A 221-447-598**

---

**From**  SFDF - Legal <legal@privacy6.com>

**Date**  Tue 9/16/2025 8:34 AM

**To**  Kenia Garcia <kenia@gqlawgroup.com>

Good morning,

This email is to inform you that the detainee, Homero Perez Camacho A#221447598, is currently in the process of being transferred by ICE; therefore, your visit will not take place as scheduled.


Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Monday, September 15, 2025 8:34 PM
**To:** Kenia Garcia <kenia@gqlawgroup.com>
**Subject:** Re: Homero Perez Camacho A 221-447-598

Dear Counsel,

Your visit is scheduled for September 16th at 1:00pm. Please arrive 15 minutes early for processing and kindly bring your Bar Card.

Respectfully,

Florida Detention Team

---

**From:** Kenia Garcia <kenia@gqlawgroup.com>
**Sent:** Monday, September 15, 2025 7:14 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Cc:** Eunice Cho <echo@aclu.org>
**Subject:** Re: Homero Perez Camacho A 221-447-598

### 🛡 Security Awareness

❌ The email came from an external source.

✅ The email was sent from a known contact.

Report Email          Trust Email

Hello, in response to your request, please find attached a completed form and G28.



Kenia Garcia,
Attorney at Law
Garcia & Qayum Law Group, P.A.
3475 West Flagler Street
Miami, FL 33135
(305)230-4020 ph
(305)503-7370 fax
Kenia@GQLawGroup.com

On Sep 11, 2025, at 7:34 PM, SFDF - Legal <legal@privacy6.com> wrote:

Dear Counsel,

To facilitate a visit (in-person and video) please submit ICE Form G-28 and the attached legal counsel visitation form.

Respectfully,
Florida Detention Team

**From:** Kenia Garcia <kenia@gqlawgroup.com>
**Sent:** Thursday, September 11, 2025 4:32 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Homero Perez Camacho A 221-447-598

Good afternoon, I represent Mr. Perez Camacho A 221-447-598, I would like to request either in person or virtual visit with my client please.

Kenia Garcia,
Attorney at Law
Garcia & Qayum Law Group, P.A.
3475 West Flagler Street
Miami, FL 33135
(305)230-4020 ph
(305)503-7370 fax
Kenia@GQLawGroup.com

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# **EXHIBIT 19**

 Outlook

---

**Re: URGENT: Legal Visitation Request – Yuniel FIGUEREDO CORRALES (A# 240-564-647)**

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Mon 8/11/2025 10:33 AM

**To** Vilerka Bilbao <vilerka@bilbaolaw.com>

The Zoom Visit has been scheduled for the Detainee Yuniel Figueredo Corrales A#240564647. Please see all the details below:

Date: Aug 11, 2025, 12:00 PM Eastern Time (US and Canada)
Meeting ID: 843 0762 7373
Passcode: 443262

Zoom Link: https://us06web.zoom.us/j/84307627373?pwd=hrnRTGGrekqL5jSCCbJlbeFz5HqSr0.1

Respectfully,

Southern Detention Coordination Team

---

**From:** Vilerka Bilbao <vilerka@bilbaolaw.com>
**Sent:** Monday, August 11, 2025 9:25 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: URGENT: Legal Visitation Request – Yuniel FIGUEREDO CORRALES (A# 240-564-647)

### ❖ Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email          Trust Email

Good morning,

Could I please get the **zoom information** for today's legal visitation call with my client **Yuniel FIGUEREDO CORRALES?**

Aug 11 at 12PM EST

**Thank you.**

**Vilerka Solange Bilbao, Esq.**



5911 Timuquana Road, Suite 301
Jacksonville FL 32210
Ph./Tel.: (904) 300-0825
*Hours of Operation /Horas de Operación:*
Monday through Friday / Lunes a Viernes
9AM - 5PM EST



**English:** This communication may contain privileged or confidential information and is intended only for the use of the person named above.  If you are not the intended recipient, or you have received this in error, do not print, copy, distribute or use the information as it is strictly prohibited. You must indicate to the sender that you received this email in error, and delete the copy you receive.  This email is covered by the Electronics Communications Privacy Act, 18 U.S. C. §§ 2510-2521, and is legally privileged. It may also be protected under the attorney-client privilege & the attorney work product doctrine.

