UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-cv-00747-SPC-KCD

H.C.R., et al.,

*Plaintiffs,*

v.

Kristi Noem, et al.,

*Defendants.*

## BIWEEKLY STATUS REPORT

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order (Doc. 110), the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

On September 17, 2025, the Southern District of New York issued a preliminary injunction and opinion in *Mercado v. Noem*, No. 25-CV-6568 (LAK) (S.D.N.Y. Sept. 17, 2025). The court concluded that restrictions on attorney access to detainees held by Immigration and Customs Enforcement ("ICE") at its 26 Federal Plaza facility violated the First Amendment. Opinion, *Mercado v. Noem*, No. 25-CV-6568 (LAK), 2025 WL 2658779, at *23, *34-35 (S.D.N.Y. Sept. 17, 2025). The court also ordered Defendants to provide confidential, unmonitored, unrecorded, temporally unrestricted, and free outgoing phone calls to counsel within 24 hours of detention;

the ability to schedule legal calls with counsel within six hours of request; installation of one land line telephone for each five detainees; and accurate identification of detainee location on the ICE Online Detainee Locator System. Preliminary Injunction, *Mercado v. Noem*, No. 25-CV-6568 (S.D.N.Y. Sept. 17, 2025), ECF No. 97.

**Defendants' Position:**

The State and Federal Defendants do not have additional updates following the parties' September 22, 2025, status report.

DATED this 26th day of September, 2025.

                                              Respectfully submitted,

/s/ *Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528

AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney


By:   /s/ *Chad C. Spraker*
      CHAD C. SPRAKER
      Assistant United States Attorney
      USA No. 198
      2110 First Street, Ste. 3-137
      Fort Myers, Florida 33901
      Telephone: 239-461-2200
      Fax: 239-461-2219
      Email: chad.spraker@usdoj.gov
      *Counsel for Federal Defendants*

      /s/ *Nicholas J.P. Meros*
      Nicholas J.P. Meros (FBN 120270)

3

                Tara K. Price (FBN 98073)
                Kassandra S. Reardon (FBN 1033220)
                **SHUTTS & BOWEN LLP**
                215 South Monroe Street, Suite 804
                Tallahassee, Florida 32301
                (850) 241-1717
                NMeros@shutts.com
                TPrice@shutts.com
                KReardon@shutts.com

                Francis A. Zacherl, III (FBN 868094)
                Shiza Francis (FBN 1058470)
                **SHUTTS & BOWEN LLP**
                200 South Biscayne Blvd, Suite 4100
                Miami, Florida 33131
                (305) 358-6300
                SFrancis@shutts.com
                FZacherl@shutts.com

                *Counsel for the State Defendants*