## SUPPLEMENTAL DECLARATION OF KENIA GARCIA

I, Kenia Garcia, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I make this declaration to supplement my declaration filed earlier in this case. *See* Doc. 114-5.

3. As I explained in my previous declaration, I submitted a request to visit my client H.P. on Thursday, September 11, 2025. I received a response that same day asking for a signed Form G-28 and completed visit request form. I submitted that documentation on Monday, September 15. I received confirmation of an in-person visit to be held the following afternoon, Tuesday, September 16 at 1:00 pm.

4. At 8:34 am on September 16, the day my visit was scheduled, I received an email from the facility stating that my client H.P. was "currently in the process of being transferred by ICE," and that my visit "will not take place as scheduled." As a result, I was unable to meet with H.P. while he was detained at Alligator Alcatraz. During H.P.'s time at the facility, the only way I was able to communicate him was when he called me on a monitored, recorded line.

5. I understand that the federal defendants in this case have argued that because this case involves attorney access, "none of the categories of information typically protected with anonymity are at issue here." This is wrong: my need for adequate access to my clients, including H.P., directly implicates highly personal information about my clients. One of the very important reasons why I need adequate confidential access to my clients is that many of my clients' claims to immigration relief involves very personal information, such as trauma that they and their family members have faced. In order to effectively represent my clients, I need them to feel comfortable sharing highly personal and difficult details with me. I can only achieve this if I have a number of conversations with them that are truly confidential so that they trust me with their personal stories.

Executed this 2nd day of October, 2025, at Miami, FL

_____
Kenia Garcia