SECOND SUPPLEMENTAL DECLARATION OF VILERKA S. BILBAO

I, Vilerka S. Bilbao, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I make this declaration to supplement the declarations I have previously made in this matter. *See* Doc. 67-1, 114-6.

3. Bilbao Law has represented multiple clients at the facility, and it intends to continue doing so. I understand that the barriers to attorney access at the facility that I have described in my earlier declarations continue at the facility. These barriers continue to pose significant impediments to Bilbao Law's ability to retain clients at the facility and meaningfully carry out its attorney-client relationships.

4. In a prior declaration in this case, I stated that on August 6, 2025, I requested an urgent video call with my client Mr. Figueredo Corrales prior to the expiration of his BIA Appeal, which was due on August 11, 2025. Doc. 114-6 ¶ 20. I also stated that our call was scheduled for August 11, 2025 – the same day as his BIA appeal deadline. *Id.* I understand that in the Florida Defendants' brief in this case, they responded to these statements by claiming that, in addition to offering me this August 11 video visit, they also offered me in-person visits on August 7, 8, and 9. Doc. 132 at 19. I am located in Jacksonville, Florida, approximately a 12-hour round-trip drive from the facility. Given my other client commitments and the lack of notice, the only meeting I could feasibly make was a meeting by phone or videoconference—a routine request in other facilities.

Executed on the 2nd of October, 2025, at Jacksonville, Florida.

/s/ Vilerka Bilbao
Vilerka Solange Bilbao