UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

      Plaintiffs,                    Case No. 2:25-cv-00747-SPC-DNF

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

      Defendants.

_____/

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITS IN SURREPLY
TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Federal Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement and Kristi Noem, Todd Lyons, and Garrett Ripa in their official capacities move for leave to exceed the page limits in Local Rule 3.01 in their surreply to Plaintiffs' motion for a preliminary injunction.

Local Rule 3.01(d) specifies that a reply brief "must not exceed seven pages inclusive of all parts." It does not address surreply briefs. Federal Defendants respectfully submit a total of 10 pages is necessary to provide an adequate discussion of the arguments in Plaintiffs' reply, which totals 32 pages. Plaintiffs' counsel does not object to the extension.

WHEREFORE, Federal Defendants request that the Court enter an order granting leave for the Federal Defendants to file a surreply not to exceed 10 pages.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Federal Defendants conferred with counsel for the Plaintiffs Eunice Cho by email on October 8, 2025, Plaintiffs' counsel does not object to the requested extension.

DATED this 8th day of October, 2025.

                                              Respectfully submitted,

                                              GREGORY W. KEHOE
                                              United States Attorney

By:   */s/ Chad C. Spraker*
        CHAD C. SPRAKER
        Assistant United States Attorney
        USA No. 198
        2110 First Street, Ste. 3-137
        Fort Myers, Florida 33901
        Telephone: 239-461-2200
        Fax: 239-461-2219
        Email: chad.spraker@usdoj.gov
        *Counsel for Federal Defendants*