## UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

*v.*

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.,*

    Defendants.

Case No 2:25-cv-747-SPC-DNF

---

## SECOND SUPPLEMENTAL DECLARATION OF MARK SAUNDERS IN SUPPORT OF STATE DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Mark Saunders, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct based upon my personal knowledge and review of the relevant records maintained in the ordinary course of business:

1.    I am the Vice President of The Nakamoto Group, Inc. and work with the temporary immigration detention facility known as Alligator Alcatraz (the "Facility"). I make this declaration in support of Defendants Ron DeSantis, Kevin Guthrie, and Florida Division of Emergency Management's (the "State Defendants") Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary

Injunction. If called as a witness, I could and would competently testify to the matters set forth herein.

2.      I make this declaration to further supplement the declarations I have previously made in this matter. *See* ECF 57 & 132-1.

3.      U.S. Immigration and Customs Enforcement ("ICE") exercises sole discretion over the transfer and movement of detainees. The Facility cannot prevent or prohibit transfers to ensure attorney-client meetings occur as scheduled.

4.      ICE is solely responsible for transferring detainees. When ICE decides to transfer a detainee, it submits a Form I-216 to the Facility. Upon receiving the form, the Facility complies with ICE's instructions and prepares the detainee for his departure. ICE typically provides the Form I-216 to the Facility anywhere from seventy-two (72) to as little as three (3) hours before the scheduled movement.

5.      The Facility does not have any involvement with transferring detainees to their court hearings.

6.      Detainees take all their possessions with them when they leave the Facility.

7.      The Facility does not track detainees after the detainees leave the Facility pursuant to a proper Form I-216 because the detainees are now under ICE supervision.

8.      To ensure detainees could meet with their attorneys and receive mail, Critical Response Strategies ("CRS") and the Florida Division of Emergency

Management ("FDEM") enacted the Visitation & Mail Policy. The current version of this policy is attached hereto as **Exhibit 1**.

9.     Prior versions of the Visitation & Mail Policy incorrectly represented that attorneys must submit the documents required to schedule a visit at least three (3) business days before the visit is scheduled, thereby creating a de-facto three-day waiting period for legal visits.

10.     That language was incorrectly included and has never been a policy. Moreover, to my knowledge, the Facility has never enforced any such three-day requirement. The current version of the Visitation & Mail Policy includes no such waiting period.

11.     Likewise, the first version of the Legal Counsel Visitation Request Form ("Visitation Form") directed visiting attorneys to "[a]ttach copies of legal documents you intend to bring for approval. All items are subject to inspection and must be pre-approved."

12.     The current and operative copy of the Visitation Form, attached hereto as **Exhibit 2**, includes no such direction. Thus, there is no policy or requirement that attorneys must submit legal documents for review and approval before visiting the Facility. And the Facility has never required an attorney to submit legal documents for review in advance of their visit.

13.     As of the date of this declaration, the Facility has held 111 in-person legal visits and 404 videoconference legal meetings – a total of 515 legal visits.

14.     The Facility has repeatedly scheduled and held meetings on the same day the attorney first requested and submitted the required forms. Copies of additional emails illustrating same day requests accommodated by the Facility are attached hereto as **Exhibits 3 to 10.** In total, the Facility has held at least 12 meetings scheduled earlier that same day. And the Facility has scheduled 395 legal visits within three days of the request. Neither would be possible if the alleged waiting period was a policy.

15.     Facility staff sit in folding chairs placed outside the doors to the meeting rooms during the meetings between attorneys and their clients. A picture showing the placement of folding chairs for staff and a staff member sitting in a folding chair during a meeting is attached hereto as **Exhibit 11.**

16.     The Facility began conducting meetings between detainees and their counsel in the pictured physical structure on August 7, 2025.

17.     Facility staff provide detainees with information about how to contact and schedule meetings with their attorneys. Facility staff post and hand out flyers directing detainees to inform their attorneys to request legal visits by sending an email to legal@privacy6.com.

18.     The Facility's computer software screens incoming emails for viruses and spam and quarantines those emails deemed a security threat. The Facility has received no less than seven quarantined emails from naomi@jfloreslaw.com and jose@jfloreslaw.com.

19.    On August 25th, Attorney Jose L. Flores, Esq., sent an e-mail to the legal inbox requesting a meeting. He did not receive a response because his e-mail was quarantined without Facility staff's knowledge. Plaintiffs allege in their Reply that Mr. Flores had previously sent an email from a separate e-mail address requesting a meeting. Plaintiffs are wrong.

20.    The Facility did not receive an e-mail from Mr. Flores before August 25. And the next email from Mr. Flores to the legal inbox arrived on October 1, 2025, when he used a different e-mail account to request a meeting with a client. The Facility received this email and promptly scheduled a videoconference meeting between Attorney Flores and his client. A copy of this correspondence is attached hereto as **Exhibit 12.** On October 6, 2025, Attorney Flores again used a Gmail account to request a meeting. The Facility received this email and again promptly scheduled a videoconference meeting between Attorney Flores and his client. A copy of this correspondence is attached as **Exhibit 13.**

21.    Attorney Viviana Eugenia Medina, Esq. never submitted any request for a meeting with her client to legal@privacy6.com. Had Attorney Medina done so, the Facility would have promptly responded and scheduled a meeting.

Executed on October 9, 2025, in Junction City, OH.

_____

MARK SAUNDERS

# EXHIBIT 1



# SOUTH FLORIDA DETENTION FACILITY

# Visitation & Mail Policy

### I.   PURPOSE

The facility's visitation policy is designed to ensure that authorized persons have appropriate access to detainees within the facility's security, operational, and safety parameters. ICE/ERO's policy firmly supports visitation rights to maintain detainees' morale and preserve legal relationships.

The facility is responsible for facilitating detainees' private access to their legal representatives and assistants acting on behalf of detainees.

### II.   SCOPE

This policy applies to all detainees and detainee management staff.

### III.   STANDARDS AND PROCEDURES

A.   General Visitation Procedures

The facility shall establish, maintain, and make available written visiting procedures and schedules that reflect the needs of detainees' legal representatives. These procedures shall be periodically reviewed and updated to ensure alignment with ICE/ERO standards and operational capabilities.

B.   Visitor Information Access

The facility's detainee handbook shall include comprehensive visitation rules and schedules. These rules shall also be conspicuously posted in detainee housing units and common areas to ensure accessibility.

C.   Visitor Logs and Record Keeping

The facility shall maintain one distinct visitation log for legal visitors. The log shall record all visits, including denied visits with documented reasons. The log shall comply with local, state, and federal privacy and record-keeping policies and be available for audit by ICE/ERO and authorized oversight bodies.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



D. Incoming Property and Funds

The facility shall implement and publicize written procedures regarding the receipt, handling, and documentation of property and funds brought in by visitors for detainees. Detainees' attorneys may deposit money into detainees' accounts, and the facility shall provide a receipt for all deposits unless items are handed directly to detainees per policy allowances.

Detainees' attorneys shall be permitted to bring detainees essential items such as legal documents, prescription eyewear, religious articles, reading materials, wedding rings, subject to inspection and security screening.

E. Visits by Legal Representatives and Legal Assistants

Legal representatives must request access to their clients by email at the following: legal@privacy6.com

1. Visitation Rights

The facility shall allow detainees to meet privately with their current or prospective legal representatives and legal assistants during legal visitation hours. The facility shall make every effort to accommodate requests by detainees or legal representatives for meetings.

