UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al., on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

Case No.: 2:25-cv-747-SPC-DNF

KRISTI NOEM, et al.,

    Defendants.

## **ORDER**

Before the Court is Plaintiffs H.C.R., D.G.M., and H.P.'s Motion for Leave to Proceed Under Pseudonyms and to File Names Under Seal. (Doc. 116). State Defendants take no position on the motion. Federal Defendants oppose the motion. (Doc. 130). Plaintiffs replied. (Doc. 141).

In their motion, Plaintiffs seek leave to proceed under the pseudonyms H.C.R., D.G.M., and H.P. and to file their unredacted declarations in support of this motion under seal. Plaintiffs fear public disclosure of their identities could lead to political persecution and torture; retaliation and harassment by law enforcement, immigration officials, and members of the public; and other harms.

Plaintiffs filed substantially similar motions in the Southern District of

Florida before this case was transferred to the undersigned. (Docs. 11, 31). In both instances, United States District Judge Rodolfo A. Ruiz, II granted Plaintiffs' requests. (Docs. 15, 33). He reasoned that Plaintiffs established that they have a substantial privacy right in proceeding under pseudonyms in this action given that they face the potential of substantial harm in the United States and in their countries of origin from attaching their names to these proceedings.

At this point in the litigation, the Court will not deviate from Judge Ruiz's prior rulings. Accordingly, Plaintiffs' motion is **GRANTED**. (Doc. 116). Plaintiffs may proceed in this action using the pseudonyms listed in their filings.

**DONE** and **ORDERED** in Fort Myers, Florida on October 10, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record