## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

   Plaintiffs,

*v.*

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

   Defendants.

Case No 2:25-cv-00747-SPC-DNF

## **STATE DEFENDANTS' MOTION TO SEAL UNDER DOC. 157**

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), pursuant to Local Rule 1.11(b) and this Court's order (Doc. 154), move this Court to seal three exhibits to the Supplemental Declaration of Mark Saunders in Support of the State Defendants' Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 132-1, Exs. 16-18).

1. The State Defendants filed their Response to Plaintiffs' Motion for Preliminary Injunction on September 25, 2025 (Doc. 132). Exhibit 1 to their response is the Supplemental Declaration of Mark Saunders (Supplemental Declaration). (Doc. 132-1). Exhibits 16-18 to the Supplemental Declaration contain the names of two of the individual Plaintiffs. (Doc. 132-1, Exs. 16-18).

2. On October 10, 2025, the Court granted Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and to File Names Under Seal (Doc. 116).

3. Pursuant to Local Rule 1.11(b) and the Court's order (Doc. 154), the State Defendants ask this Court to seal Doc. 132-1 and allow it to redact the Plaintiffs' names and refile the Supplemental Declaration.

**WHEREFORE**, the State Defendants request that the Court seal Doc. 132-1 and permit the State Defendants to re-file a redacted version of the Supplemental Declaration.

Dated: October 20, 2025

Respectfully submitted,

/s/ *Nicholas J.P. Meros*

| | |
|---|---|
| Francis A. Zacherl, III (FBN 868094) | Nicholas J.P. Meros (FBN 120270) |
| Timothy W. Odzer (FBN 1020018) | Tara K. Price (FBN 98073) |
| Shiza Francis (FBN 1058470) | Kassandra S. Reardon (FBN 1033220) |
| **SHUTTS & BOWEN LLP** | **SHUTTS & BOWEN LLP** |
| 200 South Biscayne Blvd, Suite 4100 | 215 South Monroe Street, Suite 804 |
| Miami, Florida 33131 | Tallahassee, Florida 32301 |
| (305) 358-6300 | (850) 241-1717 |
| FZacherl@shutts.com | NMeros@shutts.com |
| TOdzer@shutts.com | TPrice@shutts.com |
| SFrancis@shutts.com | KReardon@shutts.com |

*Counsel for the State Defendants*

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the State Defendants conferred with counsel for Plaintiffs by e-mail on October 20, 2025, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the relief sought.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on October 20, 2025.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*