UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

*v.*                                    Case No 2:25-cv-00747-SPC-DNF

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

**PARTIES' JOINT NOTICE REGARDING EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's October 23, 2025, sua sponte order on the Parties' Joint Status Report (Doc. 158), the Parties provide the following joint notice regarding an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction.

The Parties believe the Court can decide Plaintiffs' Motion for Preliminary Injunction based upon undisputed facts in the record. If the Court agrees, the Parties waive an evidentiary hearing. But if the Court believes there are disputed issues of material fact relevant to Plaintiffs' Motion, then the Parties do not waive an evidentiary hearing and request that the Court hold a hearing before ruling on Plaintiffs' Motion. *See Four Seasons Hotels And Resorts, B.V. v. Consorcio Barr, S.A.*, 320 F.3d 1205, 1211 (11th Cir. 2003) ("While an evidentiary hearing is not always required before the issuance of a preliminary injunction, where facts are

bitterly contested and credibility determinations must be made to decide whether injunctive relief should issue, an evidentiary hearing must be held.") (citation modified) (quoting *McDonald's Corp. v. Robertson,* 147 F.3d 1301, 1312 (11th Cir. 1998)).

Dated: October 31, 2025                                     Respectfully submitted,

/s/ Eunice H. Cho                                           /s/Nicholas J.P. Meros
Eunice H. Cho*                                              NICHOLAS J.P. MEROS (FBN 120270)
AMERICAN CIVIL LIBERTIES UNION                              TARA K. PRICE (FBN 98073)
FOUNDATION                                                  KASSANDRA S. REARDON (FBN 1033220)
915 15th St. N.W., 7th Floor                                **SHUTTS & BOWEN LLP**
Washington, DC 20005                                        215 South Monroe Street, Suite 804
202-548-6616                                                Tallahassee, Florida 32301
echo@aclu.org                                               (850) 241-1717
                                                            NMeros@shutts.com
Corene T. Kendrick*                                         TPrice@shutts.com
Kyle Virgien*                                               KReardon@shutts.com
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION                                                  Francis A. Zacherl, III (FBN 868094)
425 California St., Suite 700                               Timothy W. Odzer (FBN 1020018)
San Francisco, CA 94104                                     Shiza Francis (FBN 1058470)
(415) 343-0770                                              **SHUTTS & BOWEN LLP**
ckendrick@aclu.org                                          200 South Biscayne Blvd, Suite 4100
kvirgien@aclu.org                                           Miami, Florida 33131
                                                            (305) 358-6300
Paul R. Chavez, Fla. Bar No. 1021395                        FZacherl@shutts.com
Christina LaRocca, Fla. Bar No.                             TOdzer@shutts.com
1025528                                                     SFrancis@shutts.com
AMERICANS FOR IMMIGRANT
JUSTICE                                                     *Counsel for the State Defendants*
2200 NW 72nd Ave.
P.O. Box No 520037                                          GREGORY W. KEHOE
Miami, FL 33152                                             United States Attorney
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org                                      By: /s/Chad C. Spraker
                                                            CHAD C. SPRAKER
                                                            Assistant United States Attorney

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice*

USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov

*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on October 31, 2025.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*

3