UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

H.C.R., et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

**BIWEEKLY STATUS REPORT**

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**All Parties:**

On October 22, 2024, the U.S. Court of Appeals for the Eleventh Circuit entered an order staying the appeal in *Friends of the Everglades. Inc., et al. v. Secretary, U.S. Department of Homeland Security, et al.* following the U.S. Department of Justice's lapse in appropriations. *See* No. 25-12873, Doc. 67, 70.

**Plaintiffs:**

On November 5, 2025, the Northern District of Illinois issued a Temporary Restraining Order in *Moreno Gonzalez v. Noem*, No. 1:25-cv-13323 (N.D. Ill. Nov. 5, 2025), which addresses conditions of confinement and attorney access at the

Immigration and Customs Enforcement ("ICE") detention facility in Broadview, Illinois. The court ordered ICE to "provide telephone services for each Detainee to communicate with the Detainee's counsel in private and without cost;" "ensure that all attorney-client communications are carried out in a manner to protect the attorney-client privilege between the Detainee and the Detainee's counsel;" provide detainees "upon arrival or as soon thereafter is possible with a list of pro bono attorneys in English and Spanish," and that "[u]pon arrival at Broadview or as soon thereafter is possible, all Detainees shall be listed on the Locator Online Detainee Locator System of ICE that accurately identifies the location of each Detainee." Temporary Restraining Order, *Moreno Gonzalez v. Noem*, No. 1:25-cv-13323 (N.D. Ill. Nov. 5, 2025), Doc. 49.

DATED this 7th day of November, 2025.

    Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

* *Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney

By:   */s/ Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney

USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
Shiza Francis (FBN 1058470)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
SFrancis@shutts.com
FZacherl@shutts.com

*Counsel for the State Defendants*