# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

Case No 2:25-cv-00747-SPC-DNF

## JOINT MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER AND FOR CONSOLIDATED RESPONSE

The Parties, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), move to amend the briefing schedule for the Defendants' motions to dismiss in the Court's Case Management and Scheduling Order, and to allow Plaintiffs to file a consolidated response to Defendants' separate motions to dismiss.

1. On September 5, 2025, the Court issued a Case Management and Scheduling Order (DE 110) ("Order") setting the briefing deadlines for Plaintiffs' Motion for Preliminary Injunction and Amended Complaint.

2. For the latter, the Court set the deadline for Defendants' motions to dismiss for November 10, Plaintiffs' responses for December 1, and Defendants' replies for December 15.

3. Counsel for the Federal and State Defendants have been working

diligently on their separate motions to dismiss the Amended Complaint. But they are dealing with other intervening professional commitments and deadlines, and their clients need additional time to review the motions before filing.

4. Accordingly, the Parties ask this Court to extend the deadline for their motions to dismiss the Amended Complaint from November 10 until November 14. And because the Court has tied subsequent briefing deadlines to the current November 10 deadline, the Parties ask the Court to extend those deadlines by a corresponding 4 days. Thus, Plaintiffs' deadline to respond to the motions to dismiss will become December 5 (from December 1), and Defendants' deadline to file replies in support of their motions to dismiss will become December 19 (from December 15).

5. In addition, in the interest of efficiency and judicial economy, the Parties ask that Plaintiffs be allowed to file a consolidated response to Defendants' motions to dismiss – rather than separate responses.

6. Extending these deadlines will not unduly delay this case or prejudice the Parties. Instead, the new deadlines will give all parties more time to complete their work during the upcoming holidays. Nor will they interfere with other case deadlines because the Court has indicated it plans to set the remaining case deadlines after it issues its' forthcoming ruling on Plaintiffs' Motion for Preliminary Injunction.

**WHEREFORE**, the Parties ask this Court to amend its Order to allow Defendants to file their motions to dismiss by November 14, Plaintiffs' response(s)

by December 5, and Defendants' replies by December 19, and to permit Plaintiffs to file a consolidated response to Defendants' motions to dismiss.

Dated: November 7, 2025

/s/ *Eunice H. Cho*
Eunice H. Cho*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528
**AMERICANS FOR IMMIGRANT JUSTICE**
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882

Respectfully submitted,

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
Timothy W. Odzer (FBN 1020018)
Shiza Francis (FBN 1058470)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com
TOdzer@shutts.com
SFrancis@shutts.com

*Counsel for the State Defendants*

GREGORY W. KEHOE
United States Attorney

/s/ *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219

3

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*

Email: chad.spraker@usdoj.gov

*Counsel for the Federal Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on November 7, 2025.

/s/ Nicholas J.P. Meros
*Counsel for the State Defendants*

4