UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

        Plaintiffs,

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

        Defendants.
_____/

Case No. 2:25-cv-00747-SPC-KCD

**DECLARATION OF CHARLES PARRA**

I, Charles Parra, pursuant to the authority of 28 U.S.C. § 1746, hereby declare that, to the best of my knowledge, information, and belief, and under the penalty of perjury, the following is true and correct:

1. I am employed by U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am presently the Acting Deputy Field Office Director ((A)DFOD) in Miami, Florida.

2. I also presently serve as the Assistant Field Office Director, assigned to the Krome Service Processing Center, located in Miami, Florida. In that role, I manage ERO personnel and provide oversight of ICE operations in the facility.

3. As the (A)DFOD at the ERO Miami Field Office, I manage ERO personnel and provide oversight of ICE operations in detention facilities housing ICE detainees. My responsibilities include overseeing ERO enforcement operations and detention facility



Ex. A

      operations within the Miami AOR, including those at the South Florida Soft Sided Facility South (SFSSFS).

4. I am familiar with the allegations made by Plaintiffs in the instant lawsuit regarding the SFSSFS, which is also known as Alligator Alcatraz.

5. On or about September 19, 2025, DHS began implementing procedures to update detainee location information relating to aliens detained at SFSSFS to the Online Detainee Locator System (ODLS).

6. ODLS is a public, web-based system that allows family members, legal representatives, and members of the public to locate individuals who are detained by ICE.

7. The ODLS does not provide location information about every alien who has been detained. Safety, security, and agency discretion prevent some detainees from appearing in the ODLS. For example, juveniles under the age of 18 do not appear in the system. In addition, if the alien's information is precluded by statute from disclosure, his or her information will not appear in ODLS.

8. Notably, some aliens' location information may not be available in the ODLS immediately after they are detained, depending on processing and uploading time.

9. In ICE-owned facilities, detainee location information is updated as soon as a detainee is booked into the facility in a database called ENFORCE Alien Detention Module (EADM). Once the data is in EADM, that information is automatically uploaded to the ODLS system.

10. ICE typically updates ODLS within eight hours of release, removal, or transfer.

11. In facilities such as SFSSFS, detainees are booked into the facility by contractors employed by the State of Florida's Division of Emergency Management. These

contractors maintain detainee population information, and they provide book-in information to ERO on a daily basis. These contractors do not have access to enter data directly into EADM. The contractors use a separate system for tracking releases; removals; and transfers, and ERO is dependent on their timely data entry to then subsequently update EADM. ERO typically receives this data entry daily around 8:00 a.m., and ERO officers then manually input the information into EADM, which automatically updates information in ODLS relating to transfers, release, and removal. Because of the additional layer of information gathering and data entry, detainee location information relating to release, removal, or transfer at SFSSFS is uploaded to ODLS within 24 hours.

12. Information related to immigration enforcement events that initiate outside of ERO custody, such as when U.S. Customs and Border Protection or Florida's contractors at SFSSFS initially detain an alien, may experience a delay of up to 48 hours before reaching ODLS.

Signed this 13th day of November 2025.

CHARLES A PARRA
Digitally signed by CHARLES A PARRA
Date: 2025.11.13 15:26:00 -05'00'

Charles Parra
Acting Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement