UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

C.M., Michael Borrego Fernandez, J.M.C., E.R., *on behalf of themselves and all others similarly situated, et al.*,

    Plaintiffs,

v.

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

Case No 2:25-cv-747-SPC-KCD

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW, Shiza Francis, Esq., proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendants, Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), in the above-styled cause of action. Ms. Francis will be leaving the law firm of Shutts & Bowen LLP on November 21st, 2025, to pursue other opportunities.

I certify that the client consents to the withdrawal and will continue to be represented by undersigned counsel, Nicholas J.P. Meros, Tara K. Price, Francis A. Zacherl, Timothy W. Odzer, and Kassandra S. Reardon. No party will be prejudiced by the relief requested in this motion. The withdrawal will not result in a person proceeding *pro se* nor result in a continuance of a trial.

WHEREFORE, the undersigned counsel respectfully request the Court enter an order granting the withdrawal of Shiza Francis and relieving her of all further responsibility in this action.

## LOCAL RULE 3.01(g) CERTIFICATION

I have conferred with the opposing party and represent the opposing party is unopposed to my withdrawal.

Dated: November 18, 2025

Respectfully submitted,

/s/Shiza Francis
SHIZA FRANCIS (FBN 1058470)
FRANCIS A. ZACHERL, III (FBN 868094)
TIMOTHY W. ODZER (FBN 1020018)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
SFrancis@shutts.com
FZacherl@shutts.com
TOdzer@shutts.com

AND

NICHOLAS J.P. MEROS (FBN 120270)
TARA K. PRICE (FBN 98073)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for The State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on November 18, 2025.

/s/ *Shiza Francis*
*Counsel for The State Defendants*