# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

H.C.R., et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

Case No. 2:25-CV-00747-SPC-DNF

## PLAINTIFFS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiffs respectfully move to reschedule the settlement conference set for December 9 and 10, 2025 to the week of December 15-19, 2025, or January 5-8, 2026. Notice, Doc. 170. Counsel for all parties are available during the proposed alternative dates.[1] Good cause exists in light of a preexisting conflict for Plaintiffs' counsel. Plaintiffs' counsel are scheduled to attend a mandatory, out-of-state national litigation coordination meeting, for which travel has been arranged for several months, on December 9 and 10. Plaintiffs' lead counsel is facilitating this mandatory litigation coordination meeting, and counsel in this case from the ACLU and ACLU of Florida are scheduled to attend.

---

[1] As of November 20, 2025, Federal Defendants' counsel is currently attempting to confirm whether agency representatives are available the week of December 15-19, 2025, and January 5-8, 2026.

In order to facilitate settlement between the parties, Plaintiffs will provide Defendants with a draft settlement proposal by November 25, 2025.

## Local Rule 3.01(g) Certificate

Plaintiffs' counsel have conferred with Defendants' counsel. Counsel for all parties are available for a settlement conference during the week of December 15, 2025, with a preference for December 18-19, 2025 by State Defendants; and January 5-8, 2026. As of November 20, 2025, Federal Defendants' counsel is currently attempting to confirm whether agency representatives are available the week of December 15-19, 2025, and January 5-8, 2026.

Dated: November 20, 2025

Respectfully Submitted,

/s/ Eunice H. Cho

| | |
|---|---|
| Paul R. Chavez (Fla. Bar No. 1021395) <br> Christina LaRocca (Fla. Bar No. 1025528) <br> AMERICANS FOR IMMIGRANT JUSTICE <br> 2200 NW 72nd Ave <br> P.O. Box No. 520037 <br> Miami, FL 33152 <br> 786-218-3381 <br> pchavez@aijustice.org <br> clarocca@aijustice.org <br><br> Amy Godshall, Fla. Bar No. 1049803 <br> Daniel Tilley, Fla. Bar No. 102882 <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA <br> 4343 West Flagler Street, Suite 400 <br> Miami, FL 33134 <br> 786-363-2714 <br> agodshall@aclufl.org <br> dtilley@aclufl.org | Eunice H. Cho* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 915 15th St. N.W., 7th Floor <br> Washington, DC 20005 <br> 202-548-6616 <br> echo@aclu.org <br><br> Corene T. Kendrick* <br> Kyle Virgien* <br> Marisol Dominguez-Ruiz* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 425 California Street, Suite 700 <br> San Francisco, CA 94104 <br> 415-343-0770 <br> ckendrick@aclu.org <br> kvirgien@aclu.org <br> mdominguez-ruiz@aclu.org <br><br> *Counsel for All Plaintiffs and the Proposed Class* <br> * *Admitted pro hac vice* |