UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

H.C.R., et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

**BIWEEKLY STATUS REPORT**

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

On November 13, 2025, the Central District of California issued a Preliminary Injunction in *Vasquez Perdomo v. Noem*, No. 2:25-cv-5605 (C.D. Cal. Nov. 13, 2025), Doc. 256, which addressed barriers to attorney access at the Immigration and Customs Enforcement ("ICE") "B-18" detention facility in Los Angeles, California. As the Court noted in its Preliminary Injunction Order, it had earlier ordered Defendants to provide detainees at B-18 with access to legal visitation and confidential phone calls "as *already provided* at other facilities." *Id.* at 4 (citing Temporary Restraining Order) (emphasis in original). In the Preliminary Injunction, the Court again ordered the

Defendants to provide in-person legal visitation "seven days per week, for a minimum of eight hours per day on business days (Monday through Friday), and a minimum of four hours per day on weekends and holidays," and ensure that detainees have "access to confidential telephone calls with attorneys, legal representatives, and legal assistants at no charge to the detainee" that are not "screened, recorded, or otherwise monitored." *Id.* at 25-26.

**Defendants' Position:**

Defendants do not have additional updates following the parties' November 7, 2025, status report.

DATED this 21st day of November, 2025.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

\* *Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney

By:   /s/ *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219

Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*

 */s/ Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com

*Counsel for the State Defendants*