UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____
                                                )
H.C.R., et al.,                           )
                                                )
      Plaintiffs,                     )
                                                )   Case No. 2:25-CV-00747-SPC-DNF
v.                                               )
                                                )
KRISTI NOEM, et al.,       )
                                                )
      Defendants.            )
_____)

**NOTICE OF APPEARANCE**

The undersigned attorney, Jennifer Smith, enters her appearance in this matter on behalf of all Plaintiffs.

Date: November 23, 2025               Respectfully submitted,

                                                               */s/ Jennifer Smith*
                                                               Jennifer Smith (FL Bar No. 964514)
                                                               Americans for Immigrant Justice
                                                               6355 N.W. 36th Street, Ste 309
                                                               Miami, FL 33166
                                                               305-573-1106 ext. 1269 (o)
                                                               305-576-6273 (f)
                                                               jsmith@aijustice.org
                                                               Attorney for the Plaintiffs