UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

        Plaintiffs,                              Case No. 2:25-cv-00747-SPC-DNF

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

        Defendants.
_____/

### FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Federal Defendants U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), and official capacity defendants Kristi Noem, Todd Lyons, and Garrett Ripa, through their attorney Assistant U.S. Chad C. Spraker, respond to Plaintiffs' November 20, 2025, Motion to Reschedule Settlement Conference (Doc. 174) as follows: Federal Defendants are available for a settlement conference the week of December 15-19, 2025, but cannot confirm their availability for January 5-8, 2026.

///

///

///

///

DATED this 24th day of November, 2025.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:  /s/ Chad C. Spraker
        CHAD C. SPRAKER
        Assistant United States Attorney
        USA No. 198
        2110 First Street, Ste. 3-137
        Fort Myers, Florida 33901
        Telephone: 239-461-2200
        Email: chad.spraker@usdoj.gov
        *Counsel for Federal Defendants*