UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH,
BILBAO LAW, LLC, H.C.R., D.G.M.,
H.P. and D.G.M.,

    Plaintiffs,

v.                                          Case No.:  2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT RIPA,
RONALD DESANTIS, KEVIN
GUTHRIE and FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

    Defendants.
_____/

## Status Conference
**(VIDEO CONFERENCE)**

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Counsel for Plaintiff: | Eunice Cho, Corene Kendrick, Jennifer Smith, Amy Godshall, Paul Chavez |
| Counsel for Defendant: | Chad Spraker for Federal Defendants |
| | Nicholas Meros for State Defendants |
| | |
| Date and Time: | November 24, 2025 at 3:00pm |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |

Start Time:   3:01pm        This hearing is being conducted via Zoom video.

    Status conference set to address remaining issues with counsel and parties' position(s) on same.

    Attorney Cho advised plaintiff parties listed in complaint have been removed from the United States; however, the organizational plaintiffs, Bilboa Law and Sanctuary of the South, continue to represent other individuals at the facility.

Plaintiff outlines remaining issues (allegations/complaints) at the facility.
Defendants respond.
The Court inquires of counsel, discusses remaining issues.

Attorney Cho advises a settlement offer to be sent to defendants today.

Defendants do not agree on class certification.

State defendants request two weeks to prepare and submit response brief to the court; the Court GRANTS the request. Plaintiff motion to file reply brief to defense response.

Parties discuss potential dates for rescheduling the settlement conference. The court will review calendar and proposed dates and reschedule settlement conference.

Nothing further from the parties.

Court is in recess.

End time:   4:23pm
Total time: 1 hour 22 minutes