UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al., on behalf of themselves and others similarly situated,

    Plaintiffs,

v().                               Case No.:  2:25-cv-747-SPC-DNF

KRISTI NOEM, et al.,

    Defendants.

## **ORDER**

On November 24, 2025, the Court conducted a Zoom video conference to discuss the status of the case, Plaintiffs' Motion to Reschedule Settlement Conference (Doc. 174), and other matters.  (Doc. 178).  All parties stated that counsel and a representative with full settlement authority are available to attend an in-person settlement conference on December 16 and 17, 2025.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs' Motion to Reschedule Settlement Conference is **GRANTED** for good cause shown.  (Doc. 174).

2. The settlement conference previously set for December 9 and 10, 2025, is **RESET**.  (Doc. 170).

3. The parties are **ORDERED** to attend an in-person settlement

conference on **December 16, 2025, at 9:00 a.m.** in Fort Myers Courtroom 5D with the undersigned. If needed, the settlement conference will continue on **December 17, 2025**. The undersigned has set aside two days for the settlement conference, so all parties and their counsel must be available both days. The parties and counsel are required to coordinate their schedules to remain at the settlement conference until **December 17, 2025, at 3:00 p.m**.

 a. An individual with **full settlement authority** is required to either attend in person or be available **at all times** via telephone.

 b. By **December 11, 2025, at 5:00 p.m.**, the parties must submit the confidential settlement statements to the Court. The statements will not be filed with the Clerk of Court but will be emailed as a PDF to the chambers email address: CHAMBERS_FLMD_CHAPPELL@flmd.uscourts.gov.

 c. The confidential settlement statement will:

   i. identify all persons, including counsel, who will attend the settlement conference with or on behalf of the party and specify which individual(s) hold final settlement authority;

   ii. describe the remaining claims and defenses in the case

    and candidly assess their relative strengths and weaknesses both legally and factually;

   iii. provide a reasonably detailed explanation of the submitting party's present position on remedies sought or resisted by the party (including attorney's fees and costs if recoverable); and

   iv. outline the settlement negotiations to date, including any offers and counteroffers made.

d. All counsel are permitted to consult with their clients via phone or Zoom link during the course of the settlement conference.[1]

e. Notwithstanding Rule 408(b) of the Federal Rules of Evidence, all statements during the settlement conference, written or oral, are confidential and shall not be admissible in evidence for any reason in the trial of the case, should the case not settle.

f. All counsel are permitted to bring phones and laptops into the courthouse for the settlement conference.

---

[1] At the status conference, Plaintiffs' counsel requested that the Court provide a Zoom link for the named plaintiffs who are currently located abroad and their interpreters. However, the Court prefers that Plaintiffs independently coordinate telephone or video access with their clients and interpreters.

4. State Defendants are **DIRECTED** to file a response to Plaintiffs' Motion for Class Certification (Doc. 114) no later than **December 12, 2025**. Plaintiffs are **DIRECTED** to file a reply no later than **December 30, 2025**.

**DONE** and **ORDERED** in Fort Myers, Florida on November 25, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record