UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al., *Plaintiffs,* v. KRISTI NOEM, et al., *Defendants.* | **BIWEEKLY STATUS REPORT** |

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

The parties do not have additional updates following their November 21, 2025, status report.

DATED this 5th day of December, 2025.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

* *Admitted pro hac vice.*

                        GREGORY W. KEHOE
                        United States Attorney

By:   */s/ Chad C. Spraker*
        CHAD C. SPRAKER
        Assistant United States Attorney
        USA No. 198
        2110 First Street, Ste. 3-137
        Fort Myers, Florida 33901
        Telephone: 239-461-2200
        Fax: 239-461-2219
        Email: chad.spraker@usdoj.gov
        *Counsel for Federal Defendants*

        */s/ Nicholas J.P. Meros*
        Nicholas J.P. Meros (FBN 120270)
        Tara K. Price (FBN 98073)
        Kassandra S. Reardon (FBN 1033220)
        **SHUTTS & BOWEN LLP**
        215 South Monroe Street, Suite 804
        Tallahassee, Florida 32301
        (850) 241-1717
        NMeros@shutts.com
        TPrice@shutts.com
        KReardon@shutts.com

        Francis A. Zacherl, III (FBN 868094)
        **SHUTTS & BOWEN LLP**
        200 South Biscayne Blvd, Suite 4100
        Miami, Florida 33131
        (305) 358-6300
        FZacherl@shutts.com

        *Counsel for the State Defendants*