UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH,
BILBAO LAW, LLC, H.C.R.,
D.G.M., H.P. and D.G.M.,

    Plaintiffs,

v.                                Case No.:  2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT
RIPA, RONALD DESANTIS,
KEVIN GUTHRIE and FLORIDA
DIVISION OF EMERGENCY
MANAGEMENT,

    Defendants.
_____/

## Settlement Conference

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Eunice Cho, Amy Godshall, Corene Kendrick, Paul Chavez, Jennifer Smith |
| Counsel for Defendants: | Nicholas Meros for State Defendants |
| | Chad Spraker and Randy Harwell for Federal Defendants |
| | |
| Date and Time: | December 17, 2025 at 9:00am |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | N/A |

Start Time:  9:00am

    Impasse.

End time:    6:00pm
Total time:  9 hours