**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

   Plaintiffs,

v.

Case No 2:25-cv-00747-SPC-DNF

KRISTI NOEM, *Secretary of the United States Department of Homeland Security, et al.*,

   Defendants.

## STATE DEFENDANTS' UNOPPOSED MOTION FOR TELEPHONIC STATUS CONFERENCE REGARDING JOINT STATUS REPORT

Defendants, Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management ("State Defendants"), move this Court to schedule a telephonic status conference to discuss the items listed in the Parties' Joint Status Report (JSR) (Doc. 189).

1. After the recent settlement conference, the Court instructed the Parties to confer and file a joint status report providing (1) the Parties' positions on the form and scope of a hearing to decide Plaintiffs' pending Motion for Preliminary Injunction (Doc. 115) and Motion for Class Certification (Doc. 114); (2) all undisputed facts to which the Parties can stipulate before the forthcoming

hearing; and (3) whether the Court should take a site visit to the Alligator Alcatraz detention facility, the Court's authority for conducting a site visit, and the proposed procedures for such a visit.

2. The Court also asked the Parties to suggest dates for the first and third item.

3. The Parties filed the JSR with all of the information requested. In addition, Plaintiffs informed the Court that they plan to conduct a party site visit under Federal Rule of Civil Procedure 34(a)(2) with a purported expert and proposed to speak confidentially with putative class members *and* Facility staff about the conditions at the Facility during the visit. Plaintiffs also asked the Court for expedited discovery to prepare for the upcoming injunction hearing,

4. Plaintiffs, however, had not mentioned its plans to request a party site visit or to conduct pre-hearing discovery before filing the JSR. In addition, the State Defendants did not have an opportunity to review and respond to Plaintiffs' proffer on the Court's authority to conduct site visits before Plaintiffs filed the JSR.

5. Thus, the State Defendants request an opportunity to address these new requests and Plaintiffs' proffered authority for a Court site visit before the Court issues an order setting a hearing schedule.

6. Accordingly, the State Defendants ask the Court to schedule a telephonic status/case management conference at its earliest convenience.

7. The State Defendants conferred with the Plaintiffs and Federal Defendants on this request. Neither oppose the request.

WHEREFORE, the State Defendants request the Court schedule a telephonic status/case management conference at its earliest convenience to address any outstanding issues.

Dated: December 23, 2025

Francis A. Zacherl, III (FBN 868094)
Timothy W. Odzer (FBN 1020018)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com
TOdzer@shutts.com

Respectfully submitted,

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

*Counsel for the State Defendants*

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the State Defendants conferred with counsel for the Plaintiffs by e-mail on December 19, 2025, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the requested scheduling conference.

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on December 23, 2025.

*/s/ Nicholas J.P. Meros*
*Counsel for the State Defendants*
