UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al., *Plaintiffs,* v. KRISTI NOEM, et al., *Defendants.* | **BIWEEKLY STATUS REPORT** |

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

The parties do not have additional updates following their December 19, 2025, status report.

DATED this 2nd day of January, 2026.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005

202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez (FBN 1021395)
Christina LaRocca (FBN 1025528)
Jennifer Smith (FBN 964514)
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org
jsmith@aijustice.org

Amy Godshall (FBN 1049803)
Daniel Tilley (FBN 102882)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

* Admitted pro hac vice.

         GREGORY W. KEHOE
         United States Attorney

By: */s/ Chad C. Spraker*
   CHAD C. SPRAKER
   Assistant United States Attorney
   USA No. 198
   2110 First Street, Ste. 3-137
   Fort Myers, Florida 33901
   Telephone: 239-461-2200
   Fax: 239-461-2219
   Email: chad.spraker@usdoj.gov
   *Counsel for Federal Defendants*

   */s/ Nicholas J.P. Meros*
   Nicholas J.P. Meros (FBN 120270)
   Tara K. Price (FBN 98073)
   Kassandra S. Reardon (FBN 1033220)
   **SHUTTS & BOWEN LLP**
   215 South Monroe Street, Suite 804
   Tallahassee, Florida 32301
   (850) 241-1717
   NMeros@shutts.com
   TPrice@shutts.com
   KReardon@shutts.com

   Francis A. Zacherl, III (FBN 868094)
   **SHUTTS & BOWEN LLP**
   200 South Biscayne Blvd, Suite 4100
   Miami, Florida 33131
   (305) 358-6300
   FZacherl@shutts.com

   *Counsel for the State Defendants*