# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants.* | **PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC STATUS CONFERENCE** |

Plaintiffs respectfully move this Court to schedule a telephonic status conference to discuss the schedule and procedures for resolving Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification, including the Preliminary Injunction Evidentiary Hearing. *See* Notices of Hearing, Docs. 193, 194.

Plaintiffs respectfully seek a status conference to provide clarification regarding their request for expedited discovery, including limited requests for production, interrogatories, and requests for admission, and depositions, which accompanied their requests for inspection of the facility by Plaintiffs' expert and the court.[1] Joint Status Report, Doc. 189, at 10-11. Plaintiffs have requested expedited discovery and

---

[1] Plaintiffs submitted this request as part of the Joint Status Report at Doc. 189, but out of an abundance of caution, have also submitted a Motion for Expedited Discovery, to allow for proper consideration by the Court. The Court has ordered briefing regarding the Plaintiffs' request for expert inspection and the proposal for a judicial site visit to the Facility, to be concluded on January 14, 2026. Doc. 195.

depositions in order to clarify factual disputes, which will assist the court in the prompt and efficient disposition of this litigation.

Plaintiffs also seek clarification regarding the Court's preferred schedule for submission of pre-hearing materials, such as joint exhibit and witness lists, and clarification as to how much time each side would receive to present its case at the preliminary-injunction evidentiary hearing, as well any limits on the number of live witnesses, exhibits, declarations, and expert reports and deposition transcripts, if any. Plaintiffs further wish to clarify procedures for securing virtual testimony from parties who no longer reside in the United States, as well as arrangements for court interpretation. *See* Notices of Hearing, Docs. 193, 194.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel conferred with opposing counsel via email on January 7, 2026. The State Defendants do not oppose the motion. The Federal Defendants defer to the discretion of the court regarding whether to conduct a conference.

DATED this 7th day of January, 2026.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005

202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No.  964514
Christina LaRocca, Fla. Bar No.
1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org


Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
Samuel Lester, Fla. Bar No. 1043063
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org
slester@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*