UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH,
BILBAO LAW, LLC, H.C.R.,
D.G.M., H.P. and D.G.M.,

    Plaintiffs,

v.   Case No.:   2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT
RIPA, RONALD DESANTIS,
KEVIN GUTHRIE and FLORIDA
DIVISION OF EMERGENCY
MANAGEMENT,

    Defendants.
_____/

## Status Conference
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Eunice Cho, Corene Kendrick, Paul Chavez, Jen Smith, Amy Godshall, and Christina LaRocca |
| Counsel for Defendants: | Chad Spraker and Amanda Saylor for Federal Defendants |
| | Nicholas Meros for State Defendants |
| | |
| Date and Time: | January 13, 2026 at 1:30pm |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |

Start Time: 1:30pm     Hearing is being conducted by Zoom video.

Status set to discuss upcoming evidentiary hearings.

Parties concur one day is sufficient for the evidentiary hearing.

Parties instructed to discuss and review evidence prior to hearing and utilize Joint Exhibit List when possible.
Electronic exhibit binders to be submitted to the court and provided to opposing counsel prior to hearing for review.  Additionally, exhibits are to be provided to witnesses prior to hearing for reference during testimony.

Discussion regarding deadlines for submissions.
Plaintiffs to provide witness and exhibit lists to opposing counsel by January 19th at noon; defendants to provide response to opposing counsel by January 21st; submission to Court by January 23rd at 5:00pm.

Plaintiffs plan to present expert witness for the evidentiary hearing.
Both State and Federal defendants oppose expert testimony.

Parties discuss hearing procedures and Court expectations.

Federal defendants intend to refile a motion to dismiss.

The Court reserves on the expert issue at this time.

Court order to issue outlining deadlines for hearings.

Nothing further from parties.

Court is in recess.

End time:   2:07pm
Total time:  37 minutes