UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al., on behalf of themselves and others similarly situated,

    Plaintiffs,

v.   Case No.:  2:25-cv-747-SPC-DNF

KRISTI NOEM, et al.,

    Defendants.

## ORDER

On January 13, 2026, the Court conducted a Zoom video status conference to discuss the evidentiary hearing and oral argument on Plaintiffs' motion for preliminary injunction and motion for class certification (Docs. 114, 115).  (Doc. 203).  Upon due consideration, it is hereby **ORDERED**:

1. At this time, the Court takes no position on Plaintiffs' intent to offer expert testimony at the preliminary injunction hearing.

2. Plaintiffs shall provide exhibit and witness lists to opposing counsel by **January 19, 2026, at 12:00 p.m**.

3. Defendants shall provide exhibit and witness lists to opposing counsel by **January 21, 2026**.

4. All parties shall submit final exhibit and witness lists to the Court

by **January 23, 2026, at 5:00 p.m**.

    a. The parties must include whether the witnesses are may or will call witnesses, how long they anticipate direct and cross examination to take for each witness, whether the witness needs an interpreter, and what language they speak. The Court requires in-person testimony, unless the parties demonstrate good cause.[1]

    b. The parties must also provide the Court with an electronic exhibit binder that contains all individual and joint exhibits to be introduced at the preliminary injunction hearing. The Court encourages joint exhibits when at all practicable. The electronic exhibit binder is provided for the undersigned's use, so a hard copy of the exhibit binder is not necessary. But, because the electronic exhibit binder is for the Court only, counsel must still bring separate paper copies of all exhibits that may be introduced at the hearing.

    c. To make the electronic exhibit binder, each separate exhibit must be saved as a PDF document and then combined with the other exhibits into a single PDF file. The single PDF file

---

[1] The Court will allow remote testimony from those witnesses located outside the United States.

is the electronic exhibit binder. Within the single PDF file, counsel must identify each exhibit separately using PDF bookmarks. If an exhibit is physical evidence, counsel should insert a placeholder exhibit that states, "Exhibit [Number] is [description of exhibit]." When possible, counsel should text recognize any exhibit for the electronic exhibit binder.

    d. The electronic exhibit binder must be emailed to the undersigned's chambers inbox. If the file is too large to email, counsel should provide the Court the binder on a thumb drive. Any party unable to comply with this requirement must immediately contact the Courtroom Deputy Clerk.

    e. The Court requires counsel to use the courtroom technology during any trial or hearing. Parties should contact the Courtroom Deputy Clerk to test and learn the equipment well before any trial or hearing.

5. The Court reminds the parties that it will ultimately issue a case management scheduling order setting all future deadlines in this case, including deadlines to file motions to dismiss. The Court will not accept motions to dismiss before that order is issued.

3

**DONE** and **ORDERED** in Fort Myers, Florida on January 14, 2026.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record