UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al., *Plaintiffs,* v. KRISTI NOEM, et al., *Defendants.* | **BIWEEKLY STATUS REPORT** |

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

On January 7, 2026, the Western District of New York approved a final settlement agreement in *Prisoners' Legal Services of New York v. U.S. Dep't of Homeland Sec.*, No. 1:25-cv-787 (W.D.N.Y. Jan. 7, 2026), Doc. 93, which challenged the failure of an Immigration and Customs Enforcement ("ICE") detention facility in Batavia, New York, to protect the confidentiality of legal mail for immigrant detainees in violation of the First Amendment. The Defendants, which included the U.S. Department of Homeland Security ("DHS"), ICE, DHS Secretary Kristi Noem, and the Field Office Director of the Buffalo, New York ICE Field Office, agreed to

implement a revised facility-wide procedure for the management and confidentiality of legal mail. The court retained jurisdiction to enforce the settlement agreement for a three-year period.

**Defendants' Position:**

Defendants do not have additional updates following the parties' January 2, 2026, status report.

DATED this 16th day of January, 2026.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Christina LaRocca, Fla. Bar No. 1025528

AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

\* *Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney

By:  */s/ Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*

 */s/ Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)

Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com

*Counsel for the State Defendants*