## DECLARATION OF EUNICE CHO

I, Eunice Cho, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the
following is true and correct.

1. I make this declaration based on my own personal knowledge and if called upon to testify
   I could and would do so competently and truthfully to these matters.

2. I am an attorney of record for Plaintiffs in the case presently before the Court, *H.C.R. v.
   Noem*, No. 2:25-cv-00747 (M.D. Fla.).

3. In preparation for an evidentiary hearing scheduled to take place on January 28, 2026, I
   emailed Chad Spraker, counsel for Federal Defendants, on January 13, 2026, to provide
   notice that the Plaintiffs planned to call Juan Lopez Vega as a witness at the hearing. Mr.
   Lopez Vega is the Deputy Field Office Director for ICE's Miami Field Office, and has
   submitted two declarations in support of Federal Defendants in this case. *See*
   Declarations of Juan Lopez Vega, Docs. 50-1, 131-1. I also asked Mr. Spraker if he would
   consent to accept service of a subpoena for Mr. Lopez Vega's appearance via email, and
   attached a pdf copy of the subpoena. In addition, I asked if he could provide me with Mr.
   Lopez Vega's address. A true and correct copy of this email correspondence, including the
   subpoena, is attached as Exhibit A.

4. On January 14, 2026, I called Mr. Spraker to ask if he had a response to my email. Mr.
   Spraker stated that he declined to accept service for Mr. Lopez Vega. I asked him if he
   would provide me with Mr. Lopez Vega's address. Mr. Spraker declined to do so. I then
   emailed Mr. Spraker to confirm that this was the Federal Defendants' position. Mr.
   Spraker responded shortly after, stating that "That is correct.  I am not accepting service
   for Mr. Vega, nor do Federal Defendants intend to call him as witness at the preliminary
   injunction hearing." A true and correct copy of this email correspondence is attached as
   Exhibit A.

5. On that same day, I contacted Nolan Process Servers, LLC ("Process Server"), a civil
   process server, to serve the subpoena on Mr. Lopez Vega. Sedric Johnson, an employee of
   the Process Server, attempted to serve the subpoena on Mr. Lopez Vega at the ICE
   Enforcement and Removal Operations office for the Miami Field Office at 2805 SW
   145th Ave., Miramar, FL 33027. I obtained this address from ICE's website at
   https://www.ice.gov/field-office/miami-field-office

6. Mr. Johnson was unable to complete service, stating in an affidavit that "On 1-14-2026 at
   3:47 p.m. attempt made at the given address and I was informed that the subject works in
   Plantation, FL." A true and correct copy of this affidavit is attached as Exhibit B.

7. On January 15, 2026, the Process Server informed me that their staff then made an
   attempt to provide service at the ICE Office at 865 SW 78th St., Plantation, FL 33324 at
   9:45 a.m. However, when the Process Server attempted to do so, "the legal department
   stated that all subpoenas must go to the address on the photo attached in Miami," and

referred the Process Server to ICE's Miami Office of the Chief Counsel, 333 South Miami Ave., Suite 200, Miami, FL 33130. Exhibit C, Email and Photo from Michael Nolan to Eunice Cho, Jan. 15, 2026.

8. At 10:34 a.m. on January 15, 2026, Henry Pinto, the Process Server, served Liana Salas, Deputy Chief Counsel of ICE, with the subpoena for Juan Lopez Vega at 333 South Miami Ave., Suite 200, Miami FL 33130. Ms. Salas stated that she was authorized to accept service for Mr. Lopez Vega. See Exhibit D, Affidavit of Service by Henry Pinto.

9. On January 15, 2026, Samantha Weaver, a paralegal in my office, also sent copies of the subpoena to Mr. Lopez Vega at 865 SW 78th St., Plantation, FL 33324 via U.S. Postal Service Express Mail, requiring signature for delivery. Delivery of the subpoena to Mr. Lopez Vega was confirmed on January 18, 2026.  On January 16, 2026, she also sent copies of the subpoena to Mr. Lopez Vega at 333 South Miami Ave., Ste, 200, Miami, FL 33130 via U.S. Postal Service Express Mail. Delivery of the subpoena was confirmed on January 20, 2026.

10. On January 15, 2026, Sofia Gonzalez, a paralegal in my office, also sent copies of the subpoena to Mr. Lopez Vega at 865 SW 78th St., Plantation, FL 33324 via U.S. Postal Service Express Mail, requiring signature for delivery. Delivery of the subpoena to Mr. Lopez Vega was confirmed on January 17, 2026. That same day, Ms. Gonzalez further sent copies of the subpoena to Mr. Lopez Vega at 333 South Miami Ave., Ste, 200, Miami, FL 33130 via U.S. Postal Service Express Mail on January 17, 2026. Delivery of the subpoena to Mr. Lopez Vega was confirmed on January 17, 2026.

