AFFIDAVIT OF SOFIA GONZALEZ

I, Sofia Gonzalez, hereby declared under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters. I am a paralegal at the ACLU National Prison Project.

2. On January 15, 2026, I sent a subpoena for Juan Lopez Vega to appear in court via U.S. Postal Service Priority Express Mail to 865 SW 78th Ave., Plantation, FL 33324. This was the address our process servers were directed to after attempting service at 2805 SW 145th Ave, Miramar, FL 33027.

3. Our process servers went to the Plantation, FL address and were then told by the legal department that all subpoenas must be served to 333 South Miami Ave., Ste. 200, Miami, FL 33130. I then sent another subpoena for Mr. Lopez Vega later that afternoon via Priority Express Mail, to this address in Miami on January 15, 2026.

4. The subpoena sent to 865 SW 78th Ave., Plantation, FL 33324 was successfully delivered on January 17, 2026. Below is a true and correct photo of the receipt and the confirmation of delivery.




5. The subpoena sent to 333 South Miami Ave., Ste, 200, Miami, FL 33130 was successfully delivered on January 17, 2026. Below is a receipt and the confirmation of delivery.




Executed this 24th date of January, 2026, in Washington, D.C.

_____
Sofia Gonzalez