AFFIDAVIT OF SAMANTHA WEAVER

I, Samantha Weaver, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. On January 15, 2026, I sent a subpoena for Juan Lopez Vega to appear in court via U.S. Postal Service Priority Express Mail, requiring a signature, to 865 SW 78th Ave., Plantation, FL 33324. This was the address our process servers were directed to after attempting service at 2805 SW 145th Ave, Miramar, FL 33027. This subpoena was successfully delivered. Please see below for a screenshot of the receipt and delivery confirmation.





3. Our process servers went to the Plantation, FL address and were then told by the legal department that all subpoenas must be served to 333 South Miami Ave., Ste. 200, Miami, FL 33130. I then sent another subpoena for Mr. Lopez Vega via Priority Express Mail, requiring a signature, to this address in Miami on January 16, 2026.

4. The subpoena sent to 333 South Miami Ave., Ste, 200, Miami, FL 33130 was successfully delivered on January 20, 2026. Please see below for a screenshot of the receipt and delivery confirmation.





Executed this 24th date of January, 2026, at Silver Spring, Maryland.

_____
Samantha Weaver