UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

    Plaintiffs,                          Case No. 2:25-cv-00747-SPC-DNF

v.

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security, et al.,

    Defendants.
_____/

### MOTION TO FILE SUPPELEMNTAL RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE SUBPOENA

Federal Defendants, through their counsel Assistant U.S. Attorney Chad C. Spraker, move for leave to file a supplemental response to Plaintiffs' motion to enforce subpoena. In support of their motion, Federal Defendants provide as follows:

1. Plaintiffs allege government officials are interfering with attorney-detainee communications at the South Florida Soft Sided Facility South—also known as Alligator Alcatraz—in violation of the First Amendment.

2. On Saturday, January 25, 2026, Plaintiffs filed a motion to enforce a subpoena on Juan Lopez Vega. (Doc. 214.)

3. The following day, the Court ordered Federal Defendants to file a response by Monday, January 26, 2026, at noon. (Doc. 216.)

4. Federal Defendants filed a timely response but were unable, by the filing deadline, to obtain the necessary information to support an additional basis

for why Vega's subpoena should be quashed: Rule 45(c)(1) provides a subpoena may command a person's presence at a hearing within 100 miles of where the person resides, is employed, or regularly transacts business in person. Because Vega meets none of those conditions, Plaintiffs cannot employ a witness subpoena to compel his attendance at a hearing in the Fort Myers Division of the Middle District of Florida.

5. Federal Defendants respectfully submit a supplemental response to Plaintiffs' motion, not to exceed no more than five pages, will assist the Court in considering Plaintiffs' motion and the Federal Defendants' opposition.

WHEREFORE, Federal Defendants respectfully request leave to file a supplemental response totaling five pages or less to Plaintiffs' motion to enforce subpoena.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Federal Defendants conferred with counsel for Plaintiffs and counsel for Federal Defendants on January 26, 2026. Counsel for State Defendants has no opposition to the present motion.

Counsel for Plaintiffs provides the following position: "Plaintiffs oppose the Federal Defendants' supplemental response on the basis that (1) the Federal Defendants have waived this objection by failing to timely raise it before the court; (2) Mr. Lopez Vega is an officer of the Federal Defendants, and can be commanded to appear under Rule 45(c)(1)(B)(i); and (3) Mr. Lopez Vega resides in the state and

Plaintiffs will cover his travel expenses as required by the rule, and therefore can be commanded to appear under Rule 45(c)(1)(B)(ii). Plaintiffs will file a reply to the Federal Defendants' response to Plaintiffs' motion to enforce the subpoena by no later than 7 p.m. on January 26, 2026."

DATED this 26th day of January, 2026.

                                      Respectfully submitted,

                                      GREGORY W. KEHOE
                                      United States Attorney

By:   */s/ Chad C. Spraker*
       CHAD C. SPRAKER
       Assistant United States Attorney
       USA No. 198
       2110 First Street, Ste. 3-137
       Fort Myers, Florida 33901
       Telephone: 239-461-2200
       Email: chad.spraker@usdoj.gov