UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al., *Plaintiffs,* v. KRISTI NOEM, et al., *Defendants.* | **UNOPPOSED MOTION FOR REMOTE PARTICIPATION** |

Plaintiffs respectfully request that their expert witness, Dr. Dora Schriro, be permitted to testify at the Evidentiary Hearing on January 28, 2026, remotely via zoom. There is good cause for Dr. Schriro's remote participation. Dr. Schriro, who lives in New York, is currently unable to arrive in time for the hearing because of significant flight cancellations due to severe weather.[1]

Plaintiffs further respectfully request that the court allow interpretation in Haitian Creole to proceed via zoom. Plaintiffs have been diligently working to secure a Haitian Creole language interpreter to be present in person during the hearing, but

---

[1] *See, e.g.* Niraj Chokshi, et al., *Winter Storm Disrupts Air Travel Plans for Thousands on Monday,* N.Y. Times, Jan. 26. 2026, https://www.nytimes.com/2026/01/26/business/storm-flight-cancellations-delays.html.

have not yet located an interpreter available to be present in person. Plaintiffs, however, have located an interpreter who is available via zoom.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel contacted counsel for Federal Defendants and State Defendants via email on January 27, 2026. Counsel for both Federal and State Defendants stated that they do not oppose Plaintiffs' motion.

DATED this 27th day of January, 2026.

                                                Respectfully submitted,

                                                */s/ Eunice H. Cho*
Eunice H. Cho*
Carmen Iguina Gonzalez*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org
ciguinagonzalez@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org

mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
Samuel Lester, Fla. Bar No. 1043063
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org
slester@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*