UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH,
BILBAO LAW, LLC, H.C.R.,
D.G.M., H.P. and D.G.M.,

    Plaintiffs,

v.                                           Case No.:   2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT
RIPA, RONALD DESANTIS,
KEVIN GUTHRIE and FLORIDA
DIVISION OF EMERGENCY
MANAGEMENT,

    Defendants.
_____/

## Status Conference
**(VIDEO CONFERENCE)**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Eunice Cho, Corene Kendrick, Paul Chavez, Jen Smith, Amy Godshall, and Christina LaRocca |
| Counsel for Defendant: | Chad Spraker for Federal Defendants<br>Nicholas Meros for State Defendants |
| | |
| Date and Time: | January 26, 2026 at 4:00pm |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |

Start Time: 4:02pm    This hearing is being conducted by Zoom video.

    Parties before the Court on Plaintiffs' Motion to Enforce (Doc. 214).

Witness Vega available for testimony under subpoena.

The Court inquiry regarding objections and declarations filed by defendants.
Parties respond.

Court inquires as to compacity of witness and testimony, or representations made in case thus far and going forward.
Parties respond.

For the reasons stated on the record, the Court GRANTS the motion to enforce. Defendants to make witness Vega available for testimony.

Plaintiffs advise expert travel delays due to winter storm, flight likely to be cancelled.
Parties to keep Court informed of status and file appropriate motions as become necessary.

State Defendant advises co-counsel unavailable for travel due to health issues, request remote appearance for co-counsel.

Nothing further from either party.

Court in recess.

End time:    4:32pm
Total time:  30 minutes