UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al., on behalf of
themselves and others similarly
situated,

    Plaintiffs,

v.                                          Case No.:  2:25-cv-747-SPC-DNF

KRISTI NOEM, et al.,

    Defendants.

### ORDER

Counsel requests permission to enter the United States Courthouse and Federal Building in Fort Myers, Florida, with electronic devices for use during the hearings scheduled for January 28th and 29th, 2026, in the Fort Myers District Court - Courtroom 5D. After considering the request, the Court finds good cause to permit the attorneys of record to bring electronic devices into the Courthouse on these dates.

Accordingly, it is

**ORDERED:**

The following attorneys may enter the United States Courthouse and Federal Building in Fort Myers, Florida, on January 28th and 29th, 2026, with their cellular phones, laptop computers, and tablets. Devices may not

be used to record, video, or photograph any court proceedings, and may not be given to unauthorized individuals to use. Counsel must present, upon request, valid picture identification to the Court Security Officers.

1. Paul Chavez
2. Eunice Cho
3. Marisol Dominguez-Ruiz
4. Amy Godshall
5. Carmen Iguina Gonzalez
6. Corene Kendrick
7. Samuel Lester
8. Jennifer Smith
9. Daniel Tilley

**DONE AND ORDERED** in Fort Myers, Florida on January 27, 2026.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Court Security Personnel

2