UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH, BILBAO
LAW, LLC, H.C.R., D.G.M., H.P. and
D.G.M.,

    Plaintiffs,

v.                              Case No.:   2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT RIPA,
RONALD DESANTIS, KEVIN GUTHRIE
and FLORIDA DIVISION OF
EMERGENCY MANAGEMENT,

    Defendants.
_____/

## Motion Hearing

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiffs: | Eunice Cho, Corene Kendrick, Carmen Iguina Gonzalez, Marisol Dominguez-Ruiz, Daniel Tilley, Amy Godshall, Samuel Lester, Paul Chavez and Jennifer Smith |
| Counsel for Defendants: | Nicholas Meros and Timothy Odzer for State Defendants<br>Chad Spraker and Amanda Saylor for Federal Defendants |
| | |
| Date and Time: | January 28, 2026 at 9:31am |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |
| Interpreter: | Gabriella Pedroza-Harding - Certified Spanish Interpreter<br>Glaelle Vernet - Haitian Creole Interpreter |

Start Time:   9:31am      Court convenes.

    Parties present and prepared to proceed with hearing on Plaintiffs' MOTION for Preliminary Injunction (Doc. 115).

    Review and discussion of exhibits.
    Joint Exhibits 1-6 are ADMITTED. Plaintiff Exhibits 9-11, 12-14, 15-16, 17, 20, 25 are ADMITTED. State Defendant Exhibits 1-3 and 4-5 are ADMITTED. Federal Defendant Exhibits 1-11 are ADMITTED.

*State and Federal Defendants instructed to file Amended Exhibit Lists removing joint exhibits and renumbering their remaining exhibits as directed.

Attorney Meros request co-counsel, Attorney Zacherl, be permitted to appear via Zoom for tomorrow's oral argument on class certification, no objection – GRANTED. Attorney Zacherl may appear via Zoom for the oral argument hearing, a new Zoom link will be distributed.

Plaintiff calls H.C.R., witness appearing via Zoom; witness sworn. Interpreter sworn.
Direct: 10:13 – 10:28am
Cross (state): 10:28 -10:29am
Cross (federal): 10:30 – 10:40am
AUSA Spraker shows witness Plaintiff Exhibit 12 for reference during testimony, exhibit previously admitted.
Redirect: 10:40 -10:42am
Witness excused at 10:42am.

Plaintiff calls J.E., witness appearing via Zoom; witness sworn. Interpreter sworn.
Direct: 10:44 – 11:15am
Cross (state): 11:15 -11:29am
Cross (federal): 11:29 – 11:35am
Witness excused at 11:35am.

Plaintiffs' counsel unable to locate or communicate with witness I.T. in recent days.

RECESS TAKEN AT 11:37am.

BACK ON THE RECORD AT 11:50am.

Plaintiff calls Juan Lopez Vega; witness sworn.
Direct: 11:53am – 12:20pm
Witness shown Joint Exhibits 6, 2 and 1 – exhibits previously admitted. Witness shown Plaintiff Exhibits 9 and 16 – exhibits previously admitted.
Cross (state): No cross.
Cross (federal): 12:21 – 12:23pm
Redirect: 12:23 – 12:26pm.
Witness excused at 12:26pm.

LUNCH BREAK TAKEN AT 12:27pm.

BACK ON THE RECORD AT 1:15pm.

Plaintiff calls Mark Saunders; witness sworn.
Direct: 1:16 – 2:07pm
Witness shown Joint Exhibits 2 and 3 – exhibits previously admitted.
Witness shown Plaintiff Exhibits 25 (SDX7), 18 and 19. Plaintiff moves to admit, no objection to PX25, defendants (both) object to PX18 and PX19. Objection overruled, Plaintiff Exhibits 18 and 19 are ADMITTED.
Cross (state): 2:08 – 3:20pm

- 3 -

Witness shown Joint Exhibits 1, 3 and 2, State Exhibits 5 and 4 and Joint Exhibit 3 for reference during testimony, exhibits previously admitted. Witness report provided to refresh witness memory. Witness tendered as EXPERT, no objection.
Cross (federal):  3:31 – 3:33pm
Redirect: 3:33 – 3:53pm
Witness shown Plaintiff Exhibit 26, move to admit, no objection – PX26 ADMITTED. Witness shown Plaintiff Exhibit 17 for reference during testimony, exhibit previously admitted.
Recross (state): 3:53 – 4:04pm
Witness shown Plaintiff Exhibits 26 and 17, exhibits previously admitted.
Witness excused at 4:04pm.

Plaintiff calls Dora Schriro, witness appearing by Zoom video; witness sworn.
Direct: 4:06 – 4:59pm
Witness referred to Plaintiff Exhibits 14, 25, 17, State Defendant Exhibit 4 and Joint Exhibit 2 – exhibits previously admitted. Witness tendered as EXPERT - granted.
Cross (state): 5:00 – 5:22pm
Unable to continue testimony due to technical difficulties. Witness excused at 5:23pm to return via Zoom tomorrow morning at 9:00am.

End time:     5:23pm
Total time:   6 hours and 42minutes