UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANCTUARY OF THE SOUTH, BILBAO
LAW, LLC, H.C.R., D.G.M., H.P. and
D.G.M.,

    Plaintiffs,

v.                                            Case No.:   2:25-cv-747-SPC-DNF

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY, U.S.
DEPARTMENT OF HOMELAND
SECURITY, TODD LYONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, GARRETT RIPA,
RONALD DESANTIS, KEVIN GUTHRIE
and FLORIDA DIVISION OF
EMERGENCY MANAGEMENT,

    Defendants.
_____/

## Motion Hearing

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiffs: | Eunice Cho, Corene Kendrick, Carmen Iguina Gonzalez, Marisol Dominguez-Ruiz, Daniel Tilley, Amy Godshall, Samuel Lester, Paul Chavez and Jennifer Smith |
| Counsel for Defendants: | Nicholas Meros, Timothy Odzer and Frank Zacherl for State Defendants |
| | Chad Spraker and Amanda Saylor for Federal Defendants |
| Date and Time: | January 29, 2026 at 9:00am |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |
| Interpreter: | N/A |

Start Time:   9:02am   Court convenes.

    Parties present to continue the hearing on Plaintiffs' MOTION for Preliminary Injunction (Doc. 115) and for the Oral Arguments Hearing on Plaintiffs' MOTION to Certify Class (Doc. 114).

    Witness Dora Schriro appearing by Zoom video to continue testimony; witness previously sworn.
Cross (state - cont.): 9:03 – 9:51am

    Witness shown Plaintiff Exhibit 17, and State Defendant Exhibit 4 for reference during testimony– exhibits previously admitted.
    Cross (federal): 9:51 – 9:52am
    Redirect: 9:52 – 9:57am
    State Defendants renew objection to Dr. Schriro as expert testimony.
    Federal Defendants renew objection to Dr. Schriro as expert testimony.
    Plaintiffs respond. The Court DENIES the objections at this time, will weigh testimony.

    Plaintiff has no additional witnesses, reserve right to recall Dr. Schriro as rebuttal witness.

    State Defendants call Dr. Lumm to testify; witness sworn.
    Direct: 10:01 – 10:35am
    Attorney Meros shows witness State Defendant Exhibit 1a-1v for reference during testimony, exhibit previously admitted.

RECESS TAKEN AT 10:35am.

BACK ON THE RECORD AT 10:47am.

    Dr. Lumm remains on the stand to continue testimony, witness previously sworn.
    Direct (cont.): 10:48 – 11:15am
    Cross (Plaintiff): 11:16 -11:36am
    Witness shown State Defendant Exhibits 1 and 4, Plaintiff Exhibit 26 and Joint Exhibit 2 for reference during testimony, exhibits previously admitted.
    Federal Defendants have no questions for witness.
    Redirect: 11:36 – 11:42am
    Witness excused at 11:42am.

    State Defendants call Wes Kirkland; witness sworn.
    Direct: 11:43 – 11: am
    Witness shown State Defendant Exhibits 1-3, and 4 for reference during testimony, exhibits previously admitted. Witness tendered as EXPERT – granted.
    Cross (Plaintiffs): 12:13 – 12:36pm
    Witness shown State Defendant Exhibits 2 and 4, and Plaintiff Exhibit 7 for reference during testimony, exhibits previously admitted. Witness shown State Defendant Exhibit 6, Plaintiff moves to admit SDX 6 – State Defendants object; objection overruled SDX6 ADMITTED.

LUNCH BREAK TAKEN AT 12:36pm.

BACK ON THE RECORD AT 1:16pm.

    Witness Wes Kirkland on stand to continue testimony; witness previously sworn.
    Cross (cont.): 1:17 – 1:32pm
    Witness shown State Defendant Exhibit 7, and Plaintiff Exhibits 7, and 21-22 for reference during testimony, exhibits SDX7 and PX7 previously admitted. Plaintiff

moves to admit Plaintiff Exhibits 21-22 – State Defendants object; objection overruled PX21 and PX22 are ADMITTED.
Federal Defendants have no questions for witness.
Redirect: 1:33 – 1:42pm
Witness shown Plaintiff Exhibit 25 for reference during testimony, exhibit previously admitted.
Witness excused at 1:42pm.

State Defendants have no additional witnesses.
Federal Defendants have no witnesses.
No rebuttal by Plaintiffs.

Parties prepared to move forward with oral arguments on class certification.

The Court hears closing arguments from Plaintiffs, State Defendants and Federal Defendants on motion for preliminary injunction.
The Court inquires of counsel.
Rebuttal arguments.

RECESS TAKEN AT 3:49pm.

BACK ON THE RECORD AT 4:01pm.

Plaintiffs present oral argument in support of motion to certify class.
State Defendants present oral arguments in opposition of motion to certify class.
Federal Defendants present oral arguments in opposition of motion to certify class.
The Court inquires of counsel.
Rebuttal arguments.

The Court reserves ruling on the motions at this time.

Nothing further from parties.

Court is in recess.

End time:   5:26pm
Total time: 7 hours and 20minutes