# EXHIBIT 1

DECLARATION OF DIANE ABURTO

I, Diane Aburto, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. On Wednesday, February 4, 2026, I spoke to one of my clients who is detained at the facility known as "Alligator Alcatraz" ("AA"). I told him that the AA facility said that people who are detained there can make confidential calls to their attorneys from cell phones. I asked him to ask to call me this way.

3. On Friday, February 6, two days later, I got a call from his partner saying my client had been trying to call me, but the officers did not let him.

4. As such, I have to continue to go through the email video setup to be able to communicate with him.

Executed on the 9th day of February, 2026, in Coral Gables, Florida.

*Diane Aburto* (signature)
Diane Aburto, Esq.

Law Office of Aburto P.A.
717 Ponce De Leon Blvd.
Suite 225
Coral Gables, FL 33134
Tel: (305) 694-9690
Fax: (305) 694-9690
E-mail: Aburtolaw@gmail.com
www.Aburtolaw.co