# EXHIBIT 2

# DECLARATION OF ANDREA JACOSKI

I, Andrea Jacoski, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I am an attorney in good standing and the Associate Director of the Immigration Clinic at University of Miami School of Law. I currently represent people who are detained at the facility known as "Alligator Alcatraz."

2. I recently heard that representatives for the Alligator Alcatraz facility stated that attorneys can now visit with clients detained at the facility without prescheduling a legal visit.

3. On Monday, February 9, 2026, I emailed legal@privacy6.com, asking if the facility could "confirm if I can visit a client at Alligator Alcatraz without scheduling the visit ahead of time?"

4. On February 10, 2026, I received an email from legal@privacy6.com in response. The email did not confirm whether or not I could visit a client at the facility without scheduling a visit ahead of time. Instead, the email stated:
"Good morning,
To schedule a visit or call, please submit the attached legal counsel visitation form and Form G28. Once we receive them, we will schedule the visit/call accordingly.
Respectfully,
Florida Detention Team"

5. Later that day on February 10, I responded to the email, and again requested clarification. In my email, I stated: "Thank you for your reply. However, I'm wondering whether I can visit a client without prescheduling the visit. Is this possible? Thank you in advance."

6. The facility email, at legal@privacy6.com responded to my email shortly thereafter, but again, did not respond to my question. Instead, the email response stated:
"Good afternoon,
Yes, to schedule a visit or call, please submit the attached legal counsel visitation form and Form G28. Once we receive them, we will proceed with scheduling the visit/call.
Respectfully,
Florida Detention Team"

7. I then responded to this email on the same date, stating:
"Thanks so much for this information. I take this to mean that only pre-scheduled visits are possible at this time. And that I can't visit without scheduling a visit in advance through submitting the legal counsel visitation form and Form G28. If this is not the case, please let me know. Otherwise, I'll assume that this is indeed the case and I won't try to visit without scheduling in advance."

8. On February 11, 2026, the facility again responded, stating: "Counsel, Please schedule your visit in advance so we can ensure the detainee is available for the visit without delay. We require that the documentation be submitted to this email address. Do you wish to schedule a visit?"

9. As of this time, I have received no confirmation as to whether or not I can visit a client at the facility without scheduling a visit ahead of time. I have also seen no policy as to the issue.

10. A true and correct copy of the aforementioned email exchange is attached at Exhibit A.

Executed on the 11th day of February, 2026, in Miami, Florida.

_____
Andrea Jacoksi, Esq.

# EXHIBIT A

Case 2:25-cv-00747-SPC-DNF   Document 235-2   Filed 02/11/26   Page 4 of 9 PageID 1856

Wednesday, February 11, 2026 at 1:59:33 PM Eastern Standard Time

**Subject:** [EXTERNAL] Re: Attorney Visitation
**Date:** Wednesday, February 11, 2026 at 7:25:46 AM Eastern Standard Time
**From:** SFDF - Legal
**To:** Jacoski, Andrea
**Attachments:** attachment-1.png, attachment-2.png, attachment-3.png

Counsel,

Please schedule your visit in advance so we can ensure the detainee is available for the visit without delay. We require that the documentation be submitted to this email address.
Do you wish to schedule a visit?

Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.
Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.
Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** Jacoski, Andrea <ajacoski@law.miami.edu>
**Sent:** Tuesday, February 10, 2026 7:32 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Attorney Visitation

Greetings,

Thanks so much for this information.

I take this to mean that only pre-scheduled visits are possible at this time. And that I can't visit without scheduling a visit in advance through submitting the legal counsel visitation form and Form G28. If this is not the case, please let me know. Otherwise, I'll assume that

this is indeed the case and I won't try to visit without scheduling in advance.

Thanks again for your help.

Sincerely yours,
Andrea

**Andrea Jacoski**

Acting Director, Immigration Clinic
Pronouns: she/her
University of Miami School of Law
1311 Miller Drive, B400, Coral Gables, FL 33146
Clinic: (305) 284-6092 // Fax: (305) 284-6093
ajacoski@law.miami.edu

Information contained in this email may be confidential and legally privileged. Unauthorized reproduction or forwarding of this email is forbidden. If you have received this message in error, please do not read the content of the email or forward it. Please reply back to me and then delete the email. Thank you.

**From:** SFDF - Legal <legal@privacy6.com>
**Date:** Tuesday, February 10, 2026 at 1:25 PM
**To:** Jacoski, Andrea <ajacoski@law.miami.edu>
**Subject:** [EXTERNAL] Re: Attorney Visitation

Good afternoon,
Yes, to schedule a visit or call, please submit the attached legal counsel visitation form and Form G28. Once we receive them, we will proceed with scheduling the visit/call.

Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.
Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.

Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** Jacoski, Andrea <ajacoski@law.miami.edu>
**Sent:** Tuesday, February 10, 2026 1:17 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Re: Attorney Visitation

Greetings,

Thank you for your reply.  However, I'm wondering whether I can visit a client without prescheduling the visit. Is this possible? Thank you in advance.

Very truly yours,

**Andrea Jacoski**

Acting Director, Immigration Clinic

Pronouns: she/her

University of Miami School of Law

1311 Miller Drive, B400, Coral Gables, FL 33146

Clinic: (305) 284-6092 // Fax: (305) 284-6093

ajacoski@law.miami.edu

Information contained in this email may be confidential and legally privileged. Unauthorized reproduction or forwarding of this email is forbidden. If you have received this message in error, please do not read the content of the email or forward it. Please reply back to me and then delete the email. Thank you.

**From:** SFDF - Legal <legal@privacy6.com>
**Date:** Tuesday, February 10, 2026 at 6:33 AM
**To:** Jacoski, Andrea <ajacoski@law.miami.edu>
**Subject:** [EXTERNAL] Re: Attorney Visitation

> **CAUTION:** This email originated from outside the organization. **DO NOT CLICK ON LINKS <u>or</u> OPEN ATTACHMENTS** unless you know and trust the sender.

Good morning,

To schedule a visit or call, please submit the attached legal counsel visitation form and Form G28. Once we receive them, we will schedule the visit/call accordingly.

Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy

Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.

Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.

Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** Jacoski, Andrea <ajacoski@law.miami.edu>
**Sent:** Monday, February 9, 2026 7:29 PM
**To:** SFDF - Legal <legal@privacy6.com>
**Subject:** Attorney Visitation

Good evening,

I am an attorney with the Immigration Clinic at the University of Miami School of Law. Can you please confirm if I can visit a client at Alligator Alcatraz without scheduling the visit ahead of time?

Please contact me at (786) 505-7703.

Thank you in advance.

Best regards,

**Andrea Jacoski**
Acting Director, Immigration Clinic
Pronouns: she/her
University of Miami School of Law
1311 Miller Drive, B400, Coral Gables, FL 33146
Clinic: (305) 284-6092 // Fax: (305) 284-6093
ajacoski@law.miami.edu

Information contained in this email may be confidential and legally privileged. Unauthorized reproduction or forwarding of this email is forbidden. If you have received this message in error, please do not read the content of the email or forward it. Please reply

back to me and then delete the email. Thank you.

*This email has been scanned by Inbound Shield.*