UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

H.C.R., et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

**BIWEEKLY STATUS REPORT**

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

On February 10, 2026, the U.S. District Court for the Northern District of California issued an order granting in part Plaintiffs' Motion for Preliminary Injunction in *Gomez Ruiz v. U.S. Immigration and Customs Enf't*, No. 3:25-cv-9757-MMC (N.D. Cal. Feb. 10, 2026), Doc. 72. Plaintiffs in the case challenged, in part, ICE's failure to ensure adequate access to counsel to immigrants detained at the California City Detention Facility under the First and Fifth Amendments. In granting the order, the Court required Defendants to ensure that detained immigrants have timely and confidential access to attorneys, including (1) in-person legal visitation, seven days per

1

week, from 8:00 a.m. to 8:00 p.m., in private and confidential settings, with each legal visit lasting up to three (3) hours in length; (2) contact attorney visits that do not take place through a pane of glass, absent documented security grounds to deny such contact; (3) scheduling of confidential legal calls with legal representatives of up to 90 minutes each, to take place within two (2) business days of a request; and (4) provision of written information regarding protocols for attorney-client communication to all individuals detained at California City. *Id.* at 3-4. The Court also provisionally certified a class of "All persons who are now, or in the future will be, in the legal custody of U.S. Immigration and Customs Enforcement ("ICE") and detained at California City Detention Facility ("California City")." *Id.* at 4.

In addition, on February 12, 2026, the U.S. District Court for the District of Minnesota issued a Temporary Restraining Order in *Advocates for Human Rights v. U.S. Dep't of Homeland Security,* No. 26-cv-749 (D. Minn. Feb. 12, 2026), Doc. 95, which addresses attorney access at ICE's detention facility in Minneapolis, Minnesota. The court ordered ICE to ensure that all detainees be provided with (1) a list of free legal service providers and written notification of their A-numbers in English, Spanish, Somali, French, and Hmong, within an hour of their detention; (2) free, private, and unmonitored telephone access to reach counsel or family within an hour of their detention; (3) access to free, confidential telephone calls with legal counsel, without being overheard by officers, staff, and other detainees; (4) access to inbound confidential calls from legal representatives, with a telephone number for counsel conspicuously displayed online, to be monitored from 9:00 a.m. to 5:00 p.m., seven

days a week, with the prompt provision of messages from attorneys to detainees in writing by the facility; and (5) accessible telephone calls for detainees with disabilities. The court also ordered Defendants to (6) ensure accurate identification of the location of each detainee at the facility on ICE's Online Detainee Locator System; (7) permit in-person legal visitation seven days a week, for a minimum of eight hours per day on business days and a minimum of four hours per day on weekends and holidays, to take place in private, closed-door rooms; (8) refrain from any retaliation against detainees for participating in the case or complaining about any violation of the Order; and (9) disseminate notice of the Temporary Restraining Order to all ICE agents within 12 hours. *Id.* at 37-41.

**Defendants' Position:**

Defendants do not have additional updates following the parties' January 30, 2026, status report.

DATED this 13th day of February, 2026.

Respectfully submitted,

*/s/ Eunice H. Cho*
Eunice H. Cho\*
Carmen Iguina González\*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org
ciguinagonzalez@aclu.org

3

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

* *Admitted pro hac vice.*

4

GREGORY W. KEHOE
United States Attorney

By: *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*

/s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com

*Counsel for the State Defendants*