UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:25-CV-00747-SPC-DNF

H.C.R., et al.,

*Plaintiffs,*

v.

KRISTI NOEM, et al.,

*Defendants.*

**BIWEEKLY STATUS REPORT**

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

On March 2, 2026, Judge Lewis A. Kaplan of the Southern District of New York issued an order implementing the parties' Stipulation in *Barco Mercado v. Noem*, No. 25 Civ. 6568 (LAK) (S.D.N.Y. Mar. 3, 2026), Doc. 141, which among other things raises claims related to attorney access at ICE's holding cells at their buildings at 26 Federal Plaza, in New York. The Stipulation resolved a pending contempt motion, and among other things, requires ICE to ensure that confidential legal calls occur in private confidential rooms, and that Defendants implement a system to ensure that all legal calls by attorneys to their clients inside the holding cells be answered and

responded to in no more than six (6) regular business hours. *Id*. ¶¶ 2, 3. The Stipulation and Order also requires that ICE post in all processing areas and holding cells a Notice of Rights in multiple languages, and provide all detained individuals a copy of a Notice in one of more than 15 languages. *Id*. ¶ 4.

**Defendants' Position:**

Defendants do not have additional updates following the parties' February 13, 2026, Joint Status Report (Doc. 236).

DATED this 13th day of March, 2026.

Respectfully submitted,

*/s/ Corene T. Kendrick*
Eunice H. Cho\*
Carmen Iguina González\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
echo@aclu.org
ciguinagonzalez@aclu.org

Corene T. Kendrick\*
Kyle Virgien\*
Marisol Dominguez-Ruiz\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

2

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

*Counsel for All Plaintiffs and the Proposed Class*

\* *Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney


 By:     /s/ *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*

3

          /s/ *Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com

Francis A. Zacherl, III (FBN 868094)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com

*Counsel for the State Defendants*