**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
Case No. 2:25-CV-00747-SPC-DNF

|  |  |
|---|---|
| H.C.R., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants.* | **BIWEEKLY STATUS REPORT** |

Pursuant to the Court's September 5, 2025, Case Management and Scheduling Order, Doc. 110, the parties provide the following biweekly status report regarding any related cases that might impact the present case.

**Plaintiffs' Position:**

Plaintiffs do not have additional updates since the parties' March 13, 2026, Joint Status Report (Doc. 241).

**Defendants' Position:**

Defendants do not have additional updates following the parties' March 13, 2026, Joint Status Report (Doc. 241).

DATED: March 27, 2026.          Respectfully submitted,

                                         /s/ *Corene T. Kendrick*
                                         Corene T. Kendrick*
                                         Kyle Virgien*
                                         Marisol Dominguez-Ruiz*

1

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(202) 393-4930
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Eunice H. Cho*
Carmen Iguina González*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 393-4930
echo@aclu.org
ciguinagonzalez@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

2

*Counsel for All Plaintiffs and the Proposed Class*

*\* Admitted pro hac vice.*


GREGORY W. KEHOE
United States Attorney


 By:    */s/ Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
*Counsel for Federal Defendants*


 */s/ Nicholas J.P. Meros*
Nicholas J.P. Meros (FBN 120270)
Tara K. Price (FBN 98073)
Kassandra S. Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
NMeros@shutts.com
TPrice@shutts.com
KReardon@shutts.com


Francis A. Zacherl, III (FBN 868094)
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Suite 4100
Miami, Florida 33131
(305) 358-6300
FZacherl@shutts.com


*Counsel for the State Defendants*


3