**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
Case No. 2:25-CV-00747-SPC-DNF

|  |  |
|---|---|
| H.C.R., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MARKWAYNE MULLIN, et al., <br><br> *Defendants.* | **NOTICE OF DESIGNATION OF** <br> **LEAD COUNSEL** |

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned counsel, Carmen Iguina González, will serve in this action as Lead Counsel for Plaintiffs H.C.R., D.G.M., and H.P., on behalf of themselves and the provisionally certified class; Bilbao Law, LLC; and Sanctuary of the South.

Dated: April 7, 2026                    Respectfully submitted,

*/s/ Carmen Iguina Gonzalez*
Carmen Iguina González*
ACLU FOUNDATION
915 15th Street NW, 7th Floor
Washington, DC 20005
T: (202) 675-2317
ciguinagonzalez@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
ACLU FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(202) 393-4930

ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No.
1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

*Counsel for All Plaintiffs and the Class*

*\* Admitted pro hac vice.*