# EXHIBIT 2

Case 2:25-cv-00747-SPC-DNF     Document 248-2     Filed 04/10/26     Page 1 of 8 PageID
1984

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
Case No. 2:25-CV-00747-SPC-DNF

H.C.R., et al.,

*Plaintiffs,*

v.

MARKWAYNE MULLIN, et al.,

*Defendants.*

**DECLARATION OF KYLE VIRGIEN**

1

## DECLARATION OF KYLE VIRGIEN

I, Kyle Virgien, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1.      I make this declaration based on my own personal knowledge.

2.      I am Senior Staff Attorney with the American Civil Liberties Union (ACLU) Foundation, National Prison Project, admitted to practice and in good standing with the State Bar of California. I am admitted pro hac vice in this matter to represent Plaintiffs and the Plaintiff class.

3.      As counsel of record in this matter, I am familiar with the Court's March 27, 2026 preliminary injunction order, including the requirement that "State Defendants and Federal Defendants shall, pending further Order of this Court, maintain publicly available information regarding protocols for attorney-client communication via ICE and FDEM websites." Doc. 243 at 68 (¶ 5.a.iv.).

4.      The ICE Detention Facility website that lists information for protocols for visitation at detention facilities is available at https://www.ice.gov/detention-facilities. As seen in the screenshot below, members of the public can search for detention facility for information by either the "State" or "Field Office" drop down menus:

2





5.      On April 9, 2026, at 7:36 pm Pacific I checked the website by searching for all facilities under the jurisdiction of the Miami Field Office. It listed seven facilities, but not the South Florida Soft-Sided Facility South ("SFSSFS"), also known as Alligator Alcatraz. Indeed, the page states in the bottom right corner "Updated 03/23/2026."



6.      I am also counsel of record in *Las Américas v. Noem*, No. 1:25-cv-00418 (D.D.C.), which involves, among other issues, claims related to access to counsel at the ICE detention facility at Naval Station Guantanamo Bay, seen listed above and below.



**Naval Station Guantanamo Bay (JTF Camp Six and Migrant Ops Center Main A)**

**Miami Field Office**

Updated: 03/23/2026

4

7.      At the time that the *Las Américas* litigation was filed, ICE had no webpage listing protocols for attorney-client communication with immigrants held at the Guantanamo Bay facility. *See Las Américas*, Doc. 1 at 16 (¶ 49). Plaintiffs in that lawsuit sought, as part of their relief, an order requiring the government to publish these protocols. *Id.* at 26–27 (¶ 97). Plaintiffs sought a temporary restraining order, and the court set a hearing on that request for March 14, 2025.

8.      Around March 4, 2025—after the close of briefing on Plaintiffs' motion for a temporary restraining order but before the hearing on that motion—ICE added a webpage for its Guantanamo Bay facility providing information about attorney-client communication protocols. A version of this website captured on March 12, 2025 is available at https://perma.cc/V3V2-Y4XP. This version lists an "Updated" date of March 4, 2025.

9.      The version of the page for the Guantanamo Bay facility captured on March 12, 2025, includes tabs for "Contacting a Detainee," "Legal and Case Information," "Hours of Visitation," "Press & Media," "FOIA," and "Feedback and Complaints"—standard tabs often included on ICE's similar web pages for its other facilities.



10.     On April 9, 2026 at 8:00 pm Pacific, I also checked the Florida Division of Emergency Management (FDEM) website, at https://www.floridadisaster.org/. I used the Search function of the website and searched for "Soft-Sided," "Detention Facility," and "Alligator Alcatraz" and no results were found. I searched the "News & Media" section of the website, at https://www.floridadisaster.org/news-media/, which listed several press releases, the most recent from April 8, 2026, but there was nothing related to the Court's Preliminary Injunction. I could find no other information on the FDEM website to show State Defendants' compliance with this section of the Preliminary Injunction.

Executed on April 9, 2026 in Kensington, California.

*/s/ Kyle Virgien*
Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
ACLU FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

6

Carmen Iguina González*
ACLU FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
ciguinagonzalez@aclu.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
Christina LaRocca, Fla. Bar No. 1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

*Counsel for All Plaintiffs and the Class*

*\* Admitted pro hac vice.*

7