# EXHIBIT 3

DECLARATION OF KATHERINE H. BLANKENSHIP

I, Katherine H. Blankenship, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I am an attorney in good standing and co-founder of Sanctuary of the South, PLLC, ("SOS"), a legal services organization that is an organizational plaintiff in this matter. I currently represent people who are detained South Florida Soft Sided Facility South ("SFSSFS")—also known as "Alligator Alcatraz."

3. On April 8, 2026, and April 10, 2026, I spoke via videoconferencing with Raiko Lopez Morffi who is currently detained at SFSSFS. I requested this legal call with him.

4. On April 10, 2026, I also spoke via videoconference with Lazaro Hernandez Galban, who is also currently detained at the Facility. I had requested this legal call with him.

5. Mr. Morffi and Mr. Hernandez Galban are in the same housing cage at SFSSFS.

6. During these calls, Mr. Morffi and Mr. Hernandez Galban both reported that SFSSFS turned off all the phones in the housing units on Thursday, April 2, 2026, for the entire day. The facility did not give them any advanced warning of the phones being cut off, nor did they explain why the phones were cut off.

7. Mr. Morffi and Mr. Hernandez Galban both reported that, by the evening of April 2, 2026, after not having access to phone calls all day, people in their cages were getting frustrated with the situation, as these phones calls are the only way people can contact loved ones or speak with and secure an attorney. Detained individuals in Mr. Morffi and Mr. Hernandez Galban's cage began complaining loudly about the phones not working.

8. Mr. Morffi and Mr. Hernandez Galban both reported that several guards who work for CRS came to the cage and were taunting the detained individuals inside. Detained individuals began raising their voices in protest. The guards got more aggressive and were yelling and threatening to enter the cage. Mr. Hernandez Galban went to the guards to try to de-escalate the situation and advised the guards not to enter the cage at that time, fearing that it would lead to violence.

9. Mr. Morffi and Mr. Hernandez Galban both reported that another detained individual then went up to the guards, and an officer punched that person. Then the officers targeted Mr. Morffi. Neither Mr. Morffi nor Mr. Hernandez Galban know why they targeted Mr. Morffi. The guards threw Mr. Morffi to the ground and severely beat him up. (see photos attached below).

10. An officer came in and punched Mr. Morffi in his right eye and began to beat him.    He was taken out of the cage and thrown to the ground and beaten by multiple guards. He suffered injuries to his shoulder and arm and was kicked in the head. A guard placed their knee on his neck when the guard was trying to restrain him. I took pictures of Mr. Morffi during our April 8, 2026 video call (see below), which shows that his eye remained severely bruised six days afterwards and his arm remained injured. Mr. Morffi does not know which guards were involved, as they do not wear ID badges, but he believes he would recognize them.

11. The officers beat several people during this incident and broke another detained individual's wrist.

12. The officers then pepper sprayed everyone in the cage. A detained older gentleman passed out, as he could not breathe.

13. Detained individuals then barricaded the door to stop the officers from coming back in and beating them more. One of the officers who has a reputation of being slightly more reasonable then approached the cage and spoke with Mr. Hernandez Galban. This officer told Mr. Hernandez Galban that they needed to get in to see who needed medical attention. The detained individuals did not want to let them in, as they were afraid of being beaten further. This officer told them he gave his word that they would not beat them anymore, so they let him in.

14. At some point on April 3, 2026, the facility turned the phones back on. Staff never provided an explanation to the detainees for why the phones were cut off that whole day.

15. The denial of access to the telephones is a significant harm to detained individuals at the facility. Both of my clients—Mr. Morffi and Mr. Hernandez Galban—said that there is no other way for individuals inside to contact the outside world or have any ability to contact their legal counsel.

16. In addition, Mr. Hernandez Galban reports that individuals are systematically denied personal mail. He has had family members send him multiple pieces of mail that are never delivered. He also reports that detained individuals cannot send mail and that the facility denies them access to postage or envelopes. Mr. Hernandez Galban reports that the grievance system goes unmonitored and that detained individuals have no access to ICE. He reports that it is common for people to be denied access to the courts and miss immigration court hearings. The lack of all other means of communication makes the removal of telephone access all the more detrimental.

