**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
Case No. 2:25-CV-00747-SPC-DNF

| | |
|---|---|
| H.C.R., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MARKWAYNE MULLIN, et al., <br><br> *Defendants.* | **SUPPLEMENT TO NOTICE OF** <br> **NON-COMPLIANCE WITH** <br> **COURT ORDER** |

On April 10, 2026, Plaintiffs filed a notice of Defendants' non-compliance with the Court's Preliminary Injunction. *See* Dkt. No. 248. Plaintiffs file this supplement to alert the Court to a recent factual change. To Plaintiffs' knowledge, the facts set out in their April 10, 2026 notice remain otherwise current.

Plaintiffs attached to their notice evidence that as of the night of April 9, 2026, ICE and FDEM maintained no "publicly available information regarding protocols for attorney-client communication" as required by the Court's preliminary injunction. Dkt. No. 248-2 at ¶ 5; Dkt. No. 243 at 68.

Defendants ICE and FDEM have since updated their websites. Defendant ICE's website now includes a webpage for the "South Florida Detention Center,"

which appears to refer to SFSSFS.[1] This new webpage directs attorneys or legal representatives to email "legal@privacy6.com" for "information regarding communication or visitation" and links to the "Contact Us" page for Defendant Florida Department of Emergency Management.[2] That "Contact Us" page has also been updated to include a link to a new webpage titled "Legal Facility Visitation Request Guide."[3]

Despite these updates, Defendants remain out of compliance with the Court's Order. The Court's order "hold[s] Defendants accountable for" their witnesses' statements that "the facility has provided unscheduled legal visits since late November 2025 and continues to do so when an attorney arrives at the facility unannounced and requests a visit with a detainee client." Dkt. No. 243 at 41, 41. It also requires Defendants to "maintain publicly available information regarding protocols for

---

[1] U.S. Immigration and Customs Enforcement, *South Florida Detention Center* (listing "Updated" date of Apr. 10, 2026), https://www.ice.gov/detain/detention-facilities/south-florida-detention-center [https://perma.cc/M9CZ-SE65] ("ICE SFSSFS Webpage").

[2] ICE SFSSFS Webpage (linking to Florida Department of Emergency Management, *Contact Us*, https://www.floridadisaster.org/contact-us/ [https://perma.cc/34T8-HKNA]).

[3] FDEM's "Contact Us" page had no information about attorney visits as of April 11, https://perma.cc/M4TJ-U6AV (captured Apr. 11, 2026), but it was updated April 12 or 13 to include a link to a new webpage titled "Legal Facility Visitation Request Guide." Florida Department of Emergency Management, *Legal Facility Visitation Request Guide*, https://www.floridadisaster.org/dem/Executive-directors-office/legal/legal-facility-visitation-request-guide/ [https://perma.cc/K6JS-NF3X]. This new webpage in turn links to a PDF titled "Legal Facility Visitation Request Guide." Florida Department of Emergency Management, *Legal Facility Visitation Request Guide*, https://www.floridadisaster.org/globalassets/legal-facility-visitation-request-guide-002.pdf [https://perma.cc/57CU-CSVW] ("Legal Visitation PDF").

attorney-client communication via ICE and FDEM websites." *Id.* at 68. But the protocols listed on FDEM's website (and linked to on ICE's) require attorneys to schedule visits in advance—instructing them to wait for the facility to "contact you to schedule the visit" and warning to "wait for confirmation **before making travel plans**."[4]

DATED this 13th day of April, 2026.

Respectfully submitted,

*/s/ Kyle Virgien*
Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
(415) 343-0770
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Carmen Iguina González*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-675-2317
ciguinagonzalez@aclu.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514

---

[4] Legal Visitation PDF (emphasis in original).

Christina LaRocca, Fla. Bar No.
1025528
AMERICANS FOR IMMIGRANT
JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org
clarocca@aijustice.org

Amy Godshall, Fla. Bar No. 1049803
Daniel Tilley, Fla. Bar No. 102882
Samuel Lester, Fla. Bar No. 1043063
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
dtilley@aclufl.org
slester@aclufl.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice.*