UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al.,

        Plaintiffs,                         Case No. 2:25-cv-00747-SPC-DNF

v.

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security, et al.,

        Defendants.
_____/

**NOTICE OF MATERIAL CHANGE TO U.S.**
**IMMIGRATION AND CUSTOMS ENFORCEMENT WEBSITE**

Pursuant to the Court's April 13, 2026, status conference directive,[1] Federal

Defendants provide notice of a material change to the U.S. Immigration and

Customs Enforcement website regarding the Florida Soft Sided Facility South

detention facility.

**Facility Name**

ICE's website now lists the facility's name as Florida Soft Sided Facility

South.  (See Apr. 17, 2026, ICE Website Screenshots, Ex. 1 at 1.)

*///*

*///*

*///*

---

[1] Apr. 13, 2026, Tr., Doc. 254 at 4:21-23 ("The Court, at this point, is directing the parties to update each other and the Court with any material changes, as soon as practicable, after they happen.")

**Facility Information**

ICE's website now lists information regarding protocols for attorney-client

communication, including a direct link to detailed protocols on the Florida

Department of Emergency Management's website. *Id.* at 2-3.

DATED this 17th day of April, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    */s/ Chad C. Spraker*
       CHAD C. SPRAKER
       Assistant United States Attorney
       USA No. 198
       2110 First Street, Ste. 3-137
       Fort Myers, Florida 33901
       Telephone: 239-461-2200
       Fax: 239-461-2219
       Email: chad.spraker@usdoj.gov
       *Counsel for Federal Defendants*