

**Notice Regarding Visitation Hours**
Visitation hours are subject to change due to COVID and other operational concerns that impact ICE detention. Visitors are recommended to contact the facility to confirm visitation hours and current restrictions (if any) in advance of their visit.

FILTER BY | Florida ▼ | Field Office ▼ | Search by Facility Name... 🔍 | Apply | Reset



**Baker County Detention Center**

**Miami Field Office**
1 Sheriff's Office Drive
MacClenny, FL 32063



**Broward Transitional Center**

**Miami Field Office**
3900 N. Powerline Road
Pompano Beach, FL 33073



**FDC Miami**

**Miami Field Office**
33 NE 4th Street
Miami, FL 33132



**Florida Soft Sided Facility South**

**Miami Field Office**
54575 Tamiami Trail East
Ochopee, FL 34141



**Glades County Detention Center**

**Miami Field Office**
1297 East SR 78
Moore Haven, FL 33471



**Krome North Service Processing Center**

**Miami Field Office**
18201 SW 12th Street
Miami, FL 33194



**Liberty County Sheriff's Office**

**Miami Field Office**
12422 NW Revell Road
Bristol, FL 32321



Ex. 1

1

## Florida Soft Sided Facility South

Miami Field Office

| Contacting a Detainee | Legal & Case Information | Attorney-Client Communication & Visitation | Visitation | Detainee Property | Feedback or Complaints |

If you need information about a detainee that is housed at this facility, you may call (305) 207-2100 between the hours of 8 a.m. and 4 p.m. When you call, please have the individual's biographical information ready, including first, last and hyphenated names, any aliases he or she may use, date of birth, and country of birth.

Detainees cannot receive incoming calls. If you need to get in touch with a detainee to leave an urgent message, you must call (305) 207-2202 and leave the detainee's full name, alien registration number, and your name and telephone number where you can be reached. The detainee will be given your message.

Attorneys or legal representatives seeking information regarding communication or visitation with detainees at the State of Florida Department of Emergency Management (FDEM) South Florida Detention Facility should contact FDEM representatives at legal@privacy6.com.

The facility's current attorney-client communication protocols are available on the FDEM Legal Facility Visitation Request Guide website.

Updated: 04/17/2

**ADDRESS**

54575 Tamiami Trail East
Ochopee, FL 34141
United States

 See Map

2

**Florida Soft Sided Facility South**                                          Miami Field Office

| Contacting a Detainee | Legal & Case Information | Attorney-Client Communication & Visitation | Visitation | Detainee Property | Feedback or Complaints |

## Attorney Visits

Legal visitation is available by appointment and is documented by the facility. Legal visits are provided in a timely, free, confidential manner. All in-person and virtual legal meetings are unmonitored and unrecorded.

Attorneys can schedule an appointment to visit clients and prospective clients in private meeting rooms. If attorneys arrive without an appointment, a private meeting room will be provided as they become available.

## Attorney Visitation Hours

Sunday–Saturday: 7 a.m. – 7 p.m., including holidays.

Your attorney can receive information or schedule an appointment by emailing Legal@Privacy6.com. More information is also available at Legal Facility Visitation Request Guide | Florida Disaster.

## Legal Mail

Legal mail includes correspondence to or from a detainee's attorney/legal representative, courts, or other authorized legal entities.

Incoming legal mail will be handled in accordance with facility procedures to protect confidentiality while maintaining facility safety and security. Legal mail may be inspected for contraband as authorized, and when required, it will be processed under controlled conditions.

Detained aliens may send legal mail to attorneys, courts, and approved legal agencies. Outgoing legal mail must clearly include the detainee's name, A-Number, and the facility return address. It must be properly addressed to the legal recipient. Detained aliens requiring assistance with legal mail submission should submit a detainee request form.