# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

*v.*                                                   Case No 2:25-cv-00747-SPC-DNF

MARKWAYNE MULLIN, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

## STATE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL

Defendants Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (State Defendants), file this unopposed motion to exceed the page limits in M.D. Fla. Local Rule 3.01(b).

1.    The State Defendants are finalizing their Motion to Stay the Preliminary Injunction Pending Appeal.

2.    Local Rule 3.01 limits motions to 25 pages, exclusive of the caption, signature page, and certificates of conferral and service.

3.    The State Defendants need additional space to address factual and legal issues addressed in the Court's Preliminary Injunction.

4.    Thus, the State Defendants request an additional 10 pages – making the new limit 35 pages, exclusive of the caption, signature page, and certificates of conferral and service.

5.    The State Defendants make this request in good faith and not for purposes of delay.

6.    Plaintiffs' counsel does not object to the extension.

WHEREFORE, the State Defendants request that the Court enter an order granting leave for the State Defendants to exceed the page limits under M.D. Florida Local Rule 3.01(b) by 10 pages in their Motion to Stay the Preliminary Injunction Pending Appeal.

Dated: April 17, 2026                          Respectfully submitted,


                                               /s/ *Nicholas J.P. Meros*
Francis A. Zacherl, III (FBN 868094)           Nicholas J.P. Meros (FBN 120270)
Shiza Francis (FBN 1058470)                    Tara K. Price (FBN 98073)
**SHUTTS & BOWEN LLP**                         Kassandra S. Reardon (FBN 1033220)
200 South Biscayne Blvd, Suite 4100            Maggie McCormick (FBN 1039517)
Miami, Florida 33131                           **SHUTTS & BOWEN LLP**
(305) 358-6300                                 215 South Monroe Street, Suite 804
FZacherl@shutts.com                            Tallahassee, Florida 32301
SFrancis@shutts.com                            (850) 241-1717
                                               NMeros@shutts.com
                                               TPrice@shutts.com
                                               KReardon@shutts.com
                                               MMccormick@shutts.com
                                               CHill@shutts.com

                                               *Counsel for the State Defendants*

2

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the State Defendants conferred with counsel for the Plaintiffs by e-mail on April 17, 2026, in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel does not object to the requested extension.

/s/ Nicholas J.P. Meros
*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on April 17, 2026.

/s/ Nicholas J.P. Meros
*Counsel for the State Defendants*