# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

*v.*

MARKWAYNE MULLIN, *Secretary of the United States Department of Homeland Security, et al.,*

    Defendants.

Case No 2:25-cv-00747-SPC-DNF

## DECLARATION OF IAN-PAUL GADEA-GUIDICELLI

I, Ian-Paul Gadea-Guidicelli, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct. I am over 18 years old and, if called, I could and would testify to the information provided herein.

1.     I am the State Emergency Response Team (SERT) Chief and Bureau Chief of Response at the Florida Division of Emergency Management (FDEM). I am charged with supervising and coordinating FDEM's day-to-day operations at the Alligator Alcatraz detention facility. My duties require that I be intimately familiar with FDEM's financial obligations related to the Alligator Alcatraz detention facility.

2.     On March 27, 2026, FDEM was ordered to: "provide the Detainee Class with access to timely, free, confidential, unmonitored, unrecorded outgoing legal calls," with "at least one operable telephone for every 25 detainees at Alligator Alcatraz." DE 243 at 67.

3.      Based on my experience with FDEM's operation of the Facility, I understand that traditional landline telephone service is not available at Alligator Alcatraz because the area lacks carrier infrastructure. Therefore, the Facility cannot currently establish or utilize conventional Public Switched Telephone Network (i.e. landline) phones.

4.      Nonetheless, FDEM vendors have evaluated the feasibility of bringing traditional telephone infrastructure to Alligator Alcatraz. Based on conversations with FDEM vendors, however, I determined that the cost and timeline to do so make it entirely unfeasible.

5.      Because traditional landline service is not an option, the only alternative to comply with the preliminary injunction is through cell phones. Given the large number of detainees at the Facility and the corresponding number of cell phones required by the preliminary injunction, I anticipate that the Facility must significantly increase the surrounding cellular coverage for the cell phones to work reliably and effectively. Doing so would require FDEM to either construct a cellular phone tower near the Facility or employ multiple Starlink systems.

6.      Based on my experience with the federal government and discussions with contractors, the former would require multiple state and federal permits and significant construction, making it both cost- and time-prohibitive and therefore unfeasible.

7.      Alternatively, employing Starlink systems would require FDEM to purchase specialized IT equipment (including multiple Starlink systems), at least 77

2

cell phones and 77 security and compliance configurations meeting the NDS 2025 Standards, and specialized accessories for each set of equipment.

8. Complying with the injunction will also require FDEM staff to spend approximately 60 hours – 5 days at 12 hours per day – facilitating the mobilization and installation of this new equipment. And FDEM will need to pay for specialized technicians to install and configure the equipment, as well as additional technicians to maintain their connectivity during the injunction.

9. The costs for mobilization, including installation and configuration, are expected to be roughly $180,025, plus an additional $6,283.75 per week to maintain connectivity.

10. At this time, the State of Florida has not received any federal funding for the Alligator Alcatraz facility, and the federal government has not obligated itself to reimburse the State Defendants for the costs of complying with the preliminary injunction.

Executed on April 21, 2026, in Tallahassee, Florida.

Ian-Paul Gadea-Guidicelli
SERT Chief and Bureau Chief of Response
Florida Division of Emergency Management

TESHA DEMUTH
Commission # HH 566558
Expires June 27, 2028

Sworn this 21st day of
April, 2026 in Tallahassee, FL

Tesha DeMull

4