# Plaintiffs' Exhibit 26

## *(Submitted Into Evidence at Evidentiary Hearing)*

1/26/26, 10:23 AM

Pl. Ex. 26



# South Florida Detention Facility (SFDF)

# Daily Situational Report

**Operational Period:** 01/25/2026 _____ 0700 to 01/26/2026 _____ 0700

**Prepared by:** CRS SFDF Control Room

## 1. Movement Summary

| Beginning Headcount | Ending Headcount | Net Change |
|---|---|---|
| 1522 | 1532 | +10 |

| | Last Operational Period | YTD 2026 | 2025 Total |
|---|---|---|---|
| Processed Inbound | 115 | 1451 | 13,625 |
| Processed Outbound | -105 | 1441 | 12,097 |

## 2. Legal Summary

| Meeting Type | Last Operational Period | YTD 2026 | 2025 Total |
|---|---|---|---|
| Consulate Visits | 0 | 93 | 995 |
| In-Person Legal Visits | 0 | 36 | 291 |
| Virtual Legal Visits | 1 | 241 | 1,000 |
| Legal Advice Meetings | 0 | 0 | 0 |
| Asylum Interviews | 0 | 0 | 0 |
| Court Hearings | 0 | 53 | 101 |
| Law Library Visits | 3 | 2 | 3 |