UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R. et al.,

      Plaintiffs,

v.                                                             Case No. 2:25-cv-00747-SPC-DNF

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security, et al.,

      Defendants.

## **DEFENDANTS' INTERLOCUTORY NOTICE OF APPEAL**

Defendants appeal to the United States Court of Appeals for the Eleventh

Circuit from the opinion and order entered on May 26, 2026, Doc. 243.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By:   *s/ Chad C. Spraker*
   CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov

May 26, 2026

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel on record.

_s/ Chad C. Spraker_
CHAD C. SPRAKER
Assistant United States Attorney

p_H.C.R._U.S._notice_appeal.docx