# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

*v.*

                                      Case No 2:25-cv-00747-SPC-DNF

MARKWAYNE MULLIN, *Secretary of the United States Department of Homeland Security, et al.*,

    Defendants.

## STATE DEFENDANTS' NOTICE OF FILING DECLARATIONS IN SUPPORT OF NOTICE AND SUGGESTION OF MOOTNESS

Defendant Ron DeSantis, in his official capacity as Governor of the State of Florida, Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management, and the Florida Division of Emergency Management (collectively, the "State Defendants"), give notice of filing the declarations of Tim Reardon (Exhibit 1) and Edward Vincent (Exhibit 2) in support of their Notice and Suggestion of Mootness in advance of the Court's Status Conference scheduled for July 20, 2026.

Dated: July 20, 2026

| | /s/ *Nicholas J.P. Meros* |
|---|---|
| Francis A. Zacherl, III (FBN 868094) | Nicholas J.P. Meros (FBN 120270) |
| Oliver Sepulveda (FBN 111763) | Tara K. Price (FBN 98073) |
| **SHUTTS & BOWEN LLP** | Kassandra S. Reardon (FBN 1033220) |
| 200 South Biscayne Blvd, Suite 4100 | Margaret A. McCormick (FBN |
| Miami, Florida 33131 | 1039517) |
| (305) 358-6300 | **SHUTTS & BOWEN LLP** |
| FZacherl@shutts.com | 215 South Monroe Street, Suite 804 |
| OSepulveda@shutts.com | Tallahassee, Florida 32301 |
| | (850) 241-1717 |
| | NMeros@shutts.com |
| | TPrice@shutts.com |
| | KReardon@shutts.com |
| | MMccormick@shutts.com |

*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on July 20, 2026.

/s/ *Nicholas J.P. Meros*
*Counsel for the State Defendants*

2