**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

H.C.R., D.G.M., and H.P., *on behalf of*
*themselves and all others similarly situated*,

    Plaintiffs,

*v.*                             Case No 2:25-cv-00747-SPC-DNF

MARKWAYNE MULLIN, *Secretary of the*
*United States Department of Homeland Security,*
*et al.*,

    Defendants.

## DECLARATION OF TIM REARDON

     I, Tim Reardon, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct. I am over 18 years old and, if called, I could and would testify to the information provided herein.

     1.    I am the State Incident Management Team ("IMT") Deputy Incident Commander at the Florida Division of Emergency Management ("FDEM"). I was charged with supervising and coordinating FDEM's day-to-day operations at the Alligator Alcatraz detention facility ("Facility") when it was in operation. Through this role, I am intimately familiar with the demobilization and status of the former Facility.

     2.    The State of Florida constructed the Facility in June 2025 as a temporary detention center to supplement the Federal Government's immigration enforcement efforts because Immigration and Customs Enforcement ("ICE") did not have sufficient capacity to house those illegal immigrants awaiting removal. ICE now has sufficient capacity and no longer needs the Facility.

3.      To that end, as of June 16, 2026, ICE transferred all detainees from the Facility to other immigration detention centers.

4.      As Governor DeSantis announced on June 25, 2026, the Facility has ended all operations now that it has fulfilled its intended purpose, and all detainees have been transferred to other federal facilities.

5.      As of July 18, 2026, the demobilization effort is complete. All facilities have been dismantled and removed from the site, and the site is now no longer capable of holding detainees.

6.      Since the Facility no longer exists, and there are no detainees onsite, there are no detainees on the premises who could possibly need access to counsel.

Executed on July 18, 2026, in Miami Gardens, Florida.

*Tim Reardon*
_____
Tim Reardon
IMT Deputy Incident Commander
Florida Division of Emergency Management