## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

H.C.R., D.G.M., and H.P., *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

*v.*

MARKWAYNE MULLIN, *Secretary of the United States Department of Homeland Security, et al.,*

    Defendants.

Case No 2:25-cv-00747-SPC-DNF

## DECLARATION OF EDWARD VINCENT

I, Edward Vincent, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct. I am over 18 years old and, if called, I could and would testify to the information provided herein.

1.    I am the Special Agent Supervisor for Law Enforcement Aviation and Unmanned Aircraft Systems at the Florida Department of Law Enforcement. I was charged with assigning personnel to take video imagery and photographic mapping at the site of the Alligator Alcatraz detention facility ("Facility"). Through this role, I am intimately familiar with the current status of the former Facility.

2.    On July 17, 2026, at my direction and under my supervision, Special Agent McCammon and Special Agent Nettles obtained video footage of the Dade-Collier Training and Transition Airport. On July 18, 2026, at my direction and under my supervision, Special Agent McCammon and Special Agent Nettles took thousands of images of the site.

3.    Composite Exhibit A contains true and correct images of the Dade-Collier

Training and Transition Airport as of July 17, 2026, which were captured from the video

footage taken on July 17, 2026, showing the current status of the site.

4.    On July 19, 2026, I personally created a photogrammetry mapping of the site,

which is attached hereto as Exhibit B, using the July 18, 2026, images. Exhibit B contains a

true and correct image of the Dade-Collier Training and Transition Airport as of July 18, 2026,

showing the current status of the site.

5.    As is readily apparent from the images, the Facility no longer exists, and there

are no detainees onsite.


Executed on July 20, 2026, in Tallahassee, Florida.

**Edward Vincent**
Digitally signed by Edward
Vincent
Date: 2026.07.20 09:49:51 -04'00'

Edward Vincent
Special Agent Supervisor
Florida Department of Law Enforcement

## Composite Exhibit A





















## Exhibit B

