UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

H.C.R., et al., on behalf of
themselves and others similarly
situated,

      Plaintiffs,

v.                               Case No.:  2:25-cv-747-SPC-DNF

MARKWAYNE MULLIN, et al.,

      Defendants.

_____/

**Status Conference**
**(VIDEO CONFERENCE)**

| | |
|---|---|
| Presiding Judge: | United States District Judge Sheri Polster Chappell |
| Counsel for Plaintiff: | Amy Godshall, Jamie Ostroff, Paul Chavez, Jen Smith, Carmen Gonzalez and Sam Lester |
| Counsel for Defendant: | Chad Spraker and Amanda Saylor for Federal Defendants Nicholas Meros for State Defendants |
| | |
| Date and Time: | July 21, 2026 at 1:30pm |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Michael McDaniel |

Start Time: 1:42pm     This hearing is being conducted by Zoom video.

State Defendants filed Suggestion of Mootness, Federal Defendants and Plaintiffs filed responses.

The Court inquires as to parties' positions.
Defendants assert the facility is closed and further litigation is not necessary. Plaintiffs contend the Defendants' declaration does not declare the facility is permanently closed and will not reopen.

The Court inquires as to relief Plaintiffs currently seek; Plaintiffs seeking Stipulated Dismissal, Defendants do not agree.

- 2 -

Case law referenced by parties.

The Court takes the matter under advisement at this time.

Deadlines in the CMSO previously suspended by Court.

Nothing further from either party.

Court in recess.

End time:   2:12pm
Total time:  30 minutes

- 2 -