**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

H.C.R., et al.,

*Plaintiffs*, Case No. 2:25-cv-00747-SPC-KRH

v.

MARKWAYNE MULLIN, et al.,

*Defendants*.
_______________________________/

**PLAINTIFFS' UNOPPOSED MOTION PURSUANT TO LOCAL RULE 1.11(E)**

Pursuant to Local Rule 1.11(e), Plaintiffs hereby move this Court for an order to maintain ECF No. 49-1, Declaration of Mark Saunders, and ECF No. 132-1, Supplemental Declaration of Mark Saunders, permanently under seal. State and Federal Defendants do not oppose to this motion.

On July 30, 2025, this Court granted Plaintiffs' Second Motion for Leave to Proceed Under Pseudonyms and File Under Seal. *See* ECF No. 33. The Court held that Plaintiffs had established good cause in support of that requested relief because the "Motion establishes that Plaintiffs have a substantial privacy right in proceeding under pseudonyms in this action given that they face the potential of substantial harm in the United States and in their countries of origin from attaching their names to these proceedings." *Id.* Pursuant to that order, State Defendants moved for sealing of ECF No. 49-1 on August 8, 2025. *See* ECF No. 54 (citing ECF No. 33 as basis for sealing motion). This Court granted that motion on August 8, 2025, directing the clerk to seal ECF No. 49-1. *See* ECF No. 55.

On October 10, 2025, this Court granted Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and to File Names Under Seal (ECF No. 116). *See* ECF No. 154. The Court found no reason to deviate from the previous order finding "that Plaintiffs established that they have a substantial privacy right in proceeding under pseudonyms in this action given that they face the potential of substantial harm in the United States and in their countries of origin from attaching their names to these proceedings." *Id.* at 2. Pursuant to that order, ECF No. 154, State Defendants moved for sealing of ECF No. 132-1 on October 20, 2025. *See* ECF No. 155. The Court granted that motion on October 21, 2025, and directed the filing of ECF No. 132-1 under seal. *See* ECF No. 156.

Because this Court already found good cause to grant Plaintiffs' motions to proceed under pseudonyms and to seal, *see* ECF Nos. 33, 154, the Court should enter an order maintaining ECF Nos. 49-1 and 132-1 permanently under seal.

Dated: September 10, 2026

Respectfully Submitted,

*/s/ Carmen Iguina González*
Carmen Iguina González*
ACLU FOUNDATION
915 15th St. N.W., 7th Floor
Washington, DC 20005
202-548-6616
ciguinagonzalez@aclu.org

Corene T. Kendrick*
Kyle Virgien*
Marisol Dominguez-Ruiz*
ACLU FOUNDATION
425 California St., Suite 700
San Francisco, CA 94104
202-393-4930
ckendrick@aclu.org
kvirgien@aclu.org
mdominguez-ruiz@aclu.org

Amy Godshall, Fla. Bar No. 1049803
Samuel Lester, Fla. Bar No. 1043063
Daniel Tilley, Fla. Bar No. 102882
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
agodshall@aclufl.org
slester@aclufl.org
dtilley@aclufl.org

Paul R. Chavez, Fla. Bar No. 1021395
Jennifer Smith, Fla. Bar No. 964514
AMERICANS FOR IMMIGRANT JUSTICE
2200 NW 72nd Ave.
P.O. Box No 520037
Miami, FL 33152
786-218-3381
pchavez@aijustice.org
jsmith@aijustice.org

*Counsel for All Plaintiffs and the Class*
* *Admitted pro hac vice*