**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2026

Nicholas John Peter Meros
Shutts & Bowen, LLP
215 S MONROE ST STE 804
TALLAHASSEE, FL 32301

Appeal Number: 26-11197-CC
Case Style: Sanctuary of the South, et al v. Governor, State of Florida, et al
District Court Docket No: 2:25-cv-00747-SPC-DNF

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-11197

---

C.M., et al.,

*Plaintiffs,*

SANCTUARY OF THE SOUTH,
BILBAO LAW, LLC.,
H.C.R.,
D.G.M.,
H.P.,
on behalf of themselves and all others similarly situated, et al.,

*Plaintiffs-Appellees,*

*versus*

GOVERNOR, STATE OF FLORIDA,
EXECUTIVE DIRECTOR, FLORIDA DIVISION OF EMERGENCY MANAGEMENT,
FLORIDA DIVISION OF EMERGENCY MANAGEMENT,

*Defendants-Appellants,*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:25-cv-00747-SPC-DNF

---

Before NEWSOM, BRANCH, and KIDD, Circuit Judges.

BY THE COURT:

The "State Defendants-Appellants' Unopposed Motion to Dismiss Appeal as Moot," which is also construed as a motion to lift the stay of this appeal, is GRANTED. The Court hereby LIFTS its stay of briefing and DISMISSES this appeal as moot.