**Español:** Esta comunicación puede contener información privilegiada o confidencial y está destinada únicamente para el uso de la persona mencionada anteriormente. Si no es el destinatario previsto, o lo ha recibido por error, no imprima, copie, distribuya ni utilice la información, ya que está estrictamente prohibido. Debe indicar al remitente que recibió este correo electrónico por error y eliminar la copia que recibe. Este correo electrónico está cubierto por la Ley de Privacidad de Comunicaciones Electrónicas, 18 U.S. C. §§ 2510-2521, y es legalmente privilegiado. También puede estar protegido por el privilegio abogado-cliente & la doctrina del producto del trabajo del abogado.

On Wed, Aug 6, 2025 at 3:48 PM TNT - Legal <legal@privacy6.com> wrote:
Dear Counsel;
Your video visit is scheduled for August 11 at 12 pm. You will receive a Zoom link prior to the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Vilerka Bilbao <vilerka@bilbaolaw.com>
**Sent:** Wednesday, August 6, 2025 2:31 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: URGENT: Legal Visitation Request – Yuniel FIGUEREDO CORRALES (A# 240-564-647)

August 11 at 12PM through video please.

**Vilerka Solange Bilbao, Esq.**



5911 Timuquana Road, Suite 301
Jacksonville FL 32210
Ph./Tel.: (904) 300-0825

*Hours of Operation /Horas de Operación:*
Monday through Friday / Lunes a Viernes
9AM - 5PM EST



**English:** This communication may contain privileged or confidential information and is intended only for the use of the person named above.  If you are not the intended recipient, or you have received this in error, do not print, copy, distribute or use the information as it is strictly prohibited. You must indicate to the sender that you received this email in error, and delete the copy you receive.  This email is covered by the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. It may also be protected under the attorney-client privilege & the attorney work product doctrine.

**Español:** Esta comunicación puede contener información privilegiada o confidencial y está destinada únicamente para el uso de la persona mencionada anteriormente. Si no es el destinatario previsto, o lo ha recibido por error, no imprima, copie, distribuya ni utilice la información, ya que está estrictamente prohibido. Debe indicar al remitente que recibió este correo electrónico por error y eliminar la copia que recibe. Este correo electrónico está cubierto por la Ley de Privacidad de Comunicaciones Electrónicas, 18 U.S.C. §§ 2510-2521, y es legalmente privilegiado. También puede estar protegido por el privilegio abogado-cliente & la doctrina del producto del trabajo del abogado.

On Wed, Aug 6, 2025 at 2:05 PM TNT - Legal <legal@privacy6.com> wrote:
> Dear Counsel;
> The first available is an in-person visit August 7, 8, or 9. The first available video visit is August 11 at 12 pm. Please advise as to your preference.
>
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> _____
>
> **From:** Vilerka Bilbao <vilerka@bilbaolaw.com>
> **Sent:** Wednesday, August 6, 2025 10:28 AM
> **To:** Admin SD <admin@southerndetention.com>; southfacility@em.myflorida.com <southfacility@em.myflorida.com>; TNT - Legal <legal@privacy6.com>
> **Subject:** Fwd: URGENT: Legal Visitation Request – Yuniel FIGUEREDO CORRALES (A# 240-564-647)

Dear Southern Detention Coordination Team,
I am submitting a legal visitation to speak to my client Mr. **Yuniel Figueredo Corrales (A# 240-564-647).**
I am available and prepared to meet with my client through **the fastest available medium permitted by the facility (video or telephone is preferred)**.
I am proposing the following new windows of availability for a virtual legal visit:

- **Friday, August 8: 12:00PM (EST)**
- **Monday, August 11: 12PM or 4PM (EST)**

Please confirm the scheduled visitation at your earliest convenience. For phone call, I ask that the facility please dial my direct line at **(904) 514-3655**.