2. Hours of Legal Visitation

Legal visits shall be permitted seven days per week, including holidays, with minimum visitation hours of eight hours on regular business days and four hours on weekends and holidays.

The facility shall provide notice of legal visitation rules and hours, prominently posted within legal visiting areas.

Legal visits may continue through meal periods, and detainees shall be provided a tray or sack meal following such visits.

3. Authorized Legal Visitors

Legal visitors include:

a. Attorneys in good standing with any state's highest court, not suspended or disbarred.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



      b. Legal representatives accredited by the Executive Office for Immigration Review (EOIR).

      c. Law students or graduates working under supervision.

      d. Legal assistants authorized via letter from supervising legal representatives.

      e. Translators and interpreters who have passed security clearances.

Messengers are permitted only to deliver documents and are not authorized to visit detainees.

4. Legal Visitor Identification and Privacy

Legal visitors shall present appropriate credentials prior to visits, such as bar cards or EOIR accreditation documents. Attorneys without immediate documentation must provide verifiable licensing information.

Legal representatives and assistants are not required to disclose the legal subject matter of meetings.

Legal visitors and assistants are subject to searches for contraband.

5. Detainee Identification

The facility shall not require legal visitors to provide detainees' Alien Registration Numbers (A-numbers) as a condition of visitation. The facility will make reasonable efforts to locate detainees using alternative information.

6. Attorney – Client Meetings

      a. Both in-person and virtual visits will occur in private (sectioned off) attorney-client rooms

      b. The facility will provide video conferencing equipment for virtual visits.

      c. Virtual visits are available. Facility staff will provide a confidential meeting link to the both attorney and the detainee for the scheduled session.

      d. Staff will not video or record any portion of attorney-client meetings.

7. Pre-Representational and Other Legal Meetings

Detainees may meet prospective or current legal representatives without requiring a completed Form G-28.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



8. Confidential Meeting Rooms
   The facility shall provide private consultation rooms to ensure confidentiality
   during legal visits. Facility staff shall not listen to attorney-detainee conversations
   but may visually monitor from a distance for security without auditory
   supervision.
   Staff may terminate attorney visits only for security reasons; routine official
   counts shall not interrupt legal visits.
   Requests to use alternate visiting rooms for legal meetings shall be
   accommodated where feasible, ensuring maximum privacy.

9. Exchange of Legal Materials
   The facility's procedures shall permit the exchange of documents between
   detainees and legal representatives, even if contact visitation rooms are
   unavailable. Documents will be inspected for contraband but not read.
   Detainees may retain legal materials for personal use; excess quantities shall be
   stored in detainees' property and accessible via communication channels.

10. Searches Following Legal Visits
    Detainees shall not be subjected to strip searches following legal visits unless
    there is reasonable suspicion or unless standard procedures mandate it. If strip
    searches are required routinely, the facility must offer non-contact visits with
    confidentiality and document the policy.

11. Legal Visitation for Segregated Detainees
    Legal visitation shall continue for detainees in administrative or disciplinary
    segregation. The facility administrator shall notify legal visitors of any necessary
    special security measures in advance.

12. Group Legal Meetings
    The facility shall allow confidential group meetings involving a legal service
    provider and two or more detainees, subject to physical capacity and security
    considerations.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



13. Pro Bono Legal Services
ICE/ERO shall supply the facility with an updated list of pro bono legal service providers. The facility shall post this list in detainee housing units and other common areas. The facility shall also coordinate detainee sign-up sheets with pro bono organizations and notify detainees in an understandable manner.

14. Legal Visitation Log
A separate log shall be maintained to record all legal visitors, including those denied access, with reasons for denial documented.

15. Documents
The attorney does not need to receive prior approval of any documents he intends to bring to the facility for his meeting with the detainee.

16. Availability of Legal Visitation Policy
The facility's written legal visitation policy shall be made available upon request to detainees and legal visitors.

F.   Consultation Visits for Detainees Subject to Expedited Removal
1.   Entitlement to Consultation
Detainees subject to expedited removal and referral to asylum officers have statutory rights to consult with persons of their choosing before interviews and during review processes.

2.   Methods of Consultation
The facility shall facilitate consultation visits both face-to-face and via telephone.

3.   Consultation Visitors
Visitors for consultation may include attorneys and legal representatives legal representatives. All must undergo identification and security screening.
If security concerns prevent in-person visits, telephone consultations shall be arranged. If telephone consultations are also precluded, the facility shall immediately notify ICE/ERO.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



4.  Privacy and Hours
    Consultation visits shall be treated with the same confidentiality as legal visits, conducted during legal and general visitation hours. Facilities shall expand consultation hours as necessary to meet demand.

5.  Duration of Consultation Period
    Consultation begins prior to asylum interviews and continues through supervisory review, ending when removal proceedings commence. Detainees retain legal visitation rights thereafter.

6.  Admittance During Interviews
    Detainees may be accompanied by consultation visitors during asylum officer interviews and Immigration Judge reviews.

7.  Documentation
    Consultation visits shall be recorded in the legal visitation log.

    **Legal In person visits:**
    8:00am-4:00pm
    7 days a week

    **Virtual Visits:**
    7am-7pm
    7 days a week

G.  Detainee Mail

1.  Identification and Segregation

    All incoming mail shall be reviewed upon receipt and clearly distinguished between general correspondence and special correspondence.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



Special correspondence shall be defined as written communications between a detainee and persons or entities entitled to privileged or confidential communication under NDS 2025. This includes, but is not limited to:

- Attorneys, legal representatives, and recognized legal aid organizations
- Law firms and accredited paralegals working under attorney supervision
- Federal, state, and local courts, judges, and court staff
- Government attorneys, including those from the Department of Justice, Department of Homeland Security, and other relevant agencies
- Elected officials, including members of Congress and state legislatures
- Officials of foreign consulates and embassies when acting in their official capacity
- The President and Vice President of the United States and their staff
- Other legal sources specifically identified in NDS 2025 or subsequent guidance

Special correspondence must be clearly marked as such by the sender, and it shall not be read or censored. It may be inspected for contraband only in the presence of the detainee.

Special correspondence must be clearly marked by the sender with the official title and office (e.g., attorney, judge, government agency, embassy, or media representative) on the envelope.

Mail lacking clear identification shall be treated as general correspondence.

2. Handling of General Correspondence

General correspondence (including packages and publications) may be opened and inspected by staff for contraband outside the presence of the detainee.

Reading or copying general correspondence is prohibited unless there is reasonable cause to believe the item may pose a threat to security, order, or safety.

3. Handling of Incoming Special Correspondence

Incoming Special correspondence **shall only be opened in the presence of the detainee**.

Staff may inspect the contents strictly for physical contraband and to confirm that the enclosures qualify as special correspondence.

Staff shall not read, copy, or otherwise review the contents.

4. Handling of Outgoing Legal Correspondence

<strong>Respect, Dignity, and Care</strong>

# SOUTH FLORIDA DETENTION FACILITY



Outgoing Special correspondence **shall not be opened, inspected, or read by staff**, unless facility policy requires inspection for contraband.

In such instances, the inspection shall occur only in the presence of the detainee and must be limited to detecting contraband.

5. Documentation

Each instance of opening incoming Special correspondence in the presence of a detainee shall be documented in the mail log, noting:

- Date and time
- Name of staff member present
- Name of detainee
- Confirmation that the mail was inspected only for contraband

Any anomalies (e.g., improperly labeled mail, suspected contraband) shall be recorded and reported per facility protocol.