11. On January 23, 2026, I spoke with Mr. Spraker, counsel for Federal Defendants, on the phone. Mr. Spraker stated that Federal Defendants planned to file a motion to quash the subpoena for Mr. Juan Lopez Vega. He also stated that Defendants did not plan to have Mr. Lopez Vega appear at the hearing. When I noted that Plaintiffs had served Mr. Lopez Vega with a subpoena after he had declined to accept service on his behalf, he stated that the subpoena had been left at the ICE's Office of the Principal Legal Advisor (OPLA), and that the Defendants would be moving to quash the subpoena, and stated that he assumed that Plaintiffs would oppose the motion. I confirmed that Plaintiffs would oppose the motion.

12. Later that evening, I emailed Mr. Spraker to inquire about the date he planned to file a motion to quash the subpoena. The next day, on January 24, 2026, Mr. Spraker emailed me back, generally stating that "I anticipate filing a motion to quash the subpoena to obtain a ruling.  Mr. Vega is not required to attend the hearing. I am not taking any position regarding the Federal Defendants course of action pending a ruling on a motion, which I intend to file as soon as I am able." A true and correct copy of this correspondence is attached at Exhibit A.

Executed this 24th date of January, 2026, in Silver Spring, Maryland.

_____
Eunice Cho

# EXHIBIT A

**Eunice Cho**

| | |
|---|---|
| **From:** | Spraker, Chad (USAFLM) <Chad.Spraker@usdoj.gov> |
| **Sent:** | Saturday, January 24, 2026 4:51 PM |
| **To:** | Eunice Cho |
| **Cc:** | Corene Kendrick; Kyle Virgien; Marisol Dominguez-Ruiz; Daniel Tilley; Amy Godshall; Samantha Weaver; Paul Chavez; Jennifer Smith; Christina "Christy" LaRocca |
| **Subject:** | Re: CM v. Noem, Case No. 2:25-cv-747--Subpoena |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Eunice,

Thank you for your communication and position on the anticipated motion. Regarding our call on Friday, I anticipate filing a motion to quash the subpoena to obtain a ruling  Mr. Vega is not required to attend the hearing. I am not taking any position regarding the Federal Defendants course of action pending a ruling on a motion, which I intend to file as soon as I am able.

Best regards,

Chad C. Spraker
Assistant U.S. Attorney
Office of the United States Attorney
Middle District of Florida
239-461-2245

---

**From:** Eunice Cho <echo@aclu.org>
**Sent:** Friday, January 23, 2026 8:21 PM
**To:** Spraker, Chad (USAFLM) <Chad.Spraker@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Daniel Tilley <DTilley@aclufl.org>; Amy Godshall <AGodshall@aclufl.org>; Samantha Weaver <SWeaver@aclu.org>; Paul Chavez <pchavez@aijustice.org>; Jennifer Smith <jsmith@aijustice.org>; Christina "Christy" LaRocca <clarocca@aijustice.org>
**Subject:** [EXTERNAL] RE: CM v. Noem, Case No. 2:25-cv-747--Subpoena

Dear Chad,
Thank you for speaking earlier about the joint exhibits for the evidentiary hearing this afternoon. During our conversation, you stated that Federal Defendants plan to file a motion to quash the subpoena for Mr. Juan Lopez Vega that Plaintiffs had served for his appearance at the January 28, 2026 evidentiary hearing. You also stated that Defendants did not plan to have Mr. Lopez Vega appear at the hearing. When I noted that Plaintiffs had served Mr. Lopez Vega with a subpoena after you declined to accept service on his behalf, you stated that the subpoena had been left at the ICE's Office of the Principal Legal Advisor (OPLA). You again stated that Defendants would be moving to quash the subpoena.

Could you please let us know when Defendants plan to file the motion to quash? We would appreciate
your response by Saturday, Jan. 24 at 9 a.m., given that the hearing will take place on January 28, and we
would like the court to be able to consider the motion to quash, and our response, in advance of the
hearing. As noted during our call, Plaintiffs oppose the motion to quash.