17. It further bears noting that my Zoom call with Mr. Hernandez Galban had been scheduled for 10:00 a.m. on April 10, 2026. But at 9:53 a.m., the facility emailed me informing me that Mr. Hernandez Galban "is refusing to attend his scheduled zoom call." (see email thread attached).

18. I emailed the facility back several times, informing them that I did not believe Mr. Hernandez Galban was in fact refusing legal counsel, as he had been adamant that he wanted to proceed with our conversation, but if he was refusing counsel, I needed to hear that directly from him, as it is a privileged conversation.

19. At 3:30 p.m. on April 10, 2026, I was finally able to meet with Mr. Hernandez Galban over Zoom. He informed me that he had finally been allowed to go to the law library that morning, which he had been denied access to over the past two weeks despite multiple requests, and that he needed to use the law library to access his legal documents. He was in the law library when I called, and he asked facility staff if he could call me back. They told him that would not be a problem. It was following this exchange with Mr. Hernandez Galban that the facility falsely told me that he was refusing to meet with me.

Executed on the 10th day of April, 2026, in Miami, Florida.


/s/ Katherine H. Blankenship
Katherine H. Blankenship, Esq.

Photographs of Mr. Morffi taken by Ms. Blankenship on April 10, 2026:





From: **Katie Blankenship** <katie@sanctuaryofthesouth.com>
Date: Fri, Apr 10, 2026 at 12:39 PM
Subject: Re: VAV Request—Lazaro Hernandez Galban A#024454165
To: <legal@privacy6.com>
Cc: Alejandra Puerto <alejandra@sanctuaryofthesouth.com>, Parra, Charles <charles.parra@ice.dhs.gov>, Bauza, Carisa <Carisa.Bauza@ice.dhs.gov>, Aguilar, Paola A <Paola.A.Aguilar@ice.dhs.gov>, Garcia, Georgie <Georgie.Garcia@ice.dhs.gov>, Almodovar, Bruce <Bruce.Almodovar@ice.dhs.gov>

Thank you, Officer. See below:

Katie is inviting you to a scheduled Zoom meeting.

Topic: Legal Call with Lazaro Hernandez Galban A#024454165
Time: Apr 10, 2026 01:00 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://us06web.zoom.us/j/83099661174?pwd=1E0cXManwsHOr7YUYDbvBJ7lDQiuYL.1

Meeting ID: 830 9966 1174
Passcode: 824513

---

One tap mobile
+13017158592,,83099661174#,,,,*824513# US (Washington DC)
+13052241968,,83099661174#,,,,*824513# US

Join instructions
https://us06web.zoom.us/meetings/83099661174/invitations?signature=S2Zx9TwlQIpMGhKpmRiHHeLIsLEDaokx21KaI4a_Hdg

On Fri, Apr 10, 2026 at 12:17 PM SFDF - Legal <legal@privacy6.com> wrote:

> Counsel,
> Would you like to have the zoom visit with Lazaro Hernandez Galban A#024454165 at 1:00 p.m. Today ?

Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.

Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.

Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Sent:** Friday, April 10, 2026 11:32 AM
**To:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Cc:** Parra, Charles <charles.parra@ice.dhs.gov>; Katie Blankenship <katie@sanctuaryofthesouth.com>; SFDF - Legal <legal@privacy6.com>; Bauza, Carisa <Carisa.Bauza@ice.dhs.gov>; Aguilar, Paola A <Paola.A.Aguilar@ice.dhs.gov>; Garcia, Georgie <Georgie.Garcia@ice.dhs.gov>; Almodovar, Bruce <Bruce.Almodovar@ice.dhs.gov>
**Subject:** Re: VAV Request—Lazaro Hernandez Galban A#024454165

Hello,

Could you please confirm if it is possible to reschedule the call with our client, Lazaro Hernandez Galban (A#024454165), for today at 12:00 PM EST?