Attached to this email, please find:

- A completed Form G-28 (Notice of Appearance)
- A copy of my Florida Bar card
- A copy of my government-issued Florida ID
- Attorney Visitation Request Forms for **each proposed date**

I remain available and committed to speaking with my client as soon as possible. Please advise if any additional information is needed to confirm the visit. Thank you in advance for your attention to this matter.
Sincerely,

**Vilerka Solange Bilbao, Esq.**



5911 Timuquana Road, Suite 301
Jacksonville FL 32210
Ph./Tel.: (904) 300-0825
*Hours of Operation /Horas de Operación:*
Monday through Friday / Lunes a Viernes
9AM - 5PM EST

**English:** This communication may contain privileged or confidential information and is intended only for the use of the person named above. If you are not the intended recipient, or you have received this in error, do not print, copy, distribute or use the information as it is strictly prohibited. You must indicate to the sender that you received this email in error, and delete the copy you receive. This email is covered by the Electronics Communications Privacy Act, 18 U.S. C. §§ 2510-2521, and is legally privileged. It may also be protected under the attorney-client privilege & the attorney work product doctrine.

**Español:** Esta comunicación puede contener información privilegiada o confidencial y está destinada únicamente para el uso de la persona mencionada anteriormente. Si no es el destinatario previsto, o lo ha recibido por error, no imprima, copie, distribuya ni utilice la información, ya que está estrictamente prohibido. Debe indicar al remitente que recibió este correo electrónico por error y eliminar la copia que recibe. Este correo electrónico está cubierto por la Ley de Privacidad de Comunicaciones Electrónicas, 18 U.S. C. §§ 2510-2521, y es legalmente privilegiado. También puede estar protegido por el privilegio abogado-cliente & la doctrina del producto del trabajo del abogado.

*This email has been scanned by Inbound Shield.*

# **EXHIBIT 20**

 Outlook

---

## Re: In-Person Legal Visit Morning of 7/30

---

**From** TNT - Legal <legal@privacy6.com>

**Date** Thu 7/31/2025 12:36 PM

**To** Mich Gonzalez <mich@sanctuaryofthesouth.com>

**Cc** Katie Blankenship <katie@sanctuaryofthesouth.com>

---

Dear Counsel;
This facility does facilitate legal visits as you stated. However, if the visit schedule is full on the requested times, other times are offered. Other attorneys have scheduled their visits prior to your request, and we do not cancel legal visits when we get later requests. As stated, the earliest availability we have for a legal visit is Monday, August 4, 2025. If you wish to have a visit that day, please submit a completed G28 and let us know what time you would like to visit. Otherwise, a video visit can be arranged for today at 5 p.m. or tomorrow at 5 p.m.

Respectfully,

Southern Detention Coordination Team

---

**From:** Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Sent:** Thursday, July 31, 2025 11:09 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Subject:** Re: In-Person Legal Visit Morning of 7/30

### 🔹 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

**Report Email**        **Trust Email**

Good day:

Although I appreciate receiving a response, this is not acceptable. Our client has been held at this facility since July 5, 2025 for the alleged purpose of facilitating his removal, without any access to in-person legal visitation, and having experienced two serious health emergencies requireing his hospitalization.

I have met my legal obligations as his attorney in providing you my credentials and I must be allowed to visit him as soon as possible and not at some "later date." Under federal regulations, as explained in the Performance Based National Detention Standards for Immigration and Customs Enforcement, he

has a right to legal visitation seven days a week, including holidays, for windows of at least 8 hours per day on weekdays. (**See below**).