6. Staff Prohibitions and Safeguards

Staff shall neither read, copy, nor otherwise interfere with the confidentiality of special correspondence.

Any violation of this policy constitutes a breach of detainee rights and may result in disciplinary or corrective action.

H.    Mail Log Policy and Procedure

1. Purpose

To establish uniform procedures for the logging, tracking, and accountability of all incoming and outgoing detainee mail, including general correspondence and legal/special correspondence, in accordance with the ICE National Detention Standards (NDS 2025) and applicable federal, state, and local requirements.

2. Policy

It is the policy of this facility to maintain a complete and accurate mail log for all detainee correspondence. The log will ensure transparency, accountability, and compliance with standards regarding delivery, inspection, and detainee receipt of mail.

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



3. Definitions

General Correspondence: Mail exchanged between detainees and family, friends, or other non-legal parties.

Special Correspondence / Legal Mail: Mail between detainees and attorneys, legal representatives, courts, government officials, consulates, or other entities designated by NDS 2025 as confidential.

Mail Log: A secure written or electronic record documenting all mail received, sent, or returned, including required details to ensure accountability.

4. Responsibilities

Mailroom Staff / Designated Officer:

Record all incoming and outgoing mail in the log.

Ensure proper handling, inspection (where permitted), and delivery.

Maintain confidentiality for legal/special correspondence.

Shift Supervisors:

Review mail logs for accuracy and completeness at least weekly.

Report discrepancies or irregularities to the Facility Administrator.

Facility Administrator / Compliance Officer:

Conduct monthly audits of the mail log.

Ensure compliance with NDS 2025 and facility policy.

5. Procedures

5.1 Incoming General Correspondence

Upon receipt, staff will:

Inspect for contraband in accordance with facility procedures.

Record the following in the mail log:

Date received

**Respect, Dignity, and Care**

Visitation Policy/SDF/POL/07082525

# SOUTH FLORIDA DETENTION FACILITY



Sender name and address

Addressee (detainee name and A-number)

Type of mail (general correspondence)

Staff initials

Deliver mail to the detainee within 24 hours (excluding weekends/holidays).

Note delivery date and time in the log.

5.2 Incoming Legal/Special Correspondence

Staff will verify sender identity and ensure the envelope is clearly marked as legal or special correspondence.

The mail will be opened only in the detainee's presence and only inspected for contraband, not read.

Staff will record in the mail log:

Date received

Sender (law firm, court, government entity, etc.)

Addressee (detainee name and A-number)

Type of mail (legal/special)

Staff initials

Delivery date and time

The detainee must sign the log to acknowledge receipt.

5.3 Outgoing Mail

Detainees will deposit outgoing mail in designated collection boxes.

Staff will collect and record in the mail log:

Date collected

Detainee sender (name and A-number)

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



Recipient name and address

Type of mail (general or legal/special)

Staff initials

Mail will be dispatched to the postal service within 24 hours.

5.4 Rejected or Returned Mail

If mail is rejected or returned:

Document in the log the date, reason for rejection/return, and staff initials.

Retain a copy of rejection notice in the detainee's file.

Notify detainee in writing of the rejection and reason.

6. Records and Log Maintenance

Mail logs may be kept in bound ledger form or in a secure electronic system.

Logs must be maintained in chronological order and preserved for a minimum of three (3) years.

Supervisory staff shall review and sign off weekly.

The Compliance Officer shall retain completed logs for audit and inspection purposes.

7. Review and Compliance

This policy shall be reviewed annually and updated as needed to comply with NDS 2025, ACA standards, and best practices.

Any deviation from this policy must be reported immediately to the Facility Administrator.

8. Attachments

Attachment A – Sample Mail Log Form

Date Received/Dispatched

Sender/Recipient Name & Address

Detainee Name & A-Number

**Respect, Dignity, and Care**

# SOUTH FLORIDA DETENTION FACILITY



Mail Type (General / Legal / Special)

Staff Initials

Date/Time Delivered

Detainee Signature (if applicable)

Notes/Remarks

Mail Log

**Respect, Dignity, and Care**

Visitation Policy/SDF/POL/07082525

# EXHIBIT 2

**Legal Counsel Visitation Request Form**

## Attorney Information

Full Name: _____

Bar Number: _____

Law Firm Name: _____

Phone Number: _____

Email Address: _____

Mailing Address: _____

_____

## Client (Detainee) Information

Full Name: _____

Inmate Number: _____

Facility Name: _____

Housing Unit/Location (if known): _____

## Visitation Request Details

Video_____ Physical (in-person)_____ (check one)

Requested Date(s) of Visit: _____

Requested  Time(s): _____

Purpose of Visit:

☐ Privileged Legal Visit (ICE Form G28 Required)

☐ Pre-representational

☐ Other: _____

## Certification

I certify that I am an attorney licensed to practice law and that this visitation request is for
the purpose of providing legal counsel to the above-named inmate. I understand and will comply
with all institutional rules and regulations governing attorney visits.


Attorney Signature: _____

Date: _____

# EXHIBIT 3

 **Outlook**

---

## Re: Fw: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

**From** TNT - Legal <legal@privacy6.com>

**Date** Wed 8/6/2025 4:54 PM

**To** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>

Good afternoon,

The Zoom Visit has been scheduled for the Detainee Jose Ariel Willmott De La Cruz A#221415254.
Please see all the details below:

Date: Aug 6, 2025, 05:00 PM Eastern Time (US and Canada)
Meeting ID: 836 4912 5731
Passcode: 313980

Zoom Link: https://us06web.zoom.us/j/83649125731?pwd=NSrmK0vQe0nxaqb3b19lkEmJKKJWFl.1

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Wednesday, August 6, 2025 3:52 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

### 🛡 Security Awareness

❌  The email came from an external source.

✅  The email was sent from a known contact.

Report Email        Trust Email

Hello, good afternoon, I have not yet received the zoom for the meeting with my client.

Please can you send it to me?

Thank you, respectfully

El mié, 6 ago 2025 a las 13:31, TNT - Legal (<legal@privacy6.com>) escribió:

Dear Counsel;

You will receive a ZOOM link for 5 pm today, August 6, 2025.


Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Wednesday, August 6, 2025 12:24 PM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

Yes, please schedule me for 5 with Jose Ariel Willmot De La Cruz- A 221415254.



I also need to talk to 4 of my clients, tomorrow you have availability

El mié, 6 ago 2025 a las 13:22, TNT - Legal (<legal@privacy6.com>) escribió:
> Dear Counsel;
> 5 pm today is available. Please advise.
>
> Respectfully,
>
> Southern Detention Coordination Team
>
> ---
>
> **From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
> **Sent:** Wednesday, August 6, 2025 10:01 AM
> **To:** TNT - Legal <legal@privacy6.com>
> **Subject:** Re: Fw: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254
>
> Please, I would appreciate a response as I must make my requests and talk to my clients urgently.
>
> Respectfully
>
> El mié, 6 ago 2025 a las 10:22, Diveana OLLARVE (<diveanaollarve@servingimmigrants.com>) escribió:
>> Good morning, do you have availability for today?
>>  Please tell me what time you have availability.
>>
>> I need to request a video call with several of my clients
>>
>> El mar, 5 ago 2025 a las 7:47, TNT - Legal (<legal@privacy6.com>) escribió:
>>> Dear Counsel;
>>> Thank you for your inquiry.
>>> Legal visit requests should be sent directly to this email account to expedite scheduling.
>>> The date and tine you request are not available. Please submit alternatives so that we may schedule.