Thank you,
Eunice

**Eunice Hyunhye Cho**
Pronouns: she/hers

Senior Counsel
National Prison Project
American Civil Liberties Union
915 15th St. NW, Washington, DC 20005
202.548.6616  |  echo@aclu.org

aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the
sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Spraker, Chad (USAFLM) <Chad.Spraker@usdoj.gov>
**Sent:** Wednesday, January 14, 2026 1:29 PM
**To:** Eunice Cho <echo@aclu.org>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Daniel Tilley <DTilley@aclufl.org>; Amy Godshall <AGodshall@aclufl.org>; Samantha Weaver
<SWeaver@aclu.org>; Paul Chavez <pchavez@aijustice.org>; Jennifer Smith <jsmith@aijustice.org>; Christina "Christy"
LaRocca <clarocca@aijustice.org>
**Subject:** RE: CM v. Noem, Case No. 2:25-cv-747--Subpoena

Good afternoon Eunice,

That is correct.  I am not accepting service for Mr. Vega, nor do Federal Defendants intend to call him as
witness at the preliminary injunction hearing.

Best regards,

**Chad C. Spraker, Assistant U.S. Attorney**
Office of the U.S. Attorney, Middle District of Florida
2110 First Street, Suite 3-137, Fort Myers, FL 33901 | (239) 461-2245
Chad.Spraker@usdoj.gov

---

**From:** Eunice Cho <echo@aclu.org>
**Sent:** Wednesday, January 14, 2026 1:22 PM
**To:** Spraker, Chad (USAFLM) <Chad.Spraker@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-

ruiz@aclu.org>; Daniel Tilley <DTilley@aclufl.org>; Amy Godshall <AGodshall@aclufl.org>; Samantha Weaver
<SWeaver@aclu.org>; Paul Chavez <pchavez@aijustice.org>; Jennifer Smith <jsmith@aijustice.org>; Christina "Christy"
LaRocca <clarocca@aijustice.org>
**Subject:** [EXTERNAL] RE: CM v. Noem, Case No. 2:25-cv-747--Subpoena

Hi Chad,
Thank you for talking with me just now on the phone. During our conversation, you stated that you
declined to accept service for Mr. Lopez Vega, and also declined to provide an address for service to him.
Please let me know if this is not an accurate description of the Federal Defendants' position.

Thanks,
Eunice

---

**From:** Eunice Cho
**Sent:** Tuesday, January 13, 2026 7:20 PM
**To:** 'Spraker, Chad (USAFLM)' <chad.spraker@usdoj.gov>
**Cc:** Corene Kendrick <ckendrick@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Daniel Tilley <DTilley@aclufl.org>; 'Amy Godshall' <agodshall@aclufl.org>; Samantha Weaver
<SWeaver@aclu.org>; 'Paul Chavez' <pchavez@aijustice.org>; 'Jennifer Smith' <jsmith@aijustice.org>; 'Christina
"Christy" LaRocca' <clarocca@aijustice.org>
**Subject:** CM v. Noem, Case No. 2:25-cv-747--Subpoena

Chad,
Plaintiffs plan to call the Federal Defendants' declarant, Juan Lopez Vega, as a witness in the evidentiary
hearing scheduled on January 28, 2026. Attached is a subpoena for Mr. Lopez Vega. Would Federal
Defendants consent to accepting service on his behalf via email? If not, kindly let us know the physical
address where he can be served.

Thanks,
Eunice


**Eunice Hyunhye Cho**
Pronouns: she/hers

Senior Counsel
National Prison Project
American Civil Liberties Union
915 15th St. NW, Washington, DC 20005
202.548.6616 | echo@aclu.org
aclu.org 🅕 🐦



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the
sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

# EXHIBIT B

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 2:25-CV-00747-SPC-DNF

Plaintiffs: **H.C.R. et al.,**

vs.

Defendant: **Kristi Noem, et al.,**

For: EUNICE CHO, ESQ.
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Received by NOLAN PROCESS SERVERS, LLC on the 14th day of January, 2026 at 2:51 pm to be served on **JUAN LOPEZ VEGA, DEPUTY FIELD OFFICE DIRECTOR C/O ICE ERO MIAMI FIELD OFFICE, 2805 SW 145TH AVENUE, MIRAMAR, FL 33027.** I, _Sedvy____Johnson_, being duly sworn, depose and say that on the _14_ day of _January_, 202_6_ at _3:47_ pm., executed service by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By delivering a true copy of the above writs to _____ as _____. Person receiving documents is at least 15 years of age and has been informed of the general nature of the documents.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

(X) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single  Name of Spouse _____

COMMENTS: On 1-14-2026 at 3:47pm, attempt made at the given address, and I was informed that the subject works in Plantation, FL

Age _____ Sex M F  Race _____  Height _____  Weight _____  Hair _____  Glasses Y N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.252 (2).