Respectfully,

Alejandra Puerto
Executive Assistant and Legal Administrator
Sanctuary of the South, PLLC. (SOS)
www.sanctuaryofthesouth.com
(786) 671-8133



NOTICE:  Until a lawyer-client agreement has been signed and legal fees received, the information contained in this email is not to be taken as legal advice.

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof. Thank you.

On Fri, Apr 10, 2026 at 11:16 AM Alejandra Puerto <alejandra@sanctuaryofthesouth.com> wrote:

> Here is our new request for a call today at 12PM EST
>
> Alejandra Puerto
> Executive Assistant and Legal Administrator
> Sanctuary of the South, PLLC. (SOS)
> www.sanctuaryofthesouth.com
> (786) 671-8133



> NOTICE:  Until a lawyer-client agreement has been signed and legal fees received, the information contained in this email is not to be taken as legal advice.
>
> NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof. Thank you.
>
> On Fri, Apr 10, 2026 at 11:12 AM Parra, Charles <charles.parra@ice.dhs.gov> wrote:
>
>> Good morning Ms. Blankenship,
>>
>> I have included the AA Management team, as I do not have oversight of the AA facility. AFOD Bruce Alomodovar, who is copied here, has oversight of that facility. His team will provide assistance and

follow up.

Respectfully,

Charles A. Parra
Assistant Field Office Director
Miami Field Office, Krome SPC
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Office: 305-207-2204 Cell: 786-299-8461

This communication is UNCLASSIFIED//FOROFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

---

**From:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Sent:** Friday, April 10, 2026 10:58 AM
**To:** Parra, Charles <charles.parra@ice.dhs.gov>
**Cc:** legal@privacy6.com; Alejandra Puerto <alejandra@sanctuaryofthesouth.com>; Bauza, Carisa <Carisa.Bauza@ice.dhs.gov>; Aguilar, Paola A <Paola.A.Aguilar@ice.dhs.gov>; Garcia, Georgie <Georgie.Garcia@ice.dhs.gov>; Almodovar, Bruce <Bruce.Almodovar@ice.dhs.gov>
**Subject:** Re: VAV Request—Lazaro Hernandez Galban A#024454165

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Officer Parra, thank you for your assistance. The staff at Everglades never produced my client. Can you please help to ensure that this call is rescheduled for later today so we can have access to our client? This is an urgent matter.

Thank you very much,

On Fri, Apr 10, 2026 at 10:37 AM Katie Blankenship <katie@sanctuaryofthesouth.com> wrote:

> Thank you. I am still waiting on the Zoom to speak with my client.
>
> On Fri, Apr 10, 2026 at 10:35 AM Parra, Charles <charles.parra@ice.dhs.gov> wrote:
>
>> Good morning,
>>
>> I have copied the ERO Miami AA Management team for assistance.
>>
>> AA please see below and follow up. Thank you.
>>
>> Respectfully,
>>
>> Charles A. Parra

Assistant Field Office Director
Miami Field Office, Krome SPC
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Office: 305-207-2204

This communication is UNCLASSIFIED//FOROFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Sent:** Friday, April 10, 2026 10:17 AM
**To:** legal@privacy6.com
**Cc:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>; Parra, Charles <charles.parra@ice.dhs.gov>
**Subject:** Re: VAV Request—Lazaro Hernandez Galban A#024454165

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

We are still waiting to see our client. I need to hear directly from him if he no longer wants legal representation. We are currently speaking with him about abuses he's experienced at this facility, specifically the unlawful denial of access to counsel. If you refuse to bring him to this meeting, this refusal will be included in actions brought to the federal court to show failure to adhere to the preliminary injunction set forth in HCM v. Noem.

It is entirely inappropriate for the state to inform me that my client no longer wants legal representation. This is a privileged conversation I need to have with him directly. Furthermore, your statements this morning beggar belief, as we recently spoke with him and he was eager to engage in his legal representation and looking forward to this call.

We are waiting in the Zoom meeting. Please bring him immediately. I'm copying the Officer Charles Parra as well to ask for ICE assistance in securing access to my client.