Therefore, I respectfully urge your office to inform the dispatch and security officials guarding the facility to let me in to visit with him at my earliest visit. I flew here from New Orleans to meet with my client as it is his constitutional and statutory right to access my counsel immediately. I am willing to drive several hours to the facility tomorrow should your office confirm it is ready to comply with the law.

Thank you again,
Mich P. Gonzalez
Counsel for Mr. Borrego Fernandez

"1. General During legal visitation**, each detainee may meet privately with current or prospective legal representatives and their legal assistants**. 2. Hours **The facility shall permit legal visitation seven days a week, including holidays. It shall permit legal visits for a minimum of eight hours per day on regular business days, and a minimum of four hours per day on weekends and holidays.  The facility shall provide notification of the rules and hours for legal visitation and post the rules prominently in the visiting room. On regular business days, legal visitations may proceed through a scheduled meal period. In such cases, the detainee shall receive a tray or sack meal after the visit.** 3. Persons Allowed to Visit Subject to the restrictions stated below, individuals in the following categories may visit detainees to discuss legal matters:  a. Attorneys and Other Legal Representatives An attorney is any person who is a member in good standing of the bar of the highest court of any state, possession, territory, commonwealth or the District of Columbia, and is not under an order of any court suspending, enjoining, restraining, disbarring or otherwise restricting him or her in the practice of law. A legal representative is an attorney or other person representing another in a matter of law, including law students or law graduates not yet admitted to the bar under certain conditions; Executive Office for Immigration Review accredited representatives; and accredited officials and attorneys licensed outside the United States. **See 8 C.F.R. § 292.1."** ICE PBNDS at Section 5.5 (G) p. 166, available at View the complete 2019 National Detention Standards.

On Wed, Jul 30, 2025 at 2:04 PM TNT - Legal <legal@privacy6.com> wrote:
Dear Counsel,

We are unable to accommodate your request for an in-person interview tomorrow. We can schedule an in-person interview with your clients on Monday, August 4, 2025. What time best suits your schedule?

Please complete the attached Legal Counsel Visitation form and return it as soon as possible so we can finalize your in-person visitation.

Respectfully,

Southern Detention Coordination Team

_____

**From:** Mich Gonzalez <mich@sanctuaryofthesouth.com>
**Sent:** Wednesday, July 30, 2025 11:37 AM
**To:** TNT - Legal <legal@privacy6.com>
**Cc:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Subject:** Re: In-Person Legal Visit Morning of 7/30

Current Client, Michael **Borrego Fernandez, A203 462 954**
Prospective Client, Yasmany **Duarte Gonzalez, A098 l 307 553**

Prospective Client, Imran **Rzaev, A246 729 085**

Hello, again:

I have just come from the facility in the Everglades where I was turned away for an in-person legal visit. I was told to follow up on this thread to obtain confirmation of an approved in-person legal visit. I urgently request that a legal visit be approved for tomorrow. Our current client and prospective clients have the right to access counsel and I should not be required to seek pre-visit approval to meet with them. Therefore, I urge you to please authorize my legal visit for tomorrow morning to ensure that the above-named detainees have meaningful and timely access to counsel.

I have once again attached my credentials for your reference.

Respectfully submitted,

Mich P. Gonzalez, Esq.

On Tue, Jul 29, 2025 at 9:31 AM Mich Gonzalez <mich@sanctuaryofthesouth.com> wrote:
  SOS Client (G28 attached), Michael **Borrego Fernandez, A203 462 954**
  SOS Prospective Client, Yasmany **Duarte Gonzalez, A098 I 307 553**
  SOS Prospective Client, Imran **Rzaev, A246 729 085**

  Good morning:

  I write to inform you that I will be seeking to have in-person legal visits with the above-listed detainees. Please find attached my driver's license and credentials in support of this request for in-person legal visitation.

  Sincerely,
  Mich

  *This email has been scanned by Inbound Shield.*