Respectfully,

Southern Detention Coordination Team

---

**From:** South Facility <southfacility@em.myflorida.com>
**Sent:** Tuesday, August 5, 2025 6:36 AM
**To:** TNT - Legal <legal@privacy6.com>
**Subject:** FW: **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Monday, August 4, 2025 10:59 AM
**To:** info <info@servingimmigrants.com>; South Facility <southfacility@em.myflorida.com>
**Subject:** **URGENT** VIDEOCALL REQUEST -Jose Ariel Willmot De La Cruz- A 221415254

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr.  Jose Willmot Please tell me as the closest possible date and time.

Thank you.

Respectfully

--

**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

Under Florida law, correspondence with the Florida Division of Emergency Management
concerning agency business that is neither confidential nor exempt pursuant to Florida
Statutes is a public record and will be made available to the public upon request.

*This email has been scanned by Inbound Shield.*

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*
*DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS*
*DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico


Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

--



**Diveana Ollarve**

*Especialista en admisión de clientes*

**AL SERVICIO DE LOS INMIGRANTES**

Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*

*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*

Nuestras oficinas

Miami - Clewiston - Orlando - Puerto Rico


Teléfono: 305.924.1133

Teléfono: 305.489.0264

https://servingimmigrants.com/

# EXHIBIT 4

 Outlook

---

**Re: \*\*URGENT\*\* VIDEOCALL REQUEST - David SOMOZA - 219928382**

| | |
|---|---|
| **From** | SFDF - Legal <legal@privacy6.com> |
| **Date** | Thu 8/28/2025 2:30 PM |
| **To** | Diveana OLLARVE <diveanaollarve@servingimmigrants.com> |

Good afternoon,

The Zoom Visit has been scheduled for the Detainee David Somoza #219928382. Please see all the details below:

Date: Aug 28, 2025, 03:30 PM Eastern Time (US and Canada)
Meeting ID: 859 5145 4359
Passcode: 385990

Zoom Link: https://us06web.zoom.us/j/85951454359?pwd=jcrEOWbgMZf30JEFEDOyCBH0eTr6as.1

Respectfully,

Southern Detention Coordination Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Thursday, August 28, 2025 12:16 PM
**To:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Subject:** Re: \*\*URGENT\*\* VIDEOCALL REQUEST - David SOMOZA - 219928382

Dear Counsel,

A Zoom call is scheduled between you and the client on August 28 at 3:30 pm. You will receive a Zoom link to join the call.

Respectfully,

Southern Detention Coordination Team

---

**From:** Diveana OLLARVE <diveanaollarve@servingimmigrants.com>
**Sent:** Thursday, August 28, 2025 12:09 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** \*\*URGENT\*\* VIDEOCALL REQUEST - David SOMOZA - 219928382

🛡️ **Security Awareness**

❌    The email came from an external source.

✅ The email was sent from a known contact.

Report Email          Trust Email


Dear officials:

I am communicating with you on behalf of lawyer Víctor Martínez. I attach form G-28 that certifies your representation.  I also attach Victor Martinez's Bar registration number and his driver's license for your reference.

Email: info@servingimmigrants.com
Telephone: +1 (305) 924-1133.

I kindly ask you to schedule a Virtual Visit between the lawyer and Mr. David SOMOZA.  Please tell me as the closest possible date and time.

**It is very important and urgent that I communicate with my client today, and I would greatly appreciate your help.**

Thank you.
Respectfully


--



**Diveana Ollarve**
*Especialista en admisión de clientes*
**AL SERVICIO DE LOS INMIGRANTES**
Cuprys & Associates Abogados

*AYUDANDO A PERSONAS, FAMILIAS Y EMPRESAS A GANAR LOS CASOS MÁS DIFÍCILES*
*NUESTRA MISIÓN ES EL ÉXITO DE SU INMIGRACIÓN*
Nuestras oficinas
Miami - Clewiston - Orlando - Puerto Rico

Teléfono: 305.924.1133
Teléfono: 305.489.0264
https://servingimmigrants.com/


*This email has been scanned by Inbound Shield and released according to admin's rule.*

# EXHIBIT 5

**Outlook**

---

**Re: Legal visitation**

---

**From** SFDF - Legal <legal@privacy6.com>

**Date** Mon 9/8/2025 9:49 AM

**To** Rosemary Sosa <rosemary@aguadoimmi.com>

---

This Zoom Meeting has been scheduled. Please see all the details and information below:

Date: Sep 8, 2025, 10:00 AM Eastern Time (US and Canada)
Meeting ID: 881 7012 1359
Passcode: 285091

Zoom Link:  https://us06web.zoom.us/j/88170121359?
pwd=N1dproe94EORxdiWyOsZufJFa8AIuJ.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Monday, September 8, 2025 8:18 AM
**To:** Rosemary Sosa <rosemary@aguadoimmi.com>
**Subject:** Re: Legal visitation

Counsel;
Your visit is scheduled for 10 am today. You will receive a Zoom link prior to the call. Thank you.

Respectfully,

Florida Detention Team

---

**From:** Rosemary Sosa <rosemary@aguadoimmi.com>
**Sent:** Monday, September 8, 2025 7:41 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Legal visitation

**⚓ Security Awareness**

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email        Trust Email

Good morning is today at 10 Am ok?



**Rosemary Sosa**
Paralegal
Rosemary@aguadoimmi.com
+1 (305) 444-8886

250 Catalonia Ave Ste 500.
Coral Gables. FL 33134
(305) 444-8886

Miromar Design Center
10800 Corkscrew Road Suite 358.
Estero, FL 33928
(239) 230-2829

**PLEASE NOTE:** Our office operates by appointment only to maximize efficiency and ensure we are available to meet your needs, and we are unable to accommodate walk-ins. If you have an appointment, please be sure to call us when you arrive for your appointment, and we'll be happy to welcome you in. Existing clients can call our office at 305-444-8886 to schedule an appointment. Prospective clients can book an initial consultation on our website at www.aguadoimmigration.com/contact

**TENGA EN CUENTA:** Nuestra oficina trabaja solo con cita previa para maximizar la eficiencia y asegurarnos de estar disponibles para atender sus necesidades y no podemos atender a personas sin cita previa. Por favor, llámenos cuando llegue para su cita, y con gusto le daremos la bienvenida. Los clientes actuales pueden llamar a nuestra oficina al 305-444-8886 para programar una cita. Los nuevos clientes pueden programar una consulta inicial en nuestro sitio web: www.aguadoimmigration.com/contact

On Sun, Sep 7, 2025 at 6:36 PM SFDF - Legal <legal@privacy6.com> wrote:
Counsel;
Please the time and date you want the video visit to be scheduled.

Respectfully,

Florida Detention Team

**From:** Rosemary Sosa <rosemary@aguadoimmi.com>
**Sent:** Sunday, September 7, 2025 5:10 PM

**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Legal visitation

I hope this message finds you well. Unfortunately, we will be unable to make it as planned. Would it be possible to reschedule for a virtual visit instead?
Please let us know your availability, and we'll do our best to accommodate.
Thank you for your understanding.