Subscribed and Sworn to before me on the _16th_ day of _January_, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Produced FLDL as Identification

PROCESS SERVER # _903_
Appointed in accordance with State Statutes

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: 2026000527

RODNEY SNOW
Notary Public - State of Florida
Commission # HH 503800
My Comm. Expires Mar 13, 2028

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

# EXHIBIT C

**Eunice Cho**

| | |
|---|---|
| **From:** | Michael Nolan <mike@nolanprocessservers.com> |
| **Sent:** | Thursday, January 15, 2026 2:12 PM |
| **To:** | Eunice Cho |
| **Cc:** | Amy Godshall; Sofia Gonzalez; Samantha Weaver |
| **Subject:** | Re: Service of subpoena in Miami, FL today |
| **Attachments:** | Photo (4).jpg |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

ATTEMPTS MADE:

2805 SW 145th Ave Miramar, FL 33027 - ON 1-14-2026 AT 3:47:PM ATTEMPTED. WOULD NOT ACCEPT OR GRANT ACCESS. STATED EMPLOYEE WORKS OUT OF THE PLANTATION OFFICE

**865 SW 78th St. Plantation, FL 33324 -**

1/15/2026 - 9:45 AM  - An attempt was made at the Plantation address and the legal department stated that all subpoenas must go to the address on the photo attached in Miami.

NEW ADDRESS:

333 SOUTH MIAMI AVENUE

STE. 200

MIAMI, FL 33130

(305) 400-6160

SERVICE HAS BEEN REDIRECTED TO SERVER IN MIAMI, FL 👍

**25+ Years serving all of Florida and the continental
United States**

**With warm regards,**

1

**Deborah Brown,**
**Director of Operations**

## Nolan Process Servers, LLC

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone:  (850) 562-6058 or (850) 562-6059**
**Facsimile: (850) 562-9552**

**NOTARY SERVICES**



On Wed, Jan 14, 2026 at 4:26 PM Michael Nolan <mike@nolanprocessservers.com> wrote:
New address received 👍

**25+ Years serving all of Florida and the continental
United States**

**With warm regards,**

**Deborah Brown,**
**Director of Operations**

## Nolan Process Servers, LLC

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone:  (850) 562-6058 or (850) 562-6059**
**Facsimile: (850) 562-9552**



**NOTARY SERVICES**

On Wed, Jan 14, 2026 at 4:22 PM Eunice Cho <echo@aclu.org> wrote:

Thank you, Michael. Could you attempt service at this address today?

Field Office Director, Enforcement and Removal Operations U.S. Immigration and Customs
Enforcement

865 SW 78th St. Plantation, FL 33324

---

**From:** Michael Nolan <mike@nolanprocessservers.com>
**Sent:** Wednesday, January 14, 2026 4:12 PM
**To:** Eunice Cho <echo@aclu.org>
**Cc:** Amy Godshall <AGodshall@aclufl.org>; Sofia Gonzalez <SGonzalez@aclu.org>; Samantha Weaver
<SWeaver@aclu.org>
**Subject:** Re: Service of subpoena in Miami, FL today

ON 1-14-2026 AT 3:47:PM ATTEMPTED. WOULD NOT ACCEPT OR GRANT ACCESS. STATED
EMPLOYEE WORKS OUT OF THE PLANTATION OFFICE.

**25+ Years serving all of Florida and the continental**

**United States**

**With warm regards,**

**Deborah Brown,**

**Director of Operations**

## Nolan Process Servers, LLC

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone: (850) 562-6058 or (850) 562-6059**

**Facsimile: (850) 562-9552**

**NOTARY SERVICES**

On Wed, Jan 14, 2026 at 1:55 PM Michael Nolan <mike@nolanprocessservers.com> wrote:

Confirmed, thanks!

**25+ Years serving all of Florida and the continental**

**United States**

**With warm regards,**

**Deborah Brown,**

**Director of Operations**

## Nolan Process Servers, LLC

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone:  (850) 562-6058 or (850) 562-6059**

**Facsimile: (850) 562-9552**

**<mark>NOTARY SERVICES</mark>**

On Wed, Jan 14, 2026 at 1:54 PM Eunice Cho <echo@aclu.org> wrote:

Thanks, Michael! Here is the correct one to serve.