On Fri, Apr 10, 2026 at 10:08 AM Katie Blankenship <katie@sanctuaryofthesouth.com> wrote:

> Good morning,
>
> Our client specifically requested this call and legal representation. I do not believe he is now refusing legal communication. Please advise him that his lawyer is currently on the Zoom meeting waiting to speak with him.
>
> This is an urgent matter. If he wishes to decline to speak, please bring him to the meeting so he can tell me himself.

Thank you,

On Fri, Apr 10, 2026 at 9:53 AM SFDF - Legal <legal@privacy6.com> wrote:

Good morning,

Please be advised that detainee **Lazaro Hernandez Galban A#024454165** is refusing to attend his scheduled zoom call.


Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.
Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.
Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Thursday, April 9, 2026 10:27 AM
**To:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Cc:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Subject:** Re: VAV Request—Lazaro Hernandez Galban A#024454165

Counsel,
Please find the zoom link below.

Topic: Lazaro Hernandez Galban A#024454165
Time: Apr 10, 2026 10:00 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://zoom.us/j/95309750142?pwd=YbsobGfCWPs6fWtnhdRXQDMlu2lbkb.1

Meeting ID: 953 0975 0142
Passcode: 713224


Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.
Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.
Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** SFDF - Legal <legal@privacy6.com>
**Sent:** Thursday, April 9, 2026 10:17 AM
**To:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Cc:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Subject:** Re: VAV Request—Lazaro Hernandez Galban A#024454165

Counsel,

Your Zoom call is scheduled for 4/10 at 10:00 a.m. You will receive a link to access the call.


Respectfully,
Florida Detention Team

NOTICE: Legal Call Scheduling Policy
Legal video calls are intended solely for verified attorney-client communications. Use of the legal call process for personal or non-legal discussions is strictly prohibited. Calls determined to be non-legal or that have participants on the call that were not approved via this email account will be terminated, and scheduling privileges may be suspended. Continued misuse may result in permanent revocation of privileges and referral to the appropriate disciplinary authority.
Video visits will be limited to one hour in length, per each video call, unless the attorney has made prior arrangements via this email address (legal@privacy6.com). Attorneys may schedule additional visits at any time via the legal@privacy6.com email. These procedures are designed to ensure equitable access to all detainees and attorneys utilizing the legal visiting video system.
Thank you for your cooperation and professionalism in maintaining the integrity of this process.

---

**From:** Alejandra Puerto <alejandra@sanctuaryofthesouth.com>
**Sent:** Thursday, April 9, 2026 10:06 AM
**To:** SFDF - Legal <legal@privacy6.com>
**Cc:** Katie Blankenship <katie@sanctuaryofthesouth.com>
**Subject:** VAV Request—Lazaro Hernandez Galban A#024454165

Hi Officer,

Can you set up an hour-long VAV for Lazaro Hernandez Galban A#024454165 with myself,
Alejandra Puerto and Katherine Blankenship on Friday, April 9th at 10 AM EST? This is a pre-
representation consultation, therefore we do not have a G-28 at this time. I have attached
Katherine's bar card and ID below. Thank you for your assistance!

Kindly,

Alejandra Puerto
Executive Assistant and Legal Administrator
Sanctuary of the South, PLLC. (SOS)
www.sanctuaryofthesouth.com
(786) 671-8133



NOTICE:  Until a lawyer-client agreement has been signed and legal fees received, the
information contained in this email is not to be taken as legal advice.

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended
for use only by the addressee(s) named herein and may contain confidential
information, legally privileged information and attorney-client work product. If you are
not the intended recipient of this email, you are hereby notified that any
dissemination, distribution or copying of this email, and any attachments thereto, is
strictly prohibited. If you have received this email in error, please notify the sender by
email, telephone or fax, and permanently delete the original and any of any email and
printout thereof. Thank you.

*This email has been scanned by Inbound Shield.*

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)

--
Katie Blankenship
Sanctuary of the South (SOS)
786-671-8133
[www.sanctuaryofthesouth.com](www.sanctuaryofthesouth.com)