**Rosemary Sosa**
Paralegal
Rosemary@aguadoimmi.com
+1 (305) 444-8886

  

| | |
|---|---|
| 250 Catalonia Ave Ste 500. Coral Gables. FL 33134 | Miromar Design Center 10800 Corkscrew Road Suite 358. Estero, FL 33928 |
| (305) 444-8886 | (239) 230-2829 |

**PLEASE NOTE:** Our office operates by appointment only to maximize efficiency and ensure we are available to meet your needs, and we are unable to accommodate walk-ins. If you have an appointment, please be sure to call us when you arrive for your appointment, and we'll be happy to welcome you in. Existing clients can call our office at 305-444-8886 to schedule an appointment. Prospective clients can book an initial consultation on our website at www.aguadoimmigration.com/contact

**TENGA EN CUENTA:** Nuestra oficina trabaja solo con cita previa para maximizar la eficiencia y asegurarnos de estar disponibles para atender sus necesidades y no podemos atender a personas sin cita previa. Por favor, llámenos cuando llegue para su cita, y con gusto le daremos la bienvenida. Los clientes actuales pueden llamar a nuestra oficina al 305-444-8886 para programar una cita. Los nuevos clientes pueden programar una consulta inicial en nuestro sitio web: www.aguadoimmigration.com/contact

On Wed, Sep 3, 2025 at 10:10 AM SFDF - Legal <legal@privacy6.com> wrote:
Counsel;
Your visit is scheduled for 10 am on 9/8/25. Please arrive 15 minutes early for processing and bring your identification.

Respectfully,

Southern Detention Coordination Team

---

**From:** Rosemary Sosa <rosemary@aguadoimmi.com>
**Sent:** Wednesday, September 3, 2025 8:57 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Legal visitation

Please be advised that we would like to schedule a Prerepresentational visitation with the following detainee
 Detainee Name: JOHNNY FERNANDO ASTUDILLO ALZATE
A# Number: 060-011-765
Country of Birth: Colombia
Date of Birth: 1988-05-28
ICE Status: On ICE Custody
--

On Tue, Sep 2, 2025 at 12:41 PM SFDF - Legal <legal@privacy6.com> wrote:
Dear Counsel,

To facilitate visitation, please complete the attached legal counsel visitation form.

Respectfully,

Southern Detention Coordination Team

---

**From:** Rosemary Sosa <<u>rosemary@aguadoimmi.com</u>>
**Sent:** Tuesday, September 2, 2025 11:17 AM
**To:** SFDF - Legal <<u>legal@privacy6.com</u>>
**Subject:** Legal visitation

Please be advised that we would like to schedule a Prerepresentational visitation with the
following detainee
 Detainee Name: JOHNNY FERNANDO ASTUDILLO ALZATE
A# Number: 060-011-765
Country of Birth: Colombia
Date of Birth: 1988-05-28
ICE Status: On ICE Custody
--



**Rosemary Sosa**
Paralegal
Rosemary@aguadoimmi.com
+1 (305) 444-8886

  

<u>250 Catalonia Ave Ste 500.
Coral Gables. FL 33134</u>
(305) 444-8886

Miromar Design Center
<u>10800 Corkscrew Road Suite 358.
Estero, FL 33928</u>
(239) 230-2829

---

**PLEASE NOTE:** Our office operates by appointment only to maximize efficiency and ensure we are available to
meet your needs, and we are unable to accommodate walk-ins. If you have an appointment, please be sure to call us
when you arrive for your appointment, and we'll be happy to welcome you in. Existing clients can call our office
at <u>305-444-8886</u> to schedule an appointment. Prospective clients can book an initial consultation on our website
at <u>www.aguadoimmigration.com/contact</u>

**TENGA EN CUENTA:** Nuestra oficina trabaja solo con cita previa para maximizar la eficiencia y asegurarnos de
estar disponibles para atender sus necesidades y no podemos atender a personas sin cita previa. Por favor, llámenos
cuando llegue para su cita, y con gusto le daremos la bienvenida. Los clientes actuales pueden llamar a nuestra oficina
al <u>305-444-8886</u> para programar una cita. Los nuevos clientes pueden programar una consulta inicial en nuestro sitio
web: <u>www.aguadoimmigration.com/contact</u>

*This email has been scanned by Inbound Shield and released according to admin's rule.*

--



**Rosemary Sosa**
Paralegal
Rosemary@aguadoimmi.com
+1 (305) 444-8886

  

250 Catalonia Ave Ste 500.
Coral Gables. FL 33134
(305) 444-8886

Miromar Design Center
10800 Corkscrew Road Suite 358.
Estero, FL 33928
(239) 230-2829

**PLEASE NOTE:** Our office operates by appointment only to maximize efficiency and ensure we are available to meet your needs, and we are unable to accommodate walk-ins. If you have an appointment, please be sure to call us when you arrive for your appointment, and we'll be happy to welcome you in. Existing clients can call our office at 305-444-8886 to schedule an appointment. Prospective clients can book an initial consultation on our website at www.aguadoimmigration.com/contact

**TENGA EN CUENTA:** Nuestra oficina trabaja solo con cita previa para maximizar la eficiencia y asegurarnos de estar disponibles para atender sus necesidades y no podemos atender a personas sin cita previa. Por favor, llámenos cuando llegue para su cita, y con gusto le daremos la bienvenida. Los clientes actuales pueden llamar a nuestra oficina al 305-444-8886 para programar una cita. Los nuevos clientes pueden programar una consulta inicial en nuestro sitio web: www.aguadoimmigration.com/contact

# **EXHIBIT 6**

■ **Outlook**

---

**Re: Legal Call or Virtual consultation with HERNANDEZ BAUTA, ESMILSO JESUS - A Number: 241-736-774**

---

**From** SFDF - Legal <legal@privacy6.com>

**Date** Fri 9/19/2025 1:17 PM

**To** Veronica Suarez <veronica@alexhanna.com>

Good afternoon,

The Zoom Visit has been scheduled for the detainee, Jesus Esmilso Hernandez Bauta A#241736774. Please see all the details below:

Date: Sep 19, 2025, 04:00 PM Eastern Time (US and Canada)
Meeting ID: 830 0858 7536
Passcode: 324205

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, September 19, 2025 11:33 AM
**To:** Veronica Suarez <veronica@alexhanna.com>
**Subject:** Re: Legal Call or Virtual consultation with HERNANDEZ BAUTA, ESMILSO JESUS - A Number: 241-736-774

Counsel,

Your video visit is scheduled for 9/19 at 4:00 pm. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Veronica Suarez <veronica@alexhanna.com>
**Sent:** Friday, September 19, 2025 11:17 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** RE: Legal Call or Virtual consultation with HERNANDEZ BAUTA, ESMILSO JESUS - A Number: 241-736-774

---

🛡️ **Security Awareness**

❌ The email came from an external source.

✅ The email was sent from a known contact.

Report Email        Trust Email

Dear Florida Detention Team,
Thank you for your prompt response. I have completed the legal counsel visitation form you sent and am returning it as requested.
Respectfully,
Veronica Suarez

Best regards,

**Veronica Suarez**
**Immigration Jr. Case Manager**
**Alex Hanna Law, P.A.**
8700 W Flagler Street. Suite #380 | Miami, FL 33174
Tel: 305-883-7272
Team Direct Line: (305) 677-4510
Team Email:  immigrationteam4@alexhanna.com






*NOTICE:* This email and any attachments contain confidential and/or privileged information intended only for the named recipient(s). If you are not the intended recipient, any review, use, disclosure, or distribution is strictly prohibited. If you received this email in error, please notify us immediately and delete it. This communication does not waive any privilege or confidentiality. Thank you.