**From:** Michael Nolan <mike@nolanprocessservers.com>
**Sent:** Wednesday, January 14, 2026 1:50 PM
**To:** Eunice Cho <echo@aclu.org>
**Cc:** Amy Godshall <AGodshall@aclufl.org>; Sofia Gonzalez <SGonzalez@aclu.org>; Samantha Weaver
<SWeaver@aclu.org>
**Subject:** Re: Service of subpoena in Miami, FL today

Understood, I have my server on standby 👍

**25+ Years serving all of Florida and the continental**

**United States**

**With warm regards,**

**Deborah Brown,**

**Director of Operations**

**Nolan Process Servers, LLC**

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone:  (850) 562-6058 or (850) 562-6059**

**Facsimile: (850) 562-9552**

**NOTARY SERVICES**

6

On Wed, Jan 14, 2026 at 1:47 PM Eunice Cho <echo@aclu.org> wrote:

Hi Mike-

Just realized that I have the wrong date on the subpoena—will send new one shortly.

Thanks,

EUnice

**From:** Michael Nolan <mike@nolanprocessservers.com>
**Sent:** Wednesday, January 14, 2026 1:46 PM
**To:** Eunice Cho <echo@aclu.org>
**Cc:** Amy Godshall <AGodshall@aclufl.org>; Sofia Gonzalez <SGonzalez@aclu.org>; Samantha Weaver
<SWeaver@aclu.org>
**Subject:** Re: Service of subpoena in Miami, FL today

Service confirmed!

**25+ Years serving all of Florida and the continental**

**United States**

**With warm regards,**

**Deborah Brown,**

**Director of Operations**

## Nolan Process Servers, LLC

**7498 Anglewood Lane**
**Tallahassee, Florida 32309**
**Telephone:  (850) 562-6058 or (850) 562-6059**

**Facsimile: (850) 562-9552**

**NOTARY SERVICES**



On Wed, Jan 14, 2026 at 1:40 PM Eunice Cho <echo@aclu.org> wrote:

Hi Nolan Process Servers,

Thanks for talking with me on the phone just now. I am attaching a subpoena to be served **today** on:

Juan Lopez Vega

Deputy Field Office Director

ICE ERO Miami Field Office

2805 SW 145th Ave
Miramar, FL 33027


Please confirm receipt and thank you for your help!

Eunice


**Eunice Hyunhye Cho**

Pronouns: she/hers


Senior Counsel

National Prison Project

American Civil Liberties Union

915 15th St. NW, Washington, DC 20005

202.548.6616 | echo@aclu.org

aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*



# EXHIBIT D

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 2:25-CV-00747-SPC-DNF

Plaintiffs:
**H.C.R. et al.,**

vs.

Defendant:
**Kristi Noem, et al.,**

For:
EUNICE CHO, ESQ.
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005

Received by Nolan Process Servers, LLC on the 15th day of January, 2026 at 10:34 am to be served on **JUAN LOPEZ VEGA, DEPUTY FIELD OFFICE DIRECTOR C/O ICE ERO MIAMI FIELD OFFICE, 2805 SW 145TH AVENUE, MIRAMAR, FL 33027**.

I, Henry Pinto, do hereby affirm that on the **16th day of January, 2026** at **3:13 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the  **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action**   with the date and hour of service endorsed thereon by me, to: **LIANA SALAS** as **DEPUTY CHIEF COUNSEL** at the address of: **333 SOUTH MIAMI AVE, SUITE 200, MIAMI, FL 33130**, who stated they are authorized to accept service for  **JUAN LOPEZ VEGA, DEPUTY FIELD OFFICE DIRECTOR**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5", Weight: 150, Hair: LIGHT BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____

**Henry Pinto**
Process Server 2351

**Nolan Process Servers, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2026000527

*1/16/26   3:13 pm*
*H.P.# 2351*

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| H.C.R. et al., | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:25-CV-00747-SPC-DNF |
| Kristi Noem, et al., | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Juan Lopez Vega

*(Name of person to whom this subpoena is directed)*

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | U.S. District Court for the Fort Myers Division, Middle District of Florida, 2110 First Street, Fort Myers, FL 33901 | Courtroom No.: 5D |
|---|---|---|
| | | Date and Time: 01/28/2026 9:30 am |

    You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    01/14/2026

*CLERK OF COURT*

                                   OR

_____      _____
   *Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs H.C.R., et al.,                               , who issues or requests this subpoena, are:

Eunice Cho, 915 15th Ave. NW, Washington, D.C. 20005, echo@aclu.org, 202.548.6616

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).