**From:** SFDF - Legal [mailto:legal@privacy6.com]
**Sent:** Friday, September 19, 2025 10:16 AM
**To:** Veronica Suarez
**Subject:** Re: Legal Call or Virtual consultation with HERNANDEZ BAUTA, ESMILSO JESUS - A Number: 241-736-774

Dear Counsel,

To facilitate a visit, please complete and return the attached legal counsel visitation form.

Respectfully,

Florida Detention Team

**From:** Veronica Suarez <veronica@alexhanna.com>
**Sent:** Friday, September 19, 2025 10:12 AM
**To:** SFDF - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>
**Cc:** Southfacility@em.myflorida.com <Southfacility@em.myflorida.com>
**Subject:** Legal Call or Virtual consultation with HERNANDEZ BAUTA, ESMILSO JESUS - A Number: 241-736-774

**Good morning,**

Please be advised that our legal office has been retained to represent Mr. ESMILSO JESUS HERNANDEZ BAUTA with Alien Registration Number: 241-736-774 for a pre-representation meeting.

At this time, Attorney Iva Panayotova would like to schedule an attorney virtual consultation.

Detainee Information:

Name: ESMILSO JESUS HERNANDEZ BAUTA
A#: 241-736-774
Country of Birth: Cuba

Attorney Information:

Iva Panayotova
North Carolina Bar: 58027
Firm: Alex Hanna Law, P.A.
Email: ivap@alexhanna.com
Phone: (305) 883-7272, ext. 281
Zoom ID:

Proposed Dates/Times:

Friday, September 19, 2025
- 11:00 A.M. EASTERN TIME
- 12:00 P.M. EASTERN TIME
- 01:00 P.M. EASTERN TIME
- 02:00 P.M. EASTERN TIME
- 03:00 P.M. EASTERN TIME
- 04:00 P.M. EASTERN TIME

Tuesday, September 23, 2025
- 01:00 P.M. EASTERN TIME
- 02:00 P.M. EASTERN TIME
- 03:00 P.M. EASTERN TIME

I have attached the following documents for your review:
- Attorney's Driver's License & Bar Card
- G-28 Form Signed by Attorney

Should you have any questions, please do not hesitate to contact us at 305-883-7272 ext. 281.

Thank you.


Best regards,

**Veronica Suarez**
**Immigration Jr. Case Manager**
**Alex Hanna Law, P.A.**
8700 W Flagler Street. Suite #380 | Miami, FL 33174
Tel: 305-883-7272

Team Direct Line: (305) 677-4510
Team Email: immigrationteam4@alexhanna.com





---

*NOTICE:* This email and any attachments contain confidential and/or privileged information intended only for the named recipient(s). If you are not the intended recipient, any review, use, disclosure, or distribution is strictly prohibited. If you received this email in error, please notify us immediately and delete it. This communication does not waive any privilege or confidentiality. Thank you.

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# EXHIBIT 7

 Outlook

---

**Re: Attorney Pre-representation Virtual Visit**

---

**From**  Carina Babenko <CB@jherrerolaw.com>
**Date**  Mon 9/29/2025 11:43 AM
**To**  SFDF - Legal <legal@privacy6.com>

### 🛡 Security Awareness

❌  The email came from an external source.
✅  The email was sent from a known contact.

Report Email        Trust Email

Thank you

On Mon, Sep 29, 2025 at 11:25 AM SFDF - Legal <legal@privacy6.com> wrote:
Good morning, attached below you will find zoom link for detainee **Marvin Yobani Garcia.**

**Date/Time:** Monday September 29, 2:30 - 3:30 PM
**Meeting ID:** 951 3595 1247
**Passcode:** 767149

https://zoom.us/j/95135951247?pwd=hd62JtFe0ivdO1odrzIUsBoKbUTqHL.1

Respectfully,

Florida Detention Team

---

**From:** Carina Babenko <CB@jherrerolaw.com>
**Sent:** Monday, September 29, 2025 10:34 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Attorney Pre-representation Virtual Visit

Good Afternoon,

My name is Carina Babenko, Esq. and I would like to schedule a pre-representational virtual visitation with Marvin Yobani Moreira Garcia (A#220-593-157). Please let me know if we can set a meeting for today, September 29, 2025 at 2:30pm

Kind regards,
Carina Babenko, Esq.

--

Carina Babenko
(she/her/hers)
Attorney at Law

**Law Office of Johanna M. Herrero, LLC**

**Miami Location:**
1200 Brickell Ave, Suite 1410
Miami, Florida 33131
T. (786) 500-1200
F. (786 ) 953-6823

**Boston Location:**
100 Cambridge St.
Boston, MA 02114
T. (617) 720-5200
F. (617) 720-5203

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# EXHIBIT 8

 Outlook

---

**Re: Diego LUX-JOJ (A# 235-513-872)**

---

**From** Victor De la Flor <vdk@kivakilawfirm.com>

**Date** Tue 9/30/2025 3:05 PM

**To** SFDF - Legal <legal@privacy6.com>

---

🔰 **Security Awareness**

❌ The email came from an external source.

✅ The email was sent from a known contact.

Report Email        Trust Email

---

Thank you for letting me know that. I remain connected.

Sincerely,


**Victor De la Flor Kivaki**
Attorney at Law
**KIVAKI LAW FIRM**
Direct: (786) 553-0600
Fax: (305) 503-7028

---

**From:** SFDF - Legal <legal@privacy6.com>
**Date:** Tuesday, September 30, 2025 at 2:03 PM
**To:** Victor De la Flor <vdk@kivakilawfirm.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Please stay connected. Sometimes it takes a moment for detainees to get to the area the calls take place.

Respectfully,

Florida Detention Team

---

**From:** Victor De la Flor <vdk@kivakilawfirm.com>
**Sent:** Tuesday, September 30, 2025 3:01 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Thank you. I am already connected; but my client is not there yet.

Sincerely,

**Victor De la Flor Kivaki**
Attorney at Law
**KIVAKI LAW FIRM**
Direct: (786) 553-0600
Fax: (305) 503-7028

---

**From:** SFDF - Legal <legal@privacy6.com>
**Date:** Tuesday, September 30, 2025 at 11:17 AM
**To:** Victor De la Flor <vdk@kivakilawfirm.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Good afternoon,

Attached you will find the attorney Zoom link for detainee **DIEGO LUX-JOJ**

Date/Time: Tuesday, September 30, 3:00 - 3:30 PM
Meeting ID: 932 9963 7809
Passcode: 576706

https://zoom.us/j/93299637809?pwd=bSTI6bT5zRhbSKcupxaAJmIfxRPHTY.1


Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Tuesday, September 30, 2025 12:04 PM
**To:** Victor De la Flor <vdk@kivakilawfirm.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Good afternoon,

Your video call is scheduled for today at 3:00 p.m. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Victor De la Flor <vdk@kivakilawfirm.com>
**Sent:** Tuesday, September 30, 2025 11:40 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Thank you for your prompt response.

Find attached the LCV form, as requested.

Sincerely,

**Victor De la Flor**
Attorney at Law
**KIVAKI LAW FIRM**
Direct: (786) 553-0600
Fax: (305) 503-7028

---

**From:** SFDF - Legal <legal@privacy6.com>
**Date:** Tuesday, September 30, 2025 at 10:36 AM
**To:** Victor De la Flor <vdk@kivakilawfirm.com>
**Subject:** Re: Diego LUX-JOJ (A# 235-513-872)

Dear Counsel,

We will be able to schedule your video call for this afternoon. Please complete the attached Legal Counsel Visitation form. We will schedule the visit once we receive the form.

Respectfully,

Florida Detention Team

---

**From:** Victor De la Flor <vdk@kivakilawfirm.com>
**Sent:** Tuesday, September 30, 2025 11:28 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Diego LUX-JOJ (A# 235-513-872)

To Whom it May Concern,

We represent Diego LUX-JOJ (A# 235-513-872). Find attached G-28, duly filed through the ERO e-file system, my ID and bar card and a VAV request form.

We respectfully request your assistance in coordinating a VAV with our client, today, if possible, as requested.

Sincerely,

**Victor De la Flor Kivaki**
Attorney at Law
**KIVAKI LAW FIRM**
Direct: (786) 553-0600
Fax: (305) 503-7028

**Important**

This communication may contain privileged and/or protected information by the Attorney-Client relationship and must be used solely by its intended recipient. If you received it by mistake and/or you are not its intended recipient: (i) please notify the sender by email, telephone or fax, and permanently delete the original and any of the printout thereof, and (ii) you are prohibited to read, copy, save, reveal, forward, reproduce and/or disseminate this communication and/or its attachments, totally or partially.

**Importante**

Esta comunicación puede contener información privilegiada y/o protegida por la relación Abogado-Cliente y debe ser utilizada exclusivamente por su destinatario legítimo. Si recibió esta comunicación por error y/o usted no es su destinatario legítimo: (i) por favor notifique al remitente por correo electrónico, teléfono o fax, y borre permanentemente el original y todas las copias físicas de esta comunicación, y (ii) usted queda expresamente prohibido a leer, copiar, guardar, revelar, reenviar, reproducir y/o difundir de cualquier manera, total o parcialmente, esta comunicación y/o sus archivos adjuntos.

*This email has been scanned by Inbound Shield and released according to admin's rule.*

**Important**

This communication may contain privileged and/or protected information by the Attorney-Client relationship and must be used solely by its intended recipient. If you received it by mistake and/or you are not its intended recipient: (i) please notify the sender by email, telephone or fax, and permanently delete the original and any of the printout thereof, and (ii) you are prohibited to read, copy, save, reveal, forward, reproduce and/or disseminate this communication and/or its attachments, totally or partially.

**Importante**

Esta comunicación puede contener información privilegiada y/o protegida por la relación Abogado-Cliente y debe ser utilizada exclusivamente por su destinatario legítimo. Si recibió esta comunicación por error y/o usted no es su destinatario legítimo: (i) por favor notifique al remitente por correo electrónico, teléfono o fax, y borre permanentemente el original y todas las copias físicas de esta comunicación, y (ii) usted queda expresamente prohibido a leer, copiar, guardar, revelar, reenviar, reproducir y/o difundir de cualquier manera, total o parcialmente, esta comunicación y/o sus archivos adjuntos.

**Important**

This communication may contain privileged and/or protected information by the Attorney-Client relationship and must be used solely by its intended recipient. If you received it by mistake and/or you are not its intended recipient: (i) please notify the sender by email, telephone or fax, and permanently delete the original and any of the printout thereof, and (ii) you are prohibited to read, copy, save, reveal, forward, reproduce and/or disseminate this communication and/or its attachments, totally or partially.

**Importante**

Esta comunicación puede contener información privilegiada y/o protegida por la relación Abogado-Cliente y debe ser utilizada exclusivamente por su destinatario legítimo. Si recibió esta comunicación por error y/o usted no es su destinatario legítimo: (i) por favor notifique al remitente por correo electrónico, teléfono o fax, y borre permanentemente el original y todas las copias físicas de esta comunicación, y (ii) usted queda expresamente prohibido a leer, copiar, guardar, revelar, reenviar, reproducir y/o difundir de cualquier manera, total o parcialmente, esta comunicación y/o sus archivos adjuntos.

**Important**

This communication may contain privileged and/or protected information by the Attorney-Client relationship and must be used solely by its intended recipient. If you received it by mistake and/or you are not its intended recipient: (i) please notify the sender by email, telephone or fax, and permanently delete the original and any of the printout thereof, and (ii) you are prohibited to read, copy, save, reveal, forward, reproduce and/or disseminate this communication and/or its attachments, totally or partially.

**Importante**

Esta comunicación puede contener información privilegiada y/o protegida por la relación Abogado-Cliente y debe ser utilizada exclusivamente por su destinatario legítimo. Si recibió esta comunicación por error y/o usted no es su destinatario legítimo: (i) por favor notifique al remitente por correo electrónico, teléfono o fax, y borre permanentemente el original y todas las copias físicas de esta comunicación, y (ii) usted queda expresamente prohibido a leer, copiar, guardar, revelar, reenviar, reproducir y/o difundir de cualquier manera, total o parcialmente, esta comunicación y/o sus archivos adjuntos.

# EXHIBIT 9

 Outlook

---

**Re: Facility Visitation Request**

---

**From** SFDF - Legal <legal@privacy6.com>
**Date** Fri 10/3/2025 2:45 PM
**To** office miloseviclaw.com <office@miloseviclaw.com>

Good afternoon,

The Zoom Visit has been scheduled for the detainee, Serdo Tosic A#070574501. Please see all the details below:

Date: Oct 3, 2025, 05:00 PM Eastern Time (US and Canada)
Meeting ID: 982 2065 1218
Passcode:  106777

Zoom Link: https://zoom.us/j/98220651218?pwd=5oOGGtb78EUpPoR46wFxCYsYQtFB8y.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Friday, October 3, 2025 12:55 PM
**To:** office miloseviclaw.com <office@miloseviclaw.com>
**Subject:** Re: Facility Visitation Request

Counsel:

Your video visit is scheduled for Friday, October 3rd at 5:00pm.  You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** office miloseviclaw.com <office@miloseviclaw.com>
**Sent:** Friday, October 3, 2025 12:37 PM
**To:** SFDF - Legal <legal@privacy6.com>; law miloseviclaw.com <law@miloseviclaw.com>
**Subject:** Facility Visitation Request

🛡️ **Security Awareness**
❌  The email came from an external source.

❌   This email is from an unfamiliar sender outside your organization.

Report Email          Trust Email

Hi! I am writing to request a visit to Detention Facility, for the purpose of Legal Visit. Here is attached G-28, and Request Form.

Best regards,
Alexandra

Milosevic Law
m: (305) 405 -8000
e: office@miloseviclaw.com
w: https://miloseviclaw.com/

12550 Biscayne Blvd #608
Miami, Florida, USA 33181

*This email has been scanned by Inbound Shield and released according to admin's rule.*

# **EXHIBIT 10**

 Outlook

---

**Re: Attorney Visit Request for BAUDILIO ALBERTO VASQUEZ-HERNANDEZ; A# 071-893-349**

---

From  Rolando Grillo <rolando@grilloesq.com>
Date  Tue 10/7/2025 12:02 PM
To    SFDF - Legal <legal@privacy6.com>

### 🔷 Security Awareness

❌ The email came from an external source.
✅ The email was sent from a known contact.

Report Email        Trust Email

Thank you. I am in the Zoom meeting now, through the provided link.

On Tue, Oct 7, 2025 at 9:43 AM SFDF - Legal <legal@privacy6.com> wrote:

Good morning,

The Zoom Visit has been scheduled for the detainee, Baudilio Alberto Vasquez Hernandez A#071893349. Please see all the details below:

Date: Oct 7, 2025, 12:00 PM Eastern Time (US and Canada)
Meeting ID: 996 0737 1396
Passcode: 368313

Zoom Link: https://zoom.us/j/99607371396?pwd=M1YBYc59mLvUoEBwsEpF3tJaCEDDIL.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Tuesday, October 7, 2025 9:20 AM
**To:** Rolando Grillo <rolando@grilloesq.com>
**Subject:** Re: Attorney Visit Request for BAUDILIO ALBERTO VASQUEZ-HERNANDEZ; A# 071-893-349

Counsel,

I appreciate the clarification. Your virtual visit is scheduled for today, 10/7/2025, at noon. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Rolando Grillo <rolando@grilloesq.com>
**Sent:** Tuesday, October 7, 2025 9:16 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Attorney Visit Request for BAUDILIO ALBERTO VASQUEZ-HERNANDEZ; A# 071-893-349

This would be a virtual visit.

Thank you,

On Tue, Oct 7, 2025 at 9:15 AM SFDF - Legal <legal@privacy6.com> wrote:

Counsel,

Would you like to schedule an in-person visit or a virtual visit?

Respectfully,

Florida Detention Team

---

**From:** Rolando Grillo <rolando@grilloesq.com>
**Sent:** Tuesday, October 7, 2025 9:08 AM
**To:** SFDF - Legal <legal@privacy6.com>; Admin SD <admin@southerndetention.com>
**Subject:** Attorney Visit Request for BAUDILIO ALBERTO VASQUEZ-HERNANDEZ; A# 071-893-349

Good morning,

Please see the enclosed legal counsel visitation form for a pre-representational visit with
BAUDILIO ALBERTO VASQUEZ-HERNANDEZ, (**A#071-893-349**) who is detained at the Dade-
Collier Transition and Training Detention Center, or Alligator Alcatraz.

I proposed times to meet with him today, or the next available time.

I've also attached my Florida ID and Bar card.

Thank you,

--
**Rolando Grillo, Esq.**
**(561) 247-2391**

This message is intended only for the use of the recipient(s) addressed above. This message may be an attorney-client communication and
as such, privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have
received this communication in error, please notify me immediately by e-mail and delete the original message.

*This email has been scanned by Inbound Shield and released according to admin's rule.*

\--

**Rolando Grillo, Esq.**
**(561) 247-2391**

This message is intended only for the use of the recipient(s) addressed above. This message may be an attorney-client communication and as such, privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

\--

**Rolando Grillo, Esq.**
**(561) 247-2391**

This message is intended only for the use of the recipient(s) addressed above. This message may be an attorney-client communication and as such, privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

# EXHIBIT 11



# EXHIBIT 12

 Outlook

---

**Re: Request for Virtual Attorney Visitation with Mr. Perez Yat A220153721**

---

**From** SFDF - Legal <legal@privacy6.com>

**Date** Wed 10/1/2025 4:16 PM

**To** Jose Flores <jflor010@gmail.com>

Good afternoon,

The Zoom Visit has been scheduled for the detainee, Yat Perez A#220153721. Please see all the details below:

Date: Oct 3, 2025, 12:00 PM Eastern Time (US and Canada)
Meeting ID: 857 6613 2240
Passcode: 667861

Zoom Link: https://us06web.zoom.us/j/85766132240?pwd=VZpLPn3BPPM5KBy3j3RgyUumXqzgDG.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Wednesday, October 1, 2025 2:40 PM
**To:** Jose Flores <jflor010@gmail.com>
**Subject:** Re: Request for Virtual Attorney Visitation with Mr. Perez Yat A220153721

Counsel:

Your video call is scheduled for 10/3 at noon. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Jose Flores <jflor010@gmail.com>
**Sent:** Wednesday, October 1, 2025 2:21 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Request for Virtual Attorney Visitation with Mr. Perez Yat A220153721

### 🛡️ Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.

✅ The email was sent from a known contact.

Report Email    Trust Email

Good afternoon,

The G-28 is enclosed. Thank you.

Best, J

Jose L Flores

On Wed, Oct 1, 2025 at 1:28 PM SFDF - Legal <legal@privacy6.com> wrote:

> Good afternoon,
>
> To facilitate a visit, please forward Form G-28.
>
> Respectfully,
>
> Florida Detention Team
>
> _____
>
> **From:** Jose Flores <jflor010@gmail.com>
> **Sent:** Wednesday, October 1, 2025 12:28 PM
> **To:** SFDF - Legal <legal@privacy6.com>
> **Subject:** Request for Virtual Attorney Visitation with Mr. Perez Yat A220153721
>
>
> Good afternoon,
>
> Our office represents Mr. Ardani Perez Yat, A#220153721, in his immigration matters. We respectfully request a Virtual Attorney Visitation with Mr. Perez Yat for October 3, 2025, at 12 pm, October 6, 2025 at 11am, or October 8, 2025 at 11am.
>
> We can be reached via email at  naomi@jfloreslaw.com or jose@jfloreslaw.com and by phone at (786) 732-7747 or (786) 417-8775.
>
> Attached to this email, please find the Attorney's Driver's license, Florida Bar Card, and the required visitation form. Please do not hesitate to contact us if you need further information.
>
> Best,
> --
> Jose L. Flores
> (786) 417-8775
>
>
> *This email has been scanned by Inbound Shield and released according to admin's rule.*

--
--
Jose L. Flores
(786) 417-8775

# EXHIBIT 13

**Outlook**

---

**Re: Request for Virtual Visitation**

---

**From** SFDF - Legal <legal@privacy6.com>

**Date** Mon 10/6/2025 6:40 PM

**To**   Jose Flores <jflor010@gmail.com>

Good evening,

Below is the Zoom link for detainee Jose Guadelupe Rubio Blanco.

Date/Time: Thursday, October 9, 1:00 - 2:00 PM
Meeting ID: 972 9437 0266
Passcode: 812161

https://zoom.us/j/97294370266?pwd=TqHhbYN2iKINVTM7U75ccg5NcTzlfh.1

Respectfully,

Florida Detention Team

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Monday, October 6, 2025 4:02 PM
**To:** Jose Flores <jflor010@gmail.com>
**Subject:** Re: Request for Virtual Visitation

Counsel,

Your video visit is scheduled for October 9, 2025, at 1:00 p.m. You will receive a Zoom link to access the call.

Respectfully,

Florida Detention Team

---

**From:** Jose Flores <jflor010@gmail.com>
**Sent:** Monday, October 6, 2025 3:58 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Request for Virtual Visitation

### 🛡️ Security Awareness

❌ The email came from an external source.
❌ The email was sent from a personal email address.
✅ The email was sent from a known contact.

Report Email          Trust Email

Good afternoon, Officer in charge,
I, Jose L. Flores, Esq., represent Mr. Jose Guadalupe Rubio Blanco, A#094443494, in his immigration
matters. I respectfully request a Virtual Attorney Visitation with Mr. Rubio for October 9, 2025, at 1 pm
or 1:30 pm.

I am attaching my driver's license, Florida bar, form G-28, and the request visitation form to this email.
Please do not hesitate to contact me if you need any further information.

Best,
--
Jose L. Flores
(786) 417-8775

*This email has been scanned by Inbound Shield and released according to admin's rule.*